Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FUJITSU LIMITED,

                      Plaintiff(s),

    v.

BELKIN INTERNATIONAL, INC., et al.,

                     Defendant(s).

CASE NO. CV 10-03972

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Victoria Hao, an active member in good standing of the bar of Maryland *(particular court to which applicant is admitted)* whose business address and telephone number is Law Offices of S.J. Christine Yang, 17220 Newhope Street, Suites 101-102, Fountain Valley, CA 92708, Tel: 714-641-4022, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ZyXEL Communications, Inc. and D-Link Systems, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 1, 2010

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge