1 PAMELA PHILLIPS (No. 87581)
pphillips@howardrice.com
2 AMY L. BOMSE (No. 218669)
abomse@howardrice.com
3 HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
4 A Professional Corporation
Three Embarcadero Center, 7th Floor
5 San Francisco, California 94111-4024
Telephone: 415/434-1600
6 Facsimile: 415/677-6262

7 Attorneys for Defendant NETGEAR, INC.
(APPEARING SPECIALLY FOR MOTION
8 TO DISQUALIFY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>    Defendants. | No. CV 10-03972 LHK (HRL)<br><br>Action Filed: September 3, 2010<br><br>DEFENDANT NETGEAR, INC.'S NOTICE OF MOTION AND MOTION TO DISQUALIFY BAKER BOTTS AND FOR STAY PENDING RESOLUTION OF THIS MOTION<br><br>Date: December 16, 2010<br>Time: 1:30 p.m.<br>Place: Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh<br><br>Trial Date: None |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 16, 2010 at 1:30 p.m. or as soon thereafter as the matter can be heard in Courtroom 4, 5th floor of the United States District Court, Northern District of California, located at 280 South 1st Street, San Jose, California, Defendant NETGEAR, Inc. will, and hereby does, move to disqualify Baker Botts in this action and for a stay pending resolution of this motion ("Motion to Disqualify"). This Motion to Disqualify Baker Botts is brought on the grounds that Baker Botts' representation of Plaintiff Fujitsu Limited in this case violates of its duties of loyalty and confidentiality to its client, NETGEAR under California law.

This motion is based on the Complaint on file in this matter, this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Brian Busse, Sandra Godsey, Andrew Kim, Jamie DiBoise, the exhibits to NETGEAR's Request for Judicial Notice, all filed herewith, the further briefing and arguments of counsel, and such further matters as may be presented to the Court.

DATED: October 14, 2010.

        Respectfully,

        PAMELA PHILLIPS
        AMY L. BOMSE
        HOWARD RICE NEMEROVSKI CANADY
           FALK & RABKIN
        A Professional Corporation

        By:     /s/ Amy L. Bomse
               AMY L. BOMSE

        Attorneys for Defendants NETGEAR, INC.

W03 100510-181400001/U10/1629227/F

NOTICE OF MOTION & MOTION TO DISQUALIFY     CV10-03972 LHK (HRL)

-2-