UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; NETGEAR, INC.; ZYXEL COMMUNICATIONS CORPORATION; and ZYXEL COMMUNICATIONS, INC.,<br><br>　　　　　Defendants. | Case No.: 10-CV-03972-LHK<br><br>ORDER SETTING CASE MANAGEMENT, HEARING AND BRIEFING DATES |

On October 28, 2010, Defendants D-Link Systems, Inc. and Zyxel Communications, Inc. filed motions to dismiss under FED. R. CIV. P. 12(b)(6). Dkt. Nos. 46, 48 (the "12(b)(6) motions"). The Court originally scheduled the 12(b)(6) motions to be heard on January 27, 2011. Subsequently, D-Link Systems, Inc. filed a motion to dismiss under FED. R. CIV. P. 12(b)(5) & (2), and Zyxel Communicaitons, Inc. filed a motion to dismiss under FED. R. CIV. P. 12(b)(5). Dkt. Nos. 53, 54 (the "12(b)(5) motions"). The Court originally scheduled the 12(b)(5) motions to be heard on February 10, 2011. In addition, the Court set a case management conference for January 12, 2011. Dkt. No. 32.

For the convenience of the parties and the Court, the Court HEREBY VACATES the hearing on January 27, 2011 and the case management conference on January 12, 2011. The Court

1

Case No.: 10-CV-03972-LHK

1   will hear arguments on the 12(b)(6) and 12(b)(5) motions on February 10, 2011 at 1:30 P.M. in
2   courtroom #4, 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.  A
3   case management conference will be held following the hearing.

4   The Court ORDERS that Fujitsu Limited file any opposition to the 12(b)(6) motions by
5   January 6, 2011.  Any reply shall be filed by January 13, 2011.

6   The Court ORDERS that Fujitsu Limited file any opposition to the 12(b)(5) motions by
7   January 20, 2011.  Any reply shall be filed by January 27, 2011

8   The parties shall file a Joint Case Management Conference Statement no later than
9   February 3, 2011.

10  Netgear's motion to disqualify BakerBotts (Dkt No. 34) will remain set for hearing on
11  Thursday, December 16, 2010 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 29, 2010

_____
LUCY H. KOH
United States District Judge