1  BAKER BOTTS L.L.P.
   Larry D. Carlson (admitted *pro hac vice*) (TX SBN 03814500)
2  Kurt M. Pankratz (admitted *pro hac vice*) (TX SBN 24013291)
   Matthew D. Colagrosso (admitted *pro hac vice*) (TX SBN 24065060)
3  2001 Ross Avenue
   Dallas, TX 75201
4  Phone: 214.953.6500
   Fax: 214.953.6503
5  E-mail: larry.carlson@bakerbotts.com
   E-mail: kurt.pankratz@bakerbotts.com
6  E-mail: matthew.colagrosso@bakerbotts.com

7  BAKER BOTTS L.L.P.
   Christopher W. Kennerly (SBN 255932)
8  Kevin E. Cadwell (SBN 255794)
   620 Hansen Way
9  Palo Alto, CA 94304
   Phone: 650.739.7500
10 Fax: 650.739.7699
   E-mail: chris.kennerly@bakerbotts.com
11 E-mail: kevin.cadwell@bakerbotts.com

12 Attorneys for Plaintiff and Counterdefendant
   FUJITSU LIMITED

13

14                IN THE UNITED STATES DISTRICT COURT

15                FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                            SAN JOSE DIVISION

| | |
|---|---|
| 17  FUJITSU LIMITED, | CASE NO. 10-cv-03972-LHK (HLR) |
| 18              Plaintiff, | **DECLARATION OF HITOSHI FUJI IN SUPPORT OF PLAINTIFF FUJITSU'S OPPOSITION TO DEFENDANT NETGEAR'S MOTION TO DISQUALIFY BAKER BOTTS** |
| 19     v. | |
| 20  BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC., | |
| 21 | |
| 22 | Date:     December 16, 2010 |
| 23              Defendants. | Time:     1:30 p.m.<br>Place:    Courtroom 4, 5th Floor<br>Judge:    Hon. Lucy H. Koh<br>Trial Date: None |
| 24  NETGEAR, INC., | |
| 25              Counterplaintiff, | |
| 26     v. | |
| 27  FUJITSU LIMITED,<br>              Counterdefendant. | |

28

I, Hitoshi Fuji, declare as follows:

1. I am competent in all respects to make this Declaration. Except as otherwise noted, I have personal knowledge of all the facts set forth in this Declaration. All the facts set forth in this Declaration are true and correct.

2. I am employed by Fujitsu Limited ("Fujitsu") and work in the Intellectual Property Unit of Fujitsu. I am based in Japan.

3. I submit this declaration on behalf of Fujitsu in support of Fujitsu's Opposition to Defendant NETGEAR's Motion to Disqualify Baker Botts.

4. I understand that during the Motion Hearing held on December 16, 2010 regarding NETGEAR's Motion to Disqualify Baker Botts, the Court asked whether Fujitsu would be willing to drop NETGEAR's WPN824 product from the case.

5. Fujitsu agrees to drop NETGEAR's WPN824 product from the case if Baker Botts continues to represent Fujitsu against NETGEAR in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 20, 2010.

_____
Hitoshi Fuji