1
2
3
4
5
6

BAKER BOTTS L.L.P.
Larry D. Carlson (admitted *pro hac vice*) (TX SBN 03814500)
Kurt M. Pankratz (admitted *pro hac vice*) (TX SBN 24013291)
Matthew D. Colagrosso (admitted *pro hac vice*) (TX SBN 24065060)
2001 Ross Avenue
Dallas, TX  75201
Phone: 214.953.6500
Fax: 214.953.6503
E-mail: larry.carlson@bakerbotts.com
E-mail: kurt.pankratz@bakerbotts.com
E-mail: matthew.colagrosso@bakerbotts.com

7
8
9
10
11

BAKER BOTTS L.L.P.
Christopher W. Kennerly (SBN 255932)
Kevin E. Cadwell (SBN 255794)
620 Hansen Way
Palo Alto, CA  94304
Phone: 650.739.7500
Fax: 650.739.7699
E-mail: chris.kennerly@bakerbotts.com
E-mail: kevin.cadwell@bakerbotts.com

12

Attorneys for Plaintiff and Counterdefendant
FUJITSU LIMITED

13
14

15

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

16

17
18
19
20
21
22

FUJITSU LIMITED,

    Plaintiff,

v.

BELKIN INTERNATIONAL, INC.,
BELKIN, INC., D-LINK CORPORATION,
D-LINK SYSTEMS, INC., NETGEAR, INC.,
ZYXEL COMMUNICATIONS CORPORATION,
and ZYXEL COMMUNICATIONS, INC.,

    Defendants.

23
24
25
26

NETGEAR, INC.,

    Counterplaintiff,

v.

FUJITSU LIMITED,

    Counterdefendant.

CASE NO. 10-cv-03972-LHK (HLR)

**AGREED MOTION AND PROPOSED ORDER TO RESET DEADLINES AND CASE MANAGEMENT CONFERENCE**

27
28

1

1  Plaintiff Fujitsu Limited ("Fujitsu") is in the process of retaining replacement counsel in
2  response to the Court's December 22 Order to Disqualify Baker Botts ("Disqualification Order").
3  Pursuant to Civil L.R. 7-11 and to prevent prejudice to Fujitsu as a result of the Disqualification
4  Order, Fujitsu respectfully requests leave of the Court to permit Baker Botts to aid Fujitsu in
5  resetting deadlines and, pursuant to Civil L.R. 6-2, hereby files this stipulated request to reset the
6  Case Management Conference, scheduled hearing, and briefing dates.   All defendants have
7  agreed to this request and the revised schedule detailed below in Paragraph 9.   Fujitsu submits
8  the reasons for this request as follows:

9  1.  Fujitsu has been proceeding diligently with complying with the Disqualification
10  Order and seeking replacement counsel, but given the difficulty in contacting potential
11  replacement counsel during the holidays and over vacation time, this effort has been delayed.

12  2.  After Fujitsu retains replacement counsel, Fujitsu's replacement counsel will need
13  time to familiarize themselves with the pleadings, draft and file responsive briefing with respect
14  to outstanding motions, and prepare for the scheduled hearing dates.

15  3.  Certain upcoming deadlines in the case, such as the Rule 26(f) conference
16  (scheduled to be completed no later than January 20, 2011), will require Fujitsu's replacement
17  counsel to coordinate with defendants.

18  4.  Given the current schedule and the difficulty in contacting potential replacement
19  counsel, Fujitsu does not have time to engage replacement counsel and have them adequately
20  prepared to address upcoming deadlines, such as the January 6, 2011 response deadline
21  previously set by the Court.

22  5.  Therefore, Fujitsu will be substantially harmed if the Court does not reset the
23  Case Management Conference, scheduled hearing, and briefing dates to allow replacement
24  counsel adequate time to address these and other upcoming obligations.

25  6.  Fujitsu has sought and obtained the defendants' agreement to the proposed
26  changes to the schedule detailed below in Paragraph 9.

