1  BAKER BOTTS L.L.P.
   Larry D. Carlson (admitted *pro hac vice*) (TX SBN 03814500)
2  Kurt M. Pankratz (admitted *pro hac vice*) (TX SBN 24013291)
   Matthew D. Colagrosso (admitted *pro hac vice*) (TX SBN 24065060)
3  2001 Ross Avenue
   Dallas, TX  75201
4  Phone: 214.953.6500
   Fax: 214.953.6503
5  E-mail: larry.carlson@bakerbotts.com
   E-mail: kurt.pankratz@bakerbotts.com
6  E-mail: matthew.colagrosso@bakerbotts.com

7  BAKER BOTTS L.L.P.
   Christopher W. Kennerly (SBN 255932)
8  Kevin E. Cadwell (SBN 255794)
   620 Hansen Way
9  Palo Alto, CA  94304
   Phone: 650.739.7500
10 Fax: 650.739.7699
   E-mail: chris.kennerly@bakerbotts.com
11 E-mail: kevin.cadwell@bakerbotts.com

12 Attorneys for Plaintiff and Counterdefendant
   FUJITSU LIMITED

13

14           IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
15                      SAN JOSE DIVISION

16 | FUJITSU LIMITED,                              | CASE NO. 10-cv-03972-LHK (HLR)
                              Plaintiff,           |
17                                                 | [PROPOSED] ORDER GRANTING
            v.                                     | AGREED MOTION TO RESET
18 | BELKIN INTERNATIONAL, INC.,                   | DEADLINES AND CASE
   | BELKIN, INC., D-LINK CORPORATION,             | MANAGEMENT CONFERENCE
19 | D-LINK SYSTEMS, INC., NETGEAR, INC.,          |
   | ZYXEL COMMUNICATIONS CORPORATION,             |
20 | and ZYXEL COMMUNICATIONS, INC.,               |

21                         Defendants.

22 | NETGEAR, INC.,

23                         Counterplaintiff,

24          v.
   | FUJITSU LIMITED,
25                         Counterdefendant.

26

27

28

[PROPOSED] ORDER GRANTING AGREED MOTION TO         CASE NO. 10-cv-03972-LHK (HLR)
RESET DEADLINES AND CASE MANAGEMENT
CONFERENCE

1   Plaintiff Fujitsu Limited ("Fujitsu") filed a stipulated request to reset the Case Management Conference date, scheduled hearing, and briefing dates. The Court, having considered the request, is of the opinion that the request be GRANTED.

The Court HEREBY VACATES all scheduled hearings and the Case Management Conference on February 10, 2011.

The Court will conduct a Case Management Conference on March 17, 2011 at 1:30 P.M. in courtroom #4, 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

The parties shall file a Joint Case Management Conference Statement no later than seven (7) days before the Case Management Conference.

The Court ORDERS that Fujitsu file any opposition to the motions to dismiss under FED. R. CIV. P. 12(b)(6) filed by D-Link Systems, Inc. and Zyxel Communications, Inc. no later than 21 days before the Case Management Conference. Any reply shall be filed no later than 14 days before the Case Management Conference.

The Court ORDERS that Fujitsu file any opposition to the motion to dismiss under FED. R. CIV. P. 12(b)(5) & (2) filed by D-Link Corporation and the motion to dismiss under FED. R. CIV. P. 12(b)(5) filed by Zyxel Communications Corporation no later than 21 days before the Case Management Conference. Any reply shall be filed no later than 14 days before the Case Management Conference.

At the Case Management Conference, the Court will hear arguments on the motions to dismiss.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 7, 2011

_____
The Honorable Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING AGREED MOTION TO RESET DEADLINES AND CASE MANAGEMENT CONFERENCE

CASE NO. 10-cv-03972-LHK (HLR)