RECEIVED
2011 FEB 16 P 1:54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FUJITSU LIMITED,

    Plaintiff,

v.

BELKIN INTERNATIONAL, INC., et al.,

    Defendant.

CASE NO. 10-cv-03972-LHK (HLR)

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

R. Jason Fowler, whose business address and telephone number is

Covington & Burling LLP
1201 Pennsylvania Avenue, NW; Washington, DC 20004
(202) 662-6000

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Fujitsu Limited

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: February 18, 2011

Lucy H. Koh
United States District Judge