BAKER BOTTS L.L.P.
Larry D. Carlson (admitted *pro hac vice*) (TX SBN 03814500)
Kurt M. Pankratz (admitted *pro hac vice*) (TX SBN 24013291)
Matthew D. Colagrosso (admitted *pro hac vice*) (TX SBN 24065060)
2001 Ross Avenue
Dallas, TX  75201
Phone: 214.953.6500
Fax: 214.953.6503
E-mail: larry.carlson@bakerbotts.com
E-mail: kurt.pankratz@bakerbotts.com
E-mail: matthew.colagrosso@bakerbotts.com

BAKER BOTTS L.L.P.
Christopher W. Kennerly (SBN 255932)
Kevin E. Cadwell (SBN 255794)
620 Hansen Way
Palo Alto, CA  94304
Phone: 650.739.7500
Fax: 650.739.7699
E-mail: chris.kennerly@bakerbotts.com
E-mail: kevin.cadwell@bakerbotts.com

Attorneys for Plaintiff and Counterdefendant
FUJITSU LIMITED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>    Defendants. | CASE NO. 10-cv-03972-LHK (PSG)<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL |
| NETGEAR, INC.,<br><br>    Counterplaintiff,<br><br>    v.<br><br>FUJITSU LIMITED,<br><br>    Counterdefendant. | |

1  Plaintiff Fujitsu Limited ("Fujitsu") filed a motion for the withdrawal of the attorneys of
2  Baker Botts L.L.P. as counsel.  The Court, having considered the request, is of the opinion that
3  the request be GRANTED.
4  It is accordingly ORDERED that Christopher W. Kennerly, Kevin E. Cadwell, Larry D.
5  Carlson, Kurt M. Pankratz, Matthew D. Colagrosso and the attorneys of Baker Botts L.L.P. are
6  withdrawn as counsel of record in this case for Plaintiff Fujitsu.

IT IS SO ORDERED.

DATED: February 24, 2011

*Lucy H. Koh*

The Honorable Lucy H. Koh
United States District Judge