IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FUJITSU LIMITED,

    Plaintiff,

v.

BELKIN INTERNATIONAL, INC., et al.,

    Defendant.

CASE NO. 10-cv-03972-LHK

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

William E. Zapf , whose business address and telephone number is

Covington & Burling LLP
1201 Pennsylvania Avenue, NW; Washington, DC 20004
(202) 662-6000

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Fujitsu Limited

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 24, 2011

*Lucy H. Koh*
Lucy H. Koh
United States District Judge