IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUJITSU LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC., et al.,<br><br>Defendant. | CASE NO. 10-cv-03972-LHK<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Philip A. Irwin, whose business address and telephone number is

Covington & Burling LLP
620 Eighth Avenue; New York, NY 10018
(212) 841-1000

and who is an active member in good standing of the bar of the State of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Fujitsu Limited

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 24, 2011

*Lucy H. Koh*
Lucy H. Koh
United States District Judge