United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FUJITSU LIMITED,

    Plaintiff,

  v.

BELKIN INTERNATIONAL, INC., ET AL.

    Defendant.

CASE NO. 5:10-CV-03972-LHK

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Robert A. Calico III          , whose business address and telephone number is

WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor, Houston, TX  77002
Telephone:  713.651.2600

and who is an active member in good standing of the bar of  the Southern District of Texas

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Belkin International, Inc. and Belkin, Inc.

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  May 9, 2011

*Lucy H. Koh*
HONORABLE LUCY H. KOH
United States  District   Judge