**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FUJITSU LIMITED,

        Plaintiff,

    v.

BELKIN INTERNATIONAL, INC., ET AL.

        Defendant.

CASE NO. 5:10-CV-03972-LHK

~~(Proposed)~~
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Jeffrey J. Phillips , whose business address and telephone number is

WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor, Houston, TX 77002
Telephone: 713.651.2600

and who is an active member in good standing of the bar of the Southern District of Texas
having applied in the above-entitled action for admission to practice in the Northern District of
California on a pro hac vice basis, representing Belkin International, Inc. and Belkin, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac
vice.* Service of papers upon and communication with co-counsel designated in the application
will constitute notice to the party. All future filings in this action are subject to the requirements
contained in General Order No. 45, *Electronic Case Filing.*

Dated: May 9, 2011

*Lucy H. Koh*

LUCY H. KOH
UNITED STATES DISTRICT JUDGE