IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FUJITSU LIMITED,

Plaintiff,

v.

BELKIN INTERNATIONAL, INC., ET AL.

Defendant.

CASE NO. 5:10-CV-03972-LHK(HRL)

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael J. Forbes, whose business address and telephone number is

WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor, Houston, TX 77002
Telephone: 713.651.2600

and who is an active member in good standing of the bar of the Southern District of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Belkin International, Inc. and Belkin, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 16, 2011

*Lucy H. Koh*
HONORABLE LUCY H. KOH
United States District Judge