UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; NETGEAR, INC.; ZYXEL COMMUNICATIONS CORPORATION; and ZYXEL COMMUNICATIONS, INC.,<br><br>　　　　Defendants. | Case No.: 10-CV-03972-LHK<br><br>ORDER SETTING BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES AND DISMISS COUNTERCLAIMS<br><br>(re: dkt. #123) |

On May 26, 2011, Plaintiff filed a motion to strike Defendants' affirmative defenses and dismiss Defendants' counterclaims alleging unenforceability based on inequitable conduct. *See* Dkt. #123. Plaintiff's motion is noticed for a hearing on September 8, 2011. The Court finds an expedited briefing schedule appropriate.

Accordingly, Defendants' opposition is due by Friday, June 24, 2011, and Plaintiff's reply is due by Friday, July 1, 2011.

**IT IS SO ORDERED.**

Dated: June 1, 2011

　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-CV-03972-LHK
ORDER SETTING BRIEFING SCHEDULE