**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED, | Case No.: 10-CV-03972-LHK |
| Plaintiff, | ORDER REGARDING NOTICE OF WITHDRAWAL OF ATTORNEYS |
| v. | (re: dkt. #130) |
| BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; NETGEAR, INC.; ZYXEL COMMUNICATIONS CORPORATION; and ZYXEL COMMUNICATIONS, INC., | |
| Defendants. | |

On June 1, 2011, attorneys Ryan K. Yagura and Vision L. Winter, co-counsel for Defendants Belkin International, Inc. and Belkin, Inc. (collectively "Belkin"), filed a notice of withdrawal as counsel. *See* Dkt. #130. However, Civil Local Rule 11-5(a) states: "Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case."

It is not clear to the Court whether counsel have provided noticed and received consent to withdraw from Belkin. Accordingly, the attorneys seeking withdrawal should file an administrative motion briefly explaining their request to withdraw and informing the Court of

1

Case No.: 10-CV-03972-LHK
ORDER REGARDING NOTICE OF WITHDRAWAL OF ATTORNEYS

1   Belkin's position on their withdrawal.  *See* Civ. L.R. 7-11.

2   **IT IS SO ORDERED.**

4   Dated: June 2, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge