1  Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
   Dale A. Rice (drice@cov.com) (CA Bar No. 146249)
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111-5356
   Telephone:   415.591.6000
4  Facsimile:   415.591.6091

5  Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
   COVINGTON & BURLING LLP
6  The New York Times Building
   620 Eighth Avenue
7  New York, NY 10018-1405
   Telephone:   212.841.1000
8  Facsimile:   212.841.1010

9  Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
   COVINGTON & BURLING LLP
10 1201 Pennsylvania Avenue, NW
   Washington, DC 20004-2401
11 Telephone:   202.662.6000
   Facsimile:   202.662.6291

12
   Attorneys for Plaintiff and Counterclaim Defendant
13 FUJITSU LIMITED

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>     Plaintiff,<br><br>     v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>     Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF FUJITSU LIMITED'S APPLICATION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE**<br><br>**(LETTERS ROGATORY)**<br><br>Before:   The Honorable Lucy H. Koh<br><br>Discovery Matters Assigned to:<br>          Magistrate Judge Paul S. Grewal |

1   On May 23, 2011, Plaintiff Fujitsu Limited filed an Application for Issuance of Requests
2   for International Judicial Assistance (Letters Rogatory) to the courts of Taiwan, in order to
3   effect service of process upon Defendant D-Link Corporation and Defendant ZyXEL
4   Communications Corporation.

5   Having considered the request, and any other matter deemed to be appropriate by the
6   Court, and good cause appearing,

7   IT IS HEREBY ORDERED THAT:

8   Plaintiff Fujitsu Limited's Application for Issuance of Requests for International Judicial
9   Assistance (Letters Rogatory) is hereby GRANTED.

10  IT IS SO ORDERED.

DATE:  May 31, 2011

By: *Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR         1
ISSUANCE OF REQUESTS FOR INTERNATIONAL
JUDICIAL ASSISTANCE
Case No. 10-cv-03972-LHK (PSG)