1  RYAN K. YAGURA (S.B. #197619)
   ryagura@omm.com
2  VISION WINTER (S.B. #234172)
   vwinter@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  Los Angeles, CA  90071-2899
   Telephone:    (213) 430-6000
5  Facsimile:    (213) 430-6407

6  Attorneys for Defendants
   Belkin International Inc. and Belkin, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | FUJITSU LIMITED,                        | Case No.  10-cv-03972-LHK
13 |              Plaintiff,                 | [~~PROPOSED~~] ORDER GRANTING
                                             | UNOPPOSED MOTION FOR
14 |       v.                                | WITHDRAWAL OF COUNSEL
15 | BELKIN INTERNATIONAL, INC.,
     BELKIN, INC., D-LINK
16   CORPORATION, D-LINK SYSTEMS,
     INC., NETGEAR, INC. ZYXEL
17   COMMUNICATIONS CORPORATION,
     ZYXEL COMMUNICATIONS, INC. ,
18
                  Defendant.
19

20

21       Defendants Belkin International Inc. and Belkin, Inc. filed a motion for the withdrawal of

22  Ryan K. Yagura and Vision L. Winter of O'Melveny & Myers LLP as counsel.  The Court,

23  having considered the request, is of the opinion that the request be GRANTED.

24       It is accordingly ORDERED that Ryan K. Yagura, Vision Winter and the attorneys of

25  O'Melveny & Myers LLP are withdrawn as counsel of record in this case for Defendants Belkin

26  International Inc. and Belkin, Inc.

27

28

1  IT IS SO ORDERED.

2  DATED: __July 7, 2011_____

3

4

5  _/s/ Lucy H. Koh_____
   The Honorable Lucy H. Koh
6  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION FOR                    - 2 -                        10-CV-03972-LHK
WITHDRAWAL OF COUNSEL