UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>        Plaintiff,<br><br>    v.<br><br>BELKIN INTERNATIONAL, INC., ET AL.,<br><br>        Defendants. | Case No.: C 10-03972 LHK (PSG)<br><br>**ORDER RE PLAINTIFF FUJITSU LIMITED AND DEFENDANT NETGEAR, INC.'S JULY 28, 2011 JOINT SUBMISSION REGARDING UNRESOLVED ESI ISSUES**<br><br>**(Docket No. 159)** |

Pursuant to paragraph 2 of the Stipulation and Order re Discovery of Electronically Stored Information,[1] Plaintiff Fujitsu Limited ("Fujitsu") and Defendant Netgear, Inc. ("Netgear") submitted a joint request to the undersigned for expedited resolution. Earlier today, the parties appeared telephonically for hearing. Having reviewed the parties' joint submission and considered the arguments of counsel,

IT IS HEREBY ORDERED that Netgear's ESI custodians shall include all of the individuals named in its initial disclosures as well as Peter Newton.

IT IS FURTHER ORDERED that no later than August 2, 2011 at 5PM, the parties shall meet and confer on proposed search terms in an effort to narrow the search terms applicable to Netgear's technical personnel. In the event, the parties are unable to agree on proposed search terms, the

---

[1] *See* Docket No. 154.

1 | parties shall file a joint submission no later than August 4, 2011 at 5PM and contact the courtroom
2 | deputy, Oscar Rivera, to schedule a further hearing.
3 |         IT IS SO ORDERED.
4 | Dated:    August 1, 2011

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 2*