COVINGTON & BURLING LLP
Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
One Front Street
San Francisco, CA 94111-5356
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091

COVINGTON & BURLING LLP
Philip A. Irwin (pirwin@cov.com) (admitted pro hac vice)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:    (212) 841-1000
Facsimile:    (212) 841-1010

COVINGTON & BURLING LLP
Gary M. Rubman (grubman@cov.com) (admitted pro hac vice)
R. Jason Fowler (jfowler@cov.com) (admitted pro hac vice)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:    (202) 662-6000
Facsimile:    (202) 662-6291

Attorneys for Plaintiff and Counterclaim Defendant Fujitsu Limited

[COUNSEL FOR DEFENDANTS LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>            Plaintiff,<br><br>      v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CLARIFYING THE SCOPE OF DISCOVERY UNDER THE AUGUST 3, 2011 MINUTE ORDER AND CASE MANAGEMENT ORDER**<br><br>Before:   The Honorable Lucy H. Koh<br><br>Discovery Matters Assigned to:<br>Magistrate Judge Paul S. Grewal |

1   Plaintiff Fujitsu Limited and Defendants Belkin International Inc., Belkin, Inc., D-
2   Link Systems, Inc., ZyXEL Communications, Inc., and NETGEAR, Inc., by and through their
3   counsel of record, hereby jointly submit this stipulation to clarify the August 3, 2011
4   Minute Order and Case Management Order (Dkt. 162) ("Order") so that it will more
5   accurately reflect the parties' understanding of the Court's rulings during the July 27, 2011
6   Case Management Conference regarding the parties' discovery obligations.  Accordingly,
7   the parties respectfully request that the Order should be modified as follows:

   1. Within 30 days of the July 27, 2011 CMC, Defendants shall produce the source code for the accused card interface device products.  At the CMC hearing the Court did not order Defendants to produce "technical documents" for the accused card interface device products within 30 days of the July 27, 2011 CMC.  *See* July 27, 2011 Transcript at 23:3-18.

   2. Within 45 days of the July 27, 2011 CMC, Defendants shall produce any schematics and block diagrams for the accused card interface device products.

   3. Within 30 days of the July 27, 2011 CMC, Plaintiff shall produce the source code for its card interface device products sold in the United States.  At the CMC hearing the Court did not order Plaintiff to produce source code for the Fujitsu laptops with slots.  *See* July 27, 2011 Transcript at 70:23-71:5; *see also id*. at 34:6-12; 56:9-10; 63:7-10.

   4. The parties agree to defer source code discovery for all non-card interface device products.  If any party later determines that source code is needed for Defendants' external devices, Fujitsu's external devices, or Fujitsu's laptops with slots, that party shall make a written request for such code and the parties shall meet and confer within seven days.  If the parties are unable to agree on the scope or timing of any such production, they shall present the issue to the Court within fourteen days of the written demand for source code.

   5. Within 45 days of the July 27, 2011 CMC, Plaintiff shall produce technical documents for its card interface device products, routers, modems, hubs, access

1 points, network adapters, switches, bridges, gateways, range extenders, antennas,
2 and firewalls sold in the United States.  At the CMC hearing the Court did not order
3 Plaintiff to produce technical documents for the Fujitsu laptops with slots.
4 6. In connection with discovery regarding the Fujitsu laptops with slots, within 30
5 days of the July 27, 2011 CMC, Plaintiff shall (1) identify which of its laptops sold
6 within the past six years in the United States have "PCMCIA," "CardBus" or
7 "ExpressCard" slots; (2) produce sales information for any such laptops sold within
8 the past six years in the United States that have "PCMCIA," "CardBus" or
9 "ExpressCard" slots; (3) produce information as to the market share, as of 2000, for
10 such laptops sold in the United States that have "PCMCIA," "CardBus" or
11 "ExpressCard" slots; and (4) produce user's manuals/guides for any such laptops
12 sold within the past six years in the United States that have "PCMCIA," "CardBus" or
13 "ExpressCard" slots.
14 7. If any Defendant later determines that additional documents are needed to show
15 the design or configuration of the Fujitsu laptops with slots and/or the manner in
16 which cards or adapters of different sizes and configurations are used by the
17 Fujitsu laptops with slots, that Defendant shall make a written request for such
18 information and the parties shall meet and confer within seven days.  If the parties
19 are unable to agree on the scope or timing of any such production, they shall
20 present the issue to the Court within fourteen days of the written demand for such
21 information.

