1  David Enzminger (SBN: 137065)
   Email: denzminger@winston.com
2  WINSTON & STRAWN LLP
   333 S. Grand Avenue
3  Los Angeles, CA 90071-1543
   Telephone:    (213) 615-1700
4  Facsimile:    (213) 615-1750

5  Jeffrey J. Phillips (*Pro Hac Vice*)
   Email: jphillips@winston.com
6  Joshua Wyde (*Pro Hac Vice*)
   Email: jwyde@winston.com
7  Michael J. Forbes (*Pro Hac Vice*)
   Email: mforbes@winston.com
8  WINSTON & STRAWN LLP
   1111 Louisiana, 25th Floor
9  Houston, TX  77002
   Telephone:  (713) 651-2600
10 Facsimile:  (713) 651-2700

11 Attorneys for Defendants
   BELKIN INTERNATIONAL INC. AND BELKIN, INC.
12

13               UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16 FUJITSU LIMITED,                    )   Case No. 10-cv-03972-LHK (PSG)
                                       )
17           Plaintiff,                )   [PROPOSED] ORDER GRANTING
                                       )   UNOPPOSED MOTION FOR
18      vs.                            )   WITHDRAWAL OF COUNSEL
                                       )
19 BELKIN INTERNATIONAL, INC., BELKIN, )   Judge: Honorable Lucy H. Koh
   INC., D-LINK CORPORATION, D-LINK    )
20 SYSTEMS, INC., Belkin, INC. ZYXEL   )
   COMMUNICATIONS CORPORATION,         )
21 ZYXEL COMMUNICATIONS, INC.          )
                                       )
22           Defendants.               )
                                       )
23

24

25      Defendants Belkin International, Inc. and Belkin, Inc. filed a motion for the withdrawal of

26 Robert A. Calico III, formerly of Winston & Strawn LLP as counsel.  The Court, having considered

27 the request, is of the opinion that the request be GRANTED.

28

                                       1
            Order Granting Unopposed Motion for Withdrawal of Counsel

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

It is accordingly ORDERED that Robert A. Calico III is withdrawn as counsel of record in this case for Defendants Belkin International, Inc. and Belkin, Inc.

IT IS SO ORDERED.

DATED:   August 29, 2011

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

2
Order Granting Unopposed Motion for Withdrawal of Counsel