UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>    Plaintiff,<br><br> vs.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 10-cv-03972-LHK<br><br>**[PROPOSED] ORDER PERMITTING DEFENDANTS TO BRING EQUIPMENT INTO THE COURTHOUSE FOR TUTORIAL AND MARKMAN HEARINGS**<br><br>Date: October 6, 2011 & October 14, 2011<br>Time: 1:30 pm<br>Place: Courtroom 4, 5th Floor<br><br>The Honorable Lucy H. Koh |

Defendant and Counterclaimant NETGEAR, Inc., on behalf of all Defendants, requests that Clear Case Legal, 77 Mark Drive, Suite 26, San Rafael, CA 94903, Telephone: 415.456.1400, be granted permission to bring the following equipment into the courthouse for use during the Tutorial and Markman hearings scheduled for October 6, 2011 at 1:30 p.m. and October 14, 2011 at 1:30 p.m., respectively:

- 1 Projector
- 1 Screen
- 1 Laptop
- 1 Table
- Cables that support the equipment

IT IS SO ORDERED.

DATED: October 5, 2011

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Court Judge