1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

15
16
17

| | |
|---|---|
| FUJITSU LIMITED,<br><br>       Plaintiff,<br><br>    v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>       Defendants. | Case No. 10-cv-03972-LHK (PSG)<br><br>**[PROPOSED] ORDER PERMITTING FUJITSU LIMITED'S LEGAL-GRAPHICS PROVIDER TO BRING EQUIPMENT INTO THE COURTHOUSE FOR CLAIM CONSTRUCTION TUTORIAL AND HEARING**<br><br>**Claim Construction Tutorial:<br>10/6/2011 at 1:30 p.m.**<br><br>**Claim Construction Hearing:<br>10/14/2011 at 1:30 p.m.**<br><br>**Courtroom: 4, 5th Floor<br>Judge: Hon. Lucy H. Koh** |
| AND RELATED COUNTERCLAIMS | |

18
19
20
21
22
23
24
25
26
27
28

1    Plaintiff Fujitsu Limited hereby requests that its legal-graphics provider, Fulcrum Legal Graphics, be permitted to bring the following equipment into the Courthouse for use during the Claim Construction Tutorial, scheduled for October 6, 2011 at 1:30 p.m., and the Claim Construction Hearing, scheduled for October 14, 2011 at 1:30 p.m.:

- 2 laptop computers;
- 1 flat panel monitor;
- Cables that support the above-listed equipment; and
- 1 small folding table.

Fujitsu Limited will use this equipment with the projector and screen identified in Defendants' proposed order to bring equipment into the courthouse (Dkt. No. 182).

The address and telephone number of Fulcrum Legal Graphics are as follows:  50 Osgood Place, Suite 400, San Francisco, CA  94133; (415) 490-3540.

DATED:  October 4, 2011                    COVINGTON & BURLING LLP

By: /s/  Robert D. Fram

Robert D. Fram (rfram@cov.com)
Thomas E. Garten (tgarten@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:    415.591.6000
Facsimile:    415.591.6091

Philip A. Irwin (pirwin@cov.com)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:    212.841.1000
Facsimile:    212.841.1010

Gary M. Rubman (grubman@cov.com)
R. Jason Fowler (jfowler@cov.com)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:    202.662.6000
Facsimile:    202.662.6291

Attorneys for Plaintiff FUJITSU LIMITED

1   IT IS SO ORDERED.

3   DATED: October 5, 2011

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

3

[PROPOSED] ORDER PERMITTING EQUIPMENT                         CASE NO. 10-CV-03972-LHK (PSG)
TO BE BROUGHT INTO THE COURTHOUSE