1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>             Plaintiff,<br><br>      vs.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>             Defendants. | Case No. 10-cv-03972-LHK<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>The Honorable Lucy H. Koh |
| AND RELATED COUNTERCLAIMS. | |

1   Having considered Defendants' Administrative Motion to File Documents Under Seal, as
2   well as the supporting Declaration of John P. Bovich, the Court finds that good cause exists for an
3   order sealing documents.  Accordingly, it is HEREBY ORDERED that the Declaration of John P.
4   Bovich in Support of Defendants' Joint Response to Fujitsu Limited's Supplemental Claim
5   Construction Brief ("Bovich Declaration") and Exhibit B thereto shall be filed under seal.

7   **IT IS SO ORDERED.**

9   DATED:  October 27, 2011

_Lucy H. Koh_
The Honorable Lucy H. Koh
UNITED STATES DISTRICT COURT JUDGE