COVINGTON & BURLING LLP
Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
One Front Street
San Francisco, CA 94111-5356
Telephone:	(415) 591-6000
Facsimile:	(415) 591-6091

COVINGTON & BURLING LLP
Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:	(212) 841-1000
Facsimile:	(212) 841-1010

COVINGTON & BURLING LLP
Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:	(202) 662-6000
Facsimile:	(202) 662-6291

Attorneys for Plaintiff and Counterclaim Defendant Fujitsu Limited

[COUNSEL FOR DEFENDANTS LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING THE DEADLINE FOR THE PARTIES TO FILE A FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Before:　The Honorable Lucy H. Koh<br><br>Discovery Matters Assigned to:<br>Magistrate Judge Paul S. Grewal |

1    Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiff
2    Fujitsu Limited and Defendants Belkin International, Inc., Belkin, Inc., D-Link Corporation,
3    D-Link Systems, Inc. NETGEAR, Inc., ZyXEL Communications Corporation, and ZyXEL
4    Communications, Inc. hereby submit the following stipulation and proposed order
5    modifying the deadline for the parties to file a statement in advance of the December 21,
6    2011 Case Management Conference:
7    On November 2, 2011, the Court issued a Notice (Dkt. No. 201) setting the next Case
8    Management Conference for Wednesday, December 21, 2011 at 2:00 p.m.  Pursuant to the
9    Notice, the parties are required to file a Case Management Statement by December 14,
10   2011.
11   The parties are scheduled to participate in a private mediation with Judge Edward
12   A. Infante on December 14, 2011 and (optionally) on December 15, 2011.  The parties
13   agree that it would be beneficial to focus on the mediation on December 14-15 and to
14   include a report concerning the mediation in any statement filed with the Court in advance
15   of the upcoming Case Management Conference.
16   THEREFORE, IT IS HEREBY STIPULATED, AGREED AND REQUESTED that the Court
17   move the deadline for the parties to file a Case Management Statement from December 14,
18   2011 to December 19, 2011.

Respectfully submitted,

DATE:  December 8, 2011          COVINGTON & BURLING LLP

By:  */s/  Thomas Garten*[1]

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

STIPULATION AND [PROPOSED] ORDER          1
Case No. 10-cv-03972-LHK (PSG)

|   |   |   |
|---|---|---|
| 1 | | Robert D. Fram (rfram@cov.com) |
| 2 | | Thomas E. Garten (tgarten@cov.com)<br>COVINGTON & BURLING LLP |
| 3 | | One Front Street<br>San Francisco, CA 94111-5356 |
| 4 | | Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091 |
| 5 | | Attorneys for Plaintiff and Counterclaim<br>Defendant FUJITSU LIMITED |

```
1    Robert D. Fram (rfram@cov.com)
     Thomas E. Garten (tgarten@cov.com)
2    COVINGTON & BURLING LLP
     One Front Street
3    San Francisco, CA 94111-5356
     Telephone:   (415) 591-6000
4    Facsimile:   (415) 591-6091

5    Attorneys for Plaintiff and Counterclaim
     Defendant FUJITSU LIMITED

6

7    DATE: December 8, 2011           By: /s/ Duncan Palmatier

8                                     Duncan Palmatier (CA Bar No. 116692)
                                      E-mail: dpalm@dpalmlaw.com
9                                     S.J. Christine Yang (CA Bar No. 102048)
                                      E-mail: cyang@sjclawpc.com
10                                    Victoria Der-Lung Hao (admitted pro hac vice)
                                      E-mail: vhao@sjclawpc.com
11                                    The Law Office of S.J. Christine Yang
                                      17220 Newhope Street, Suites 101 & 102
12                                    Fountain Valley, California  92708
                                      Telephone:   (714) 641-4022
13                                    Facsimile:   (714) 641-2082

14                                    Attorneys for Defendants D-LINK CORPORATION,
                                      D-LINK SYSTEMS, INC., ZYXEL
15                                    COMMUNICATIONS CORPORATION, and ZYXEL
                                      COMMUNICATIONS, INC.
16

17

18   DATE: December 8, 2011           WINSTON & STRAWN LLP

19                                    By: /s/ David Enzminger

20                                    David Enzminger (CA Bar No. 137065)
                                      E-mail: denzminger@winston.com
21                                    WINSTON & STRAWN LLP
                                      333 S. Grand Avenue
22                                    Los Angeles, CA  90071
                                      Telephone: (213) 615-1780
23                                    Facsimile: (213) 615-1750

24                                    Attorneys for Defendants BELKIN
                                      INTERNATIONAL INC. and BELKIN, INC.
25

26

27

28

     STIPULATION AND [PROPOSED] ORDER           2
     Case No. 10-cv-03972-LHK (PSG)
```

| | | |
|---|---|---|
| DATE: December 8, 2011 | | REED SMITH LLP |

By: */s/ John Bovich*

William R. Overend (CA Bar No. 180209)
E-mail: woverend@reedsmith.com
John P. Bovich (CA Bar No. 150688)
E-mail: jbovich@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendant NETGEAR, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: December 9, 2011        By: *Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Court Judge