COVINGTON & BURLING LLP
Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

COVINGTON & BURLING LLP
Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
Facsimile: (212) 841-1010

COVINGTON & BURLING LLP
Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Attorneys for Plaintiff and Counterclaim Defendant Fujitsu Limited

[COUNSEL FOR DEFENDANTS LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING THE DEADLINE FOR THE PARTIES TO FILE A FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Before: The Honorable Lucy H. Koh<br><br>Discovery Matters Assigned to:<br>Magistrate Judge Paul S. Grewal |

1 | Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiff Fujitsu Limited and Defendants Belkin International, Inc., Belkin, Inc., D-Link Corporation, D-Link Systems, Inc. NETGEAR, Inc., ZyXEL Communications Corporation, and ZyXEL Communications, Inc. hereby submit the following stipulation and proposed order modifying the deadline for the parties to file a statement in advance of the December 21, 2011 Case Management Conference:

On November 2, 2011, the Court issued a Notice (Dkt. No. 201) setting the next Case Management Conference for Wednesday, December 21, 2011 at 2:00 p.m. Pursuant to the Notice, the parties are required to file a Case Management Statement by December 14, 2011.

The parties are scheduled to participate in a private mediation with Judge Edward A. Infante on December 14, 2011 and (optionally) on December 15, 2011. The parties agree that it would be beneficial to focus on the mediation on December 14-15 and to include a report concerning the mediation in any statement filed with the Court in advance of the upcoming Case Management Conference.

THEREFORE, IT IS HEREBY STIPULATED, AGREED AND REQUESTED that the Court move the deadline for the parties to file a Case Management Statement from December 14, 2011 to December 19, 2011.

Respectfully submitted,

DATE: December 8, 2011        COVINGTON & BURLING LLP

By: */s/ Thomas Garten*[1]

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

| | |
|---|---|
| 1 | Robert D. Fram (rfram@cov.com) |
| | Thomas E. Garten (tgarten@cov.com) |
| 2 | COVINGTON & BURLING LLP |
| | One Front Street |
| 3 | San Francisco, CA 94111-5356 |
| | Telephone: (415) 591-6000 |
| 4 | Facsimile: (415) 591-6091 |
| 5 | Attorneys for Plaintiff and Counterclaim |
| | Defendant FUJITSU LIMITED |
| 6 | |

| | | |
|---|---|---|
| 7 | DATE: December 8, 2011 | By: /s/ *Duncan Palmatier* |
| 8 | | |
| | | Duncan Palmatier (CA Bar No. 116692) |
| 9 | | E-mail: dpalm@dpalmlaw.com |
| | | S.J. Christine Yang (CA Bar No. 102048) |
| 10 | | E-mail: cyang@sjclawpc.com |
| | | Victoria Der-Lung Hao (admitted *pro hac vice*) |
| 11 | | E-mail: vhao@sjclawpc.com |
| | | The Law Office of S.J. Christine Yang |
| 12 | | 17220 Newhope Street, Suites 101 & 102 |
| | | Fountain Valley, California 92708 |
| 13 | | Telephone: (714) 641-4022 |
| | | Facsimile: (714) 641-2082 |
| 14 | | Attorneys for Defendants D-LINK CORPORATION, |
| | | D-LINK SYSTEMS, INC., ZYXEL |
| 15 | | COMMUNICATIONS CORPORATION, and ZYXEL |
| | | COMMUNICATIONS, INC. |
| 16 | | |
| 17 | | |
| 18 | DATE: December 8, 2011 | WINSTON & STRAWN LLP |
| 19 | | By: /s/ *David Enzminger* |
| 20 | | David Enzminger (CA Bar No. 137065) |
| | | E-mail: denzminger@winston.com |
| 21 | | WINSTON & STRAWN LLP |
| | | 333 S. Grand Avenue |
| 22 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 615-1780 |
| 23 | | Facsimile: (213) 615-1750 |
| 24 | | Attorneys for Defendants BELKIN |
| | | INTERNATIONAL INC. and BELKIN, INC. |

| | | |
|---|---|---|
| DATE: December 8, 2011 | | REED SMITH LLP |
| | | By: */s/ John Bovich* |
| | | William R. Overend (CA Bar No. 180209)<br>E-mail: woverend@reedsmith.com<br>John P. Bovich (CA Bar No. 150688)<br>E-mail: jbovich@reedsmith.com<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br>Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269 |
| | | Attorneys for Defendant NETGEAR, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: December 9, 2011          By: *Lucy H. Koh*
                                     The Honorable Lucy H. Koh
                                     United States District Court Judge