1  COVINGTON & BURLING LLP
   Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
2  Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
   One Front Street
3  San Francisco, CA 94111-5356
   Telephone:    (415) 591-6000
4  Facsimile:    (415) 591-6091

5  COVINGTON & BURLING LLP
   Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
6  The New York Times Building
   620 Eighth Avenue
7  New York, NY 10018-1405
   Telephone:    (212) 841-1000
8  Facsimile:    (212) 841-1010

   COVINGTON & BURLING LLP
9  Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
   R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
10 1201 Pennsylvania Avenue, NW
   Washington, DC 20004-2401
11 Telephone:    (202) 662-6000
   Facsimile:    (202) 662-6291

12 Attorneys for Plaintiff and Counterclaim Defendant Fujitsu Limited

13

14 [COUNSEL FOR DEFENDANTS LISTED ON SIGNATURE PAGES]

15
                    **UNITED STATES DISTRICT COURT**
16                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                            **SAN JOSE DIVISION**
17

18 | FUJITSU LIMITED, | Case No. 10-cv-03972-LHK (PSG) |
   |---|---|
19 | Plaintiff, | |
   | v. | **JOINT STIPULATION AND [PROPOSED] ORDER POSTPONING THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR DECEMBER 21, 2011** |
20 | BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC., | |
   | Defendant. | Before:   The Honorable Lucy H. Koh |
   | | Discovery Matters Assigned to: Magistrate Judge Paul S. Grewal |
   | AND RELATED COUNTERCLAIMS | |

Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiff Fujitsu Limited and Defendants Belkin International, Inc., Belkin, Inc., D-Link Corporation, D-Link Systems, Inc. NETGEAR, Inc., ZyXEL Communications Corporation, and ZyXEL Communications, Inc. hereby submit the following stipulation and proposed order postponing the December 21, 2011 Case Management Conference:

On November 2, 2011, the Court issued a Notice (Dkt. No. 201) setting the next Case Management Conference ("CMC") for Wednesday, December 21, 2011 at 2:00 p.m. The CMC was scheduled so that it would take place after the court-ordered mediation on December 14-15, 2011. As further ordered by the Court (Dkt. No. 203), the parties' case management statement was postponed until December 19, 2011 so that the statement could include a report on the mediation.

On December 14, 2011, the parties participated in a private mediation with Judge Edward A. Infante. The parties did not reach any settlements and canceled the optional second day of mediation scheduled for December 15, 2011. The parties' positions were simply too far apart.

The parties therefore believe that it will be more productive if the next Case Management Conference occurs after the Court issues its *Markman* ruling.

THEREFORE, IT IS HEREBY STIPULATED, AGREED AND REQUESTED that the Court postpone the next Case Management Conference until a reasonable time after the *Markman* ruling.

Respectfully submitted,

DATE: December 15, 2011        COVINGTON & BURLING LLP

By: */s/ Thomas E. Garten*[1]

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

| | |
|---|---|
| | Robert D. Fram (rfram@cov.com)<br>Thomas E. Garten (tgarten@cov.com)<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA 94111-5356<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091 |
| | Attorneys for Plaintiff and Counterclaim Defendant FUJITSU LIMITED |
| DATE: December 15, 2011 | By: /s/ *Duncan Palmatier* |
| | Duncan Palmatier (CA Bar No. 116692)<br>E-mail: dpalm@dpalmlaw.com<br>S.J. Christine Yang (CA Bar No. 102048)<br>E-mail: cyang@sjclawpc.com<br>Victoria Der-Lung Hao (admitted pro hac vice)<br>E-mail: vhao@sjclawpc.com<br>The Law Office of S.J. Christine Yang<br>17220 Newhope Street, Suites 101 & 102<br>Fountain Valley, California 92708<br>Telephone: (714) 641-4022<br>Facsimile: (714) 641-2082 |
| | Attorneys for Defendants D-LINK CORPORATION, D-LINK SYSTEMS, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC. |
| DATE: December 15, 2011 | WINSTON & STRAWN LLP |
| | By: /s/ *David Enzminger* |
| | David Enzminger (CA Bar No. 137065)<br>E-mail: denzminger@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 615-1780<br>Facsimile: (213) 615-1750 |
| | Attorneys for Defendants BELKIN INTERNATIONAL INC. and BELKIN, INC. |

STIPULATION AND [PROPOSED] ORDER
Case No. 10-cv-03972-LHK (PSG)

2

1

DATE:  December 15, 2011	REED SMITH LLP

2

By: */s/ William Overend*

3

William R. Overend (CA Bar No. 180209)
4  E-mail:  woverend@reedsmith.com
John P. Bovich (CA Bar No. 150688)
5  E-mail:  jbovich@reedsmith.com
REED SMITH LLP
6  101 Second Street, Suite 1800
San Francisco, CA  94105-3659
7  Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269
8
Attorneys for Defendant NETGEAR, INC.

9

10  PURSUANT TO STIPULATION, IT IS SO ORDERED.  The case management conference is

11  hereby continued from December 21, 2011 to February 1, 2012 at 2:00 p.m.

12

13

14  DATE:   December 16  , 2011	By: *Lucy H. Koh*

The Honorable Lucy H. Koh
15  United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER       3
Case No. 10-cv-03972-LHK (PSG)