COVINGTON & BURLING LLP
Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
One Front Street
San Francisco, CA 94111-5356
Telephone:    (415) 591-6000
Facsimile:     (415) 591-6091

COVINGTON & BURLING LLP
Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:    (212) 841-1000
Facsimile:     (212) 841-1010

COVINGTON & BURLING LLP
Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:    (202) 662-6000
Facsimile:     (202) 662-6291

Attorneys for Plaintiff and Counterclaim Defendant Fujitsu Limited

[COUNSEL FOR DEFENDANTS LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>            Plaintiff,<br><br>       v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER POSTPONING THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR DECEMBER 21, 2011**<br><br>Before:    The Honorable Lucy H. Koh<br><br>Discovery Matters Assigned to:<br>Magistrate Judge Paul S. Grewal |

Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiff Fujitsu Limited and Defendants Belkin International, Inc., Belkin, Inc., D-Link Corporation, D-Link Systems, Inc. NETGEAR, Inc., ZyXEL Communications Corporation, and ZyXEL Communications, Inc. hereby submit the following stipulation and proposed order postponing the December 21, 2011 Case Management Conference:

On November 2, 2011, the Court issued a Notice (Dkt. No. 201) setting the next Case Management Conference ("CMC") for Wednesday, December 21, 2011 at 2:00 p.m.  The CMC was scheduled so that it would take place after the court-ordered mediation on December 14-15, 2011.  As further ordered by the Court (Dkt. No. 203), the parties' case management statement was postponed until December 19, 2011 so that the statement could include a report on the mediation.

On December 14, 2011, the parties participated in a private mediation with Judge Edward A. Infante.  The parties did not reach any settlements and canceled the optional second day of mediation scheduled for December 15, 2011.  The parties' positions were simply too far apart.

The parties therefore believe that it will be more productive if the next Case Management Conference occurs after the Court issues its *Markman* ruling.

THEREFORE, IT IS HEREBY STIPULATED, AGREED AND REQUESTED that the Court postpone the next Case Management Conference until a reasonable time after the *Markman* ruling.

Respectfully submitted,

DATE:  December 15, 2011                COVINGTON & BURLING LLP

By:  */s/ Thomas E. Garten*[1]

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

STIPULATION AND [PROPOSED] ORDER
Case No. 10-cv-03972-LHK (PSG)          1

1   Robert D. Fram (rfram@cov.com)
    Thomas E. Garten (tgarten@cov.com)
2   COVINGTON & BURLING LLP
    One Front Street
3   San Francisco, CA 94111-5356
    Telephone:   (415) 591-6000
4   Facsimile:   (415) 591-6091

5   Attorneys for Plaintiff and Counterclaim
    Defendant FUJITSU LIMITED

6

7   DATE:  December 15, 2011          By: /s/ *Duncan Palmatier*

8   Duncan Palmatier (CA Bar No. 116692)
    E-mail:  dpalm@dpalmlaw.com
9   S.J. Christine Yang (CA Bar No. 102048)
    E-mail:  cyang@sjclawpc.com
10  Victoria Der-Lung Hao (admitted pro hac vice)
    E-mail:  vhao@sjclawpc.com
11  The Law Office of S.J. Christine Yang
    17220 Newhope Street, Suites 101 & 102
12  Fountain Valley, California  92708
    Telephone:   (714) 641-4022
13  Facsimile:   (714) 641-2082

14  Attorneys for Defendants D-LINK CORPORATION,
    D-LINK SYSTEMS, INC., ZYXEL
15  COMMUNICATIONS CORPORATION, and ZYXEL
    COMMUNICATIONS, INC.

16

17

18  DATE:  December 15, 2011          WINSTON & STRAWN LLP

19                                    By: /s/ *David Enzminger*

20  David Enzminger (CA Bar No. 137065)
    E-mail:  denzminger@winston.com
21  WINSTON & STRAWN LLP
    333 S. Grand Avenue
22  Los Angeles, CA  90071
    Telephone: (213) 615-1780
23  Facsimile: (213) 615-1750

24  Attorneys for Defendants BELKIN
    INTERNATIONAL INC. and BELKIN, INC.

25

26

27

28

STIPULATION AND [PROPOSED] ORDER          2
Case No. 10-cv-03972-LHK (PSG)

1  DATE: December 15, 2011          REED SMITH LLP

2                                  By: */s/ William Overend*

3                                  William R. Overend (CA Bar No. 180209)
                                   E-mail: woverend@reedsmith.com
4                                  John P. Bovich (CA Bar No. 150688)
                                   E-mail: jbovich@reedsmith.com
5                                  REED SMITH LLP
                                   101 Second Street, Suite 1800
6                                  San Francisco, CA 94105-3659
                                   Telephone: (415) 543-8700
7                                  Facsimile: (415) 391-8269

8                                  Attorneys for Defendant NETGEAR, INC.

10  PURSUANT TO STIPULATION, IT IS SO ORDERED.  The case management conference is
11  hereby continued from December 21, 2011 to February 1, 2012 at 2:00 p.m.

14  DATE: __December 16__, 2011       By: *Lucy H. Koh*
                                      The Honorable Lucy H. Koh
15                                    United States District Court Judge

STIPULATION AND [PROPOSED] ORDER          3
Case No. 10-cv-03972-LHK (PSG)