David Enzminger (SBN: 137065)
 Email: denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:    (213) 615-1700
Facsimile:    (213) 615-1750

Jeffrey J. Phillips (*Pro Hac Vice*)
 Email: jphillips@winston.com
Joshua Wyde (*Pro Hac Vice*)
 Email: jwyde@winston.com
Michael J. Forbes (*Pro Hac Vice*)
 Email: mforbes@winston.com
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Attorneys for Defendants
BELKIN INTERNATIONAL INC. AND BELKIN, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED, | Case No. 10-cv-03972-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL** |
| vs. | |
| BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., Belkin, INC. ZYXEL COMMUNICATIONS CORPORATION, ZYXEL COMMUNICATIONS, INC. | Judge: Honorable Lucy H. Koh |
| Defendants. | |

Defendants Belkin International, Inc. and Belkin, Inc. filed a motion for the withdrawal of Laura K. Carter, formerly of Winston & Strawn LLP as counsel. The Court, having considered the request, is of the opinion that the request be GRANTED.

It is accordingly ORDERED that Laura K. Carter is withdrawn as counsel of record in this case for Defendants Belkin International, Inc. and Belkin, Inc.

IT IS SO ORDERED.

DATED: January 9, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge