1  David Enzminger (SBN: 137065)
    Email: denzminger@winston.com
2  WINSTON & STRAWN LLP
   333 S. Grand Avenue
3  Los Angeles, CA 90071-1543
   Telephone:   (213) 615-1700
4  Facsimile:   (213) 615-1750

5  Jeffrey J. Phillips (*Pro Hac Vice*)
    Email: jphillips@winston.com
6  Joshua Wyde (*Pro Hac Vice*)
    Email: jwyde@winston.com
7  Michael J. Forbes (*Pro Hac Vice*)
    Email: mforbes@winston.com
8  WINSTON & STRAWN LLP
   1111 Louisiana, 25th Floor
9  Houston, TX  77002
   Telephone: (713) 651-2600
10 Facsimile: (713) 651-2700

11 Attorneys for Defendants
   BELKIN INTERNATIONAL INC. AND BELKIN, INC.
12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED, | Case No. 10-cv-03972-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL** |
| vs. | |
| BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., Belkin, INC. ZYXEL COMMUNICATIONS CORPORATION, ZYXEL COMMUNICATIONS, INC. | Judge: Honorable Lucy H. Koh |
| Defendants. | |

Defendants Belkin International, Inc. and Belkin, Inc. filed a motion for the withdrawal of Laura K. Carter, formerly of Winston & Strawn LLP as counsel.  The Court, having considered the request, is of the opinion that the request be GRANTED.

It is accordingly ORDERED that Laura K. Carter is withdrawn as counsel of record in this case for Defendants Belkin International, Inc. and Belkin, Inc.

IT IS SO ORDERED.

DATED: January 9, 2012



LUCY H. KOH
United States District Judge