IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED, | ) |
| | ) |
| Plaintiff, | ) Case No. 5:10cv03972-LHK |
| | ) |
| v. | ) |
| | ) |
| BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; NETGEAR, INC.; ZYXEL COMMUNICATIONS CORPORATION; AND ZYXEL COMMUNICATIONS, INC., | ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION
TO TAKE DEPOSITIONS IN JAPAN**

To any Consul or Vice Consul of the United States Consulate Osaka-Kobe:

Upon the application of Defendants and pursuant to Article 17 of the United States-Japan Consular Convention, it is ORDERED that the depositions on notice of the following witnesses be taken at the United States Consulate in Osaka-Kobe, Japan:

Yoshinori Kato of Fujitsu Limited, on an agreed-upon date during the period commencing on or about March 12, 2012 at 9:00 a.m. and terminating on or about March 23, 2012 at 5:00 p.m., and to mark any documentary exhibits in connection therewith.

Counsel for Defendants D-Link Corporation, D-Link Systems, Inc, ZyXEL Communications Corporation and ZyXEL Communications, Inc. who will participate in said depositions are Duncan Palmatier, Christine Yang, and/or Victoria Hao.

Counsel for Defendants Belkin International, Inc. and Belkin Inc. who will participate in said depositions are one or more of David Enzminger, Joshua Wyde and/or Michael J. Forbes.

Counsel for Defendant NETGEAR, Inc. who will participate in said depositions are John P. Bovich, William R. Overend, and/or Matthew Hindman.

Counsel for Plaintiff who will participate in said depositions are Gary M. Rubman, Robert D. Fram, Thomas E. Garten, William E. Zapf, Philip A. Irwin and/or R. Jason Fowler.

The proceedings will be reported and/or videotaped by Christopher Sheppard Hanlon, Peter WaiKwong Au, Jeffrey Marc Menton, Randell Buckler, Marc Joel Friedman, Deborah Marshall, Jodi Harmon, Deborah Gentile, Melanie Louise Giamarco and/or Tracey LoCastro with American Realtime Court Reporters. The proceedings will be translated by Gerald T. Peters and/or Endo Yoshihide. Please cause the testimony of said witnesses to be reduced to writing and the depositions signed by said witnesses and annex said deposition testimony to your commission and close the same under your seal and make return thereof to this Court with all convenient speed.

After full consideration of all the papers, submissions and argument of counsel, the Court orders as follows:

Defendants' Unopposed Motion to Take Depositions in Japan is GRANTED.

**IT IS SO ORDERED.**

DATE: ___1/25___, 2012          By: _____
                                    The Honorable Paul S. Grewal
                                    United States District Magistrate Judge