COVINGTON & BURLING LLP
Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
One Front Street
San Francisco, CA 94111-5356
Telephone:   (415) 591-6000
Facsimile:    (415) 591-6091

COVINGTON & BURLING LLP
Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:   (212) 841-1000
Facsimile:    (212) 841-1010

COVINGTON & BURLING LLP
Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:   (202) 662-6000
Facsimile:    (202) 662-6291

Attorneys for Plaintiff and Counterclaim Defendant Fujitsu Limited

[COUNSEL FOR DEFENDANTS LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>  Plaintiff,<br><br>  v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>  Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER POSTPONING THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEBRUARY 1, 2012**<br><br>Before:   The Honorable Lucy H. Koh<br><br>Discovery Matters Assigned to:<br>Magistrate Judge Paul S. Grewal |

Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiff Fujitsu Limited and Defendants Belkin International, Inc., Belkin, Inc., D-Link Corporation, D-Link Systems, Inc. NETGEAR, Inc., ZyXEL Communications Corporation, and ZyXEL Communications, Inc. hereby submit the following stipulation and proposed order postponing the February 1, 2012 Case Management Conference:

On November 2, 2011, the Court issued a Notice (Dkt. No. 201) setting a Case Management Conference ("CMC") for Wednesday, December 21, 2011.  The CMC was scheduled so that it would take place after the court-ordered mediation on December 14-15, 2011.  After the mediation was unsuccessful, the parties filed a joint stipulation requesting that the Court postpone the December 21 CMC until a date a reasonable time after the Court's *Markman* ruling.

On December 16, 2011, the Court issued an order (Dkt. No. 205) rescheduling the CMC for Wednesday, February 1, 2012 at 2:00 p.m.

Earlier today, Fujitsu's lead counsel, Robert Fram, who was planning on attending the CMC, learned that he needs to be in Germany for another court proceeding on February 1.  Accordingly, Fujitsu requested that the Defendants agree to seek a short postponement of the CMC.  Defendants agreed.

THEREFORE, IT IS HEREBY STIPULATED, AGREED AND REQUESTED that the Court postpone the next Case Management Conference for approximately 1-2 weeks.

Respectfully submitted,

DATE:  January 25, 2012                COVINGTON & BURLING LLP

By:  */s/ Thomas E. Garten*[1]

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

STIPULATION AND [PROPOSED] ORDER            1
Case No. 10-cv-03972-LHK (PSG)

1  Robert D. Fram (rfram@cov.com)
   Thomas E. Garten (tgarten@cov.com)
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111-5356
   Telephone:    (415) 591-6000
4  Facsimile:    (415) 591-6091

5  Attorneys for Plaintiff and Counterclaim
   Defendant FUJITSU LIMITED

6

7  DATE:  January 25, 2012        By: /s/ *Duncan Palmatier*

8  Duncan Palmatier (CA Bar No. 116692)
   E-mail:  dpalm@dpalmlaw.com
9  S.J. Christine Yang (CA Bar No. 102048)
   E-mail:  cyang@sjclawpc.com
10 Victoria Der-Lung Hao (admitted pro hac vice)
   E-mail:  vhao@sjclawpc.com
11 The Law Office of S.J. Christine Yang
   17220 Newhope Street, Suites 101 & 102
12 Fountain Valley, California  92708
   Telephone:    (714) 641-4022
13 Facsimile:    (714) 641-2082

14 Attorneys for Defendants D-LINK CORPORATION,
   D-LINK SYSTEMS, INC., ZYXEL
15 COMMUNICATIONS CORPORATION, and ZYXEL
   COMMUNICATIONS, INC.

16

17

18 DATE:  January 25, 2012        WINSTON & STRAWN LLP

19                                By: /s/ *David Enzminger*

20 David Enzminger (CA Bar No. 137065)
   E-mail:  denzminger@winston.com
21 WINSTON & STRAWN LLP
   333 S. Grand Avenue
22 Los Angeles, CA  90071
   Telephone: (213) 615-1780
23 Facsimile: (213) 615-1750

24 Attorneys for Defendants BELKIN
   INTERNATIONAL INC. and BELKIN, INC.

25

26

27

28

DATE:  January 25, 2012          REED SMITH LLP

By: */s/ William Overend*

William R. Overend (CA Bar No. 180209)
E-mail:  woverend@reedsmith.com
John P. Bovich (CA Bar No. 150688)
E-mail:  jbovich@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

Attorneys for Defendant NETGEAR, INC.

The case management conference currently set for February 1, 2012, is hereby continued to February 15, 2012, at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE:  January 26, 2012          By: *Lucy H. Koh*

The Honorable Lucy H. Koh
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER          3
Case No. 10-cv-03972-LHK (PSG)