Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:    415.591.6000
Facsimile:     415.591.6091

Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:    212.841.1000
Facsimile:     212.841.1010

Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:    202.662.6000
Facsimile:     202.662.6291

Attorneys for Plaintiff Fujitsu Limited

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>　　　　　Defendants. | Case No. 10-cv-03972-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: REPRESENTATIVE PRODUCTS** |
| AND RELATED COUNTERCLAIMS | |

Plaintiff Fujitsu Limited ("Fujitsu") and Defendants Belkin International Inc., Belkin, Inc., D-Link Corporation, D-Link Systems, Inc., NETGEAR, Inc., ZyXEL Communications Corporation, and ZyXEL Communications, Inc. (collectively, "Defendants"), by and through their counsel of record, hereby jointly submit this stipulation regarding representative products.

WHEREAS, Fujitsu has served discovery requests and notices of deposition on Defendants in this matter relating to the design, structure, and operation of the accused products and relating to its indirect infringement claims; and

WHEREAS, Fujitsu and Defendants desire to conserve time and resources expended in satisfying their discovery obligations in this matter.

NOW THEREFORE, Fujitsu and Defendants stipulate that:

1.     Belkin International Inc. and Belkin, Inc. represent that, for purposes of determining infringement of the asserted claims of the '769 Patent, the product models listed in each row of the table provided in **Exhibit A** have the same design, structure, and operation.

2.     D-Link Corporation and D-Link Systems, Inc. represent that, for purposes of determining infringement of the asserted claims of the '769 Patent, the product models listed in each row of the table provided in **Exhibit B** have the same design, structure, and operation.

3.     NETGEAR, Inc. represents that, for purposes of determining infringement of the asserted claims of the '769 Patent, the product models listed in each row of the table provided in **Exhibit C** have the same design, structure, and operation.

4.     ZyXEL Communications Corporation and ZyXEL Communications, Inc. represent that, for purposes of determining infringement of the asserted claims of the '769 Patent, the product models listed in each row of the table provided in **Exhibit D** have the same design, structure, and operation.

5.     Defendants further agree that, for purposes of Fujitsu's indirect infringement claims, any evidence presented by Fujitsu to prove a fact relevant to the elements of indirect infringement — *i.e.*, direct infringement by end-users; active encouragement by Defendants of the direct infringement; specific intent to encourage the infringement — will be deemed

1

equally relevant for proving the same fact for all of the other product models in the same row. Defendants will not contend that Fujitsu has failed to prove such a fact on the ground that the evidence does not relate to all of the models in the same row, although Defendants reserve their rights to contend that Fujitsu has failed to prove such a fact on any and all other grounds.

6.      In exchange for Defendants' agreement to these stipulations, Fujitsu agrees that, subject to the stipulations provided in Paragraph 8, Defendants' discovery obligations are discharged by making a complete production with respect to the first product model listed in each row, and that Defendants do not need to produce discovery relating to the other product models listed in each row.

7.      This stipulation is to be used in the above-captioned litigation only and shall not be binding on any party in any other administrative or judicial proceeding, nor does any party waive the right to object to the admissibility of this stipulation in any other proceeding.  The parties agree that this stipulation shall be used solely in connection with establishing that the design, structure, and operation of certain product models made, sold, offered for sale, imported, or used in the United States by Defendants are representative of the design, structure, and operation of other product models with respect to the asserted claims.  The parties agree that this stipulation does not constitute, and shall not be offered or construed as, any admission by Defendants that they infringe the claims asserted by Fujitsu in this litigation or in any other litigation or proceeding.

8.      If, after further discovery, any party believes in good faith that any of the product models listed in the tables in Exhibits A-D do not have the same design, structure, and operation as the other product models in the same row, or that further discovery is otherwise necessary regarding a particular product model (*e.g.*, if deficiencies in any Defendant's discovery with regard to the first product model listed in any row may be cured through discovery relating to any one of the other product models in the same row), the parties shall meet and confer regarding potential amendment of this Stipulation.

9.      This stipulation does not alter Defendants' obligations with regard to damages

1    discovery concerning all of the accused products.

2

3                                              Respectfully submitted,

4

5    DATED:  February 2, 2012              COVINGTON & BURLING LLP

6                                          By: _/s/ Thomas E. Garten_ [1]_____

7                                          Robert D. Fram (rfram@cov.com)
                                           Thomas E. Garten (tgarten@cov.com)
8                                          COVINGTON & BURLING LLP
                                           One Front Street
9                                          San Francisco, CA 94111-5356
                                           Telephone:    415.591.6000
10                                         Facsimile:    415.591.6091

11                                         Philip A. Irwin (pirwin@cov.com)
                                           COVINGTON & BURLING LLP
12                                         The New York Times Building
                                           620 Eighth Avenue
13                                         New York, NY 10018-1405
                                           Telephone:    212.841.1000
14                                         Facsimile:    212.841.1010

15                                         Gary M. Rubman (grubman@cov.com)
                                           R. Jason Fowler (jfowler@cov.com)
16                                         COVINGTON & BURLING LLP
                                           1201 Pennsylvania Avenue, NW
17                                         Washington, DC 20004-2401
                                           Telephone:    202.662.6000
18                                         Facsimile:    202.662.6291

19                                         Attorneys for Plaintiff and Counterclaim
                                           Defendant FUJITSU LIMITED

20   DATE:  February 2, 2012

21                                         By: _/s/   Duncan Palmatier_____

22                                         Duncan Palmatier (CA Bar No. 116692)
                                           E-mail:  dpalm@dpalmlaw.com
23                                         S.J. Christine Yang (CA Bar No. 102048)
                                           E-mail:  cyang@sjclawpc.com
24                                         Victoria Der-Lung Hao (*pro hac vice*)
                                           E-mail:  vhao@sjclawpc.com
25                                         The Law Office of S.J. Christine Yang
                                           17220 Newhope Street, Suites 101 & 102
26                                         Fountain Valley, California  92708
                                           Telephone:    (714) 641-4022

27   _____
     [1]      In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing
28   of this document has been obtained from each of the other signatories hereto.

