John P. Bovich (SBN: 150688)
Email: jbovich@reedsmith.com
William R. Overend (SBN: 180209)
Email: woverend@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543–8700
Facsimile: (415) 391–8269

Attorneys for Defendant
NETGEAR, INC.

David Enzminger (SBN: 137065)
Email: denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone: (213) 615–1700
Facsimile: (213) 615–1750

Attorneys for Defendants
BELKIN INTERNATIONAL INC. AND
BELKIN, INC.

[COUNSEL FOR PLAINTIFF FUJITSU AND
OTHER DEFENDANTS LISTED ON
SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>              Plaintiff,<br><br>       vs.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 10-cv-03972-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ALLOW LEAVE FOR PARTIES TO AMEND INFRINGEMENT AND INVALIDITY CONTENTIONS**<br><br>The Honorable Lucy H. Koh |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

Plaintiff Fujitsu Limited ("Fujitsu") and Defendants Belkin International Inc., Belkin, Inc., D-Link Corporation, D-Link Systems, Inc., NETGEAR, Inc., ZyXEL Communications Corporation, and ZyXEL Communications, Inc. (collectively, "Defendants"), by and through their counsel of record, hereby jointly submit the following stipulation and proposed order granting leave for Fujitsu to amend the Infringement Contentions served on March 31, 2011 and for Defendants to amend the Invalidity Contentions served on May 16 and September 21, 2011.

WHEREAS Fujitsu timely served its Disclosure of Asserted Claims and Infringement Contentions pursuant to Patent Local Rule 3-1 and 3-2 on March 31, 2011;

WHEREAS Fujitsu has identified additional product models through the discovery process that Fujitsu contends infringe the patent-in-suit;

WHEREAS Fujitsu believes that good cause exists to amend its Infringement Contentions served on March 31, 2011 to include these additional products;

WHEREAS Fujitsu filed a motion for leave to serve supplemental Infringement Contentions on January 4, 2012;

WHEREAS Defendants Belkin International Inc., Belkin, Inc., D-Link Systems, Inc., NETGEAR, Inc., and ZyXEL Communications, Inc. timely served their Disclosures of Invalidity Contentions pursuant to Patent Local Rule 3-3 and 3-4 on May 16, 2011;

WHEREAS Defendants D-Link Corporation and ZyXEL Communications Corporation were later served in this case, and subsequently timely served separate Invalidity Contentions on September 21, 2011 that incorporated the Invalidity Contentions served on May 16, 2011 and also cited additional prior art;

WHEREAS Fujitsu and Defendants have entered into a separate Stipulation concerning the design, structure, and operation of some of the products identified in Fujitsu's proposed amended Infringement Contentions and concerning discovery of those products;

WHEREAS Fujitsu and Defendants have entered into a separate Stipulation that states that Defendants Belkin International Inc., Belkin, Inc., D-Link Systems, Inc., NETGEAR, Inc., and ZyXEL Communications, Inc. may rely on the Invalidity Contentions served by D-Link Corporation and ZyXEL Communications Corporation on September 21, 2011;

WHEREAS Defendants believe that good cause exists to amend their Invalidity Contentions served May 16, 2011 to add two invalidity charts directed to the Advanced Radio Local Area Network ("ARLAN") system;

WHEREAS Defendants further agree that none of them shall rely upon the following four prior art references that were disclosed in the D-Link Corporation and ZyXEL Communications Corporation Invalidity Contentions served on September 21, 2011:  (1) U.S. Patent No. 4,131,851 to Wolfgang Martiny et al.; (2) U.S. Patent No. 4,634,845 to William J. Hale et al.; (3) U.S. Patent No. 5,073,767 to Thomas F. Holmes et al.; and (4) U.S. Patent No. 5,159,182 to Raymund H. Eisele;

WHEREAS Fujitsu and Defendants desire to conserve time and resources expended in this matter without contested motion practice on the issues described herein; and

WHEREAS Fujitsu agrees to withdraw its motion for leave to serve supplemental Infringement Contentions if the Court approves of this stipulation and executes the order below.

