John P. Bovich (SBN 150688)
E-mail: jbovich@reedsmith.com
William R. Overend (SBN 180209)
E-mail: woverend@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendant
NETGEAR, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>                    Plaintiff,<br><br>          vs.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 10-cv-03972-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE:  INVALIDITY CONTENTIONS**<br><br>The Honorable Lucy H. Koh |

Plaintiff Fujitsu Limited ("Fujitsu") and Defendants Belkin International Inc., Belkin, Inc., D-Link Corporation, D-Link Systems, Inc., NETGEAR, Inc., ZyXEL Communications Corporation, and ZyXEL Communications, Inc. (collectively, "Defendants"), by and through their counsel of record, hereby jointly submit this stipulation and proposed order regarding invalidity contentions under the Patent Local Rules.

WHEREAS Defendants Belkin International Inc., Belkin, Inc., D-Link Systems, Inc., NETGEAR, Inc., and ZyXEL Communications, Inc. served Invalidity Contentions pursuant to Patent L. R. 3-3 on all parties in this matter on May 16, 2011; and

WHEREAS Defendants D-Link Corporation and ZyXEL Communications Corporation were later served in this case, and subsequently served separate Invalidity Contentions pursuant to Patent L. R. 3-3 on September 21, 2011 on all parties in this matter.

NOW THEREFORE, Fujitsu and Defendants stipulate that:

The Invalidity Contentions served by Defendants D-Link Corporation and ZyXEL Communications Corporation on September 21, 2011 pursuant to the Patent Local Rules will be deemed as common disclosures of all Defendants.

Respectfully submitted,

Date:  February 1, 2012

Reed Smith LLP
By: /s/ William R. Overend[1]

John P. Bovich (CA Bar No. 150688)
E-mail:  jbovich@reedsmith.com
William R. Overend (CA Bar No. 180209)
E-mail:  woverend@reedsmith.com
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269
Attorneys for Defendant NETGEAR, INC.

---

[1]  In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | | |
|---|---|---|
| 1 | Date:  February 1, 2012 | Winston & Strawn LLP |
| 2 | | By: */s/ David Enzminger* _____ |
| 3 | | David Enzminger (CA Bar No. 137065) |
| | | E-mail:  denzminger@winston.com |
| 4 | | Winston & Strawn LLP |
| | | 333 S. Grand Avenue |
| 5 | | Los Angeles, CA 90071 |
| | | Telephone:  (213) 615-1780 |
| 6 | | Facsimile:  (213) 615-1750 |
| 7 | | Attorneys for Defendants BELKIN |
| | | INTERNATIONAL INC. AND BELKIN, INC. |
| 8 | | |
| 9 | | |
| 10 | Date:  February 1, 2012 | By: */s/ Duncan Palmatier* _____ |
| 11 | | Duncan Palmatier (CA Bar No. 116692) |
| | | E-mail:  dpalm@dpalmlaw.com |
| 12 | | S.J. Christine Yang (CA Bar No. 102048) |
| | | E-mail:  cyang@sjclawpc.com |
| 13 | | Victoria Der-Lung Hao (Pro Hac Vice) |
| | | E-mail:  vhao@sjclawpc.com |
| 14 | | The Law Office of S.J. Christine Yang |
| 15 | | 17220 Newhope Street, Suites 101 & 102 |
| | | Fountain Valley, CA 92708 |
| 16 | | Telephone:     (714) 641-4022 |
| | | Facsimile:      (714) 641-2082 |
| 17 | | Attorneys For Defendants D-LINK |
| 18 | | CORPORATION, D-LINK SYSTEMS, INC. |
| | | ZYXEL COMMUNICATIONS |
| 19 | | CORPORATION, AND ZYXEL |
| | | COMMUNICATIONS, INC. |
| 20 | | |
| 21 | Dated:  February 1, 2012 | Covington & Burling LLP |
| | | By: */s/ Thomas E. Garten* _____ |
| 22 | | |
| 23 | | Robert D. Fram  (CA Bar No. 126750) |
| | | E-mail:  rfram@cov.com |
| 24 | | Thomas E. Garten (CA Bar No. 247122) |
| | | E-mail:  tgarten@cov.com |
| 25 | | Covington & Burling LLP |
| | | One Front Street |
| 26 | | San Francisco, CA 94111-5356 |
| | | Telephone:     415.591.6000 |
| 27 | | Facsimile:      415.591.6091 |
| | | Philip A. Irwin (pirwin@cov.com) |
| 28 | | Covington & Burling LLP |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

<div style="margin-left:2em">

The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:    212.841.1000
Facsimile:    212.841.1010
Gary M. Rubman (grubman@cov.com)
R. Jason Fowler (jfowler@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:    202.662.6000
Facsimile:    202.662.6291
Attorneys for Plaintiff and Counterclaim
Defendant FUJITSU LIMITED

</div>

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE:  February 2, 2012          By: _/s/ Lucy H. Koh_____
                                     The Honorable Lucy H. Koh
                                     United States District Court Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware