COVINGTON & BURLING LLP
Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
One Front Street
San Francisco, CA 94111-5356
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091

COVINGTON & BURLING LLP
Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:    (212) 841-1000
Facsimile:    (212) 841-1010

COVINGTON & BURLING LLP
Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:    (202) 662-6000
Facsimile:    (202) 662-6291

Attorneys for Plaintiff and Counterclaim Defendant Fujitsu Limited

[COUNSEL FOR DEFENDANTS LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| FUJITSU LIMITED,<br><br>             Plaintiff,<br><br>       v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>             Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**JOINT STIPULATION TO POSTPONE DEADLINE FOR SUBMITTING UPDATED CASE MANAGEMENT STATEMENT**<br><br>Before:   The Honorable Lucy H. Koh<br><br>Discovery Matters Assigned to:<br>Magistrate Judge Paul S. Grewal |
|---|---|

Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiff Fujitsu Limited and Defendants Belkin International, Inc., Belkin, Inc., D-Link Corporation, D-Link Systems, Inc. NETGEAR, Inc., ZyXEL Communications Corporation, and ZyXEL Communications, Inc. hereby submit the following stipulation and proposed order postponing from May 2, 2012 until May 7, 2012 submission of the parties' Updated Joint Case Management Statement (the "CMC Statement"):

On February 15, 2012, the Court issued a Minute Order and Case Management Order (Dkt. No. 238) in which the Court scheduled a further case management conference for May 9, 2012.  The Court set a deadline of May 2, 2012 for the parties to submit a CMC Statement and ordered the parties to address in the CMC Statement "which issues are amenable to summary judgment." *Id.*

Under the current schedule, the CMC Statement is due prior to the deadline for the parties to exchange their opening expert reports, which will take place on May 4, 2012. Accordingly, unless the deadline for submitting the CMC Statement is postponed, the parties will not have the benefit of reviewing opening expert reports when identifying for the Court the issues that may be amenable to summary judgment.  The parties therefore believe it would be preferable to postpone the deadline for submitting the CMC Statement to May 7, 2012.

THEREFORE, IT IS HEREBY STIPULATED, AGREED AND REQUESTED that the Court postpone the deadline for submitting the CMC Statement to May 7, 2012.

Respectfully submitted,

DATE: April 27, 2012                    COVINGTON & BURLING LLP

By:  */s/Robert D. Fram*[1]

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

JOINT STIPULATION TO POSTPONE DEADLINE FOR
SUBMITTING UPDATED CASE MANAGEMENT STATEMENT     1
Case No. 10-cv-03972-LHK (PSG)

```
                              Robert D. Fram (rfram@cov.com)
                              Thomas E. Garten (tgarten@cov.com)
                              COVINGTON & BURLING LLP
                              One Front Street
                              San Francisco, CA 94111-5356
                              Telephone:    (415) 591-6000
                              Facsimile:    (415) 591-6091

                              Attorneys for Plaintiff and Counterclaim
                              Defendant FUJITSU LIMITED
```

DATE: April 27, 2012                By: /s/*Duncan Palmatier*

Duncan Palmatier (CA Bar No. 116692)
E-mail: dpalm@dpalmlaw.com
S.J. Christine Yang (CA Bar No. 102048)
E-mail: cyang@sjclawpc.com
Victoria Der-Lung Hao (admitted pro hac vice)
E-mail: vhao@sjclawpc.com
The Law Office of S.J. Christine Yang
17220 Newhope Street, Suites 101 & 102
Fountain Valley, California 92708
Telephone:    (714) 641-4022
Facsimile:    (714) 641-2082

Attorneys for Defendants D-LINK CORPORATION, D-LINK SYSTEMS, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.

DATE: April 27, 2012                WINSTON & STRAWN LLP

By: /s/*David Enzminger*

David Enzminger (CA Bar No. 137065)
E-mail: denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 615-1780
Facsimile: (213) 615-1750

Attorneys for Defendants BELKIN INTERNATIONAL INC. and BELKIN, INC.

JOINT STIPULATION TO POSTPONE DEADLINE FOR SUBMITTING UPDATED CASE MANAGEMENT STATEMENT
Case No. 10-cv-03972-LHK (PSG)

2

DATE: DATE: April 27, 2012	REED SMITH LLP

By: */s/William R. Overend*

William R. Overend (CA Bar No. 180209)
E-mail:  woverend@reedsmith.com
John P. Bovich (CA Bar No. 150688)
E-mail:  jbovich@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

Attorneys for Defendant NETGEAR, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: April 30, 2012	By: *Lucy H. Koh*
	The Honorable Lucy H. Koh
	United States District Court Judge