1   Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
    Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
2   COVINGTON & BURLING LLP
    One Front Street
3   San Francisco, CA 94111-5356
    Telephone:    415.591.6000
4   Facsimile:    415.591.6091

5   Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
    COVINGTON & BURLING LLP
6   The New York Times Building
    620 Eighth Avenue
7   New York, NY 10018-1405
    Telephone:    212.841.1000
8   Facsimile:    212.841.1010

9   Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
    R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
10   William E. Zapf (wzapf@cov.com) (admitted *pro hac vice*)
    COVINGTON & BURLING LLP
11   1201 Pennsylvania Avenue, NW
    Washington, DC 20004-2401
12   Telephone:    202.662.6000
    Facsimile:    202.662.6291

13   Attorneys for Plaintiff Fujitsu Limited

14

15                   **UNITED STATES DISTRICT COURT**
          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16                     **SAN JOSE DIVISION**

17

| | |
|---|---|
| 18   FUJITSU LIMITED, | Case No. 10-cv-03972-LHK (PSG) |
| 19              Plaintiff, | |
| 20       v. | **DECLARATION OF THOMAS E. GARTEN IN SUPPORT OF FUJITSU LIMITED'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION OF NO WILLFUL INFRINGEMENT AND NO ACTIVE INDUCEMENT** |
| 21   BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC., | |
| 22 | |
| 23            Defendants. | **Date:**        **September 6, 2012** |
| 24 | **Time:**        **1:30 p.m.** **Location:**  **Courtroom 8, 4th Floor** **Judge:**    **Hon. Lucy H. Koh** |
| 25   AND RELATED COUNTERCLAIMS | |
| 26 | |

27

28

DECLARATION OF THOMAS GARTEN IN SUPPORT OF FUJITSU'S         CASE NO. 10-CV-03972-LHK (PSG)
OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION OF
NO WILLFUL INFRINGEMENT AND NO ACTIVE INDUCEMENT

1    THOMAS E. GARTEN declares as follows pursuant to 28 U.S.C. § 1746:

2    1.    I am an attorney at Covington & Burling LLP, which represents Plaintiff Fujitsu

3    Limited ("Fujitsu") in this action.  I am admitted to practice before this Court.  I make this

4    declaration based on personal knowledge in support of Fujitsu's Opposition to Defendants'

5    Motion for Summary Adjudication of No Willful Infringement and No Active Inducement.

6    2.    Attached as Exhibit 1 hereto is a true and correct copy of excerpts from a

7    November 7, 2003 letter from Barton E. Showalter, former counsel for Fujitsu, to Ken Kao,

8    CEO and Chairman of D-Link Corporation / D-Link Systems, Inc., which bear production

9    numbers FUJ0020397 – FUJ0020398 and FUJ0020421 – FUJ0020424.

10   3.    Attached as Exhibit 2 hereto is a true and correct copy of excerpts from a

11   November 7, 2003 letter from Barton E. Showalter, former counsel for Fujitsu, to Chet Pipkin,

12   President and CEO of Belkin Corporation / Belkin Components, which bear production

13   numbers FUJ0020204 – FUJ0020205 and FUJ0020228 – FUJ0020229.

14   4.    Attached as Exhibit 3 hereto is a true and correct copy of a December 10, 2003

15   letter from Barton E. Showalter, former counsel for Fujitsu, to Chris Flower, General Counsel

16   for Belkin Corporation, which bears production numbers FUJ0020241 – FUJ0020259.

17   5.    Attached as Exhibit 4 hereto is a true and correct copy of a March 22, 2004

18   letter from Douglas M. Kubehl, former counsel for Fujitsu, to S.J. Christine Yang, counsel for D-

19   Link, which bears production numbers FUJ0020465 – FUJ0020468.

20   6.    Attached as Exhibit 5 hereto is a true and correct copy of excerpts from the

21   April 5, 2012 deposition of Michael Shpizner.

22   7.    Attached as Exhibit 6 hereto is a true and correct copy of excerpts from the

23   March 2012 deposition of Hitoshi Fuji (Vols. 2-4).

24   8.    Attached as Exhibit 7 hereto is a true and correct copy of a document titled "*Ex

25   Parte* Reexamination Filing Data – June 30, 2012," which was downloaded from the following

26   website:  http://www.uspto.gov/patents/stats/EP_quarterly_report_June_30_2012.pdf.

