# EXHIBIT 7



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data  -  June 30, 2012

1. Total requests filed since start of *ex parte* reexam on 07/01/81.................................12258[1]

    a. By patent owner                3857      32%
    b. By other member of public      8236      67%
    c. By order of Commissioner       165       1%

2. Number of filings by discipline

    a. Chemical Operation             3309      27%
    b. Electrical Operation           4663      38%
    c. Mechanical Operation           4099      33%
    d. Design Patents                 187       2%

3. Annual *Ex Parte* Reexam Filings

    | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
    |---|---|---|---|---|---|---|---|
    | 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
    | 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
    | 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
    | 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
    | 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
    | 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
    | 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 |
    | 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012YTD | 476 |

4. Number known to be in litigation…………....…………..................3941……………32%

5. Decisions on requests……………………………………………………………………..11737

    a. No. granted……………………………………………………… 10755………….... 92%

        (1) By examiner               10633
        (2) By Director (on petition) 122

    b. No. denied ……………………………………………………………982…………......8%

        (1) By examiner               947
        (2) Reexam vacated            35

---

[1] Of the requests received in FY 2012, 24 requests have not yet been accorded a filing date, and preprocessing of 13 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6. Total examiner denials (includes denials reversed by Director)…………........................1067

    a. Patent owner requester 493 46%
    b. Third party requester 574 54%

7. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency 25.4 (mos.)
    b. Median pendency 19.6 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 21% | 23% | 11% | 22% |
| b. All claims cancelled | 9% | 12% | 23% | 11% |
| c. Claims changes | 70% | 65% | 66% | 67% |

9. Total *ex parte* reexamination certificates issued (1981 – present) ………………………9090

    a. Certificates with all claims confirmed 2000 22%
    b. Certificates with all claims canceled 1037 11%
    c. Certificates with claims changes 6053 67%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER …………………………………….3148

        (1) All claims confirmed 666 21%
        (2) All claims canceled 279 9%
        (3) Claim changes 2203 70%

    b. Certificates – 3rd PARTY REQUESTER ……………………………………………..5823

        (1) All claims confirmed 1322 23%
        (2) All claims canceled 724 12%
        (3) Claim changes 3777 65%

    c. Certificates – COMMISSIONER INITIATED REEXAM …………..………......159

        (1) All claims confirmed 18 11%
        (2) All claims canceled 35 23%
        (3) Claim changes 105 66%