1  John P. Bovich (SBN 150688)
   E-mail: jbovich@reedsmith.com
2  William R. Overend (SBN 180209)
   E-mail: woverend@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA 94105-3659
   Telephone:   +1 415 543 8700
5  Facsimile:   +1 415 391 8269

6  Attorneys for Defendant
   NETGEAR, Inc.
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

11  FUJITSU LIMITED,                              Case No. 10-cv-03972-LHK

12              Plaintiff,                       **[PROPOSED] ORDER PERMITTING PARTIES TO BRING EQUIPMENT INTO THE COURTHOUSE FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION HEARINGS**
13       vs.

14  BELKIN INTERNATIONAL, INC., BELKIN,
    INC., D-LINK CORPORATION, D-LINK
15  SYSTEMS, INC., NETGEAR, INC., ZYXEL         Date:    September 6, 2012
    COMMUNICATIONS CORPORATION, and             Time:    1:30 pm
16  ZYXEL COMMUNICATIONS, INC.,                 Place:   Courtroom 4, 5th Floor

17              Defendants.                     The Honorable Lucy H. Koh

18  ─────────────────────────────
    AND RELATED COUNTERCLAIMS.
19

20

*(REED SMITH LLP — A limited liability partnership formed in the State of Delaware)*

US_ACTIVE-107433376.1

[PROPOSED] ORDER ALLOWING EQUIPMENT IN THE COURTROOM

1  Defendant and Counterclaimant NETGEAR, Inc., on behalf of all parties, requests that
2  TrialGraphix, 100 Spear Street Suite 850, San Francisco, CA 94105, Telephone: 415.743.4840, be
3  granted permission to bring the following equipment into the courthouse for use during the hearing
4  on motions for summary judgment and summary adjudication on September 6, 2012 at 1:30 p.m.,
5  respectively:

  (1) Projector and stand
  (1) ELMO and stand
  (1) Projection Screen
  (1) 4-Way Switch
  (1) Audio System
  VGA Cabling
  Various older model computers for use as demonstrative evidence

DATED:  August 31, 2012.

                                        REED SMITH LLP


                                        By      /s/ John P. Bovich
                                            John P. Bovich
                                            William R. Overend
                                            Attorneys for Defendant NETGEAR, Inc.


IT IS SO ORDERED.


DATED:   9/4/12

                                        *Lucy H. Koh*
                                        The Honorable Lucy H. Koh
                                        United States District Court Judge