1  John P. Bovich (SBN 150688)
   E-mail: jbovich@reedsmith.com
2  William R. Overend (SBN 180209)
   E-mail: woverend@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA 94105-3659
   Telephone:    +1 415 543 8700
5  Facsimile:    +1 415 391 8269

6  Attorneys for Defendant
   NETGEAR, Inc.
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

11 | FUJITSU LIMITED, | Case No. 10-cv-03972-LHK
12 | Plaintiff, | **[PROPOSED] ORDER PERMITTING PARTIES TO BRING EQUIPMENT INTO THE COURTHOUSE FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION HEARINGS**
13 | vs. |
14 | BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC., | Date: September 6, 2012
   | | Time: 1:30 pm
   | | Place: Courtroom 4, 5th Floor
17 | Defendants. | The Honorable Lucy H. Koh
18 | |
19 | AND RELATED COUNTERCLAIMS. |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Defendant and Counterclaimant NETGEAR, Inc., on behalf of all parties, requests that TrialGraphix, 100 Spear Street Suite 850, San Francisco, CA 94105, Telephone: 415.743.4840, be granted permission to bring the following equipment into the courthouse for use during the hearing on motions for summary judgment and summary adjudication on September 6, 2012 at 1:30 p.m., respectively:

- (1) Projector and stand
- (1) ELMO and stand
- (1) Projection Screen
- (1) 4-Way Switch
- (1) Audio System
- VGA Cabling
- Various older model computers for use as demonstrative evidence

DATED: August 31, 2012.

REED SMITH LLP

By   /s/ John P. Bovich
   John P. Bovich
   William R. Overend
   Attorneys for Defendant NETGEAR, Inc.

IT IS SO ORDERED.

DATED: 9/4/12

_____
The Honorable Lucy H. Koh
United States District Court Judge

– 1 –

[PROPOSED] ORDER ALLOWING EQUIPMENT IN THE COURTROOM