UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; NETGEAR, INC.; ZYXEL COMMUNICATIONS CORPORATION; and ZYXEL COMMUNICATIONS, INC.,<br><br>　　　　　Defendants. | Case No.: 10-CV-03972-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTIONS FOR SUMMARY JUDGMENT |

The further case management conference and hearing on: (1) Fujitsu's Motion for Summary Judgment and Summary Adjudication of Infringement of U.S. Patent No. Re. 36,769, ECF No. 255; (2) Defendants' Motion for Summary Judgment of Invalidity, ECF No. 259; and (3) Defendants' Motion for Summary Adjudication of No Willful Infringement and No Active Inducement, ECF No. 261, currently set for September 6, 2012, are continued to September 20, 2012, at 1:30 p.m.  The Court apologizes for the short notice.

**IT IS SO ORDERED.**

Dated: September 4, 2012

　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-CV-03972-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTIONS FOR SUMMARY JUDGMENT