John P. Bovich (SBN 150688)
E-mail:  jbovich@reedsmith.com
William R. Overend (SBN 180209)
E-mail:  woverend@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Defendant
NETGEAR, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>                    Plaintiff,<br><br>         vs.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 10-cv-03972-LHK<br><br>**AMENDED [~~PROPOSED~~] ORDER PERMITTING PARTIES TO BRING EQUIPMENT INTO THE COURTHOUSE FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION HEARINGS**<br><br>Date:        September 20, 2012<br>Time:       1:30 pm<br>Place:       Courtroom 4, 5th Floor<br><br>The Honorable Lucy H. Koh |

Defendant and Counterclaimant NETGEAR, Inc., on behalf of all parties, requests that TrialGraphix, 100 Spear Street Suite 850, San Francisco, CA 94105, Telephone: 415.743.4840, be granted permission to bring the following equipment into the courthouse for use during the hearing on motions for summary judgment and summary adjudication on September 20, 2012 at 1:30 p.m., respectively:

  (1) Projector and stand

  (1) ELMO and stand

  (1) Projection Screen

  (1) 4-Way Switch

  (1) Audio System

  VGA Cabling

  Various older model computers for use as demonstrative evidence

DATED: September 11, 2012.

      REED SMITH LLP

      By /s/ John P. Bovich
       John P. Bovich
       William R. Overend
       Attorneys for Defendant NETGEAR, Inc.

IT IS SO ORDERED.

DATED: 9/11/12

      *Lucy H. Koh*
      The Honorable Lucy H. Koh
      United States District Court Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 10-cv-03972-LHK   – 1 –   US_ACTIVE-107433376.1
AMENDED [PROPOSED] ORDER ALLOWING EQUIPMENT IN THE COURTROOM