John P. Bovich (SBN 150688)
E-mail: jbovich@reedsmith.com
William R. Overend (SBN 180209)
E-mail: woverend@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendant
NETGEAR, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>                    Plaintiff,<br><br>     vs.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 10-cv-03972-LHK<br><br>**AMENDED [PROPOSED] ORDER PERMITTING PARTIES TO BRING EQUIPMENT INTO THE COURTHOUSE FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION HEARINGS**<br><br>Date:    September 20, 2012<br>Time:   1:30 pm<br>Place:   Courtroom 4, 5th Floor<br><br>The Honorable Lucy H. Koh |

Defendant and Counterclaimant NETGEAR, Inc., on behalf of all parties, requests that TrialGraphix, 100 Spear Street Suite 850, San Francisco, CA 94105, Telephone: 415.743.4840, be granted permission to bring the following equipment into the courthouse for use during the hearing on motions for summary judgment and summary adjudication on September 20, 2012 at 1:30 p.m., respectively:

(1) Projector and stand

(1) ELMO and stand

(1) Projection Screen

(1) 4-Way Switch

(1) Audio System

VGA Cabling

Various older model computers for use as demonstrative evidence

DATED: September 11, 2012.

REED SMITH LLP

By   /s/ John P. Bovich
    John P. Bovich
    William R. Overend
    Attorneys for Defendant NETGEAR, Inc.

IT IS SO ORDERED.

DATED: 9/11/12

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Court Judge