Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:   415.591.6000
Facsimile:   415.591.6091

Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:   212.841.1000
Facsimile:   212.841.1010

Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
William E. Zapf (wzapf@cov.com) (admitted *pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:   202.662.6000
Facsimile:   202.662.6291

Attorneys for Plaintiff Fujitsu Limited

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>   Plaintiff,<br><br>   v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>   Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**[~~PROPOSED~~] SUPPLEMENTAL ORDER PERMITTING THE PARTIES TO BRING EQUIPMENT INTO THE COURTHOUSE FOR HEARING ON MOTIONS FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION**<br><br>Date:        September 20, 2012<br>Time:        1:30 p.m.<br>Location:  Courtroom 8, 4th Floor<br>Judge:      Hon. Lucy H. Koh |

1       Plaintiff Fujitsu Limited ("Fujitsu") hereby requests a Supplemental Order permitting the following equipment to be brought into the Courthouse for use during the hearing on Fujitsu's and Defendants' respective motions for summary judgment and summary adjudication, scheduled for September 20, 2012 at 1:30 p.m.  This request is intended to supplement the equipment listed in the Amended Order Permitting Parties to Bring Equipment into the Courthouse for Summary Judgment and Summary Adjudication Hearings (Dkt. No. 295).

      The following equipment to be brought to the Courthouse by Fujitsu's legal graphics provider, Fulcrum Legal Graphics, whose address and telephone number are 125 E. Sir Francis Drake, Ste. 301, Larkspur, CA 94939; (415) 490-3540:

      (1) 17-inch Monitor.

      The following equipment to be brought to the Courthouse by Duncan Palmatier/Law Offices of S.J. Christine Yang, counsel for D-Link Corporation and D-Link Systems, Inc., whose address and telephone number are 17220 Newhope Street, Suites 101-102, Fountain Valley, CA 92708; (714) 641-4022:

      (1) ARLAN device for use as demonstrative evidence.

      The following equipment to be brought to the Courthouse by John Bovich/Reed Smith LLP,  counsel for NETGEAR, Inc., whose address and telephone number are 101 Second Street, Suite 1800, San Francisco, CA 94105; (415) 543-8700:

      (1) HP modem for use as demonstrative evidence.

DATED:  September 11, 2012            COVINGTON & BURLING LLP

By: */s/  Robert D. Fram*

Robert D. Fram (rfram@cov.com)
Thomas E. Garten (tgarten@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:    415.591.6000
Facsimile:     415.591.6091

Philip A. Irwin (pirwin@cov.com)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:     212.841.1000
Facsimile:     212.841.1010

Gary M. Rubman (grubman@cov.com)
R. Jason Fowler (jfowler@cov.com)
William E. Zapf (wzapf@cov.com)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:     202.662.6000
Facsimile:     202.662.6291

Attorneys for Plaintiff FUJITSU LIMITED

IT IS SO ORDERED.

Dated:  __9/17/12_____, 2012      _____
 *Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

2

[PROPOSED] SUPPLEMENTAL ORDER PERMITTING                    CASE NO. 10-CV-03972-LHK (PSG)
EQUIPMENT TO BE BROUGHT INTO THE COURTHOUSE