Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FUJITSU LIMITED

　　　　　　　　　　Plaintiff(s),

v.

BELKIN INT'L INC., et al.

　　　　　　　　　　Defendant(s).

Case No: 10cv03972LHK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Brianne Bharkhda, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Fujitsu Limited in the above-entitled action. My local co-counsel in this case is Robert D. Fram, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Covington & Burling LLP, 1201 Pennsylvania Avenue, NW, Washington, DC 20004 | Covington & Burling LLP, One Front Street, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 662-6000 | (415) 591-6000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bbharkhda@cov.com | rfram@cov.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1002704.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/12/12

Bharkhda, Brianne

APPLICANT

---

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Brianne Bharkhda is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 19, 2012

Lucy H. Koh

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER

*August 2012*