UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED, | Case No.: 10-CV-03972-LHK |
| Plaintiff, | |
| v. | ORDER REQUESTING JOINT SETTLEMENT STATUS REPORT |
| BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; NETGEAR, INC.; ZYXEL COMMUNICATIONS CORPORATION; and ZYXEL COMMUNICATIONS, INC., | |
| Defendants. | |

On October 15, 2012, Plaintiff Fujitsu Limited and Defendants Belkin International, Inc., D-Link Corporation, D-Link Systems, Inc., and NETGEAR, Inc. submitted a joint statement advising the Court that the parties are scheduled to conduct a mediation before Judge Infante on October 18, 2012. Accordingly, the parties shall file a joint status report regarding settlement no later than October 22, 2012. If settlement is not reached by October 22, 2012, the parties shall file another settlement status report on October 29, 2012, pursuant to the Court's September 20, 2012 Order (ECF No. 303).

**IT IS SO ORDERED.**

Dated: October 15, 2012

_____
LUCY H. KOH
United States District Judge