# EXHIBIT 13

# DOCUMENT SUBMITTED UNDER SEAL