RECEIVED

2012 OCT 25 A 11:38

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FUJITSU LIMITED,

Plaintiff(s),

v.

BELKIN INTERNATIONAL, INC., et al.,

Defendant(s).

CASE NO. CV 10-03972

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Martha Hopkins, an active member in good standing of the bar of West Virginia whose business address and telephone number (particular court to which applicant is admitted) is Law Offices of S.J. Christine Yang
17220 Newhope Street, Suites 101-102
Fountain Valley, CA 92708
Tel: 714-641-4022
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing D-Link Corporation and D-Link Systems, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/30/2012

*Lucy H. Koh*
United States District Judge