COVINGTON & BURLING LLP
Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
Jeffrey T. Pearlman (jpearlman@cov.com) (CA Bar No. 254759)
One Front Street
San Francisco, CA 94111-5356
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091

COVINGTON & BURLING LLP
Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:    (212) 841-1000
Facsimile:    (212) 841-1010

COVINGTON & BURLING LLP
Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac* vice)
William E. Zapf (wzapf@cov.com) (admitted *pro hac* vice)
Brianne Bharkhda (bbharkhda@cov.com) (admitted *pro hac* vice)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:    (202) 662-6000
Facsimile:    (202) 662-6291

*Attorneys for Plaintiff Fujitsu Limited*

[COUNSEL FOR DEFENDANTS LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER AS TO FUJITSU LIMITED'S *DAUBERT* MOTION TO PRECLUDE CERTAIN TESTIMONY OF DR. ARTHUR BRODY** |

1    Pursuant to Northern District of California Civil Local Rules 7-1 and 7-12, Plaintiff Fujitsu Limited ("Fujitsu") and Defendants Belkin International, Inc., Belkin, Inc., D-Link Corporation, D-Link Systems, Inc., and NETGEAR, Inc., (collectively, "Defendants") hereby submit the following Stipulation and Proposed Order resolving Fujitsu's October 18, 2012 *Daubert* motion to bar Defendants' non-infringement expert, Arthur Brody, from opining that Defendants could not have had specific intent to induce infringement (Dkt. No. 317 at 11).

On October 22, 2012, Defendants' filed their Opposition to Fujitsu's *Daubert* Motion as to Dr. Brody (Dkt. No. 322 at 16).

The parties have met and conferred, and have agreed that the motion be resolved as stated below.

THEREFORE, IT IS HEREBY STIPULATED, AGREED AND REQUESTED that the Court enter an Order providing that Arthur Brody's opinion regarding Defendants' specific intent to induce infringement is excluded, unless Fujitsu opens the door by eliciting opinion testimony as to Defendants' specific intent to induce infringement.

Respectfully submitted,

DATE:  November 5, 2012              COVINGTON & BURLING LLP

By:  */s/ Robert D. Fram* [1]

Robert D. Fram (rfram@cov.com)
Thomas E. Garten (tgarten@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:    (415) 591-6000
Facsimile:     (415) 591-6091

Attorneys for Plaintiff and Counterclaim
Defendant FUJITSU LIMITED

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

2

STIPULATION AND [~~PROPOSED~~] ORDER AS TO FUJITSU'S
*DAUBERT* MOTION TO PRECLUDE CERTAIN TESTIMONY
OF DR. ARTHUR BRODY                                            CASE NO. 10-CV-03972-LHK (PSG)

DATE:  November 5, 2012

By: /s/ Duncan Palmatier

Duncan Palmatier (CA Bar No. 116692)
E-mail:  dpalm@dpalmlaw.com
S.J. Christine Yang (CA Bar No. 102048)
E-mail:  cyang@sjclawpc.com
Victoria Der-Lung Hao (admitted pro hac vice)
E-mail:  vhao@sjclawpc.com
The Law Office of S.J. Christine Yang
17220 Newhope Street, Suites 101 & 102
Fountain Valley, California  92708
Telephone:     (714) 641-4022
Facsimile:       (714) 641-2082

Attorneys for Defendants D-LINK CORPORATION and D-LINK SYSTEMS, INC.

DATE:  November 5, 2012              WINSTON & STRAWN LLP

By: /s/ David Enzminger

David Enzminger (CA Bar No. 137065)
E-mail:  denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA  90071
Telephone:  (213) 615-1780
Facsimile:  (213) 615-1750

Attorneys for Defendants BELKIN INTERNATIONAL INC. and BELKIN, INC.

DATE:  November 5, 2012              REED SMITH LLP

By: /s/ William R. Overend

William R. Overend (CA Bar No. 180209)
E-mail:  woverend@reedsmith.com
John P. Bovich (CA Bar No. 150688)
E-mail:  jbovich@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

Attorneys for Defendant NETGEAR, INC.

3

STIPULATION AND [PROPOSED] ORDER AS TO FUJITSU'S
*DAUBERT* MOTION TO PRECLUDE CERTAIN TESTIMONY
OF DR. ARTHUR BRODY                                    CASE NO. 10-CV-03972-LHK (PSG)

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATE:          2012                By:  *Lucy H. Koh*

                                       The Honorable Lucy H. Koh
4                                      United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4