David Enzminger (SBN: 137065)
Email: denzminger@winston.com
David S. Bloch (SBN: 184530)
Email: dbloch@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone: (213) 615–1700
Facsimile: (213) 615–1750

Attorneys for Defendants
BELKIN INTERNATIONAL INC.
AND BELKIN, INC.

Duncan Palmatier (SBN 116692)
Email: dpalm@dpalmlaw.com
S. J. Christine Yang (SBN 102048)
Email: cyang@sjclawpc.com
Victoria Hao (Admitted Pro Hac Vice)
Email: vhao@sjclawpc.com
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suites 101 and 102
Fountain Valley, CA 92708
Telephone: (714) 641–4022
Facsimile: (714) 641–2082

Attorneys for Defendants D-LINK SYSTEMS,
INC. and D-LINK CORP.

John P. Bovich (SBN: 150688)
Email: jbovich@reedsmith.com
William R. Overend (SBN: 180209)
Email: woverend@reedsmith.com
Seth B. Herring (SBN: 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543–8700
Facsimile: (415) 391–8269

Attorneys for Defendant
NETGEAR, INC.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 10–cv–03972–LHK (PSG)<br><br>**DEFENDANTS' PROPOSED LIMITING INSTRUCTIONS [per Dkt. No. 396]**<br><br>**Trial Date:** November 26, 2012<br>**Time:** 9:00 a.m.<br>**Location:** Courtroom 4, 5th Floor<br><br>Hon. Lucy H. Koh |
| AND RELATED COUNTERCLAIMS | |

Pursuant to the Court's Pretrial Conference Order (Dkt. No. 396), Defendants propose the following limiting instructions concerning how the jury should assess references identified by the Defendants in this case.

***

In this case, the Defendants have identified [17] publications or combinations of publication that they contend invalidate the asserted claims of Fujitsu's patent. Those references or combinations are:

[1. Murakami (Defense Exhibit No. _)
2. Inoue (Defense Exhibit No. ___)
3. Mizutani (Defense Exhibit No.___)
4. The ArLAN system (Defense Exhibit Nos. ___)
5. May (Defense Exhibit No. _)
6. The Hewlett-Packard Modem Interface system (Defense Exhibit Nos. ___)
7. The Extended Systems ShareSpool Card system (Defense Exhibit Nos. ___)
8. The Vic-20 Friendly Computer (Defense Exhibit No. ___)
9. The PCMCIA standard (Defense Exhibit Nos. ____)
10. Arai (Defense Exhibit No. ___)
11. Ades (Defense Exhibit No. ___)
12. Xircom, The Pocket Ethernet Adapter (Defense Exhibit No. ___).
13. The combination of Murakami and Mizutani
14. The combination of Inoue and Murakami
15. The combination of Inoue and Mizutani
16. The combination of Inoue and the ShareSpool Card system
17. The combination of the ArLAN system and the Vic-20 Friendly Computer].

In deciding whether the asserted claims of Fujitsu's patent are invalid, you should consider only the references and combinations identified above.

During the trial, you may also have heard about other documents or combinations describing similar subject matter from around the same time. You should not consider those other documents and combinations in deciding whether the asserted claims of the Fujitsu patent are invalid. But you may consider them for other purposes. In particular:

A. You may consider any references admitted into evidence when you decide whether any of the defendants believed that the asserted claims of the Fujitsu patent were valid or invalid, and likewise whether they intended to cause third parties to practice any of the asserted claims of the Fujitsu patent.

B. When you decide whether or not a particular defendant reasonably relied on the opinions rendered by its legal counsel, you may consider any references mentioned in those legal opinions.

C. You may consider any references admitted into evidence when assessing the "state of the art" at the time Fujitsu applied for its patent. The "state of the art" refers to

the general level of technological knowledge that existed at a particular time; it defines what a "person of ordinary skill in the art" would have been expected to know and understand at that time. Thus, while you may not consider these additional references (other than the [17] identified above) for purposes of determining whether the Fujitsu patent is valid or invalid, you may consider them to reach an understanding of the level of knowledge in the art and what other products and technologies were available at the time the claimed invention was made.

* * *

The Defendants expect that this Instruction would be modified to refer only to the particular prior art references submitted as evidence during the trial, and thus that the final number of references identified in the list may be less than 17.

Respectfully submitted,

*/s/ David S. Bloch*[1]

David Enzminger (SBN: 137065)
Email: denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone: (213) 615–1700
Facsimile: (213) 615–1750

David S. Bloch (SBN: 184530)
Email: dbloch@winston.com
WINSTON & STRAWN LLP
101 California St.
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Joshua Wyde (*Pro Hac Vice*)
Email: jwyde@winston.com
Michael J. Forbes (*Pro Hac Vice*)
Email: mforbes@winston.com
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
Telephone: (713) 651–2600
Facsimile: (713) 651–2700

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Attorneys for Defendants
BELKIN INTERNATIONAL INC. AND
BELKIN, INC.

*/s/ John P. Bovich*

John P. Bovich (SBN 150688)
Email: jbovich@reedsmith.com
William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
Seth B. Herring (SBN 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105–3659
Telephone: (415) 543–8700
Facsimile: (415) 391–8269
Attorneys for Defendant NETGEAR, INC.

*/s/ Duncan Palmatier*

Duncan Palmatier (SBN 116692)
Email: dpalm@dpalmlaw.com
S. J. Christine Yang (SBN 102048)
Email: cyang@sjclawpc.com
Victoria Hao (Admitted Pro Hac Vice)
Email: vhao@sjclawpc.com
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suites 101 and 102
Fountain Valley, CA 92708
Telephone: (714) 641–4022
Facsimile: (714) 641–2082
Attorneys for Defendants D-LINK SYSTEMS, INC.
and ZYXEL COMMUNICATIONS, INC.