COVINGTON & BURLING LLP
Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
One Front Street
San Francisco, CA 94111-5356
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091

COVINGTON & BURLING LLP
Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:    (212) 841-1000
Facsimile:    (212) 841-1010

COVINGTON & BURLING LLP
Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
William E. Zapf (wzapf@cov.com) (admitted *pro hac vice*)
Brianne Bharkhda (bbharkhda@cov.com) (admitted *pro hac* vice)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:    (202) 662-6000
Facsimile:    (202) 662-6291

*Attorneys for Plaintiff Fujitsu Limited*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>          Plaintiff,<br><br>     v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>          Defendants. | Case No. 10-cv-03972-LHK (PSG)<br><br>**FUJITSU LIMITED'S NOTICE OF NOVEMBER 26, 2012 WITNESSES** |
| AND RELATED COUNTERCLAIMS | |

1    Fujitsu hereby provides notice that, time permitting, it intends to call the following

2    witnesses beginning on November 26, 2012:

3        1.   Masayuki Ozawa

4        2.   Hitoshi Fuji

5    DATE:  November 23, 2012                COVINGTON & BURLING LLP

6                                            By:  /s/ Robert D. Fram

7                                            Robert D. Fram (rfram@cov.com)
8                                            Thomas E. Garten (tgarten@cov.com)
                                             Jeffrey T. Pearlman (jpearlman@cov.com)
9                                            COVINGTON & BURLING LLP
                                             One Front Street
10                                           San Francisco, CA 94111-5356
                                             Telephone:    415.591.6000
11                                           Facsimile:    415.591.6091

12                                           Philip A. Irwin (pirwin@cov.com)
                                             COVINGTON & BURLING LLP
13                                           The New York Times Building
                                             620 Eighth Avenue
14                                           New York, NY 10018-1405
                                             Telephone:    212.841.1000
15                                           Facsimile:    212.841.1010

16

17                                           Gary M. Rubman (grubman@cov.com)
                                             R. Jason Fowler (jfowler@cov.com)
18                                           William E. Zapf (wzapf@cov.com)
                                             Brianne Bharkhda (bbharkhda@cov.com)
19                                           COVINGTON & BURLING LLP
                                             1201 Pennsylvania Avenue, NW
20                                           Washington, DC 20004-2401
                                             Telephone:    202.662.6000
21                                           Facsimile:    202.662.6291

22                                           Attorneys for Plaintiff and Counterclaim-
                                             Defendant FUJITSU LIMITED
23

24

25

26

27

28

1