COVINGTON & BURLING LLP
Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
One Front Street
San Francisco, CA 94111-5356
Telephone:     (415) 591-6000
Facsimile:     (415) 591-6091

COVINGTON & BURLING LLP
Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:     (212) 841-1000
Facsimile:     (212) 841-1010

COVINGTON & BURLING LLP
Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:     (202) 662-6000
Facsimile:     (202) 662-6291

Attorneys for Plaintiff Fujitsu Limited

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>            Plaintiff,<br><br>      v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>            Defendant. | Case No. 10-cv-03972-LHK (PSG)<br><br>**PLAINTIFF FUJITSU LIMITED'S THIRD AMENDED WITNESS LIST** |

Will Call

| Name | Brief Statement of Substance of Testimony |
|---|---|
| Brian Busse (by 30(b)(6) deposition) | Mr. Busse, a Netgear employee, will testifying concerning Netgear's notice of the '769 patent, inducement and willful-infringement issues, and licensing issues. |
| Chia-Yu Chang (by 30(b)(6) deposition) | Mr. Chang, an employee of D-Link Corporation, will testify concerning marketing, projections, sales, and financial information for D-Link's products, inducement and willful-infringement issues, and D-Link's notice of the '769 patent. |
| Mike Chen (by deposition) | Mr. Chen, an employee of Belkin, may testify concerning sales, Belkin's products, product planning, and financial/market projections and information. |
| Mei Chou (by 30(b)(6) deposition) | Ms. Chou, an employee of D-Link Systems, will testify concerning sales and financial information for D-Link's products. |
| Chris Flower (by 30(b)(6) deposition) | Mr. Flower, an employee of Belkin, will testify concerning Belkin's notice of the '769 patent and inducement and willful-infringement issues. |
| Hitoshi Fuji | Mr. Fuji, a Fujitsu employee, will testify concerning the prosecution of the '091 patent and '769 patent, including reissue and reexamination proceedings; analysis of the invention; Fujitsu license agreements; and Fujitsu placing Defendants on notice of the '769 patent. |
| David Henry (by 30(b)(6) deposition) | Mr. Henry, a Netgear employee, will testify concerning the testing and marketing for Netgear's products, product planning, financial/market projections and information, and inducement and willful infringement issues. |
| Dan Kelley (by 30(b)(6) deposition) | Mr. Kelley, an employee of D-Link Systems, may testify concerning marketing and financial/market projections for D-Link's products. |
| Derek Lam (by 30(b)(6) deposition) | Mr. Lam, a Netgear employee, will testify concerning Netgear's products, inducement and willful-infringement issues, testing and marketing for Netgear's products, and product development and planning. |
| Robert Lin (by 30(b)(6) deposition) | Mr. Lin, an employee of D-Link Corporation, will testify concerning D-Link's products, testing of D-Link products, product planning, financial/market projections and information, and inducement and willful-infringement issues. |
| Steven Lin (by 30(b)(6) deposition) | Mr. Lin, an employee of Belkin, will testify concerning Belkin's accused products, product planning, financial/market projections and information, and inducement and willful-infringement issues. |
| Alexander Mack (by 30(b)(6) deposition) | Mr. Mack, an employee of Belkin, will testify concerning sales and financial information for Belkin's products, financial/market projections and information, and licensing. |

| Name | Brief Statement of Substance of Testimony |
|---|---|
| Gordon Mattingly (by 30(b)(6) deposition) | Mr. Mattingly, a Netgear employee, may testify concerning sales and financial information for Netgear's products. |
| Peter Newton (by deposition) | Mr. Newton, a Netgear employee, may testify concerning product planning, financial/market projections and information, and marketing and testing of Netgear's products. |
| Paul Meyer | Mr. Meyer is Fujitsu's expert on damages and intervening rights. He will testify about the issues set forth in his expert reports. |
| Masayuki Ozawa | Mr. Ozawa, a Fujitsu employee and a named inventor of the '769 patent, will testify concerning his invention. |
| A.J. Wang (by 30(b)(6) deposition) | Mr. Wang, an employee of D-Link Systems, will testify concerning D-Link's products, testing of D-Link's products, product planning, financial/market projections and information, inducement and willful-infringement issues, and licensing. |
| Tim Williams | Dr. Williams is Fujitsu's expert on infringement and validity. In addition to those topics, he will also testify concerning the wireless market, the patented technology, advantages and disadvantages of non-infringing alternatives, licenses relating to comparable technology, and other issues set forth in his expert reports. |

