John P. Bovich (SBN: 150688)
Email: jbovich@reedsmith.com
William R. Overend (SBN: 180209)
Email: woverend@reedsmith.com
Seth B. Herring (SBN: 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543–8700
Facsimile:(415) 391–8269

Attorneys for Defendant
NETGEAR, INC.

David Enzminger (SBN: 137065)
  Email: denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone:    (213) 615–1700
Facsimile:    (213) 615–1750

Attorneys for Defendants
BELKIN INTERNATIONAL INC. AND BELKIN, INC.

[COUNSEL FOR OTHER DEFENDANTS LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>         Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>         Defendants<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:10-cv-03972–LHK (PSG)<br><br>**DEFENDANTS' SECOND AMENDED LIST OF WITNESSES TO BE CALLED**<br><br>Judge:           Honorable Lucy H. Koh<br><br>Trial Date:    November 26, 2012<br>Courtroom:   8, 4th Floor<br>Time:           9:00 am<br><br>Demand for Jury Trial |

Pursuant to *Guidelines for Final Pretrial Conference in Jury Trials before District Judge Lucy H. Koh* and Pretrial Conference Order (Docket No. 396), Defendants Belkin International, Inc. and Belkin, Inc. ("Belkin"), D-Link Corporation ("D-Link Corp."), D-Link Systems, Inc. ("D-Link Systems"), and NETGEAR, Inc. ("NETGEAR") (collectively "Defendants") respectfully submit their revised witness list.

Defendants identify the following witness will be called or may be called at trial, other than solely for impeachment or rebuttal, together with a brief statement following each name describing the substance of the testimony to be given.

Defendants reserve the right to adversely call Fujitsu's witnesses and experts including, but not limited to Yoshinori Kato, Paul Meyer, Michael Shpizner, Takahiko Yamamoto, Masayuki Ozawa, Shigeru Suzuki, Hitoshi Fuji, Tim Williams, Barton Earl Showalter and all witnesses disclosed by Fujitsu in its Rule 26 Disclosures and pretrial statement exhibit, who have been indicated below as to testify in person or by deposition, depending whether Fujitsu call such individual in person or by deposition.

a. **Defendants, Common**

| Witness | Topic | Will Call | May Call | In Person | By Deposition |
|---|---|---|---|---|---|
| Richard Mihran | Invalidity | √ | | √ | |
| Arthur Brody | Non-Infringement | √ | | √ | |
| Gregory Leonard | NETGEAR and Belkin Damages and NETGEAR's intervening rights | √ | | √ | |
| Russell Mangum | D-Link Systems and D-Link Corporation Damages and Intervening Rights | √ | | √ | |
| John O'Hare | ArLAN prior art | √ | | | √ |
| Ted Wimer | Sharespool and printer card prior art | √ | | | √ |
| Hewlett-Packard Company | Prior art | | √ | √ | |
| Masayuki Ozawa | Invention, | √ | | √ | √ |

-1-

Case No. 5:10–cv–03972–LHK (PSG)

| | Name | Topics | | | | |
|---|---|---|---|---|---|---|
| 1 | | Reduction to Practice, Prior Art, Laches, Spoliation of Evidence, Fujitsu's participation in card standards setting bodies including JEIDA and PCMCIA | | | | |
| 6 | Shigeru Suzuki | Invention, Reduction to Practice, Prior Art, Laches, Spoliation of Evidence, Fujitsu's participation in card standards setting bodies including JEIDA and PCMCIA | | √ | √ | √ |
| 11 | Hitoshi Fuji | Invention (including prototyping), Prior Art, Laches, Licenses, Fujitsu's participation in card standards setting bodies including JEIDA and PCMCIA, Fujitsu's Document Retention Policy and Destruction of Documents | √ | | √ | √ |
| 18 | Michael Shpizner | Willfulness, Fujitsu's positions taken during pre-suit negotiations | | √ | √ | √ |
| 20 | Barton Showalter | Willfulness, Fujitsu's positions taken during pre-suit negotiations | | √ | √ | √ |
| 23 | Yoshinori Kato | Fujitsu's positions taken during pre-suit negotiations | | √ | √ | √ |
| 25 | Takahiko Yamamoto | Fujitsu's positions taken during pre-suit negotiations | | √ | √ | √ |

