John P. Bovich (SBN: 150688)
Email: jbovich@reedsmith.com
William R. Overend (SBN: 180209)
Email: woverend@reedsmith.com
Seth B. Herring (SBN: 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543–8700
Facsimile: (415) 391–8269

Attorneys for Defendant
NETGEAR, INC.

David Enzminger (SBN: 137065)
Email: denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone: (213) 615–1700
Facsimile: (213) 615–1750

Attorneys for Defendants

BELKIN INTERNATIONAL INC. AND
BELKIN, INC.

[COUNSEL FOR FUJITSU LIMITED AND
OTHER DEFENDANTS LISTED ON
SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>            Plaintiff,<br><br>     vs.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>            Defendants. | **JOINT STIPULATION AND [PROPOSED] ORDER RE: VOLUMINOUS TRIAL EXHIBITS**<br><br>Trial:       November 26, 2012<br>Time:       9:00 a.m.<br>Location:  Courtroom 8, 4th Floor<br>Before:     The Honorable Lucy H. Koh |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Pursuant to the Court's Pretrial Conference Order dated November 21, 2012 [Doc # 396], Plaintiff Fujitsu Limited ("Fujitsu") and Defendants Belkin International, Inc., Belkin, Inc., D-Link Corporation, D-Link Systems, Inc., and NETGEAR, Inc. ("Defendants") have conferred regarding certain voluminous trial exhibits, and

IT IS HEREBY STIPULATED, by and between Fujitsu and Defendants, that:

1. The parties have submitted binders containing copies of their trial exhibits to the Court. Voluminous exhibits have been provided on CD, with a placeholder in the binders indicating that the exhibit has been provided on CD and/or the actual CD provided in the binder.

2. The parties agree that if a voluminous exhibit is to be used with a witness at trial, then the party should disclose the portions or excerpts of the exhibit to be used with the witness on the timetable ordered by the Court for disclosure of exhibits (*i.e.*, by 7pm three days in advance for direct examination, and by 12pm two days in advance for cross-examination).

Date:  November 23, 2012

By: /s/ William R. Overend
John P. Bovich (CA Bar No. 150688)
E-mail:  jbovich@reedsmith.com
William R. Overend (CA Bar No. 180209)
E-mail:  woverend@reedsmith.com
Seth B. Herring (SBN:  253907)
Email: sherring@reedsmith.com
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

Attorneys for Defendant NETGEAR, INC.

/s/David Enzminger
David Enzminger (SBN:  137065)
Email:  denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone:(213) 615–1700
Facsimile:(213) 615–1750

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 10-cv-03972-LHK             -1-
Joint Stipulation  and [Proposed] Order re Voluminous Trial Exhibits

```
 1
 2                                          Jeffrey J. Phillips (Pro Hac Vice)
                                             Email:  jphillips@winston.com
 3                                          Joshua Wyde (Pro Hac Vice)
                                            Email: jwyde@winston.com
 4                                          Michael J. Forbes (Pro Hac Vice)
                                            Email:  mforbes@winston.com
 5                                          WINSTON & STRAWN LLP
                                            1111 Louisiana, 25th Floor
 6                                          Houston, TX  77002
                                            Telephone:   (713) 651–2600
 7                                          Facsimile:    (713) 651–2700
 8                                          Attorneys for Defendants
                                            BELKIN INTERNATIONAL INC. AND
 9                                          BELKIN, INC.

10                                          /s/Duncan Palmatier
                                            Duncan Palmatier (SBN 116692)
11                                          Email: dpalm@dpalmlaw.com
                                            S. J. Christine Yang (SBN 102048)
12                                          Email: cyang@sjclawpc.com
                                            Victoria Hao (Admitted Pro Hac Vice)
13                                          Email: vhao@sjclawpc.com
14                                          LAW OFFICES OF S.J. CHRISTINE YANG
                                            17220 Newhope Street, Suites 101 and 102
15                                          Fountain Valley, CA 92708
                                            Telephone: (714) 641–4022
16                                          Facsimile: (714) 641–2082
17                                          Attorneys for Defendants D-LINK
                                            CORPORATION, and D-LINK SYSTEMS,
18                                          INC.,
19                                          /s/ Philip A. Irwin
20                                          COVINGTON & BURLING LLP
                                            Philip A. Irwin (pirwin@cov.com) (admitted
21                                          pro hac vice)
                                            The New York Times Building
22                                          620 Eighth Avenue
                                            New York, NY 10018-1405
23                                          Telephone:    (212) 841-1000
                                            Facsimile:     (212) 841-1010
24
                                            COVINGTON & BURLING LLP
25                                          Robert D. Fram (rfram@cov.com) (CA Bar No.
                                            126750)
26                                          Thomas E. Garten (tgarten@cov.com) (CA Bar
                                            No. 247122)
27                                          Jeffrey T. Pearlman (jpearlman@cov.com) (CA
                                            Bar No. 254759
28                                          One Front Street
                                            San Francisco, CA 94111-5356
```

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 10-cv-03972-LHK                    -2-
Joint Stipulation  and [Proposed] Order re Voluminous Trial Exhibits

|   |   |
|---|---|
| 1 | Telephone: (415) 591-6000 |
| 2 | Facsimile: (415) 591-6091 |

Telephone: (415) 591-6000
Facsimile: (415) 591-6091

COVINGTON & BURLING LLP
Gary M. Rubman (grubman@cov.com) (admitted pro hac vice)
R. Jason Fowler (jfowler@cov.com) (admitted pro hac vice)
William E. Zapf (wzapf@cov.com) (admitted pro hac vice)
Brianne Bharkhda (bbharkhda@cov.com) (admitted pro hac vice)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291Attorneys for Plaintiff Fujitsu Limited

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: _____, 2012          By: _____
                                       The Honorable Lucy H. Koh
                                       United States District Court Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 10-cv-03972-LHK          -3-
Joint Stipulation and [Proposed] Order re Voluminous Trial Exhibits