# CORRECTED EXHIBIT E

# Fujitsu Requested Reexamination
# To Confirm Validity of the '769 Patent



PTX-283

# Belkin Also Requested Reexamination

Express Mail Certificate No.: EQ 060217177 US
Docket No.: C0175249/0175249

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

*In re* Reexamination of:       )
   Ozawa *et al.*       )
   U.S. Patent No.: Re. 36,769       )
Issued:   July 11, 2000       )
For:   **CARD TYPE INPUT/OUTPUT**       )
    **INTERFACE DEVICE AND**       )
    **ELECTRIC DEVICE USING THE SAME**       )

New York, New York
**June 28, 2006**

**REQUEST FOR REEXAMINATION**

(1) All of the claims of the '769 patent are rendered invalid as being anticipated and/or obvious in view of Inoue. More specifically, claims 2, 4-5, 8-9, 18, 20, 22-23, 26-27, 36-46, 48-

(5) All of the claims of the '769 patent are rendered invalid as being anticipated and/or obvious in view of May. More specifically, claims 2, 4, 8-12, 18, 20, 22, 26-30, 36, 38-42, 44-48,

(6) All of the claims of the '769 patent are rendered invalid as being anticipated and/or obvious in view of Mizutani. More specifically, claims 2, 4-8, 18, 20, 22-25, 38-46, and 48-55 of

(7) All of the claims of the '769 patent are rendered invalid as being anticipated and/or obvious in view of Arlan. More specifically, claims 2, 4-5, 18, 20, 22-23, 36-43, 45-48, and 51-55

PTX-284

# Belkin: "Put the Brakes on"

**From:** Kurland, Lawrence <lgkurland@BryanCave.com>
**Sent:** Wednesday, February 25, 2009 1:24 PM
**To:** 'Chris Flower' <ChrisF@belkin.com>
**Cc:** Crowe, Daniel <dacrowe@BryanCave.com>
**Subject:** RE: REEXAM 36,769 -Fujitsu-matter#0175249

The usual way to accomplish that would be to find additional art to combine with the art already considered by the USPTO. Given the recent changes in the law as it relates to obviousness, per the KSR case, we could have a respectable shot at raising a new obviousness argument to be considered if we locate additional art. If claims 38 and 39 are a potential problem and your goal is to put this back in reexam, then I suggest that you authorize us to do additional searching now to try and come up with new obviousness arguments so that we can file a new Request for Reexamination, hopefully before the reexamination certificate issues in the pending reexamination. Not only could this possibly prevent Fujitsu from moving forward on the current reexam, but it might allow us to consolidate the "new" reexam with the pending one and "put the brakes on" for now. Let me know what you want us to do..

Okay. If you need anything, just let me know.

-----Original Message-----
From: Chris Flower [mailto:ChrisF@belkin.com]
Sent: Wednesday, February 25, 2009 10:27 AM
To: Kurland, Lawrence
Cc: Crowe, Daniel
Subject: RE: REEXAM 36,769 -Fujitsu-matter#0175249

Thanks Larry. I'll handle this for now.

Chris Flower
General Counsel



Highly Confidential - Attorneys' Eyes Only

BLKN 0028041

PTX-27

# Belkin: "Put the Brakes on"



**From:** Kurland, Lawrence <lgkurland@BryanCave.com>
**Sent:** Wednesday, February 25, 2009 1:24 PM
**To:** 'Chris Flower' <ChrisF@belkin.com>
**Cc:** Crowe, Daniel <dacrowe@BryanCave.com>
**Subject:** RE: REEXAM 36,769 -Fujitsu-matter#0175249

The usual way to accomplish that would be to find additional art to combine with the art already considered by the USPTO. Given the recent changes in the law as it relates to obviousness, per the KSR case, we could have a respectable shot at raising a new obviousness argument to be considered if we locate additional art. If claims 38 and 39 are a potential problem and your goal is to put this back in reexam, then **I suggest that you authorize us to do additional searching now to try and come up with new obviousness arguments so that we can file a new Request for Reexamination, hopefully before the reexamination certificate issues in the pending reexamination.** Not only could this possibly prevent Fujitsu from moving forward on the current reexam, but it might allow us to consolidate the "new" reexam with the pending one and "put the brakes on" for now. Let me know what you want us to do..

PTX-27

# Belkin: "Put the Brakes on"

**From:** Kurland, Lawrence &lt;lgkurland@BryanCave.com&gt;
**Sent:** Wednesday, February 25, 2009 1:24 PM
**To:** 'Chris Flower' &lt;ChrisF@belkin.com&gt;
**Cc:** Crowe, Daniel &lt;dacrowe@BryanCave.com&gt;
**Subject:** RE: REEXAM 36,769 -Fujitsu-matter#0175249

The usual way to accomplish that would be to find additional art to combine with the art already considered by the USPTO. Given the recent changes in the law as it relates to obviousness, per the KSR case, we could have a respectable shot at raising a new obviousness argument to be considered if we locate additional art. If claims 38 and 39 are a potential problem and your goal is to put this back in reexam, then I suggest that you authorize us to do additional searching now to try and come up with new obviousness arguments so that we can file a new Request for Reexamination, hopefully before the reexamination certificate issues in the pending reexamination. **Not only could this possibly prevent Fujitsu from moving forward on the current reexam, but it might allow us to consolidate the "new" reexam with the pending one and "put the brakes on" for now.** Let me know what you want us to do..



PTX-27

# "Put the brakes on"



**From:** Kurland, Lawrence <lgkurland@BryanCave.com>
**Sent:** Wednesday, February 25, 2009 1:24 PM
**To:** 'Chris Flower' <ChrisF@belkin.com>
**Cc:** Crowe, Daniel <dacrowe@BryanCave.com>
**Subject:** RE: REEXAM 36,769 -Fujitsu-matter#0175249

The usual way to accomplish that would be to find additional art to combine with the art already considered by the USPTO. Given the recent changes in the law as it relates to obviousness, per the KSR case, we could have a respectable shot at raising a new obviousness argument to be considered if we locate additional art. If claims 38 and 39 are a potential problem and your goal is to put this back in reexam, then I suggest that you authorize us to do additional searching now to try and come up with new obviousness arguments so that we can file a new Request for Reexamination, hopefully before the reexamination certificate issues in the pending reexamination. Not only could this possibly prevent Fujitsu from moving forward on the current reexam, but it might allow us to consolidate the "new" reexam with the pending one and "put the brakes on" for now. Let me know what you want us to do..

PTX-27

# "Significant Caveat"



> We issue this opinion with a significant caveat. It is important to understand that in patent litigation it is impossible to predict the outcome with certainty. However, we believe that a properly instructed finder of fact, following the law, would find that the claims of the '769 patent are invalid. This caveat is particularly important here because the '769 patent has gone through both a reissue and reexamination proceeding before the Patent Office. Despite the significant problems we identified with the '769 patent, a jury or judge may be reluctant to find its claims invalid after the patent has been reviewed three times by the Patent Office.

DTX-433

# EXAMPLE COUNTER-SLIDE

# Emerging from Reexam "Surprising" to Belkin

