John P. Bovich (SBN: 150688)
Email: jbovich@reedsmith.com
William R. Overend (SBN: 180209)
Email: woverend@reedsmith.com
Seth B. Herring (SBN: 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543–8700
Facsimile: (415) 391–8269

Attorneys for Defendant
NETGEAR, INC.

David Enzminger (SBN: 137065)
Email: denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone: (213) 615–1700
Facsimile: (213) 615–1750

Attorneys for Defendants

BELKIN INTERNATIONAL INC. AND BELKIN, INC.

[COUNSEL FOR FUJITSU LIMITED AND OTHER DEFENDANTS LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>                    Plaintiff,<br><br>   vs.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>                    Defendants. | **JOINT STIPULATION AND [PROPOSED] ORDER RE: VOLUMINOUS TRIAL EXHIBITS**<br><br>Trial:     November 26, 2012<br>Time:      9:00 a.m.<br>Location:  Courtroom 8, 4th Floor<br>Before:    The Honorable Lucy H. Koh |

Pursuant to the Court's Pretrial Conference Order dated November 21, 2012 [Doc # 396], Plaintiff Fujitsu Limited ("Fujitsu") and Defendants Belkin International, Inc., Belkin, Inc., D-Link Corporation, D-Link Systems, Inc., and NETGEAR, Inc. ("Defendants") have conferred regarding certain voluminous trial exhibits, and

IT IS HEREBY STIPULATED, by and between Fujitsu and Defendants, that:

1. The parties have submitted binders containing copies of their trial exhibits to the Court. Voluminous exhibits have been provided on CD, with a placeholder in the binders indicating that the exhibit has been provided on CD and/or the actual CD provided in the binder.

2. The parties agree that if a voluminous exhibit is to be used with a witness at trial, then the party should disclose the portions or excerpts of the exhibit to be used with the witness on the timetable ordered by the Court for disclosure of exhibits (*i.e.*, by 7pm three days in advance for direct examination, and by 12pm two days in advance for cross-examination).

Date:  November 23, 2012

By: /s/ William R. Overend
John P. Bovich (CA Bar No. 150688)
E-mail:  jbovich@reedsmith.com
William R. Overend (CA Bar No. 180209)
E-mail:  woverend@reedsmith.com
Seth B. Herring (SBN:  253907)
Email: sherring@reedsmith.com
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

Attorneys for Defendant NETGEAR, INC.

/s/David Enzminger
David Enzminger (SBN:  137065)
Email:  denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone:(213) 615–1700
Facsimile:(213) 615–1750

|  |  |
|---|---|
| 1 | |
| 2 | Jeffrey J. Phillips (Pro Hac Vice) |
|   | Email: jphillips@winston.com |
| 3 | Joshua Wyde (Pro Hac Vice) |
|   | Email: jwyde@winston.com |
| 4 | Michael J. Forbes (Pro Hac Vice) |
|   | Email: mforbes@winston.com |
| 5 | WINSTON & STRAWN LLP |
|   | 1111 Louisiana, 25th Floor |
| 6 | Houston, TX  77002 |
|   | Telephone:   (713) 651–2600 |
| 7 | Facsimile:    (713) 651–2700 |
| 8 | Attorneys for Defendants |
|   | BELKIN INTERNATIONAL INC. AND |
| 9 | BELKIN, INC. |

/s/Duncan Palmatier
Duncan Palmatier (SBN 116692)
Email: dpalm@dpalmlaw.com
S. J. Christine Yang (SBN 102048)
Email: cyang@sjclawpc.com
Victoria Hao (Admitted Pro Hac Vice)
Email: vhao@sjclawpc.com
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suites 101 and 102
Fountain Valley, CA 92708
Telephone: (714) 641–4022
Facsimile: (714) 641–2082
Attorneys for Defendants D-LINK CORPORATION, and D-LINK SYSTEMS, INC.,

/s/ Philip A. Irwin
COVINGTON & BURLING LLP
Philip A. Irwin (pirwin@cov.com) (admitted pro hac vice)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:    (212) 841-1000
Facsimile:     (212) 841-1010

COVINGTON & BURLING LLP
Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
Jeffrey T. Pearlman (jpearlman@cov.com) (CA Bar No. 254759
One Front Street
San Francisco, CA 94111-5356

Case No. 10-cv-03972-LHK            -2-
Joint Stipulation  and [Proposed] Order re Voluminous Trial Exhibits

|  |  |
|---|---|
| 1 | Telephone:   (415) 591-6000 |
| 2 | Facsimile:   (415) 591-6091 |

COVINGTON & BURLING LLP
Gary M. Rubman (grubman@cov.com) (admitted pro hac vice)
R. Jason Fowler (jfowler@cov.com) (admitted pro hac vice)
William E. Zapf (wzapf@cov.com) (admitted pro hac vice)
Brianne Bharkhda (bbharkhda@cov.com) (admitted pro hac vice)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:   (202) 662-6000
Facsimile:   (202) 662-6291Attorneys for Plaintiff Fujitsu Limited

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATE:          2012                    By:   _____*Lucy H. Koh*_____
                                              The Honorable Lucy H. Koh
                                              United States District Court Judge