1  John P. Bovich (SBN: 150688)
   Email: jbovich@reedsmith.com
2  William R. Overend (SBN: 180209)
   Email: woverend@reedsmith.com
3  Seth B. Herring (SBN: 253907)
   Email: sherring@reedsmith.com
4  REED SMITH LLP
   101 Second Street, Suite 1800
5  San Francisco, CA  94105-3659
   Telephone:  (415) 543–8700
6  Facsimile:   (415) 391–8269

7  Attorneys for Defendant
   NETGEAR, INC.
8
   David Enzminger (SBN: 137065)
9  Email: denzminger@winston.com
   WINSTON & STRAWN LLP
10 333 S. Grand Avenue
   Los Angeles, CA 90071–1543
11 Telephone:  (213) 615–1700
   Facsimile:   (213) 615–1750
12
   Attorneys for Defendants
13
   BELKIN INTERNATIONAL INC. AND
14 BELKIN, INC.

15 [COUNSEL FOR FUJITSU LIMITED AND
   OTHER DEFENDANTS LISTED ON
16 SIGNATURE PAGE]

17

18              **UNITED STATES DISTRICT COURT**

19              **NORTHERN DISTRICT OF CALIFORNIA**

20                      **SAN JOSE DIVISION**

| | |
|---|---|
| 21  FUJITSU LIMITED, | **JOINT STIPULATION AND [PROPOSED] ORDER RE: VOLUMINOUS TRIAL EXHIBITS** |
| 22                  Plaintiff, | |
| 23      vs. | Trial:      November 26, 2012 |
| 24  BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC., | Time:       9:00 a.m.<br>Location:   Courtroom 8, 4th Floor<br>Before:      The Honorable Lucy H. Koh |
| 25 | |
| 26 | |
| 27                  Defendants. | |
| 28 | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1     Pursuant to the Court's Pretrial Conference Order dated November 21, 2012 [Doc # 396], Plaintiff Fujitsu Limited ("Fujitsu") and Defendants Belkin International, Inc., Belkin, Inc., D-Link Corporation, D-Link Systems, Inc., and NETGEAR, Inc. ("Defendants") have conferred regarding certain voluminous trial exhibits, and

    IT IS HEREBY STIPULATED, by and between Fujitsu and Defendants, that:

    1. The parties have submitted binders containing copies of their trial exhibits to the Court. Voluminous exhibits have been provided on CD, with a placeholder in the binders indicating that the exhibit has been provided on CD and/or the actual CD provided in the binder.

    2. The parties agree that if a voluminous exhibit is to be used with a witness at trial, then the party should disclose the portions or excerpts of the exhibit to be used with the witness on the timetable ordered by the Court for disclosure of exhibits (*i.e.*, by 7pm three days in advance for direct examination, and by 12pm two days in advance for cross-examination).

Date: November 23, 2012

By: /s/ William R. Overend
John P. Bovich (CA Bar No. 150688)
E-mail: jbovich@reedsmith.com
William R. Overend (CA Bar No. 180209)
E-mail: woverend@reedsmith.com
Seth B. Herring (SBN: 253907)
Email: sherring@reedsmith.com
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendant NETGEAR, INC.

/s/David Enzminger
David Enzminger (SBN: 137065)
Email: denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone:(213) 615–1700
Facsimile:(213) 615–1750

|     |     |
| --- | --- |
| 1   |     |
| 2   | Jeffrey J. Phillips (Pro Hac Vice) |
|     |  Email:  jphillips@winston.com |
| 3   | Joshua Wyde (Pro Hac Vice) |
|     | Email: jwyde@winston.com |
| 4   | Michael J. Forbes (Pro Hac Vice) |
|     | Email:  mforbes@winston.com |
| 5   | WINSTON & STRAWN LLP |
|     | 1111 Louisiana, 25th Floor |
| 6   | Houston, TX  77002 |
|     | Telephone:   (713) 651–2600 |
| 7   | Facsimile:    (713) 651–2700 |
| 8   | Attorneys for Defendants |
|     | BELKIN INTERNATIONAL INC. AND |
| 9   | BELKIN, INC. |
| 10  | /s/Duncan Palmatier |
| 11  | Duncan Palmatier (SBN 116692) |
|     | Email: dpalm@dpalmlaw.com |
| 12  | S. J. Christine Yang (SBN 102048) |
|     | Email: cyang@sjclawpc.com |
| 13  | Victoria Hao (Admitted Pro Hac Vice) |
|     | Email: vhao@sjclawpc.com |
| 14  | LAW OFFICES OF S.J. CHRISTINE YANG |
| 15  | 17220 Newhope Street, Suites 101 and 102 |
|     | Fountain Valley, CA 92708 |
| 16  | Telephone: (714) 641–4022 |
|     | Facsimile: (714) 641–2082 |
| 17  | Attorneys for Defendants D-LINK |
|     | CORPORATION, and D-LINK SYSTEMS, |
| 18  | INC., |
| 19  | /s/ Philip A. Irwin |
| 20  | COVINGTON & BURLING LLP |
|     | Philip A. Irwin (pirwin@cov.com) (admitted |
| 21  | pro hac vice) |
|     | The New York Times Building |
| 22  | 620 Eighth Avenue |
|     | New York, NY 10018-1405 |
| 23  | Telephone:    (212) 841-1000 |
|     | Facsimile:     (212) 841-1010 |
| 24  |     |
|     | COVINGTON & BURLING LLP |
| 25  | Robert D. Fram (rfram@cov.com) (CA Bar No. 126750) |
| 26  | Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122) |
| 27  | Jeffrey T. Pearlman (jpearlman@cov.com) (CA Bar No. 254759 |
| 28  | One Front Street |
|     | San Francisco, CA 94111-5356 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 10-cv-03972-LHK                    -2-
Joint Stipulation  and [~~Proposed~~] Order re Voluminous Trial Exhibits

|   |   |
|---|---|
|   | Telephone:  (415) 591-6000<br>Facsimile:   (415) 591-6091<br><br>COVINGTON & BURLING LLP<br>Gary M. Rubman (grubman@cov.com)<br>(admitted pro hac vice)<br>R. Jason Fowler (jfowler@cov.com) (admitted pro hac vice)<br>William E. Zapf (wzapf@cov.com) (admitted pro hac vice)<br>Brianne Bharkhda (bbharkhda@cov.com) (admitted pro hac vice)<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401<br>Telephone:  (202) 662-6000<br>Facsimile:   (202) 662-6291Attorneys for Plaintiff Fujitsu Limited |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATE:        2012              By:  _____
                                     The Honorable Lucy H. Koh
                                     United States District Court Judge