1    **IN THE UNITED STATES DISTRICT COURT**

2    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

3    **SAN JOSE DIVISION**

4

5

6

7

8

9

10   FUJITSU LIMITED,                           Case No. 10-cv-03972-LHK (PSG)

              Plaintiff,                        **[PROPOSED] ORDER GRANTING**
11                                              **FUJITSU LIMITED'S MOTION FOR LEAVE**
         v.                                     **TO AMEND ITS RESPONSE TO**
12                                              **DEFENDANTS' JOINT REQUEST FOR**
     BELKIN INTERNATIONAL, INC., BELKIN,        **ADMISSION NO. 17.29**
13   INC., D-LINK CORPORATION, D-LINK
     SYSTEMS, INC., NETGEAR, INC., ZYXEL
14   COMMUNICATIONS CORPORATION, and
     ZYXEL COMMUNICATIONS, INC.,
15
              Defendants.
16
     AND RELATED COUNTERCLAIMS
17

18

19

20

21

22

23

24

25

26

27

28

This matter is currently before the Court on Plaintiff Fujitsu Limited's Motion for Leave to Amend its Response to Defendants' Joint Request for Admission No. 17.29.  Having considered the motion, supporting papers, and any other matter deemed to be appropriate by the Court, and for good cause shown,

IT IS HEREBY ORDERED THAT Plaintiff Fujitsu Limited's Motion to Amend its Response to Defendants' Joint Request for Admission No. 17.29 is GRANTED.

IT IS SO ORDERED.

DATED:  November 25, 2012

By: _Lucy H. Koh_
The Honorable Lucy H. Koh
United States District Judge

1