IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>   Plaintiff,<br><br>   v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>   Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING FUJITSU LIMITED'S MOTION FOR LEAVE TO AMEND ITS RESPONSE TO DEFENDANTS' JOINT REQUEST FOR ADMISSION NO. 17.29** |

1  This matter is currently before the Court on Plaintiff Fujitsu Limited's Motion for Leave to Amend its Response to Defendants' Joint Request for Admission No. 17.29.  Having considered the motion, supporting papers, and any other matter deemed to be appropriate by the Court, and for good cause shown,

IT IS HEREBY ORDERED THAT Plaintiff Fujitsu Limited's Motion to Amend its Response to Defendants' Joint Request for Admission No. 17.29 is GRANTED.

IT IS SO ORDERED.

DATED: November 25, 2012

By: *Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING FUJITSU'S MOTION FOR LEAVE            CASE NO. 10-CV-03972-LHK (PSG)
TO AMEND ITS RESPONSE TO DEFENDANTS' RFA NO. 17.29