| | |
|---|---|
| David Enzminger (SBN: 137065)<br>Email: denzminger@winston.com<br>David S. Bloch (SBN: 184530)<br>Email: dbloch@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071–1543<br>Telephone:    (213) 615–1700<br>Facsimile:     (213) 615–1750<br><br>Attorneys for Defendants<br>BELKIN INTERNATIONAL INC.<br>AND BELKIN, INC. | Duncan Palmatier (SBN 116692)<br>Email: dpalm@dpalmlaw.com<br>S. J. Christine Yang (SBN 102048)<br>Email: cyang@sjclawpc.com<br>Victoria Hao (Admitted Pro Hac Vice)<br>Email: vhao@sjclawpc.com<br>LAW OFFICES OF S.J. CHRISTINE YANG<br>17220 Newhope Street, Suites 101 and 102<br>Fountain Valley, CA 92708<br>Telephone: (714) 641–4022<br>Facsimile:  (714) 641–2082<br><br>Attorneys for Defendants D-LINK<br>SYSTEMS, INC. and D-LINK CORP. |

John P. Bovich (SBN: 150688)
Email: jbovich@reedsmith.com
William R. Overend (SBN: 180209)
Email: woverend@reedsmith.com
Seth B. Herring (SBN: 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:    (415) 543–8700
Facsimile:     (415) 391–8269

Attorneys for Defendant
NETGEAR, INC.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>            Plaintiff,<br><br>       v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10–cv–03972–LHK (PSG)<br><br>**AGREED LIMITING INSTRUCTIONS<br>[per Dkt. Nos. 396]**<br><br>**Trial Date:**    November 26, 2012<br>**Time:**             9:00 a.m.<br>**Location:**       Courtroom 4, 5th Floor<br><br>Hon. Lucy H. Koh |

Pursuant to the Court's Pretrial Conference Order (Dkt. No. 396) and instructions at trial on November 26, 2012, the parties agree to the following limiting instructions concerning how the jury should assess references identified by the Defendants in this case.

***

In this case, the Defendants have identified certain publications or combinations of publication that they contend invalidate the asserted claims of Fujitsu's patent.

I have just admitted into evidence document(s) (DTX__) relating to art from around the same time. These documents are not among those identified by Defendants to show invalidity. You should not consider these documents in deciding whether the asserted claims of the Fujitsu patent are invalid. But you may consider them for:

*[Select whichever applies]*

    A.    the issues of willful infringement and induced infringement in connection with patent claims that were previously asserted against Defendants in this lawsuit;

    B.    the issues of willful infringement and induced infringement in connection with a reference mentioned in legal opinions rendered by Defendants' legal counsel;

    C.    assessing the "state of the art" before or after the time of the April 30, 1991, priority date for Fujitsu's patent. The "state of the art" refers to the general level of technological knowledge that a "person of ordinary skill in the art" would have been expected to know and understand at a particular time. Thus, while you may not consider these additional references for purposes of determining whether the Fujitsu patent is valid or invalid, you may consider them to reach an understanding of the level of knowledge in the art at the date of the documents.

* * *

Respectfully submitted,

*/s/     David S. Bloch*[1]
David Enzminger (SBN: 137065)
Email: denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone:    (213) 615–1700
Facsimile:     (213) 615–1750

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

| | |
|---|---|
| 1 | David S. Bloch (SBN: 184530) |
| | Email: dbloch@winston.com |
| 2 | WINSTON & STRAWN LLP |
| | 101 California St. |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 591-1000 |
| 4 | Facsimile: (415) 591-1400 |
| 5 | |
| | Joshua Wyde (*Pro Hac Vice*) |
| 6 | Email: jwyde@winston.com |
| | Michael J. Forbes (*Pro Hac Vice*) |
| 7 | Email:  mforbes@winston.com |
| | WINSTON & STRAWN LLP |
| 8 | 1111 Louisiana, 25th Floor |
| | Houston, TX  77002 |
| 9 | Telephone:    (713) 651–2600 |
| 10 | Facsimile:      (713) 651–2700 |
| | Attorneys for Defendants |
| 11 | BELKIN INTERNATIONAL INC. AND |
| | BELKIN, INC. |
| 12 | |
| 13 | */s/     John P. Bovich* |
| | John P. Bovich (SBN 150688) |
| 14 | Email: jbovich@reedsmith.com |
| | William R. Overend (SBN 180209) |
| 15 | Email: woverend@reedsmith.com |
| | Seth B. Herring (SBN 253907) |
| 16 | Email: sherring@reedsmith.com |
| 17 | REED SMITH LLP |
| | 101 Second Street, Suite 1800 |
| 18 | San Francisco, CA 94105–3659 |
| | Telephone:    (415) 543–8700 |
| 19 | Facsimile:      (415) 391–8269 |
| 20 | Attorneys for Defendant NETGEAR, INC. |
| 21 | */s/     Duncan Palmatier* |
| | Duncan Palmatier (SBN 116692) |
| 22 | Email: dpalm@dpalmlaw.com |
| | S. J. Christine Yang (SBN 102048) |
| 23 | Email: cyang@sjclawpc.com |
| 24 | Victoria Hao (Admitted Pro Hac Vice) |
| | Email: vhao@sjclawpc.com |
| 25 | LAW OFFICES OF S.J. CHRISTINE YANG |
| | 17220 Newhope Street, Suites 101 and 102 |
| 26 | Fountain Valley, CA 92708 |
| | Telephone:    (714) 641–4022 |
| 27 | Facsimile:      (714) 641–2082 |
| 28 | Attorneys for Defendants D-LINK SYSTEMS, INC. |
| | and ZYXEL COMMUNICATIONS, INC. |

1  Approved as to form:

2  COVINGTON & BURLING LLP

3  By: ___/s/_____

4  Robert D. Fram (rfram@cov.com)
5  Thomas E. Garten (tgarten@cov.com)
   Jeffrey T. Pearlman (jpearlman@cov.com)
6  COVINGTON & BURLING LLP
   One Front Street
7  San Francisco, CA 94111-5356
   Telephone: 415.591.6000
8  Facsimile: 415.591.6091

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28