UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 8, 4th Floor

Civil Minute Order

Court Proceedings: Jury Selection, Monday, November 26, 2012
Case Number: 10-CV-03972 LHK                         Time in Court: 7 hrs 20 min

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge

---

TITLE:

| FUJITSU LTD. | V. | BELKIN INTERNATIONAL, INC., et al, |
|---|---|---|
| PLAINTIFF(S) | | DEFENDANT(S) |

**Attorneys present:**
Robert Fram, Gary Rubman,
Philip Irwin, Jason Fowler,
Brianne Bharkhda

**Attorneys present:**
D. Enzminger, J. Wyde, D Bloch,
  M. Forbes for Belkin
J. Bovich, S. Herring, S. Baker,
  W. Overend for Netgear
D. Palmatier, V. Hao, S. Yang,
  M. Hopkins for D-Link

---

PROCEEDINGS:   JURY SELECTION

| Time | Event |
|---|---|
| 8:56 a.m. | Hearing held outside presence of prospective jury panel. |
| 9:18 a.m. | A panel of 41 prospective jurors is brought to the Courtroom and sworn. Jury selection begins. |
| 10:33 a.m. | Morning recess is taken. |
| 10:50 a.m. | All parties present jury selection continues. |
| 12:21 p.m. | Prospective jurors are excused for the noon recess.  The Court and Counsel discuss matters. |
| 12:44 p.m. | Noon recess is taken. |
| 1:33 p.m. | All parties present jury selection continues. |
| 1:57 p.m. | A panel of 9 jurors is sworn to try the case before the Court. |
| 2:01 p.m. | The Court pre-instructs the jurors.  The Federal Judicial Center patent video is shown. |
| 2:55 p.m. | The afternoon recess is taken. |
| 3:17 p.m. | All parties present opening statement is presented by counsel for Fujitsu. |

| | |
|---|---|
| 3:53 p.m. | Opening statement made by counsel for Defendants. |
| 4:34 p.m. | The jury is admonished and excused for the day.  The Court and Counsel discuss issues. |
| 5:05 p.m. | Court is adjourned until Tuesday, November 27, 2012 at 9:00 a.m. |