COVINGTON & BURLING LLP
Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
Jeffrey T. Pearlman (jpearlman@cov.com) (CA Bar No. 254759)
One Front Street
San Francisco, CA 94111-5356
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091

COVINGTON & BURLING LLP
Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:    (212) 841-1000
Facsimile:    (212) 841-1010

COVINGTON & BURLING LLP
Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac* vice)
William E. Zapf (wzapf@cov.com) (admitted *pro hac* vice)
Brianne Bharkhda (bbharkhda@cov.com) (admitted *pro hac* vice)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:    (202) 662-6000
Facsimile:    (202) 662-6291

*Attorneys for Plaintiff Fujitsu Limited*

[COUNSEL FOR DEFENDANTS LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>     Plaintiff,<br><br>     v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>     Defendants. | Case No. 10-cv-03972-LHK (PSG)<br><br>**JOINT EXHIBIT 2** |
| AND RELATED COUNTERCLAIMS | |

Pursuant to the Court's instruction during trial on November 26, 2012, Plaintiff Fujitsu Limited ("Fujitsu") and Defendants Belkin International, Inc., Belkin, Inc., D-Link Systems, Inc., D-Link Corporation, and NETGEAR, Inc. (collectively, "Defendants") hereby submit the following stipulated facts:

1. On March 19, 2002, Fujitsu sent a letter to NETGEAR identifying the '769 patent and stating that the '769 patent was related to PC card type interface units. On November 26, 2002, Fujitsu sent NETGEAR a letter alleging that the following categories of NETGEAR products infringe the '769 patent:

   a. PC card type interface devices;
   b. wireless access points at least when used, offered for sale, or sold in combination with PC card-type interface devices; and
   c. wireless routers at least when used, offered for sale, or sold in combination with PC card-type interface devices.

2. On November 7, 2003, Fujitsu sent a letter to Belkin alleging that the following categories of Belkin products infringe the '769 patent:

   a. card-type interface devices;
   b. wireless access points at least when used, offered for sale, sold or imported in combination with card-type interface devices, or when offered for sale with instructions for their use with card-type interface devices; and
   c. wireless routers at least when used, offered for sale, sold or imported in combination with card-type interface devices, or when offered for sale with instructions for their use with card-type interface devices;.

3. On November 7, 2003, Fujitsu sent a letter addressed to D-Link Corporation/D-Link Systems, Inc., at the address of D-Link Corporation in Taiwan and cc-ed to D-Link Systems, Inc. at its address in California, alleging the following categories of product offerings of D-Link Corporation and D-Link Systems, Inc. infringe the '769 patent:

   a. card-type interface devices;

      b. wireless access points at least when used, offered for sale, sold or imported in combination with card-type interface devices, or when offered for sale with instructions for their use with card-type interface devices; and

      c. wireless routers at least when used, offered for sale, sold or imported in combination with card-type interface devices, or when offered for sale with instructions for their use with card-type interface devices;.

Respectfully submitted,

DATE: November 27, 2012      COVINGTON & BURLING LLP

By: /s/ Robert D. Fram[1]

Robert D. Fram (rfram@cov.com)
Thomas E. Garten (tgarten@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:   (415) 591-6000
Facsimile:    (415) 591-6091

Attorneys for Plaintiff and Counterclaim Defendant FUJITSU LIMITED

DATE: November 27, 2012      WINSTON & STRAWN LLP

By: /s/ David Enzminger

David Enzminger (CA Bar No. 137065)
E-mail: denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 615-1780
Facsimile: (213) 615-1750

Attorneys for Defendants BELKIN INTERNATIONAL INC. and BELKIN, INC.

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

| | | |
|---|---|---|
| 1 | DATE:  November 27, 2012 | By: /s/ *Duncan Palmatier* |
| 2 | | Duncan Palmatier (CA Bar No. 116692) |
| | | E-mail:  dpalm@dpalmlaw.com |
| 3 | | S.J. Christine Yang (CA Bar No. 102048) |
| | | E-mail:  cyang@sjclawpc.com |
| 4 | | Victoria Der-Lung Hao (admitted pro hac vice) |
| | | E-mail:  vhao@sjclawpc.com |
| 5 | | The Law Office of S.J. Christine Yang |
| | | 17220 Newhope Street, Suites 101 & 102 |
| 6 | | Fountain Valley, California  92708 |
| | | Telephone:     (714) 641-4022 |
| 7 | | Facsimile:      (714) 641-2082 |
| 8 | | Attorneys for Defendants D-LINK CORPORATION and D-LINK SYSTEMS, INC. |
| 10 | DATE:  November 27, 2012 | REED SMITH LLP |
| 11 | | By: /s/ *John P. Bovich* |
| 12 | | William R. Overend (CA Bar No. 180209) |
| | | E-mail:  woverend@reedsmith.com |
| 13 | | John P. Bovich (CA Bar No. 150688) |
| | | E-mail:  jbovich@reedsmith.com |
| 14 | | REED SMITH LLP |
| | | 101 Second Street, Suite 1800 |
| 15 | | San Francisco, CA  94105-3659 |
| | | Telephone:  (415) 543-8700 |
| 16 | | Facsimile:  (415) 391-8269 |
| 17 | | Attorneys for Defendant NETGEAR, INC. |

4