COVINGTON & BURLING LLP
Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
One Front Street
San Francisco, CA 94111-5356
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091

COVINGTON & BURLING LLP
Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:    (212) 841-1000
Facsimile:    (212) 841-1010

COVINGTON & BURLING LLP
Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
William E. Zapf (wzapf@cov.com) (admitted *pro hac* vice)
Brianne Bharkhda (bbharkhda@cov.com) (admitted *pro hac* vice)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:    (202) 662-6000
Facsimile:    (202) 662-6291

*Attorneys for Plaintiff Fujitsu Limited*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>            Plaintiff,<br><br>    v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**FUJITSU LIMITED'S NOTICE OF NOVEMBER 30, 2012 WITNESSES** |

1  Fujitsu hereby provides notice that, time permitting, it intends to call the following
2  witness beginning on November 30, 2012:
3   1. Tim A. Williams
4
5  DATE:  November 27, 2012                    COVINGTON & BURLING LLP
6                                              By:  /s/ Robert D. Fram
7                                              Robert D. Fram (rfram@cov.com)
                                                Thomas E. Garten (tgarten@cov.com)
8                                              Jeffrey T. Pearlman (jpearlman@cov.com)
                                                COVINGTON & BURLING LLP
9                                              One Front Street
                                                San Francisco, CA 94111-5356
10                                             Telephone:    415.591.6000
                                                Facsimile:    415.591.6091
11
                                                Philip A. Irwin (pirwin@cov.com)
12                                             COVINGTON & BURLING LLP
                                                The New York Times Building
13                                             620 Eighth Avenue
                                                New York, NY 10018-1405
14                                             Telephone:    212.841.1000
15                                             Facsimile:    212.841.1010

16                                             Gary M. Rubman (grubman@cov.com)
                                                R. Jason Fowler (jfowler@cov.com)
17                                             William E. Zapf (wzapf@cov.com)
                                                Brianne Bharkhda (bbharkhda@cov.com)
18                                             COVINGTON & BURLING LLP
19                                             1201 Pennsylvania Avenue, NW
                                                Washington, DC 20004-2401
20                                             Telephone:    202.662.6000
                                                Facsimile:    202.662.6291
21
22                                             Attorneys for Plaintiff and Counterclaim-
                                                Defendant FUJITSU LIMITED
23
24
25
26
27
28

1

FUJITSU LIMITED'S NOTICE OF NOVEMBER 30, 2012 WITNESSES           CASE NO. 10-CV-03972-LHK (PSG)