UNITED STATES DISTRICT COURT
**Judge Lucy H. Koh, Presiding**
Courtroom 8, 4th Floor

**Civil Minute Order**

Court Proceedings: Jury Trial Day Two, Tuesday, November 27, 2012
Case Number: 10-CV-03972 LHK

Time in Court: 6hr37min

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge

---

TITLE:

| | | |
|---|---|---|
| **FUJITSU LTD.** | V. | **BELKIN INTERNATIONAL, INC.,** et al, |
| PLAINTIFF(S) | | DEFENDANT(S) |

**Attorneys present:**
Robert Fram, Gary Rubman,
Philip Irwin, Jason Fowler,
Brianne Bharkhda

**Attorneys present:**
D. Enzminger, J. Wyde, D Bloch,
   M. Forbes for Belkin
J. Bovich, S. Herring, S. Baker,
   W. Overend for Netgear
D. Palmatier, V. Hao, S. Yang,
   M. Hopkins for D-Link

---

**PROCEEDINGS:   JURY TRIAL–DAY TWO**

| | |
|---|---|
| 8:58 a.m. | Counsel and the Court present, hearing held outside presence of the jury. |
| 9:21 a.m. | Jury now present, further opening statement is made by counsel for Defendants. |
| 9:42 a.m. | Japanese interpreters Teresa Sumiyoshi (for Plaintiff), Andrew Meehan (for Defendants) and Ellen Shang Travis ("check" interpreter) are sworn. Witness Masayuki Ozawa is sworn and testifies, called by counsel for Plaintiff and assisted by Japanese language interpreter. |
| 10:25 a.m. | The morning recess is taken. |
| 10:47 a.m. | Cross-examination of Witness Ozawa by counsel for Defendants. |
| 12:02 p.m. | The noon recess is taken. |
| 1:03 p.m. | All parties present cross-examination Witness Ozawa resumes. |
| 1:17 p.m. | The witness is excused.  Several stipulations are read into the record. |
| 1:23 p.m. | Witness Hitoshi Fuji is sworn and examined by counsel for Plaintiff and assisted by Japanese language interpreter. |

Page Two

| | |
|---|---|
| 2:09 p.m. | A short recess is taken. |
| 2:14 p.m. | All parties present, testimony resumes. |
| 2:45 p.m. | Cross-examination by counsel for the defense. |
| 3:18 p.m. | The jury is excused for the afternoon break.  The Court and counsel discuss matters outside their presence. |
| 3:21 p.m. | Afternoon recess. |
| 3:37 p.m. | All parties present cross-examination continues. |
| 4:32 p.m. | The jury is admonished and excused for the day.  The Court and Counsel discuss matters. |
| 4:36 p.m. | Court is adjourned until Friday, November 30, 2012 at 9:00 a.m. |

The following exhibits are admitted into evidence by stipulation of the parties:
JX 1, 2, 3, 4, 283a, 284a, 285b,285c.
DX 575b/787b, 580, 575c/787c, 818.
PX 2, 280, 283a, 284a, 285b,285c, 283p, 283q.