COVINGTON & BURLING LLP
Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
Jeffrey T. Pearlman (jpearlman@cov.com) (CA Bar No. 254759)
One Front Street
San Francisco, CA 94111-5356
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091

COVINGTON & BURLING LLP
Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:    (212) 841-1000
Facsimile:    (212) 841-1010

COVINGTON & BURLING LLP
Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac* vice)
William E. Zapf (wzapf@cov.com) (admitted *pro hac* vice)
Brianne Bharkhda (bbharkhda@cov.com) (admitted *pro hac* vice)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:    (202) 662-6000
Facsimile:    (202) 662-6291

*Attorneys for Plaintiff Fujitsu Limited*

[COUNSEL FOR DEFENDANTS LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>              Plaintiff,<br><br>       v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>              Defendants. | Case No. 10-cv-03972-LHK (PSG)<br><br>**JOINT EXHIBIT 4** |

AND RELATED COUNTERCLAIMS

1   Plaintiff Fujitsu Limited and Defendants Belkin International, Inc. and Belkin, Inc.

2   hereby submit the following stipulated fact:

3        1.   Belkin is not raising any defense about procedural defects regarding service or

4   jurisdiction, and it will not challenge the premise that both corporate entities may be treated

5   as one company for the purposes of this litigation.

6

7                                        Respectfully submitted,

8   DATE:  November 28, 2012            COVINGTON & BURLING LLP

9                                        By:  */s/ Robert D. Fram*[1]

10

11                                       Robert D. Fram (rfram@cov.com)
                                         Thomas E. Garten (tgarten@cov.com)

12                                       COVINGTON & BURLING LLP
                                         One Front Street

13                                       San Francisco, CA 94111-5356
                                         Telephone:    (415) 591-6000
                                         Facsimile:     (415) 591-6091

14                                       Attorneys for Plaintiff and Counterclaim
                                         Defendant FUJITSU LIMITED

15

16

17  DATE:  November 28, 2012            WINSTON & STRAWN LLP

18                                       By: */s/ David Enzminger*

19                                       David Enzminger (CA Bar No. 137065)
                                         E-mail:  denzminger@winston.com

20                                       David S. Bloch (CA Bar No. 184530)
                                         E-mail:  dbloch@winston.com

21                                       WINSTON & STRAWN LLP
                                         333 S. Grand Avenue

22                                       Los Angeles, CA  90071
                                         Telephone:  (213) 615-1780

23                                       Facsimile:  (213) 615-1750

24                                       Attorneys for Defendants BELKIN
                                         INTERNATIONAL INC. and BELKIN, INC.

25

26

27  [1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this
    document has been obtained from each of the other signatories hereto.

28

1