| | | |
|---|---|---|
| 1 | David Enzminger (SBN: 137065)<br>Email: denzminger@winston.com | Duncan Palmatier (SBN 116692)<br>Email: dpalm@dpalmlaw.com |
| 2 | David S. Bloch (SBN: 184530)<br>Email: dbloch@winston.com | S. J. Christine Yang (SBN 102048)<br>Email: cyang@sjclawpc.com |
| 3 | WINSTON & STRAWN LLP<br>333 S. Grand Avenue | Victoria Hao (Admitted Pro Hac Vice)<br>Email: vhao@sjclawpc.com |
| 4 | Los Angeles, CA 90071–1543<br>Telephone:   (213) 615–1700 | LAW OFFICES OF S.J. CHRISTINE YANG<br>17220 Newhope Street, Suites 101 and 102 |
| 5 | Facsimile:   (213) 615–1750 | Fountain Valley, CA 92708<br>Telephone: (714) 641–4022 |
| 6 | Attorneys for Defendants<br>BELKIN INTERNATIONAL INC. | Facsimile:  (714) 641–2082 |
| 7 | and BELKIN, INC. | |
| 8 | | Attorneys for Defendants D-LINK<br>SYSTEMS, INC. and D-LINK CORP. |

1 John P. Bovich (SBN: 150688)
Email: jbovich@reedsmith.com
William R. Overend (SBN: 180209)
Email: woverend@reedsmith.com
Seth B. Herring (SBN: 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:    (415) 543–8700
Facsimile:    (415) 391–8269

Attorneys for Defendant
NETGEAR, INC.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br>         Plaintiff,<br>   v.<br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br>         Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10–cv–03972–LHK (PSG)<br><br>**STATEMENT OF NON-OBJECTION REGARDING NOVEMBER 30, 2012 EXHIBITS AND DEMONSTRATIVES**<br><br>**Trial Date:**   November 26, 2012<br>**Time:**          9:00 a.m.<br>**Location:**    Courtroom 4, 5th Floor<br><br>Hon. Lucy H. Koh |

1    There are no evidentiary objections to the direct or cross exhibits and
2    demonstratives identified for the witnesses scheduled to be heard on Friday, November
3    30, 2012.

Respectfully submitted,

/s/John P. Bovich[1]
John P. Bovich (SBN 150688)
Email: jbovich@reedsmith.com
William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
Seth B. Herring (SBN 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105–3659
Telephone:    (415) 543–8700
Facsimile:     (415) 391–8269
Attorneys for Defendant NETGEAR, INC.

/s/     David S. Bloch
David Enzminger (SBN:  137065)
Email:  denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone:    (213) 615–1700
Facsimile:     (213) 615–1750

David S. Bloch (SBN: 184530)
Email: dbloch@winston.com
WINSTON & STRAWN LLP
101 California St.
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Joshua Wyde (*Pro Hac Vice*)
Email: jwyde@winston.com
Michael J. Forbes (*Pro Hac Vice*)
Email:  mforbes@winston.com

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

| | |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| 2 | 1111 Louisiana, 25th Floor |
|   | Houston, TX  77002 |
| 3 | Telephone:    (713) 651–2600 |
|   | Facsimile:     (713) 651–2700 |
| 4 | Attorneys for Defendants |
|   | BELKIN INTERNATIONAL INC. AND |
| 5 | BELKIN, INC. |

*/s/      Duncan Palmatier*

Duncan Palmatier (SBN 116692)
Email: dpalm@dpalmlaw.com
S. J. Christine Yang (SBN 102048)
Email: cyang@sjclawpc.com
Victoria Hao (Admitted Pro Hac Vice)
Email: vhao@sjclawpc.com
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suites 101 and 102
Fountain Valley, CA 92708
Telephone:    (714) 641–4022
Facsimile:     (714) 641–2082
Attorneys for Defendants D-LINK SYSTEMS, INC. and D-LINK CORPORATION

COVINGTON & BURLING LLP

By:    /s/ Robert D. Fram

Robert D. Fram (rfram@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: 415.591.6000
Facsimile: 415.591.6091
Attorneys for Plaintiff FUJITSU LTD.