| | |
|---|---|
| David Enzminger (SBN: 137065)<br>Email: denzminger@winston.com<br>David S. Bloch (SBN: 184530)<br>Email: dbloch@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071–1543<br>Telephone:    (213) 615–1700<br>Facsimile:     (213) 615–1750<br><br>Attorneys for Defendants<br>BELKIN INTERNATIONAL INC.<br>and BELKIN, INC. | Duncan Palmatier (SBN 116692)<br>Email: dpalm@dpalmlaw.com<br>S. J. Christine Yang (SBN 102048)<br>Email: cyang@sjclawpc.com<br>Victoria Hao (Admitted Pro Hac Vice)<br>Email: vhao@sjclawpc.com<br>LAW OFFICES OF S.J. CHRISTINE YANG<br>17220 Newhope Street, Suites 101 and 102<br>Fountain Valley, CA 92708<br>Telephone: (714) 641–4022<br>Facsimile:  (714) 641–2082<br><br>Attorneys for Defendants D-LINK<br>SYSTEMS, INC. and D-LINK CORP. |

John P. Bovich (SBN: 150688)
Email: jbovich@reedsmith.com
William R. Overend (SBN: 180209)
Email: woverend@reedsmith.com
Seth B. Herring (SBN: 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     (415) 543–8700
Facsimile:      (415) 391–8269

Attorneys for Defendant
NETGEAR, INC.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>          Plaintiff,<br><br>     v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10–cv–03972–LHK (PSG)<br><br>**LIST OF ADMITTED EXHIBITS AND LIMITING INSTRUCTIONS - WEEK ONE**<br><br>**Trial Date:**   November 26, 2012<br>**Time:**          9:00 a.m.<br>**Location:**    Courtroom 4, 5th Floor<br><br>Hon. Lucy H. Koh |

1   From November 26-27, 2012, the following exhibits were admitted into evidence,
2   subject to the following limiting instructions, and the parties entered the following
3   stipulations:

| Exhibit No. | Date admitted - witness | Limiting instructions |
|---|---|---|
| *Plaintiff's exhibits* | | |
| PTX 2 | 11/27/12 - Ozawa direct | None |
| PTX 280 | 11/27/12 - Fuji direct | None |
| PTX 283A | 11/27/12 - Fuji direct | None |
| PTX 283P | 11/27/12 - Fuji cross | None |
| PTX 283Q | 11/27/12 - Fuji cross | None |
| PTX 284A | 11/27/12 - Fuji direct | None |
| PTX 285A | 11/27/12 - Fuji direct | None |
| PTX 285B | 11/27/12 - Fuji direct | None |
| PTX 285C | 11/27/12 - Fuji direct | None |
| *Defendants' exhibits* | | |
| DTX 575 | 11/27/12 - Ozawa cross | None |
| DTX 575B | 11/27/12 - Ozawa direct | None |
| DTX 575C | 11/27/12 - Fuji direct | None |
| DTX 580 | 11/27/12 - Ozawa direct | None |
| DTX 787 | 11/27/12 - Ozawa cross | None |
| DTX 787B | 11/27/12 - Ozawa direct | None |
| DTX 787C | 11/27/12 - Fuji direct | None |
| DTX 818 | 11/27/12 - Fuji cross | None |
| DTX 868 | 11/27/12 - Fuji cross | None |
| *Stipulations and joint exhibits* | | |
| JTX 1 | 11/27/12 - re: undisputed facts | None |
| JTX 2 | 11/27/12 - re: notice letters | None |
| JTX 3 | 11/27/12 - re: sales of accused products | None |

| | | |
|---|---|---|
| JTX 4 | 11/27/12 - re: Belkin entities | None |
| JTX 5 | 11/27/12 - re: DTX 580 | None |

Respectfully submitted,

/s/     David S. Bloch[1]

David Enzminger (SBN: 137065)
Email:  denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone:    (213) 615–1700
Facsimile:     (213) 615–1750

David S. Bloch (SBN: 184530)
Email: dbloch@winston.com
WINSTON & STRAWN LLP
101 California St.
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Joshua Wyde (*Pro Hac Vice*)
Email: jwyde@winston.com
Michael J. Forbes (*Pro Hac Vice*)
Email:  mforbes@winston.com
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX  77002
Telephone:    (713) 651–2600
Facsimile:     (713) 651–2700
Attorneys for Defendants
BELKIN INTERNATIONAL INC. AND
BELKIN, INC.

/s/     John P. Bovich

John P. Bovich (SBN 150688)
Email: jbovich@reedsmith.com
William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
Seth B. Herring (SBN 253907)
Email: sherring@reedsmith.com

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105–3659
Telephone:    (415) 543–8700
Facsimile:     (415) 391–8269
Attorneys for Defendant NETGEAR, INC.

/s/      Duncan Palmatier

Duncan Palmatier (SBN 116692)
Email: dpalm@dpalmlaw.com
S. J. Christine Yang (SBN 102048)
Email: cyang@sjclawpc.com
Victoria Hao (Admitted Pro Hac Vice)
Email: vhao@sjclawpc.com
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suites 101 and 102
Fountain Valley, CA 92708
Telephone:    (714) 641–4022
Facsimile:     (714) 641–2082
Attorneys for Defendants D-LINK SYSTEMS, INC.
and ZYXEL COMMUNICATIONS, INC.

COVINGTON & BURLING LLP

/s/      Gary Rubman

Robert D. Fram (rfram@cov.com)
Gary Rubman (grubman@cov.com)
Thomas E. Garten (tgarten@cov.com)
Jeffrey T. Pearlman (jpearlman@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: 415.591.6000
Facsimile: 415.591.6091