COVINGTON & BURLING LLP
Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
One Front Street
San Francisco, CA 94111-5356
Telephone:     (415) 591-6000
Facsimile:     (415) 591-6091

COVINGTON & BURLING LLP
Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:     (212) 841-1000
Facsimile:     (212) 841-1010

COVINGTON & BURLING LLP
Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
William E. Zapf (wzapf@cov.com) (admitted *pro hac* vice)
Brianne Bharkhda (bbharkhda@cov.com) (admitted *pro hac* vice)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:     (202) 662-6000
Facsimile:     (202) 662-6291

*Attorneys for Plaintiff Fujitsu Limited*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>          Plaintiff,<br><br>     v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**FUJITSU LIMITED'S NOTICE OF DECEMBER 3, 2012 WITNESSES** |

Fujitsu hereby provides notice that, time permitting, it intends to call the following witnesses on December 3, 2012:

1. A.J. Wang (by deposition)
2. Chia-Yu Chang (by deposition)
3. Robert Lin (by deposition)
4. Peter Newton (by deposition)
5. Gordon Mattingly (by deposition)
6. Alexander Mack (by deposition)
7. Mei Chou (by deposition)
8. Paul Meyer

DATE: November 30, 2012

COVINGTON & BURLING LLP

By: /s/ Robert D. Fram

Robert D. Fram (rfram@cov.com)
Thomas E. Garten (tgarten@cov.com)
Jeffrey T. Pearlman (jpearlman@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:   415.591.6000
Facsimile:   415.591.6091

Philip A. Irwin (pirwin@cov.com)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:   212.841.1000
Facsimile:   212.841.1010

Gary M. Rubman (grubman@cov.com)
R. Jason Fowler (jfowler@cov.com)
William E. Zapf (wzapf@cov.com)
Brianne Bharkhda (bbharkhda@cov.com)
cOVINGTON & bURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:   202.662.6000
Facsimile:   202.662.6291

Attorneys for Plaintiff and Counterclaim-Defendant FUJITSU LIMITED

1

FUJITSU LIMITED'S NOTICE OF DECEMBER 3, 2012 WITNESSES                 CASE NO. 10-CV-03972-LHK (PSG)