Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:   415.591.6000
Facsimile:   415.591.6091

Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:   212.841.1000
Facsimile:   212.841.1010

Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
William E. Zapf (wzapf@cov.com) (admitted pro hac vice)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:   202.662.6000
Facsimile:   202.662.6291

Attorneys for Plaintiff Fujitsu Limited

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>            Plaintiff,<br><br>      v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2012, the following documents:

**EXHIBIT 1 TO THE DECLARATION OF BRIANNE BHARKHDA IN SUPPORT OF FUJITSU LIMITED'S MOTION TO STRIKE;**

**EXHIBIT 2 TO THE DECLARATION OF BRIANNE BHARKHDA IN SUPPORT OF FUJITSU LIMITED'S MOTION TO STRIKE ;**

**EXHIBIT 3 TO THE DECLARATION OF BRIANNE BHARKHDA IN SUPPORT OF FUJITSU LIMITED'S MOTION TO STRIKE;**

**EXHIBIT 4 TO THE DECLARATION OF BRIANNE BHARKHDA IN SUPPORT OF FUJITSU LIMITED'S MOTION TO STRIKE;** and

**EXHIBIT 5 TO THE DECLARATION OF BRIANNE BHARKHDA IN SUPPORT OF FUJITSU LIMITED'S MOTION TO STRIKE**

were served by email delivery upon:

David P. Enzminger
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
**Email: denzminger@winston.com**

David S. Bloch
Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802
**Email: dbloch@winston.com**

**Attorneys for Belkin International, Inc., and Belkin, Inc.**

Michael Forbes
Jeffrey Phillips
Joshua Wyde
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
**Email: mforbes@winston.com**
**Email: jphillips@winston.com**
**Email: jwyde@winston.com**
**Email: BelkinFujitsuTeam@winston.com**

**Attorneys for Belkin International, Inc., and Belkin, Inc.**

Duncan Matthew Palmatier
Shiou-Jin Christine Hwang Yang
Victoria Der-Lung Hao
Law Offices of S.J. Christine Yang
17220 Newhope Street, Suites 101-102
Fountain Valley, CA 92708
**Email: dpalm@dpalmlaw.com**
**Email: cyang@sjclawpc.com**
**Email: vhao@sjclawpc.com**

**Attorneys for D-Link Systems, Inc.**

Duncan Matthew Palmatier
Law Offices of S.J. Christine Yang

Duncan Matthew Palmatier
Shiou-Jin Christine Hwang Yang
Victoria Der-Lung Hao
Law Offices of S.J. Christine Yang
17220 Newhope Street, Suites 101-102
Fountain Valley, CA 92708
**Email: dpalm@dpalmlaw.com**
**Email: cyang@sjclawpc.com**
**Email: vhao@sjclawpc.com**

**Attorneys for ZyXEL Communications, Inc.**

Duncan Matthew Palmatier
Law Offices of S.J. Christine Yang

| | | |
|---|---|---|
| 1 | 17220 Newhope Street, Suites 101-102<br>Fountain Valley, CA 92708 | 17220 Newhope Street, Suites 101-102<br>Fountain Valley, CA 92708 |
| 2 | **Email: dpalm@dpalmlaw.com** | **Email: dpalm@dpalmlaw.com** |
| 3 | **Attorneys for D-Link Corporation** | **Attorneys for ZyXEL Communications Corporation** |
| 4 | John P. Bovich<br>William R. Overend | |
| 5 | Luisa M. Bonachea<br>Sue Shin | |
| 6 | Seth Herring<br>Reed Smith LLP | |
| 7 | 101 Second Street, Suite 1800<br>San Francisco, CA 94105 | |
| 8 | **Email: jbovich@reedsmith.com**<br>**Email: woverend@reedsmith.com** | |
| 9 | **Email: lbonachea@reedsmith.com**<br>**Email: sshin@reedsmith.com** | |
| 10 | **Email: sherring@reedsmith.com**<br>**Email:** | |
| 11 | **rszz-NETGEAR-FUJITSU@reedsmith.com** | |
| 12 | **Attorneys for NETGEAR, Inc.** | |
| 14 | | */s/  Ellen Chiulos* |

2