Duncan Palmatier (CA Bar No. 116692)
E-mail:  dpalm@dpalmlaw.com
S.J. Christine Yang (CA Bar No. 102048)
E-mail:  cyang@sjclawpc.com
Victoria Der-Lung Hao (admitted pro hac vice)
E-mail:  vhao@sjclawpc.com
The Law Office of S.J. Christine Yang
17220 Newhope Street, Suites 101 & 102
Fountain Valley, California  92708
Telephone:     (714) 641-4022
Facsimile:      (714) 641-2082

Attorneys for Defendants D-LINK CORPORATION
and D-LINK SYSTEMS, INC.

[COUNSEL FOR OTHER DEFENDANTS AND PLANTIFF LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>                    Plaintiff,<br><br>          v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>                    Defendants. | Case No. 10-cv-03972-LHK (PSG)<br><br>**JOINT EXHIBIT 5** |
| AND RELATED COUNTERCLAIMS | |

          Plaintiff Fujitsu Limited ("Fujitsu") and Defendants Belkin International, Inc., Belkin, Inc., D-Link Systems, Inc., D-Link Corporation, and NETGEAR, Inc. (collectively, "Defendants") hereby submit the following stipulated fact:

          1.   Fujitsu stipulates that Defendants' Trial Exhibit 580 does not appear in the reissue file history of the '769 Patent.

1

2                                         Respectfully submitted,

3   DATE:  December 1, 2012              COVINGTON & BURLING LLP

4                                         By:  */s/ Robert D. Fram*

5

6                                         Robert D. Fram (rfram@cov.com)
                                          Thomas E. Garten (tgarten@cov.com)
7                                         COVINGTON & BURLING LLP
                                          One Front Street
8                                         San Francisco, CA 94111-5356
                                          Telephone:    (415) 591-6000
9                                         Facsimile:    (415) 591-6091

10                                        Attorneys for Plaintiff and Counterclaim
                                          Defendant FUJITSU LIMITED

11

12  DATE:  December 1, 2012              By: */s/ Duncan Palmatier*[1]

13                                        Duncan Palmatier (CA Bar No. 116692)
14                                        E-mail:  dpalm@dpalmlaw.com
                                          S.J. Christine Yang (CA Bar No. 102048)
15                                        E-mail:  cyang@sjclawpc.com
                                          Victoria Der-Lung Hao (admitted pro hac vice)
16                                        E-mail:  vhao@sjclawpc.com
                                          The Law Office of S.J. Christine Yang
17                                        17220 Newhope Street, Suites 101 & 102
                                          Fountain Valley, California  92708
18                                        Telephone:    (714) 641-4022
                                          Facsimile:    (714) 641-2082

19                                        Attorneys for Defendants D-LINK CORPORATION
20                                        and D-LINK SYSTEMS, INC.

21

22

23

24

25

26

27  [1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this
28  document has been obtained from each of the other signatories hereto.

1    DATE:  December 1, 2012                REED SMITH LLP

2                                           By: /s/ John P. Bovich

3                                           William R. Overend (CA Bar No. 180209)
                                            E-mail:  woverend@reedsmith.com
4                                           John P. Bovich (CA Bar No. 150688)
                                            E-mail:  jbovich@reedsmith.com
5                                           REED SMITH LLP
                                            101 Second Street, Suite 1800
6                                           San Francisco, CA  94105-3659
                                            Telephone:  (415) 543-8700
7                                           Facsimile:  (415) 391-8269

8                                           Attorneys for Defendant NETGEAR, INC.

9

10   DATE:  December 1, 2012                WINSTON & STRAWN LLP

11                                          By: /s/ David Enzminger

12                                          David Enzminger (CA Bar No. 137065)
                                            E-mail:  denzminger@winston.com
13                                          WINSTON & STRAWN LLP
                                            333 S. Grand Avenue
14                                          Los Angeles, CA  90071
                                            Telephone:  (213) 615-1780
15                                          Facsimile:  (213) 615-1750

16                                          Attorneys for Defendants BELKIN
                                            INTERNATIONAL INC. and BELKIN, INC.

17

18

19

20

21

22

23

24

25

26

27

28

JOINT EXHIBIT 5                                              CASE NO. 10-CV-03972-LHK (PSG)