John P. Bovich (SBN: 150688)
Email: jbovich@reedsmith.com
William R. Overend (SBN: 180209)
Email: woverend@reedsmith.com
Seth B. Herring (SBN: 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543–8700
Facsimile: (415) 391–8269

Attorneys for Defendant
NETGEAR, INC.

David Enzminger (SBN: 137065)
Email: denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone: (213) 615–1700
Facsimile: (213) 615–1750

Attorneys for Defendants

BELKIN INTERNATIONAL INC. AND BELKIN, INC.

[COUNSEL FOR OTHER DEFENDANTS LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>　　　　Defendants. | Case No. 10-cv-03972-LHK (PSG)<br><br>**DEFENDANTS' NOTICE OF DECEMBER 3, 2012 WITNESSES** |
| AND RELATED COUNTERCLAIMS | |

Defendants Belkin International, Inc., Belkin, Inc., D-Link Systems, Inc., D-Link Corporation, and NETGEAR, Inc. hereby provide notice that, time permitting, they intend to call the following witnesses on December 3, 2012:

1. Richard T. Mihran, Ph.D
2. John T. O'Hare (by deposition)
3. Ted. L. Wimer (by deposition)

Respectfully submitted,

DATE:  December 1, 2012

WINSTON & STRAWN LLP

By: */s/ David Enzminger*

David Enzminger (CA Bar No. 137065)
E-mail:  denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA  90071
Telephone:  (213) 615-1780
Facsimile:  (213) 615-1750

Attorneys for Defendants BELKIN INTERNATIONAL INC. and BELKIN, INC.

By: */s/ Duncan Palmatier*

Duncan Palmatier (CA Bar No. 116692)
E-mail:  dpalm@dpalmlaw.com
S.J. Christine Yang (CA Bar No. 102048)
E-mail:  cyang@sjclawpc.com
Victoria Der-Lung Hao (admitted pro hac vice)
E-mail:  vhao@sjclawpc.com
The Law Office of S.J. Christine Yang
17220 Newhope Street, Suites 101 & 102
Fountain Valley, California  92708
Telephone:     (714) 641-4022
Facsimile:      (714) 641-2082

Attorneys for Defendants D-LINK CORPORATION and D-LINK SYSTEMS, INC.

REED SMITH LLP

By: */s/ John P. Bovich*

1  William R. Overend (CA Bar No. 180209)
   E-mail: woverend@reedsmith.com
2  John P. Bovich (CA Bar No. 150688)
   E-mail: jbovich@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA 94105-3659
   Telephone: (415) 543-8700
5  Facsimile: (415) 391-8269

Attorneys for Defendant NETGEAR, INC.