| | |
|---|---|
| 1 | John P. Bovich (SBN: 150688) |
| | Email: jbovich@reedsmith.com |
| 2 | William R. Overend (SBN: 180209) |
| | Email: woverend@reedsmith.com |
| 3 | Seth B. Herring (SBN: 253907) |
| | Email: sherring@reedsmith.com |
| 4 | REED SMITH LLP |
| | 101 Second Street, Suite 1800 |
| 5 | San Francisco, CA 94105-3659 |
| | Telephone: (415) 543-8700 |
| 6 | Facsimile: (415) 391-8269 |
| 7 | Attorneys for Defendant |
| | NETGEAR, INC. |
| 8 | |
| 9 | David Enzminger (SBN: 137065) |
| | Email: denzminger@winston.com |
| 10 | WINSTON & STRAWN LLP |
| | 333 S. Grand Avenue |
| 11 | Los Angeles, CA 90071-1543 |
| | Telephone: (213) 615-1700 |
| 12 | Facsimile: (213) 615-1750 |
| 13 | Attorneys for Defendants |
| 14 | BELKIN INTERNATIONAL INC. AND BELKIN, INC. |
| 15 | [COUNSEL FOR FUJITSU AND OTHER DEFENDANTS LISTED ON SIGNATURE PAGE] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FUJITSU LIMITED, | | Case No. 10-cv-03972-LHK |
| | Plaintiff, | **CERTIFICATION OF COUNSEL** |
| vs. | | Honorable Lucy H. Koh |
| BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC., | | |
| | Defendants. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Pursuant to the Court's Order (11/30/12 Amended TR 598:15-18) lead counsel for each party hereby certifies that they have met and conferred regarding objections to the testimony scheduled for Monday, December 3, 2012.

December 1, 2012

By: _____
John P. Bovich (CA Bar No. 150688)
E-mail: jbovich@reedsmith.com
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendant NETGEAR, INC.

By: _____
David Enzminger (SBN 137065)
Email: denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone:(213) 615–1700
Facsimile:(213) 615–1750

Attorneys for Defendants
BELKIN INTERNATIONAL INC. AND
BELKIN, INC.

_____
Duncan Palmatier (SBN 116692)
Email: dpalm@dpalmlaw.com
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suites 101 and 102
Fountain Valley, CA 92708
Telephone: (714) 641–4022
Facsimile: (714) 641–2082
Attorneys for Defendants D-LINK
CORPORATION, and D-LINK SYSTEMS,
INC.

//
//

By _/s/ Robert D. Fram_
Robert D. Fram (rfram@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:     (415) 591-6000
Facsimile:     (415) 591-6091
Attorneys for Plaintiff and Counterclaim
Defendant FUJITSU LIMITED

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 10-cv-03972-LHK                -3-
                        Certification of Counsel