Duncan Palmatier (CA Bar No. 116692)
E-mail:  dpalm@dpalmlaw.com
S.J. Christine Yang (CA Bar No. 102048)
E-mail:  cyang@sjclawpc.com
The Law Office of S.J. Christine Yang
17220 Newhope Street, Suites 101 & 102
Fountain Valley, California  92708
Telephone:     (714) 641-4022
Facsimile:      (714) 641-2082

Lawyers for Defendant D-LINK CORPORATION

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**DECLARATION OF VICTORIA HAO IN SUPPORT OF D-LINK CORP.'S OBJECTIONS TO FUJITSU'S DISCLOSURE OF EXHIBITS PTX302, PTX128 AND DTX 833**<br><br>Honorable Lucy H. Koh |

I, VICTORIA HAO, hereby declare:

1.　　I am an attorney licensed to practice law in the State of Maryland, the District of Columba and before the U.S. Court of Appeals for the Federal Circuit.   I am admitted *pro hac vice* to practice before this Court and a lawyer of record in the above-captioned proceeding.  I submit this declaration in support of D-Link Corp.'s Objections to Fujitsu's Disclosure of Exhibits PTX302, PTX128 and DTX388.  I make this Declaration based on personal knowledge, except where otherwise indicated.

2.　　On November 30, 2012, Fujitsu disclosed Fujitsu's expert Mr. Paul Meyer to use Exhibits PTX302, PTX128 and DTX833.

1     3.     On December 1, 2012, at about 3:30 PM PT, Fujitsu counsel forwarded a redacted version of PTX302 ("PTX302 (redacted)"), that Fujitsu disclosed for used by Mr. Paul Meyer.

    4.     Attached hereto as Exhibit 1 is a true and correct copy of PTX302 (redacted) that was forwarded by Fujitsu counsel on December 1, 2012.

    5.     PTX128 is an excel spreadsheet produced by D-Link Systems in native format as DKUS-N787. This document contains D-Link Systems' sales information from January 1, 2000 to December 31, 2011 for over 400 products that Fujitsu has accused.

    6.     Attached hereto as Exhibit 2 are pages 1-20 of a true and correct printout copy of PTX128, which has been provided in trial exhibit binders to the Court on a CD. An entire copy of PTX128 is not provided due to its voluminous value.

    7.     Attached hereto as Exhibit 3 is a true and correct printout copy of DTC833, which has been provided in trial exhibit binders to the Court on a CD.

    8.     Attached hereto as Exhibit 4 is a true and correct copy of Rebuttal Expert Report of Russel W. Mangum III Regarding Damages dated May 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of December, in San Jose, CA.

By: /s/ *Victoria Hao*
Victoria Der-Lung Hao
Attorney for Defendant D-LINK CORPORATION

# EXHIBIT 1 TO V. HAO DECLARATION
# (Filed Under Seal)

# EXHIBIT 2 TO V. HAO DECLARATION
## (Filed Under Seal)

# EXHIBIT 3 TO V. HAO DECLARATION
# (Filed Under Seal)

# EXHIBIT 4 TO V. HAO DECLARATION
# (Filed Under Seal)