Duncan Palmatier (CA Bar No. 116692)
E-mail:  dpalm@dpalmlaw.com
S.J. Christine Yang (CA Bar No. 102048)
E-mail:  cyang@sjclawpc.com
The Law Office of S.J. Christine Yang
17220 Newhope Street, Suites 101 & 102
Fountain Valley, California  92708
Telephone:     (714) 641-4022
Facsimile:      (714) 641-2082

Lawyers for Defendant D-LINK CORPORATION

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**DEFENDANT D-LINK CORP.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE THE EXHIBITS TO ITS OBJECTIONS TO FUJITSU'S DISCLOSURE OF EXHIBITS PTX302, PTX128 AND DTX 833 UNDER SEAL**<br><br>Honorable Lucy H. Koh |

Pursuant to Civil Local Rules 7-11 and 79-5, and General Order No. 62, Defendant D-Link Corporation ("D-Link Corp.") hereby requests that the Court authorize filing under seal the following documents filed in connection with D-Link Corp.'s Objections to Fujitsu's Disclosure of PTX302, PTX128 and DTX833 To Be Used At Trial On December 3,2012 ("D-Link Corp.'s Objection"):

(1) PTX302 (redacted by Fujitsu) attached as Exhibit 1 to the December 2, 2012

    Declaration of Victoria Hao Declaration, Docket No. 461 ("Hao Declaration);

(2) PTX128 attached as Exhibit 2 to Hao Declaration;

(3) DTX833 attached as Exhibit 3 to Hao Declaration; and

1  (4) May 29, 2012 Rebuttal Expert Report of Russell W. Mangum III Regarding
2  Damages, attached as Exhibit 4 to Hao Declaration
3  As set forth in the accompany Declaration of Victoria Hao, D-Link Corp. makes this
4  administrative motion pursuant to Local Civil Rules 79-5(b) and 79-5(d) because these
5  documents contain sales information which is highly-confidential and should not be filed in
6  the public record.
7  This request is narrowly tailored, as it seeks to seal only the above-referenced
8  documents, which contain sales information and have been designated "Highly Confidential –
9  Attorneys' Eyes Only" pursuant to the Stipulated Protective Oder.  The remaining documents
10 in support of D-Link Corp.'s objections will be publicly filed with the Court.
11 For these reasons, D-Link Corp. respectfully requests the Court grant this
12 administrative request.

DATE:  December 2, 2012

Respectfully submitted,

By: */s/ Duncan Palmatier*

Duncan Palmatier (CA Bar No. 116692)
E-mail:  dpalm@dpalmlaw.com
S.J. Christine Yang (CA Bar No. 102048)
E-mail:  cyang@sjclawpc.com
Victoria Der-Lung Hao (admitted pro hac vice)
E-mail:  vhao@sjclawpc.com
The Law Office of S.J. Christine Yang
17220 Newhope Street, Suites 101 & 102
Fountain Valley, California  92708
Telephone:     (714) 641-4022
Facsimile:     (714) 641-2082

Attorneys for Defendant D-LINK CORPORATION