UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>        Plaintiff,<br><br>    v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>        Defendants. | Case No. 10-cv-03972-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT D-LINK CORP.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE THE EXHIBITS TO ITS OBJECTIONS TO FUJITSU'S DISCLOSURE OF EXHIBITS PTX302, PTX128 AND DTX 833 UNDER SEAL**<br><br>Honorable Lucy H. Koh |
| AND RELATED COUNTERCLAIMS | |

    This matter is currently before the Court on Defendant D-Link Corp.'s Motion for Administrative Relief to File the Exhibits to Its Objections to Fujitsu's Disclosure of Exhibits PTX302, PTX128 and DTX 833

    The Court having considered the motion and supporting papers, and good cause appearing therefor,

1  IT IS HEREBY ORDERED THAT D-Link Corp.'s Motion for Administrative Relief to File
2 the Exhibits to Its Objections to Fujitsu's Disclosure of Exhibits PTX302, PTX128 and DTX 833
3 Under Seal is GRANTED.

5 DATED: _____

By: _____
The Honorable Lucy H. Koh
United States District Judge