IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>        Plaintiff,<br><br>    v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING FUJITSU LIMITED'S MOTION FOR SHORTENED TIME ON MOTION TO STRIKE IMPROPER SUPPLEMENTAL OPINIONS OF DEFENDANTS' DAMAGES EXPERTS** |

1  This matter is currently before the Court on Plaintiff Fujitsu Limited's Motion for
2  Shortened Time on Fujitsu's Motion to Strike Improper Supplemental Opinions of Defendants'
3  Damages Experts.  Having considered the motion, supporting papers, and any other matter
4  deemed to be appropriate by the Court, and for good cause shown,
5  IT IS HEREBY ORDERED THAT Plaintiff Fujitsu Limited's Motion for Shortened Time is
6  GRANTED.  Defendants' opposition to Fujitsu's motion to strike must be filed and served by
7  5:00 p.m. on December 3, 2012

9  IT IS SO ORDERED.

11 DATED:   December 2, 2012

By: *Lucy H. Koh*
The Honorable Lucy H. Koh

1