UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; NETGEAR, INC.; ZYXEL COMMUNICATIONS CORPORATION; and ZYXEL COMMUNICATIONS, INC.,<br><br>　　　　　Defendants. | Case No.: 10-CV-03972-LHK<br><br>ORDER RE: DISPUTED EVIDENTIARY ISSUES FOR DECEMBER 3, 2012 WITNESSES |

After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence ("FRE") 403, the Court rules on the parties' objections as follows:

| EXHIBITS | Court's Ruling on Objections |
|---|---|
| PTX 128, PTX 302, and DTX 833 | Overruled.  The parties have stipulated to the admissibility of PTX128 and DTX 833.  In addition, PTX302a is based entirely on exhibits to which the parties have stipulated as admissible.  Therefore, D-Link Corp.'s objection goes to weight not admissibility, and is more properly the subject of cross examination. |
| DTX 115 | Overruled.  Assuming that Defendants are able to lay a proper foundation, the Court finds this evidence to be relevant to whether a slot on a motherboard is a "slot."  Further, pursuant to FRE 403, the Court finds that this evidence is more probative than prejudicial, and unlikely to mislead the jury or confuse the issues. |

**IT IS SO ORDERED.**

Dated: December 2, 2012

　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No: 10-CV-03972-LHK
ORDER RE: DISPUTED EVIDENTIARY ISSUES FOR DECEMBER 3, 2012 WITNESSES