Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
Jeffrey T. Pearlman (jpearlman@cov.com) (CA Bar No. 254759)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:    415.591.6000
Facsimile:    415.591.6091

Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:    212.841.1000
Facsimile:    212.841.1010

Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
William E. Zapf (wzapf@cov.com) (admitted *pro hac vice*)
Brianne Bharkhda (bbharkhda@cov.com) (admitted *pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:    202.662.6000
Facsimile:    202.662.6291

Attorneys for Plaintiff Fujitsu Limited

[COUNSEL FOR DEFENDANTS LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>            Plaintiff,<br><br>      v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**LIST OF EXHIBITS ADMITTED INTO EVIDENCE AT TRIAL AS OF NOVEMBER 30, 2012 AND IDENTIFICATION OF JOINT EXHIBITS**<br><br>**Judge: Hon. Lucy H. Koh** |

From November 26-30, 2012, the following exhibits were admitted into evidence, subject to the following limiting instructions, and the parties entered the following stipulations:

*Plaintiff's Exhibits*

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| PTX 2 | '769 Patent with Reexamination Certificates | 11/27/12 | Ozawa direct | None |
| PTX 3 | Belkin F5D7010 Card User Manual | 11/30/12 | Williams direct | None |
| PTX 4 | Belkin F5D7010 Card Packaging Design | 11/30/12 | Williams direct | None |
| PTX 5 | Belkin F5D7010 Card Packaging Design | 11/30/12 | Williams direct | None |
| PTX 7 | Belkin F5D7010 Card Product Specification | 11/30/12 | Williams direct | None |
| PTX 8 | Belkin F5D7010 Card Physical Sample and Product Packaging | 11/30/12 | Williams direct | None |
| PTX 9 | Belkin F5D8010 Card User Manual | 11/30/12 | Williams direct | None |
| PTX 10 | Belkin Wireless Pre-N Networking Brochure | 11/30/12 | Williams direct | None |
| PTX 11 | Belkin F5D8010 Card Product Review | 11/30/12 | Williams direct | None |
| PTX 12 | Belkin F5D8010 Card Physical Sample and Product Packaging | 11/30/12 | Williams direct | None |
| PTX 13 | Belkin F5D6020 / F5D6000 User Manual | 11/30/12 | Williams direct | None |
| PTX 14 | Belkin F5D6020 Card Packaging Design | 11/30/12 | Williams direct | None |
| PTX 15 | Belkin F5D6020 Card Datasheet | 11/30/12 | Williams direct | None |
| PTX 16 | Belkin F5D6020 Card Physical Sample and Product Packaging | 11/30/12 | Williams direct | None |
| PTX 17 | Belkin F5D7230 Router User | 11/30/12 | Williams | None |

1

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| | Manual | | direct | |
| PTX 18 | Belkin F5D7230 Website Page | 11/30/12 | Williams direct | None |
| PTX 19 | Belkin F5D7230 Router Physical Sample and Product Packaging | 11/30/12 | Williams direct | None |
| PTX 20 | Belkin F5D8230 Router User Manual | 11/30/12 | Williams direct | None |
| PTX 22 | Belkin F5D6130 Router User Manual | 11/30/12 | Williams direct | None |
| PTX 23 | Belkin F5D8236 Router User Manual | 11/30/12 | Williams direct | None |
| PTX 24 | Belkin F5D8236 Website Page | 11/30/12 | Williams direct | None |
| PTX 28 | D-Link DWL-G630 Card User Manual | 11/30/12 | Williams direct | None |
| PTX 29 | D-Link DWL-G630 Card Installation Guide | 11/30/12 | Williams direct | None |
| PTX 30 | D-Link DWL-G630 Card Datasheet | 11/30/12 | Williams direct | None |
| PTX 31 | D-Link DWL-G630 Card Testing | 11/30/12 | Williams direct | None |
| PTX 33 | D-Link DWL-G630 Card Physical Sample and Product Packaging | 11/30/12 | Williams direct | None |
| PTX 34 | D-Link DWL-650+ Card User Manual | 11/30/12 | Williams direct | None |
| PTX 35 | D-Link DWL-650+ Card Installation Guide | 11/30/12 | Williams direct | None |
| PTX 37 | D-Link DWL-650+ Card Datasheet | 11/30/12 | Williams direct | None |
| PTX 38 | D-Link DWL-650+ Card Packaging Design | 11/30/12 | Williams direct | None |
| PTX 40 | D-Link DWL-650 Card User Manual | 11/30/12 | Williams direct | None |