27
28

AGREED MOTION TO RESET DEADLINES                                    CASE NO. 10-cv-03972-LHK (HLR)
AND CASE MANAGEMENT CONFERENCE

7.     It is Fujitsu's understanding that the following are the upcoming deadlines in the case, as set by the Court's November 29, 2010 order:

| Documents/Hearing Dates | Deadline | Calculated by: |
|---|---|---|
| Fujitsu's Opposition to 12(b)(6) Motions to Dismiss | 1/6/11 | Set by Court |
| Fujitsu's Opposition to 12(b)(5) Motions to Dismiss | 1/20/11 | Set by Court |
| Rule 26(f) Conference | 1/20/11 | 21 days before CMC - *FRCP 26(f)* |
| Case Management Statements | 2/3/11 | Set by Court |
| Initial Disclosures | 2/3/11 | 14 days after 26(f) Conference - *FRCP 26(a)(1)(C)* |
| Case Management Conference | 2/10/11 | Set by Court |
| Hearing for 12(b)(6) Motions to Dismiss | 2/10/11 | Set by Court |
| Hearing for 12(b)(5) Motions to Dismiss | 2/10/11 | Set by Court |

8.     To allow Fujitsu time to retain replacement counsel, Fujitsu respectfully requests that the Court reset the Case Management Conference and scheduled hearing dates for the motions to dismiss to **on or after March 18.**

9.     For the Court's convenience, the following table includes new proposed deadlines based on this request, including deadlines for related documents and briefings.

| Documents/Hearing Dates | New Proposed Deadline | Calculated by: |
|---|---|---|
| Fujitsu's Opposition to 12(b)(6) Motions to Dismiss | 2/25/11 | 21 Days before proposed 3/18 hearing date |
| Fujitsu's Opposition to 12(b)(5) Motions to Dismiss | 2/25/11 | 21 Days before proposed 3/18 hearing date |
| Rule 26(f) Conference | 2/25/11 | 21 days before proposed new CMC - *FRCP 26(f)* |
| Case Management Statements | **3/11/11** | **Proposed Date** |
| Initial Disclosures | 3/11/11 | 14 days after 26(f) Conference - *FRCP 26(a)(1)(C)* |
| Case Management Conference | **3/18/11** | **Proposed Date** |
| Hearing for 12(b)(6) Motions to Dismiss | **3/18/11** | **Proposed Date** |
| Hearing for 12(b)(5) Motions to Dismiss | **3/18/11** | **Proposed Date** |

10.     A proposed Order granting this motion is attached for the Court's convenience.


DATED:  January 6, 2011                     Respectfully submitted,

                                            BAKER BOTTS L.L.P.

                                            By:_____ */s/ Kevin E. Cadwell*_____

                                                  Kevin E. Cadwell
                                            Attorneys for Plaintiff-Counterdefendant
                                                  FUJITSU LIMITED


                                            O'Melveny & Myers LLP

                                            By:___ */s/* with authorization per Gen. Order 45

                                                  David P. Enzminger
                                                  Attorneys for Defendant
                                                  Belkin International, Inc.

AGREED MOTION TO RESET DEADLINES                          CASE NO. 10-cv-03972-LHK (HLR)
AND CASE MANAGEMENT CONFERENCE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

O'Melveny & Myers LLP

By:    */s/* with authorization per Gen. Order 45

David P. Enzminger
Attorneys for Defendant
Belkin, Inc.

Law Offices of SJ Christine Yang

By:    */s/* with authorization per Gen. Order 45

Duncan Matthew Palmatier
Attorneys for Defendant
D-Link Corporation

Law Offices of SJ Christine Yang

By:    */s/* with authorization per Gen. Order 45

Duncan Matthew Palmatier
Attorneys for Defendant
D-Link Systems, Inc.

Law Offices of SJ Christine Yang

By:    */s/* with authorization per Gen. Order 45

Duncan Matthew Palmatier
Attorneys for Defendant
ZyXEL Communications Corporation

Law Offices of SJ Christine Yang

By:    */s/* with authorization per Gen. Order 45

Duncan Matthew Palmatier
Attorneys for Defendant
ZyXEL Communications, Inc.

AGREED MOTION TO RESET DEADLINES
AND CASE MANAGEMENT CONFERENCE

CASE NO. 10-cv-03972-LHK (HLR)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Reed Smith LLP

By: ___ /s/ with authorization per Gen. Order 45

John P. Bovich
Attorneys for Defendant
Netgear, Inc.

AGREED MOTION TO RESET DEADLINES
AND CASE MANAGEMENT CONFERENCE

CASE NO. 10-cv-03972-LHK (HLR)