Respectfully submitted,

DATE:  August 15, 2011                     COVINGTON & BURLING LLP

By:  */s/ Thomas E. Garten*[1]

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

STIPULATION AND [~~PROPOSED~~] ORDER                2
Case No. 10-cv-03972-LHK (PSG)

1  Robert D. Fram (rfram@cov.com)
   Thomas E. Garten (tgarten@cov.com)
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111-5356
   Telephone:    415.591.6000
4  Facsimile:    415.591.6091

5  Philip A. Irwin (pirwin@cov.com)
   COVINGTON & BURLING LLP
6  The New York Times Building
   620 Eighth Avenue
7  New York, NY 10018-1405
   Telephone:    212.841.1000
8  Facsimile:    212.841.1010

9  Gary M. Rubman (grubman@cov.com)
   R. Jason Fowler (jfowler@cov.com)
   COVINGTON & BURLING LLP
10 1201 Pennsylvania Avenue, NW
   Washington, DC 20004-2401
11 Telephone:    202.662.6000
   Facsimile:    202.662.6291
12
   Attorneys for Plaintiff and Counterclaim
13 Defendant FUJITSU LIMITED

14

15
   DATE:  August 15, 2011                By: */s/ Duncan Palmatier*
16
   Duncan Palmatier (CA Bar No. 116692)
17 E-mail:  dpalm@dpalmlaw.com
   S.J. Christine Yang (CA Bar No. 102048)
18 E-mail:  cyang@sjclawpc.com
   Victoria Der-Lung Hao (admitted pro hac vice)
19 E-mail:  vhao@sjclawpc.com
   The Law Office of S.J. Christine Yang
20 17220 Newhope Street, Suites 101 & 102
   Fountain Valley, California  92708
21 Telephone:    (714) 641-4022
   Facsimile:    (714) 641-2082
22
   Attorneys for Defendants D-LINK SYSTEMS, INC.
23 and ZYXEL COMMUNICATIONS, INC.

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER         3
Case No. 10-cv-03972-LHK (PSG)

| | | |
|---|---|---|
| 1 | | |
| 2 | DATE:  August 15, 2011 | WINSTON & STRAWN LLP |
| 3 | | By: /s/ *David Enzminger* |
| 4 | | David Enzminger (CA Bar No. 137065)<br>E-mail:  denzminger@winston.com<br>WINSTON & STRAWN LLP |
| 5 | | 333 S. Grand Avenue<br>Los Angeles, CA  90071 |
| 6 | | Telephone:  (213) 615-1780<br>Facsimile:  (213) 615-1750 |
| 7 | | Attorneys for Defendants BELKIN |
| 8 | | INTERNATIONAL INC. and BELKIN, INC. |
| 9 | | |
| 10 | DATE:  August 15, 2011 | REED SMITH LLP |
| 11 | | By: /s/ *William R. Overend* |
| 12 | | William R. Overend (CA Bar No. 180209)<br>E-mail:  woverend@reedsmith.com |
| 13 | | John P. Bovich (CA Bar No. 150688)<br>E-mail:  jbovich@reedsmith.com |
| 14 | | REED SMITH LLP<br>101 Second Street, Suite 1800 |
| 15 | | San Francisco, CA  94105-3659<br>Telephone:  (415) 543-8700 |
| 16 | | Facsimile:  (415) 391-8269 |
| 17 | | Attorneys for Defendant NETGEAR, INC. |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** | |
| 22 | | |
| 23 | DATE:  August 29, 2011 | By: *Lucy H. Koh* |
| 24 | | The Honorable Lucy H. Koh<br>United States District Court Judge |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER        4
Case No. 10-cv-03972-LHK (PSG)