                                           3

1    Facsimile:     (714) 641-2082

2    Attorneys for Defendants D-LINK
     CORPORATION, D-LINK SYSTEMS, INC.
3    ZYXEL COMMUNICATIONS CORPORATION,
     and ZYXEL COMMUNICATIONS, INC.

4

5    DATE:  February 2, 2012          WINSTON & STRAWN LLP

6                                     By: /s/   David Enzminger

7                                     David Enzminger (CA Bar No. 137065)
                                      E-mail:  denzminger@winston.com
8                                     WINSTON & STRAWN LLP
                                      333 S. Grand Avenue
9                                     Los Angeles, CA  90071
                                      Telephone:  (213) 615-1780
10                                    Facsimile:  (213) 615-1750

11                                    Attorneys for Defendants BELKIN
                                      INTERNATIONAL INC. and BELKIN, INC.
12

13   DATE:  February 2, 2012          REED SMITH LLP

14                                    By: /s/   William R. Overend

15                                    John P. Bovich (CA Bar No. 150688)
                                      E-mail:  jbovich@reedsmith.com
16                                    William R. Overend (CA Bar No. 180209)
                                      E-mail:  woverend@reedsmith.com
17                                    REED SMITH LLP
                                      101 Second Street, Suite 1800
18                                    San Francisco, CA  94105-3659
                                      Telephone:  (415) 543-8700
19                                    Facsimile:  (415) 391-8269

20                                    Attorneys for Defendant NETGEAR, INC.

21

22   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23   DATE:  February 2, 2012          By: _Lucy H. Koh_____

24                                    The Honorable Lucy H. Koh
                                      United States District Court Judge
25

26

27

28

4

**Exhibit A:  Belkin**

| Covered Product Models |
|---|
| **F5D6020** |
|  - F5D6020-DL |
|  - F5D6020odm |
|  - F5D6020rw |
|  - F5D6020t |
| **F5D7010** |
|  - F5D7010-APL |
|  - F5D7010odm |
|  - F5D7010-SN |
|  - F5D7010ta |
|  - F5D7010tt |
|  - F5D7010ttSN-W |
|  - F5D7010v |
|  - F5D7010vfcSN-PD |
|  - F5D7010vSN-PDQ |
| **F5D7011** |
|  - F5D7011odm |
|  - F5D7011tt |
| **F5D8010** |
|  - F5D8010odm |
|  - F5D8010tt |
| **F5D8011** |
|  - F5D8011tt |
| **F5D8013** |
|  - F5D8013tt |
| **F5D9010** |
|  - F5D9010odm |
|  - F5D9010tt |
| **F8T006** |
|  - F8T006-PC |
| **F5D6060** |
|  - F5D6060rw |
| **F8T020** |
|  - F8T020rw |
| **F5D5010** |
|  - F5D5010rw |
|  - F5D5010t |
| **F5D5020** |
|  - F5D5020odm |
|  - F5D5020rw |
|  - F5D5020t |
| **F5U222** |
|  - F5U222-NC |
|  - F5U222odm |
|  - F5U222rw |
|  - F5U222t |
|  - F5U222v |
|  - F5U222v1 |
| **F5U513** |
|  - F5U513tt |
|  - F5U513v |

| Covered Product Models |
|---|
| **F4U024** |
| - F4U024cw |
| **F5U239** |
| - F5U239tt |
| **F5U250** |
| - F5U250ea |
| **F5U506** |
| - F5U506ea |
| **F5U514** |
| - F5U514tt |
| **F8T030** |
| - F8T030rw |
| - F8T030tt |
| **F5U512** |
| - F5U512-MAC |
| **F7D8302** |
| - F7D8302-OSS |
| - F7D8302q |
| - F7D8302-TG |
| **F7D8301** |
| - F7D8301-CC-PLT |
| - F7D8301-PLT2 |
| - F7D8301q |
| **F7D7302** |
| - F7D7302q |
| - F7D7302-TG |
| **F7D6301** |
| - F7D6301q |
| - F7D6301rw |
| - F7D6301-TG |
| **F7D5301** |
| - F7D5301q |
| - F7D5301rw |
| - F7D5301-TG |
| **F7D4302** |
| - F7D4302-CC-PLT |
| - F7D4302-CC-PLT2 |
| - F7D4302-OSS |
| - F7D4302tt |
| **F7D3302** |
| - F7D3302tt |
| **F7D2301** |
| - F7D2301tt |
| - F7D2301-WM |
| - F7D2301-WM-PLT |
| **F7D1301** |
| - F7D1301tt |
| - F6D4230-4 |
| - F6D4230-4-BC |
| - F6D4230nn4 |
| - F6D4230np4 |
| - F6D4230nq4 |