NOW THEREFORE, Fujitsu and Defendants agree and stipulate as follows:

1. Upon entry of the requested Order, Fujitsu shall serve its proposed supplemental Infringement Contentions within five days;

2. Upon entry of the requested Order, Defendants shall serve their proposed amended Invalidity Contentions within five days; and

3. Upon entry of the requested Order, Defendants shall no longer rely upon the following prior art references:  (1) U.S. Patent No. 4,131,851 to Wolfgang Martiny et al.; (2) U.S. Patent No. 4,634,845 to William J. Hale et al.; (3) U.S. Patent No. 5,073,767 to Thomas F. Holmes et al.; and (4) U.S. Patent No. 5,159,182 to Raymund H. Eisele.

Respectfully submitted,

Date:  February 1, 2012

Reed Smith LLP
By: /s/ William R. Overend[1]

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

| | |
|---|---|
| | John P. Bovich (CA Bar No. 150688) |
| | E-mail:  jbovich@reedsmith.com |
| | William R. Overend (CA Bar No. 180209) |
| | E-mail:  woverend@reedsmith.com |
| | Reed Smith LLP |
| | 101 Second Street, Suite 1800 |
| | San Francisco, CA 94105-3659 |
| | Telephone:  (415) 543-8700 |
| | Facsimile:  (415) 391-8269 |
| | Attorneys for Defendant NETGEAR, INC. |

Date:  February 1, 2012                     Winston & Strawn LLP
                                            By: /s/ David Enzminger

                                            David Enzminger (CA Bar No. 137065)
                                            E-mail:  denzminger@winston.com
                                            Winston & Strawn LLP
                                            333 S. Grand Avenue
                                            Los Angeles, CA 90071
                                            Telephone:  (213) 615-1780
                                            Facsimile:  (213) 615-1750
                                            Attorneys for Defendants BELKIN
                                            INTERNATIONAL INC. AND BELKIN, INC.

Date:  February 1, 2012                     By: /s/ Duncan Palmatier

                                            Duncan Palmatier (CA Bar No. 116692)
                                            E-mail:  dpalm@dpalmlaw.com
                                            S.J. Christine Yang (CA Bar No. 102048)
                                            E-mail:  cyang@sjclawpc.com
                                            Victoria Der-Lung Hao (Pro Hac Vice)
                                            E-mail:  vhao@sjclawpc.com
                                            The Law Office of S.J. Christine Yang
                                            17220 Newhope Street, Suites 101 & 102
                                            Fountain Valley, CA 92708
                                            Telephone:   (714) 641-4022
                                            Facsimile:   (714) 641-2082
                                            Attorneys For Defendants D-LINK
                                            CORPORATION, D-LINK SYSTEMS, INC.
                                            ZYXEL COMMUNICATIONS
                                            CORPORATION, AND ZYXEL
                                            COMMUNICATIONS, INC.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | |
|---|---|
| Dated: February 1, 2012 | Covington & Burling LLP<br>By: /s/ Thomas E. Garten |

Robert D. Fram  (CA Bar No. 126750)
E-mail:  rfram@cov.com
Thomas E. Garten (CA Bar No. 247122)
E-mail:  tgarten@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:     415.591.6000
Facsimile:     415.591.6091
Philip A. Irwin (pirwin@cov.com)
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:     212.841.1000
Facsimile:     212.841.1010
Gary M. Rubman (grubman@cov.com)
R. Jason Fowler (jfowler@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:     202.662.6000
Facsimile:     202.662.6291
Attorneys for Plaintiff and Counterclaim Defendant FUJITSU LIMITED

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: February 2, 2012          By: _/s/ Lucy H. Koh_____
                                     The Honorable Lucy H. Koh
                                     United States District Court Judge