27

28

1

9.      Attached as Exhibit 8 hereto is a true and correct copy of a Response to *Ex Parte* Reexamination Office Action submitted to the PTO on behalf of Fujitsu on December 28, 2007, which bears production numbers FUJ0002222 – FUJ0002321.

10.      Attached as Exhibit 9 hereto is a true and correct copy of an Office Action issued by the PTO on September 26, 2008, which bears production numbers FUJ0002443 – FUJ0002478.

11.      Attached as Exhibit 10 hereto is a true and correct copy of a May 27, 2009 letter from Michael Shpizner, Vice President and General Counsel for Fujitsu America, Inc., to Chris Flower, General Counsel for Belkin Corporation, which bears production numbers FUJ0020355 – FUJ0020372.

12.      Attached as Exhibit 11 hereto is a true and correct copy of a September 2, 2009 letter from Michael Shpizner, Vice President and General Counsel for Fujitsu America, Inc., to Deborah Lin, Associate Project Manager (Legal) for D-Link Corporation, which bears production numbers FUJ0020511 – FUJ0020527.

13.      Attached as Exhibit 12 hereto is a true and correct copy of a July 2, 2010 letter from Barton E. Showalter, former counsel for Fujitsu, to Duncan Palmatier, counsel for D-Link, which bears production number FUJ0020540.

14.      Attached as Exhibit 13 hereto is a true and correct copy of a series of email communications between Chris Flower, General Counsel for Belkin Corporation, and Belkin's outside counsel at Bryan Cave LLP, bearing production numbers BLKN0028041 – BLKN0028043.

15.      Attached as Exhibit 14 hereto is a true and correct copy of excerpts from the April 3, 2012 deposition of Lawrence Kurland.

16.      Attached as Exhibit 15 hereto is a true and correct copy of excerpts from the March 30, 2012 deposition of E. Robert Yoches.

17.      Attached as Exhibit 16 hereto is a true and correct copy of an excerpt from the D-Link DWL-3200AP User Manual, which bears production numbers DKUS 008238 – DKUS 008248.  This User Manual was marked as Exhibit 124 at the deposition of A.J. Wang.

2

1    18.    Attached as Exhibit 17 hereto is a true and correct copy of an excerpt from the

2  D-Link DWL-2100AP Manual, which bears production numbers DKUS 0055548 – DKUS

3  0055559.  This Manual was marked as Exhibit 126 at the deposition of A.J. Wang.

4    19.    Attached as Exhibit 18 hereto is a true and correct copy of a datasheet for the D-

5  Link DWA-547, DIR-635 and DWA-645 devices, which bears production number DKUS

6  014538.  This Datasheet was marked as Exhibit 129 at the deposition of A.J. Wang.

7    20.    Attached as Exhibit 19 hereto is a true and correct copy of a datasheet for the

8  NETGEAR WPN824 Wireless Router, which was produced as NETGEAR00531148.

9    21.    Attached as Exhibit 20 hereto is a true and correct copy of a datasheet for the

10  NETGEAR WG102 Wireless Access Point, which was produced as NETGEAR00526471.

11    22.    Attached as Exhibit 21 hereto is a true and correct copy of a document titled

12  "Wireless – Frequently Asked Questions," which bears production numbers

13  NETGEAR00161475 - NETGEAR00161478.  This document was marked as Exhibit 610 at the

14  deposition of David Henry.