May Call

| Name | Brief Statement of Substance of Testimony |
|---|---|
| Bernard Chao (by deposition or live) | Mr. Chao, outside counsel for Netgear, may testify concerning inducement and willful-infringement issues. |
| Document custodian for D-Link Systems | If necessary to establish that documents are authentic or business records. |
| Document custodian for D-Link Corporation | If necessary to establish that documents are authentic or business records. |
| Document custodian for Belkin | If necessary to establish that documents are authentic or business records. |
| Document custodian for Netgear | If necessary to establish that documents are authentic or business records. |
| Samson Helfgott | Mr. Helfgott, an attorney at Katten Muchin Rosenman, may testify concerning the prosecution of the '091 patent and the '769 patent, including reissue proceedings. |
| Nandan Kalle | Mr. Kalle, a Belkin employee, may testify concerning Belkin's accused products, product planning, and financial/market projections and information. |
| Douglas Kubehl | Mr. Kubehl, an attorney at Baker Botts, may testify concerning the reexamination of the '769 patent. |
| Lawrence Kurland (by | Mr. Kurland, outside counsel for Belkin, may testify |

| | |
|---|---|
| deposition or live) | concerning inducement and willful-infringement issues. |
| Bart Showalter | Mr. Showalter, an attorney at Baker Botts, may testify concerning the reexamination of the '769 patent and Fujitsu's providing Defendants with notice concerning the '769 patent. |
| Michael Shpizner | Mr. Shpizner, an employee of Fujitsu America, Inc., may testify concerning Fujitsu's providing Defendants with notice concerning the '769 patent. |
| Bradley Williams | Mr. Williams, an attorney at Baker Botts, may testify concerning the reexamination of the '769 patent. |
| Christine Yang | Ms. Yang, outside counsel for D-Link, may testify concerning inducement and willful-infringement issues |
| E. Robert Yoches (by deposition) | Mr. Yoches, outside counsel for D-Link, may testify concerning inducement and willful-infringement issues. |

Fujitsu reserves the right to: (a) call any witness on Defendants' witness list; (b) call additional witnesses for impeachment or rebuttal; (c) update this list based on the Court's rulings or Defendants' actions; and (d) provide deposition designations for any person deposed in this action.

The brief statement of the substance of each witness's testimony is not limiting; it is intended to identify the primary topics of testimony. Fujitsu reserves the right to examine the witness on any admissible topic, including but not limited to any topics covered in the witness's deposition.

                                                                             Respectfully submitted,

DATE: November 23, 2012                COVINGTON & BURLING LLP

                                                          By: */s/ Robert D. Fram*_____

                                                          Robert D. Fram (rfram@cov.com)
                                                          Thomas E. Garten (tgarten@cov.com)
                                                          One Front Street
                                                          San Francisco, CA 94111-5356
                                                          Telephone:    415.591.6000
                                                          Facsimile:     415.591.6091

                                                          Philip A. Irwin (pirwin@cov.com)
                                                          The New York Times Building
                                                          620 Eighth Avenue
                                                          New York, NY 10018-1405
                                                          Telephone:    (212) 841-1000
                                                          Facsimile:     (212) 841-1010

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gary M. Rubman (grubman@cov.com)
R. Jason Fowler (jfowler@cov.com)
William E. Zapf (wzapf@cov.com)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:   (202) 662-6000
Facsimile:    (202) 662-6291

Attorneys for Plaintiff and Counterclaim-Defendant
FUJITSU LIMITED