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543

b.  **Belkin**

| Witness | Topic | Will Call | May Call | In Person | By Deposition |
|---|---|---|---|---|---|
| Mike Chen | Technical, Accused Products | | √ | √ | |
| Stephen Lin | Technical, Accused Products | | √ | √ | |
| Alex Mack | Sales Data, Marketing | | √ | √ | |
| Larry Kurland | Willfulness | √ | | √ | |
| Chris Flower | Willfulness, Corporate Information | √ | | √ | |

c.  **NETGEAR**

| Witness | Topic | Will Call | May Call | In Person | By Deposition |
|---|---|---|---|---|---|
| Charles Olson | No Willfulness/No Inducement | √ | | √ | |
| David Henry | Marketing | √ | | √ | |
| Derek Lam | Technical and Intervening Rights | | √ | √ | |
| Gordon Mattingly | Financial and Intervening Rights | | √ | √ | |
| Bernard Chao | Willfulness | √ | | √ | |
| Brian Busse | Licenses, Willfulness | √ | | √ | |

d.  **D-Link Systems**

| Witness | Topic | Will Call | May Call | In Person | By Deposition |
|---|---|---|---|---|---|
| AJ Wang | Technical, Accused Products, Intervening Rights and Willfulness | √ | | √ | |
| Mei Chou | Sales Data | | √ | √ | |
| Daniel Kelley | Marketing | √ | | √ | |
| E. Robert Yoches | Opinion counsel | √ | | √ | |

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543

e.  **D-Link Corporation**

| Witness | Topic | Will Call | May Call | In Person | By Deposition |
|---|---|---|---|---|---|
| Robert Lin | Technical, Accused Products prior to May 2006, Intervening Rights and Willfulness | √ | | √ | |
| Chia Yu Chang | US Sales Data prior to May 2006 and lack of US sales since May 2006 | √ | | √ | |
| E. Robert Yoches | Opinion Counsel | √ | | √ | |

Dated:  November 23, 2012

  /s/ *William R. Overend*
John P. Bovich (SBN 150688)
 Email:  jbovich@reedsmith.com
William R. Overend (SBN 180209)
 Email:  woverend@reedsmith.com

REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105–3659
Telephone:     (415) 543–8700
Facsimile:      (415) 391–8269

Attorneys for Defendant
NETGEAR, INC

  /s/  *David Enzminger*
David Enzminger (SBN:  137065)
   Email:  denzminger@winston.com

WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone:     (213) 615–1700
Facsimile:      (213) 615–1750

David S. Bloch (SBN: 184530)
   Email:  dbloch@winston.com
WINSTON & STRAWN LLP
101 California Street

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543

1
2    s/ *Duncan Palmatier*
     Duncan Palmatier (SBN 116692)
3      Email:  dpalm@dpalmlaw.com
     S. J. Christine Yang (SBN 102048)
4      Email:  cyang@sjclawpc.com
     Victoria Hao (Admitted Pro Hac Vice)
5      Email:  vhao@sjclawpc.com

6    LAW OFFICES OF S.J. CHRISTINE YANG
     17220 Newhope Street, Suites 101 and 102
7    Fountain Valley, CA  92708
     Telephone:    (714) 641–4022
8    Facsimile:    (714) 641–2082

9
     Attorneys for Defendants
10   D-LINK SYSTEMS, INC., and D-LINK
     CORPORATIONSan Francisco, CA 94111–5802
11   Telephone:    (415) 591–1000
     Facsimile:    (415) 591–1400
12
     Joshua Wyde (Pro Hac Vice)
13     Email: jwyde@winston.com
     Michael J. Forbes (Pro Hac Vice)
14     Email:  mforbes@winston.com
     WINSTON & STRAWN LLP
15   1111 Louisiana, 25th Floor
     Houston, TX  77002
16   Telephone:    (713) 651–2600
     Facsimile:    (713) 651–2700
17
18   Attorneys for Defendants
     BELKIN INTERNATIONAL INC. AND
19   BELKIN, INC.

20   /
21
22
23
24
25
26
27
28

-5-

Case No. 5:10–cv–03972–LHK (PSG)