LIST OF EXHIBITS ADMITTED INTO EVIDENCE AT TRIAL                              CASE NO. 10-CV-03972-LHK (PSG)
AS OF NOVEMBER 30, 2012

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| PTX 41 | D-Link DWL-650 Card Product Specification | 11/30/12 | Williams direct | None |
| PTX 42 | D-Link DWL-650 Card Physical Sample and Product Packaging | 11/30/12 | Williams direct | None |
| PTX 43 | D-Link DI-524 Router User Manual | 11/30/12 | Williams direct | None |
| PTX 44 | D-Link DI-524 Router Installation Guide | 11/30/12 | Williams direct | None |
| PTX 45 | D-Link DI-524 Router Datasheet | 11/30/12 | Williams direct | None |
| PTX 49 | D-Link DWL-900AP+ Access Point User Manual | 11/30/12 | Williams direct | None |
| PTX 50 | D-Link DWL-900AP+ Access Point Installation Guide | 11/30/12 | Williams direct | None |
| PTX 51 | D-Link DWL-900AP+ Access Point Datasheet | 11/30/12 | Williams direct | None |
| PTX 52 | D-Link DWL-900AP+ Access Point Datasheet | 11/30/12 | Williams direct | None |
| PTX 53 | D-Link DWL-900AP+ Access Point Packaging Design | 11/30/12 | Williams direct | None |
| PTX 55 | D-Link DWL-1000AP Access Point Installation Guide | 11/30/12 | Williams direct | None |
| PTX 56 | D-Link DWL-1000AP Access Point Packaging Design | 11/30/12 | Williams direct | None |
| PTX 58 | D-Link DWL1000AP Access Point Product Specification | 11/30/12 | Williams direct | None |
| PTX 59 | D-Link DWL-2100AP Access Point User Manual | 11/30/12 | Williams direct | None |
| PTX 60 | D-Link DWL-2100AP Access Point User Manual | 11/30/12 | Williams direct | None |
| PTX 61 | D-Link DWL-2100AP Access Point Installation Guide | 11/30/12 | Williams direct | None |
| PTX 63 | D-Link DWL-2100AP Access Point Test Report | 11/30/12 | Williams direct | None |

LIST OF EXHIBITS ADMITTED INTO EVIDENCE AT TRIAL          CASE NO. 10-CV-03972-LHK (PSG)
AS OF NOVEMBER 30, 2012

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| PTX 65 | D-Link Del Lago Case Study | 11/30/12 | Williams direct | None |
| PTX 66 | D-Link D-Link Consumer Product Guide | 11/30/12 | Williams direct | None |
| PTX 72 | D-Link AirPlus Wireless Network | 11/30/12 | Williams direct | None |
| PTX 75 | NETGEAR WG511 Card Installation Manual | 11/30/12 | Williams direct | None |
| PTX 76 | NETGEAR WG511 Card Datasheet | 11/30/12 | Williams direct | None |
| PTX 77 | NETGEAR WG511 Card Packaging Design | 11/30/12 | Williams direct | None |
| PTX 79 | NETGEAR WG511 Card Testing | 11/30/12 | Williams direct | None |
| PTX 80 | NETGEAR WG511 Card Physical Sample and Product Packaging | 11/30/12 | Williams direct | None |
| PTX 81 | NETGEAR WAB501 Card User Manual | 11/30/12 | Williams direct | None |
| PTX 82 | NETGEAR WAB501 Card Datasheet | 11/30/12 | Williams direct | None |
| PTX 84 | NETGEAR WAB501 Card Packaging Design | 11/30/12 | Williams direct | None |
| PTX 86 | NETGEAR MA401 Card Reference Guide | 11/30/12 | Williams direct | None |
| PTX 87 | NETGEAR MA401 Card User Guide | 11/30/12 | Williams direct | None |
| PTX 88 | NETGEAR MA401 Card Packaging Design | 11/30/12 | Williams direct | None |
| PTX 90 | NETGEAR WGR614 Wireless Router Setup Manual | 11/30/12 | Williams direct | None |
| PTX 91 | NETGEAR WGR614 Router Datasheet | 11/30/12 | Williams direct | None |
| PTX 92 | NETGEAR WGR614 Router Packaging Design | 11/30/12 | Williams direct | None |