2

| Covered Product Models |
|---|
| - F6D4230tt4 |
| **F5D9630** |
| - F5D9630-4 |
| - F5D9230-4 |
| - F5D9230odm4 |
| - F5D9230tc4 |
| - F5D9230tt4 |
| - F5D9230-4-CC |
| - F5D8236-4 |
| - F5D8236-4-BC |
| - F5D8236-4-PDQ |
| - F5D8236nn4 |
| - F5D8236odm4 |
| - F5D8236tt4 |
| - F5D8235-4 |
| - F5D8235-4-CC |
| - F5D8235-4-PDQ |
| - F5D8235-4-PLT |
| - F5D8235tt4 |
| - F5D8233-4 |
| - F5D8233-4-PDQ |
| - F5D8233ta4 |
| - F5D8233tc4 |
| - F5D8233tt4 |
| - F5D8232-4 |
| - F5D8232tt4 |
| - F5D8231-4 |
| - F5D8231tt4 |
| - F5D8230-4 |
| - F5D8230odm4 |
| - F5D8230tc4 |
| - F5D8230tt4 |
| - F5D7631-4-ELSAL |
| - F5D7631-4-ETEL |
| - F5D7631-4-TGUA |
| - F5D7631-4-TNOR |
| **F5D7330** |
| - F5D7330tt |
| - F5D7234-4 |
| - F5D7234-4-BC |
| - F5D7234-4-TG |
| - F5D7234-4-PDQ |
| - F5D7234np4 |
| - F5D7234nq4 |
| - F5D7234odm4 |
| - F5D7234tt4 |
| **F5D7233** |
| - F5D7233-BKS |
| - F5D7233tt |
| - F5D7231-4 |
| - F5D7231odm4 |
| - F5D7231tc4 |
| - F5D7231tt4 |

3

| Covered Product Models |
|---|
| - F5D7231-WM-PLLT |
| - F5D7230-4<br>- F5D7230-4-CC<br>- F5D7230-4-PDQ<br>- F5D7230-4-SN<br>- F5D7230-odm4<br>- F5D7230pb4<br>- F5D7230ta4<br>- F5D7230tc4<br>- F5D7230tt4<br>- F5D7230tt4-SN<br>- F5D7230v4<br>- F5D7230v4-SNPDQ<br>- F5D7230vfc4SNPD<br>- F5D7230-4-WMP<br>- F5D7230-WM-PLLT |
| **F5D7130**<br>- F5D7130odm<br>- F5D7130tc<br>- F5D7130tt |
| - F5D6231-4<br>- F5D6231-4-APL<br>- F5D6231odm4<br>- F5D6231rw4<br>- F5D6231tt4 |
| - F5D6230-3<br>- F5D6230rw3<br>- F5D6230t3<br>- F5D6230y3<br>- F5D6230-3-DL |
| **F5D6130**<br>- F5D6130odm<br>- F5D6130rw<br>- F5D6130t<br>- F5D6130y |
| - F5D5231-4<br>- F5D5231-4-APL<br>- F5D5231rw4<br>- F5D5231v4-SN-PD |
| - F5D5230-4<br>- F5D5230-4-APL<br>- F5D5230-4-DL<br>- F5D5230odm4<br>- F5D5230rw4<br>- F5D5230t4<br>- F5D5230y4 |
| **F5D5131-5** - F5D5131tt-5<br><br>- F5D5131odm-5<br>- F5D5131-5-APL |
| **F5D5131-8**<br>- F5D5131tt-8 |

4

| Covered Product Models |
|---|
| - F5D5131-8-APL |
| **F5D5130-5** |
| - F5D5130rw-5 |
| - F5D5130t-5 |
| - F5D5130y-5 |
| - F5D5130odm-5 |
| - F5D5130-5-APL |
| **F5D5130-8** |
| - F5D5130rw-8 |
| - F5D5130t-8 |
| - F5D5130y-8 |
| **F5L009** |
| - F5L009-PDQ |
| - F5L009tt |
| **F5U706** |
| - F5U706-PDQ |
| - F5U706tt |
| - F5U701-BLK |
| - F5U701PBLK |
| - F5U701PBLK-PDQ |
| - F5U701qBLK |
| - F5U701ttBLK |
| **F5U700** |
| - F5U700-BLK |
| - F5U700q |
| - F5U700qBLK |
| - F5U700tt |
| - F5U700ttBLK |
| - F5U700ttBLK-SN |
| **F5U526** |
| - F5U526-APL |
| - F5U526-APL-S |
| - F5U526bAPL-NPC |
| - F5U526qAPL-S |
| - F5U526-SLV |
| - F5U526-SLV-APL |
| - F5U526-WHT |
| - F5U404-BLK |
| - F5U404-BLK-TG |
| - F5U404PBLK |
| - F5U404qBLK |
| - F5U404-TG |
| - F5U404ttBLK |
| - F5U404-WHT-TG |
| **F5U403** |
| - F5U403-BLK |
| - F5U403P |
| - F5U403PBLK |
| - F5U403q |
| - F5U403qBLK |
| - F5U403tt |
| - F5U403ttBLK |
| - F5U307-BRN |

| Covered Product Models |
|---|
| - F5U307ttWHT<br>- F5U307-WHT |
| **F5U234**<br>- F5U234-APL<br>- F5U234-APL-S<br>- F5U234odm<br>- F5U234P1<br>- F5U234-SN<br>- F5U234tt<br>- F5U234v<br>- F5U234v1<br>- F5U234vSN<br>- F5U234-W |
| - F5U233-APL<br>- F5U233odmAPL<br>- F5U233qAPL<br>- F5U233ttAPL |
| - F5U215-MOB<br>- F5U215vMOB<br>- F5U215vttMOB |
| - F5U124-ME<br>- F5U124odmME<br>- F5U124ttME |
| **F5U045**<br>- F5U045P<br>- F5U045q<br>- F5U045tt |
| - F4U019-BLK-TG<br>- F4U019-TG<br>- F4U019-WHT-TG |
| **F4U016**<br>- F4U016tt |
| - F4U015-NPS<br>- F4U015ttNPS |