15    23.    Attached as Exhibit 22 hereto is a true and correct copy of a website screen shot

16  advertising the sale of the Belkin F5D7230-4 Wireless G Router and the F5D7010 Wireless G

17  Notebook Card, which was downloaded in March 2011 from http://www.belkin.com.

18    24.    Attached as Exhibit 23 hereto is a true and correct copy of excerpts from the

19  Belkin F5D9630-4 User Manual, which was downloaded in August 2012 from the website

20  http://www.belkin.com.  A black-and-white version of this User Manual was produced as

21  BLKN 0021066 – BLKN 0021153.

22    25.    Attached as Exhibit 24 hereto is a true and correct copy of a Belkin N1 Wireless

23  Networking product bulletin, which bears production numbers FUJ0006921 – FUJ0006922.

24    26.    Attached as Exhibit 25 hereto is a true and correct copy of the Belkin F5D7132

25  User Manual, which was downloaded in August 2012 from the website

26  http://www.belkin.com.  A black-and-white version of this User Manual was produced as

27  BLKN 0023969 – BLKN 0024024.

28

3

1    27.    Attached as Exhibit 26 hereto is a true and correct copy of excerpts from the

2  March 19, 2012 deposition of Chia-Yu Chang.

3    28.    Attached as Exhibit 27 hereto is a true and correct copy of excerpts from the

4  January 30, 2012 deposition of A.J. Wang (Vol. 1).  At D-Link's request, Fujitsu has lodged the

5  excerpt at 186:21-191:14 under seal.

6    29.    Attached as Exhibit 28 hereto is a true and correct copy of excerpts from the

7  January 31, 2012 deposition of A.J. Wang (Vol. 2).

8    30.    Attached as Exhibit 29 hereto is a true and correct copy of excerpts from the

9  May 3, 2012 deposition of A.J. Wang (Vol. 3).

10    31.    Attached as Exhibit 30 hereto is a true and correct copy of excerpts from the

11  February 16, 2012 deposition of Steven Lin (Vol. 1).

12    32.    Attached as Exhibit 31 hereto is a true and correct copy of excerpts from the

13  February 17, 2012 deposition of Steven Lin (Vol. 2).

14    33.    Attached as Exhibit 32 hereto is a true and correct copy of excerpts from the

15  February 23, 2012 deposition of David Henry.

16    34.    Attached as Exhibit 33 hereto is a true and correct copy of excerpts from the

17  March 20, 2012 deposition of Robert Lin.

18    35.    Attached as Exhibit 34 hereto is a true and correct copy of a document titled

19  "NETGEAR Dual Band 802.11a/b Wireless Access Point & PC Card Product Requirements

20  Document," which bears production numbers NETGEAR00162526 – NETGEAR00162535.  At

21  NETGEAR's request, Fujitsu has lodged this Exhibit under seal.

22    36.    Attached as Exhibit 35 hereto is a true and correct copy of an excerpt from a

23  document titled "NETGEAR PCM P4 Development & Launch Evaluation," which bears

24  production numbers NETGEAR00599135 – NETGEAR00599145.  Fujitsu has lodged this

25  Exhibit under seal because it is marked "Highly Confidential - Attorneys' Eyes Only."

26    37.    Attached as Exhibit 36 hereto is a true and correct copy of a document titled

27  "DI-524 revision E1, firmware 5.11 Build 68hd Wireless (802.11g) High Speed 54Mbps

28

4

DECLARATION OF THOMAS GARTEN IN SUPPORT OF FUJITSU'S          CASE NO. 10-CV-03972-LHK (PSG)
OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION OF
NO WILLFUL INFRINGEMENT AND NO ACTIVE INDUCEMENT

1  Broadband Router Test Report," which bears production numbers DKUS 074847 – DKUS

2  074873.  At D-Link's request, Fujitsu has lodged this Exhibit under seal.

3          38.      I declare under penalty of perjury that the foregoing is true and correct.

4

5          Executed on August 9, 2012, in Redwood Shores, California.

6

7                                                  By: */s/  Thomas E. Garten*
                                                        Thomas E. Garten
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF THOMAS GARTEN IN SUPPORT OF FUJITSU'S                    CASE NO. 10-CV-03972-LHK (PSG)
OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION OF
NO WILLFUL INFRINGEMENT AND NO ACTIVE INDUCEMENT