LIST OF EXHIBITS ADMITTED INTO EVIDENCE AT TRIAL        CASE NO. 10-CV-03972-LHK (PSG)
AS OF NOVEMBER 30, 2012

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| PTX 94 | NETGEAR WAB102 Access Point User Manual | 11/30/12 | Williams direct | None |
| PTX 95 | NETGEAR WAB102 Access Point Datasheet | 11/30/12 | Williams direct | None |
| PTX 96 | NETGEAR WAB102 Access Point Packaging Design | 11/30/12 | Williams direct | None |
| PTX 98 | NETGEAR ME102 Access Point Installation Guide | 11/30/12 | Williams direct | None |
| PTX 99 | NETGEAR ME102 Access Point Packaging Design | 11/30/12 | Williams direct | None |
| PTX 100 | NETGEAR ME102 Access Point Physical Sample and Product Packaging | 11/30/12 | Williams direct | None |
| PTX 101 | NETGEAR WNR834B Router User Manual | 11/30/12 | Williams direct | None |
| PTX 102 | NETGEAR WNR834B Router Datasheet | 11/30/12 | Williams direct | None |
| PTX 103 | NETGEAR WGB511 Kit Datasheet | 11/30/12 | Williams direct | None |
| PTX 104 | NETGEAR Wireless FAQ | 11/30/12 | Williams direct | None |
| PTX 109 | Tim Williams Curriculum Vitae | 11/30/12 | Williams direct | None |
| PTX 110 | U.S. Patent 6,218,930 (Network-1) | 11/30/12 | Williams direct | None |
| PTX 129 | Settlement Agreement between D-Link and Network-1 Security Solutions | 11/30/12 | Williams direct | None |
| PTX 136 | NETGEAR Wireless Access Point & PC Card Product Requirements Document | 11/30/12 | Williams direct | None |
| PTX 143 | Settlement Agreement between NETGEAR and Network-1 Security Solutions | 11/30/12 | Williams direct | None |

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| PTX 280 | U.S. Patent No. 5,357,091 | 11/27/12 | Fuji direct | None |
| PTX 283a | Fujitsu's Reexamination Request | 11/27/12 | Fuji direct | None |
| PTX 283p | PTO Office Action from Consolidated Reexamination File History | 11/27/12 | Fuji cross | None |
| PTX 283q | Fujitsu's Response to PTO Office Action from the Consolidated Reexamination File History | 11/27/12 | Fuji cross | None |
| PTX 284a | Belkin's 2006 Reexamination Request | 11/27/12 | Fuji direct | None |
| PTX 285b[1] | Belkin's 2011 Reexamination Request | 11/27/12 | Fuji direct | None |
| PTX 285c | Information Disclosure Statement from the File of Belkin's 2011 Reexamination Request | 11/27/12 | Fuji direct | None |
| PTX 293 | D-Link DWL-G630 Card User Manual | 11/30/12 | Williams direct | None |
| PTX 295 | D-Link DI-524 Router User Manual | 11/30/12 | Williams direct | None |

*Defendants' Exhibits*

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| DTX 434 | Letter from Baker Botts LLP to AirLink regarding the '769 patent | 11/30/2012 | Fuji cross | None |
| DTX 435 | Letter from Baker Botts LLP to Buffalo, Inc. regarding the '769 patent | 11/30/12 | Fuji cross | None |
| DTX 436 | Letter from Fujitsu to ePureData, Inc. regarding the '769 patent | 11/30/12 | Fuji cross | None |

---

[1] Although the November 27, 2012 transcript presently indicates that PTX 285a was admitted into evidence, the parties agree that PTX 285a was not, in fact, moved into evidence on that date..