6

1

**Exhibit B:  D-Link**

| Covered Product Models |
|---|
| DMF-560TX<br>DMF-560TXD |
| DMF-680TX<br>DMF-680TXD |
| DCF-660W<br>DCF-660W/HPA<br>DCF-660W/HPB<br>DCF-660W/HPC |
| DFE-650<br>DFE-650TX<br>DFE-650TXM |
| DFE-690TXD<br>DFE-690TXD/50 |
| WBR-1310<br>WBR-1310-SW |
| DIR-825<br>DIR-825-CX |
| DIR-655<br>DIR-655-CM<br>DIR-655-SW |
| DIR-615<br>DIR-615-CX<br>DIR-615-SW |
| DSL-504<br>DSL-504/CZ |
| DSL-500<br>DSL-500T<br>DSL-500/CZ(B) |
| DWL-2100AP<br>DWL-2100AP/20<br>DWL-2100AP/LU |
| DUB-H4<br>DUB-H4/60<br>DUB-H4/N<br>DUB-H4-EU |
| DXS-3250<br>DXS-3250TAA |
| DXS-3227<br>DXS-3227P-TAA<br>DXS-3227-TAA |
| DGS-1216T<br>DGS-1216T-GEHC |
| DES-3828<br>DES-3828P-TAA |
| DES-3010<br>DES-3010PA-TAA<br>DES-3010GA-TAA<br>DES-3010FA-TAA |
| DES-1228<br>DES-1228P-TAA |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

1

**Exhibit C:  NETGEAR**

| Covered Product Models |
|---|
| **WN711**<br> - WN711-100NAS |
| **WPNT511**<br> - WPNT511-100NAB<br> - WPNT511-100NAR<br> - WPNT511NA |
| **WPN511**<br> - WPN511-100NAB<br> - WPN511NA<br> - WPN511NAR<br> - WPN511RV-100NAS |
| **WN511T**<br> - WN511T-100NAB<br> - WN511T-100NAR<br> - WN511T-100NAS |
| **WN511B**<br> - WN511B-100NAB<br> - WN511B-100NAR<br> - WN511B-100NAS<br> - WN511B-1VCNAS |
| **WGM511**<br> - WGM511NA<br> - WGM511NAR |
| **WG511U**<br> - WG511UNA<br> - WG511UNAB<br> - WG511UNAR |
| **WG511T**<br> - WG511TNA<br> - WG511TNAB<br> - WG511TNAR<br> - WG511TRVNA |
| **WG511**<br> - WG511v2<br> - WG511NA<br> - WG511NAB<br> - WG511NAR<br> - WG511RVNA<br> - WG511VCNA |
| **WAG511**<br> - WAG511NA<br> - WAG511NAB<br> - WAG511NAR |
| **WAB501**<br> - WAB501NA |
| **MA521**<br> - MA521NA<br> - MA521NAR |
| **MA401**<br> - MA401NA<br> - MA401NAB |

1

| Covered Product Models |
|---|
| - MA401NAR |
| **HA501** |
| - HA501NA |
| **MA701** |
| - MA701NA |
| - MA701NAB |
| - MA701NAR |
| **GA511** |
| - GA511NA |
| - GA511NAB |
| - GA511NAR |
| **FA511** |
| - FA511B |
| - FA511R |
| **FA410** |
| - FA410C |
| **WMB521** |
| - WMB521NA |
| **WGTB511T** |
| - WGTB511TNA |
| **WGB511** |
| - WGB511NA |
| **WPNT834** |
| - WPNT834-100NAB |
| - WPNT834-100NAR |
| - WPNT834NA |
| **WPN824N** |
| - WPN824N-100NAB |
| - WPN824N-100NAR |
| - WPN824N-100NAS |
| - WPN824NA |
| - WPN824NAB |
| - WPN824NAR |
| **WPN824** |
| - WPN824-300NAB |
| - WPN824ALNA |
| - WPN824RV-100NAR |
| - WPN824RV-100NAS |
| **WNXR2000** |
| - WNXR2000-100NAS |
| **WNR854T** |
| - WNR854T-100NAB |
| - WNR854T-100NAR |
| - WNR854T-100NAS |
| - WNR854T-1DLNAS |
| **WNR834M** |
| - WNR834M-100NAB |
| - WNR834M-100NAR |
| - WNR834M-100NAS |
| **WNR834B** |
| - WNR834B-100NAB |
| - WNR834B-100NAR |