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| DTX 437 | Letter from Fujitsu to GigaFast USA regarding the '769 patent | 11/30/12 | Fuji cross | None |
| DTX 438 | Letter from Baker Botts LLP to SOHOware, Inc. regarding the '769 patent | 11/30/12 | Fuji cross | None |
| DTX 575 | Ozawa Invention Documents (in Japanese) | 11/27/12 | Ozawa cross | None |
| DTX 575b | Ozawa Invention Disclosure (in Japanese) | 11/27/12 | Ozawa direct | None |
| DTX 575c | Fujitsu Patent Evaluation Form (in Japanese) | 11/27/12 | Ozawa direct | None |
| DTX 580 | Declaration of Joint Inventors | 11/27/12 | Ozawa direct | None |
| DTX 787 | Ozawa Invention Documents (in English) | 11/27/12 | Ozawa cross | None |
| DTX 787b | Ozawa Invention Disclosure (in English) | 11/27/12 | Ozawa direct | None |
| DTX 787c | Fujitsu Patent Evaluation Form (in English) | 11/27/12 | Fuji direct | None |
| DTX 818 | PC Card Standard Release 1.0 | 11/27/12 | Fuji cross | None |

*Identification of Joint Exhibits*

| Exhibit No. | Description | Date Identified | Witness | Limiting Instruction |
|---|---|---|---|---|
| JTX 1 | Joint Statement of Undisputed Facts | 11/27/12 | | None |
| JTX 2 | Stipulation Regarding Notice Letters | 11/27/12 | | None |
| JTX 3 | Stipulation Regarding Sales of Accused Products | 11/27/12 | | None |
| JTX 4 | Stipulation Regarding Belkin Entities | 11/27/12 | | None |
| JTX 5 | Stipulation that DTX 580 is not in '769 patent file history | 11/27/12 | | None |

Respectfully submitted,

DATE:  December 2, 2012                COVINGTON & BURLING LLP

By: /s/ Robert D. Fram[2]

Robert D. Fram (rfram@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:   (415) 591-6000
Facsimile:     (415) 591-6091

Attorneys for Plaintiff and Counterclaim Defendant FUJITSU LIMITED

DATE:  December 2, 2012

LAW OFFICE OF S.J. CHRISTINE YANG

By: /s/ Duncan Palmatier

Duncan Palmatier (CA Bar No. 116692)
E-mail:  dpalm@dpalmlaw.com
S.J. Christine Yang (CA Bar No. 102048)
E-mail:  cyang@sjclawpc.com
Victoria Der-Lung Hao (admitted *pro hac vice*)
E-mail:  vhao@sjclawpc.com
The Law Office of S.J. Christine Yang
17220 Newhope Street, Suites 101 & 102
Fountain Valley, CA  92708
Telephone:   (714) 641-4022
Facsimile:     (714) 641-2082

Attorneys for Defendants D-LINK CORPORATION and D-LINK SYSTEMS, INC.

---

[2] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

8

DATE: December 2, 2012     WINSTON & STRAWN LLP

By: */s/ David Bloch*

David Enzminger (CA Bar No. 137065)
E-mail: denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 615-1780
Facsimile: (213) 615-1750

David S. Bloch (CA Bar No. 184530)
E-mail: dbloch@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Defendants BELKIN INTERNATIONAL INC. and BELKIN, INC.

DATE: December 2, 2012     REED SMITH LLP

By: */s/ John Bovich*

William R. Overend (CA Bar No. 180209)
E-mail: woverend@reedsmith.com
John P. Bovich (CA Bar No. 150688)
E-mail: jbovich@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendant NETGEAR, INC.