2

| Covered Product Models |
|---|
| - WNR834B-100NAS |
| - WNR834B-1DLNAS |
| - WNR834B-200NAB |
| **WNR612** |
| - WNR612-100NAS |
| **WNR3500L** |
| - WNR3500L-100NAB |
| - WNR3500L-100NAR |
| - WNR3500L-100NAS |
| - WNR3500L-100PAS |
| - WNR3500L-1SANAS |
| **WNR3500** |
| - WNR3500-100NAB |
| - WNR3500-100NAR |
| - WNR3500-100NAS |
| - WNR3500-1VCNAS |
| - WNR3500-200NAB |
| - WNR3500-2VCNAB |
| - WNR3500-2VCNAS |
| **WNR2200** |
| - WNR2200-100NAS |
| **WNR2000** |
| - WNR2000-100NAB |
| - WNR2000-100NAR |
| - WNR2000-100NAS |
| - WNR2000-200NAB |
| - WNR2000-200PAS |
| **WNR1000** |
| - WNR1000-100NAB |
| - WNR1000-100NAR |
| - WNR1000-100NAS |
| - WNR1000-200NAB |
| - WNR1000-200PAS |
| - WNR1000-2VCNAB |
| - WNR1000-2VCNAS |
| - WNR1000-300NAB |
| - WNR1000VC-100NAS |
| **WNDR4000** |
| - WNDR4000-100NAS |
| **WNDR3800** |
| - WNDR3800-100NAS |
| **WNDR37AV** |
| - WNDR37AV-100NAB |
| - WNDR37AV-100NAS |
| - WNDR37AV-100PAS |
| **WNDR3700** |
| - WNDR3700-100NAB |
| - WNDR3700-100NAR |
| - WNDR3700-100NAS |
| - WNDR3700-100PAS |
| **WNDR3400** |
| - WNDR3400-100NAB |
| - WNDR3400-100NAR |

3

| Covered Product Models |
|---|
| - WNDR3400-100NAS |
| - WNDR3400-100PAS |
| **WNDR3300** |
| - WNDR3300-100NAB |
| - WNDR3300-100NAR |
| - WNDR3300-100NAS |
| - WNDR3300-100PAS |
| - WNDR3300-1BYNAS |
| **WGU624** |
| - WGU624NA |
| - WGU624NAB |
| - WGU624NAR |
| **WGT634U** |
| - WGT634UNA |
| - WGT634UNAB |
| - WGT634UNAR |
| **WGT624** |
| - WGT6241-40000Z |
| - WGT624-400NAB |
| - WGT624NA |
| - WGT624NAB |
| - WGT624NAR |
| - WGT624RVNA |
| - WGT624SC |
| - WGT624SCNA |
| **WGR826V** |
| - WGT826VNA |
| **WGR614** |
| - WGR614-7CWNAS |
| - WGR614-7VCNAB |
| - WGR614-7VCNAS |
| - WGR614-8CONAB |
| - WGR614-8CONAS |
| - WGR614-900NAB |
| - WGR614-A00NAB |
| - WGR614DLNA |
| - WGR614NA |
| - WGR614NAB |
| - WGR614NAR |
| - WGR614RVNA |
| - WGR614L |
| - WGR614L-100NAS |
| **WGR101** |
| - WGR101NA |
| - WGR101NAR |
| **WGM124** |
| - WGM124NA |
| **MR814** |
| - MR814NA |
| - MR814NAB |
| - MR814NAR |
| **MR314** |
| - MR314NA |

4

| Covered Product Models |
|---|
| - MR314NAB |
| **MBRN3000** |
| - MBRN3000-100NAB |
| - MBRN3000-100NAS |
| **MBR624GU** |
| - MBR624GU-100NAB |
| - MBR624GU-100NAR |
| - MBR624GU-100NAS |
| **MBR1210** |
| - MBR1210-1BMCNS |
| **MBR814** |
| - MBR814XF-100NAS |
| **KWGR614** |
| - KWGR614-100NAB |
| - KWGR614-100NAR |
| - KWGR614-100NAS |
| **HR314** |
| - HR314NA |
| **DGND3700** |
| - DGND3700-100NAS |
| **DGN3500** |
| - DGN3500-100NAB |
| - DGN3500-100NAS |
| **DGND3300** |
| - DGND3300-100NAB |
| - DGND3300-100NAR |
| - DGND3300-100NAS |
| - DGND3300-200NAB |
| **DGN2200** |
| - DGN2200-100NAB |
| - DGN2200-100NAR |
| - DGN2200-100NAS |
| - DGN2200M |
| - DGN2200M-100NAS |
| **DGN2000** |
| - DGN2000-100NAB |
| - DGN2000-100NAR |
| - DGN2000-100NAS |
| - DGN20001-10000Z |
| **DGN1000** |
| - DGN1000-100NAB |
| - DGN1000-100NAR |
| - DGN1000-100NAS |
| **DG834N** |
| - DG834N2-10000Z |
| - DG834NA |
| - DG834NAB |
| - DG834NAR |
| **DG834G** |
| - DG834G1-40000Z |
| - DG834G1-50000Z |
| - DG834GB1-40000Z |
| - DG834GNA |

| Covered Product Models |
|---|
| - DG834GNAB<br>- DG834GNAR<br>- DG834G-400NAB<br>- DG834GT<br>- DG834GV |
| **DG834**<br>- DG834B1<br>- DG8341-40000Z |
| **RT338**<br>- RT338NA |
| **RT328**<br>- RT328GE<br>- RT328NA |
| **RT311**<br>- RT311NA<br>- RT311NAB |
| **RP614**<br>- RP614-400NAB<br>- RP614NA<br>- RP614NAB<br>- RP614NAR |
| **RP114**<br>- RP114NA<br>- RP114NAB |
| **RM356**<br>- RM356NA |
| **FV318**<br>- FV318NA |
| **FR318**<br>- FR318NA<br>- FR318NAB |
| **FR314**<br>- FR314NA<br>- FR314NAB |
| **DG814**<br>- DG814NA |
| **WPN802**<br>- WPN802-200NAB<br>- WPN802NA<br>- WPN802NAB<br>- WPN802NAR |
| **WNHDE111**<br>- WNHDE111-100NAB<br>- WNHDE111-100NAR<br>- WNHDE111-100NAS<br>- WNHDEB111-100NAS |
| **WNDAP350**<br>- WNDAP350-100NAB<br>- WNDAP350-100NAS |
| **WNDAP330**<br>- WNDAP330-100NAB<br>- WNDAP330-100NAR |

6

| Covered Product Models |
|---|
|   - WNDAP330-100NAS |
| **WNAP320** |
|   - WNAP320-100NAS |
| **WNAP210** |
|   - WNAP210-100NAB |
|   - WNAP210-100NAR |
|   - WNAP210-100NAS |
| **WN802T** |
|   - WN802T-100NAB |
|   - WN802T-100NAR |
|   - WN802T-100NAS |
|   - WN802T-200NAB |
|   - WN802T-200NAR |
|   - WN802T-200NAS |
| **WN604** |
|   - WN604-100NAS |
| **WGL102** |
|   - WGL102-100NAB |
|   - WGL102-100NAR |
|   - WGL102-100NAS |
| **WG602** |
|   - WG602-300NAB |
|   - WG602-400NAB |
|   - WG602NA |
|   - WG602NAB |
|   - WG602NAR |
| **WG302** |
|   - WG302-200NAB |
|   - WG302NA |
|   - WG302NAB |
|   - WG302NAR |
| **WG103** |
|   - WG103-100NAB |
|   - WG103-100NAR |
|   - WG103-100NAS |
| **WG102** |
|   - WG102-100NAB |
|   - WG102DLNA |
|   - WG102NA |
|   - WG102NAB |
|   - WG102NAR |
| **WC7520** |
|   - WC7520-100NAS |
| **WAGL102** |
|   - WAGL102-100NAB |
|   - WAGL102-100NAR |
|   - WAGL102-100NAS |
| **WAG302** |
|   - WAG302-200NAB |
|   - WAG302-NA |
|   - WAG302-NAB |
|   - WAG302-NAR |
| **WAG102** |

7

| Covered Product Models |
|---|
| - WAG102-100NAB<br>- WAG102-100NAR<br>- WAG102NA |
| **WAB102**<br>- WAB102NA |
| **ME103**<br>- ME103NA<br>- ME103NAR |
| **ME102**<br>- ME102NA<br>- ME102NAB |
| **HE102**<br>- HE102NA |
| **FM114P**<br>- FM114PNA<br>- FM114PNAB<br>- FM114PNAR |
| **FWAG114**<br>- FWAG114NA<br>- FWAG114NAB |
| **FWG114P**<br>- FWG114P-200NAB<br>- FWG114PNA<br>- FWG114PNAB<br>- FWG114PNAR |
| **FVM318**<br>- FVM318NA |
| **FR114W**<br>- FR114WNA |
| **FR114P**<br>- FR114PNA<br>- FR114PNAB |
| **FR328S**<br>- FR328SNA<br>- FR328SNAB<br>- FR328SNAR |
| **FVS318**<br>- FVS318-400NAB<br>- FVS318G-100NAR<br>- FVS318G-100NAS<br>- FVS318NA<br>- FVS318NAB<br>- FVS318NAR |
| **FVS124G**<br>- FVS124G-100NAB<br>- FVS124GNA<br>- FVS124GNAR |
| **FVG318**<br>- FVG318-100NAB<br>- FVG318-100NAR<br>- FVG318-200NAB<br>- FVG318NA |

8

| Covered Product Models |
|---|
| **SRXN3205**<br> - SRXN3205-100NAB<br> - SRXN3205-100NAS |
| **DG824M**<br> - DG824MNA<br> - DG824MNAB |
| **CGD24G**<br> - CGD24G-100NAB<br> - CGD24G-100NAS<br> - CGD24G-1CHNAB<br> - CGD24G-1CHNAS |
| **CG3000**<br> - CG3000D-100NAS<br> - CG3000D-1CHNAS<br> - CG3000D-1CXNAS |
| **XAVN2001**<br> - XAVNB2001-100NAS |
| **WPN824EXT**<br> - WPN824EXT-100NAR<br> - WPN824EXT-100NAS |
| **WN3000RP**<br> - WN3000RP-100NAS |
| **WN2000RPT**<br> - WN2000RPT-100NAR<br> - WN2000RPT-100NAS<br> - WN2000RPT-100PAS |
| **WGX102**<br> - WGX102-200NAB<br> - WGX102NA<br> - WGX102NAB<br> - WGX102NAR |
| **WGE101**<br> - WGE101NA<br> - WGE101NAR |
| **ME101**<br> - ME101NA<br> - ME101NAB<br> - ME101NAR |
| **WPNT121**<br> - WPNT121-100NAB<br> - WPNT121-100NAR<br> - WPNT121NA |
| **WN121T**<br> - WN121T-100NAB<br> - WN121T-100NAR<br> - WN121T-100NAS |
| **WG121**<br> - WG121NA<br> - WG121NAR |
| **MA101**<br> - MA101NA |
| **WGE111** |

| Covered Product Models |
|---|
| - WGE111-100NAB<br>- WGE111NA<br>- WGE111NAR |
| **DM602**<br>- DM602NA |
| **DM111P**<br>- DM111P-100NAR<br>- DM111P-100NAS<br>- DM111P-1NGNAS<br>- DM111P-200NAB<br>- DM111P-200NAR |
| **DG814**<br>- DG814NA |
| **DG632**<br>- DG632NA |
| **CG814M**<br>- CG814MNA |
| **FE516**<br>- FE516NA |
| **FE104**<br>- FE104NA |
| **EN516**<br>- EN516NA |
| **EN308**<br>- EN308TC |
| **EN116**<br>- EN116NA |
| **EN108**<br>- EN108NA<br>- EN108TP<br>- EN108TPNA |
| **EN106TP**<br>- EN106TPNA<br>- EN106TPNAB |
| **EN104**<br>- EN104NA<br>- EN104TP<br>- EN104TPNA<br>- EN104TPNAR |
| **DS524**<br>- DS524NA |
| **DS516**<br>- DS516NA<br>- DS516NAB |
| **DS508**<br>- DS508NA |
| **DS309**<br>- DS309NA |
| **DS116**<br>- DS116NA |
| **DS108**<br>- DS108NA |

10

| Covered Product Models |
|---|
| - DS108NAB<br>- DS108NAR |
| **DS106** |
| - DS106NA |
| **DS104** |
| - DS104NA<br>- DS104NAB<br>- DS104NAR |
| **JFS524** |
| - JFS524E-100NAS<br>- JFS524FNA<br>- JFS524NA<br>- JFS524NAB<br>- JFS524NAR |
| **JFS516** |
| - JFS516NA<br>- JFS516NAB<br>- JFS516NAR |
| **GSM712** |
| - GSM712FNA<br>- GSM712FNAR<br>- GSM712NA<br>- GSM712NAB<br>- GSM712NAR |
| **GS608** |
| - GS608-300PAS<br>- GS608NA<br>- GS608NAB<br>- GS608NAR |
| **GS605** |
| - GS605-300PAS<br>- GS605NA<br>- GS605NAB<br>- GS605NAR<br>- GS605AV<br>- GS605-100NAR<br>- GS605-100NAS |
| **GS524T** |
| - GS524TNA<br>- GS524TNAB<br>- GS524TNAR |
| **GS516T** |
| - GS516TNA<br>- GS516TNAB<br>- GS516TNAR |
| **GS508T** |
| - GS508TNA |
| **GS108** |
| - GS108E-100NAS<br>- GS108NA<br>- GS108NAB<br>- GS108NAR |
| **GS104** |

11

| Covered Product Models |
|---|
| - GS104NA |
| **FSM726** |
| - FSM726-300NAS |
| - FSM726E-100NAS |
| - FSM726NA |
| - FSM726NAB |
| - FSM726NAR |
| - FSM726SNA |
| - FSM726SNAB |
| - FSM726SNAR |
| **FS750** |
| - FS750ATNA |
| - FS750ATNAR |
| - FS750NA |
| - FS750NAB |
| - FS750NAR |
| - FS750T2NA |
| - FS750T2NAB |
| - FS750T2NAR |
| - FS750TNA |
| - FS750TNAB |
| - FS750TNAR |
| **FS608** |
| - FS608NA |
| - FS608NAB |
| - FS608NAR |
| **FS605** |
| - FS605NA |
| - FS605NAB |
| - FS605NAR |
| **FS524** |
| - FS524NA |
| - FS524NAB |
| - FS524NAR |
| - FS524S |
| - FS524SNA |
| **FS517TS** |
| - FS517TSNA |
| **FS516** |
| - FS516NA |
| - FS516NAB |
| **FS116** |
| - FS116E-100NAS |
| - FS116NA |
| - FS116NAB |
| - FS116NAR |
| - FS116P-100NAR |
| - FS116PNA |
| - FS116PNAB |
| **FS108** |
| - FS108BDL1NA |
| - FS108NA |
| - FS108NAB |

12

| Covered Product Models |
|---|
| - FS108NAR<br>- FS108PNA<br>- FS108PNAB<br>- FS108PNAR |
| **FS105**<br>- FS105BDL1NA<br>- FS105NA<br>- FS105NAB<br>- FS105NAR |

13

**Exhibit D:  ZyXEL**

| Covered Product Models (Part No.) |
| --- |
| NWD-170N (03-005-900020)<br>NWD-170N (91-005-159001B)<br>NWD-170N (91-005-159003B)<br>NWD-170N (91-005-159004B) |
| M-102 (03-005-000000)<br>M-102 (91-005-128002B)<br>M-102 (03-005-000009) |
| G-170S (91-005-129001B)<br>G-170S (91-005-129002B) |
| G-162 (90-005-054002)<br>G-162 (03-005-900002)<br>G-162 (91-005-054002) |
| G-102 V2 (03-005-900008)<br>G-102 V2 (03-005-900018)<br>G-102 V2 (03-005-900008B) |
| G-100 (91-005-033001)<br>G-100 (91-005-033004) |
| B-101 (91-005-016001)<br>B-101 (91-005-016004) |
| B-100 (AM5009004)<br>B-100 (91-005-009004) |
| ZyWALL Turbo Card (91-009-024002)<br>ZyWALL Turbo Card (91-009-024001)<br>ZyWALL Turbo Card (09-009-024001)<br>ZyWALL Turbo Card (91-009-024001B) |
| MAX-100 (90-005-133001B)<br>MAX-100 (90-005-133002B)<br>MAX-100 (90-005-133003B) |
| MAX-110 (90-005-147001B)<br>MAX-110 (90-005-147002B)<br>MAX-110 (90-005-147003B) |
| MAX-130 (90-005-150001B)<br>MAX-130 (90-005-150002B) |
| NBG460N<br>X-550N (91-003-208008B) |
| X-150N (03-005-900045)<br>X-150N (91-003-229001B) |
| P-974HW (91-003-199001B)<br>P-974HW (90-003-199003B) |
| P-334WT (91-003-155002)<br>P-334WT (91-003-155003) |
| P-334W (91-003-150002)<br>P-334W (91-003-150005) |
| P-330W (02-003-900000)<br>P-330W (02-003-900003)<br>P-330W (02-003-900002)<br>P-330W (02-003-900001)<br>P-330W (91-003-176007B) |
| P-320W (91-003-185002)<br>P-320W (91-003-185002B)<br>P-320W (91-003-185021B) |

1

| Covered Product Models (Part No.) |
|---|
| P-316 (91-003-054011)<br>P-316 (AM406190) |
| P-100WH (AM406000)<br>P-100WH (NM2260) |
| P-650HW (AM408650)<br>P-650HW (BM8650) |
| NBG-419N (91-003-222002B)<br>NBG-419N (91-003-222006B) |
| NBG-334W (91-003-211002B)<br>NBG-334W (91-003-211006B)<br>NBG-334W (91-003-211011B)<br>NBG-334W (91-003-211014B) |
| NBG-318S (91-003-210001B)<br>NBG-318S (91-003-210002B)<br>NBG-318S (91-003-210008B) |
| MWR-222 (03-005-900039)<br>MWR-222 (03-005-900051) |
| MAX-230M1 (90-005-151001B)<br>MAX-230M1 (90-005-151002B)<br>MAX-230M1 (90-005-151005B) |
| MAX-200M1 (90-005-137001B)<br>MAX-200M1 (90-005-137002B)<br>MAX-200M1 (90-005-137003B)<br>MAX-200M1 (90-005-137005B) |
| B-2000 V2 (91-005-024003)<br>B-2000 V2 (91-005-024010) |
| PLA-450 (91-005-163002B)<br>PLA-450 (91-005-163005B)<br>PLA-450 (91-005-163007B) |
| P-2602H-61C (91-006-036001)<br>P-2602H-61C (91-006-036002) |
| P-2602HW-61C (91-006-027001)<br>P-2602HW-61C (91-006-027002) |
| NWA-3160 (90-005-197002B)<br>NWA-3160 (91-005-197003B) |
| G-3000H (91-005-107002)<br>G-3000H (91-005-107002B)<br>G-3000H (91-005-107009B) |
| G-3000 (91-005-027002B)<br>G-3000 PRO (90-005-027001)<br>G-3000 PRO (91-005-027002) |
| G-570U (91-005-142001B)<br>G-570U (91-005-142002B) |
| G-570S (91-005-115002)<br>G-570S (91-005-115002B) |
| B-1000 (91-005-00701)<br>B-1000 V1 (91-005-007006) |
| M-202 (03-005-000001)<br>M-202 (03-005-000010) |
| G-470 (91-005-141002B)<br>G-470 (91-005-141003B) |
| G-405 (91-005-070002) |

2

| Covered Product Models (Part No.) |
|---|
| G-405 (XR-90-005-070002) |
| G-200 (91-005-064001)<br>G-200 (91-005-064010) |
| B-420 (91-005-028001)<br>B-420 (91-005-028002) |
| P-870HW-51A (91-004-836002B)<br>P-870HW-51A (90-004-836002B)<br>P-870HW-51A (90-004-836004B) |
| P-662H-D1 (91-004-631002B)<br>P-662H-D1 (91-004-631013B) |
| P-660HW-D1 (91-004-593001B)<br>P-660HW-D1 (91-004-593011B) |
| P-660HW-D1 (91-004-675002B)<br>P-660HW-D1 (91-004-675008B)<br>P-660HW-D1 (91-004-675013B)<br>P-660HW-D1-H (09-004-675013B) |
| P-660HW-61 (91-004-361002)<br>P-660HW-61 (91-004-361001)<br>P-660HW-61 (91-004-361012) |
| P-660HN-F1 (91-004-856014B)<br>P-660HN-F1 (91-004-856018B) |
| P-660HN-T1A (91-004-961007B)<br>P-660HN-T1A (91-004-961003B) |
| N-4100 (91-005-342002B)<br>N-4100 (91-005-342005B) |
| G-4100 (91-005-073002)<br>G-4100 (09-005-073002) |
| G-4100 V2 (91-005-152002B)<br>G-4100 V2 (91-005-152007B) |
| HS-100W (91-003-153001)<br>HS-100W (91-003-153002) |
| B-4000 (91-005-045002)<br>B-4000 (91-005-045007)<br>B-4000 (09-005-900000) |