1    Duncan Palmatier (SBN 116692)
     Email: dpalm@dpalmlaw.com
2    S. J. Christine Yang (SBN 102048)
     Email: cyang@sjclawpc.com
3    Victoria Hao (Admitted *Pro Hac Vice*)
     Email: vhao@sjclawpc.com
4    LAW OFFICES OF S.J. CHRISTINE YANG
     17220 Newhope Street, Suites 101 and 102
5    Fountain Valley, CA 92708
     Telephone: (714) 641–4022
6    Facsimile:  (714) 641–2082
7
8    Attorneys for Defendant D-LINK SYSTEMS,
     INC.
9

10

11                      **UNITED STATES DISTRICT COURT**
                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12                            **SAN JOSE DIVISION**

13   FUJITSU LIMITED,                        Case No. 10–cv–03972–LHK (PSG)

              Plaintiff,
14
          v.                                 **DEFENDANT D-LINK SYSTEMS,**
15                                           **INC.'S RESPONSE RE: FUJITSU'S**
     BELKIN INTERNATIONAL, INC., BELKIN,     **OBJECTIONS TO DTX 526, DTX592,**
16   INC., D-LINK CORPORATION, D-LINK        **DTX630, DTX715 AND DTX792**
     SYSTEMS, INC., NETGEAR, INC., ZYXEL
17   COMMUNICATIONS CORPORATION, and         **Date:**       December 3, 2012
     ZYXEL COMMUNICATIONS, INC.,             **Time:**       8:45 a.m.
18                                           **Location:**   Courtroom 8, 4th Floor
              Defendant.
19                                           Hon. Lucy H. Koh

20   AND RELATED COUNTERCLAIMS

21

22

23

24

25

26

27

28

---

DEFENDANT D-LINK SYSTEMS, INC.'S RESPONSE RE:                    Case No. 10-cv-03972-LHK (PSG)
FUJITSU'S OBJECTIONS TO DTX526, DTX592, DTX630,
DTX715 & DTX792

1     The Court reminded the parties on November 26 that "three objections per

2  witness" Dkt. No. 445 at 362:2-3.  However, Fujitsu objects to and seeks briefing 5 exhibits

3  for Mr. Wang's direct examination.

4     ***DTX792: Mr. Yoches' Third Opinion Along With Exhibits Which Was Produced to***

5  ***D-Link And As Maintained from D-Link's File***

6     A primary aspect of D-Link Systems' non-willfulness defense in this case is D-Link

7  Systems' reliance on opinions of counsels.  In fact, Fujitsu has placed the issue of

8  willfulness in the case and attacked sufficiency and competency of the written opinions of

9  the D-Link Systems' opinion counsel, Mr. E. Robert Yoches of Finnegan, Henderson,

10  Farabow, Garrett & Dunner, LLP, in Washington, D.C.  Yet, now Fujitsu improperly objects

11  to D-Link Systems to use of DTX792, one of Mr. Yoches' four written opinions, in

12  connection with the testimony of Mr. AJ Wang, D-Link Systems' CTO and person charged

13  with the responsibility of relying on the opinions.

14     The Court said at the November 20 pretrial conference, "if it's a document that you

15  all have produced and it's clearly your corporate document, I really don't want to waste

16  time on, like, foundation and custodian of record.  I mean, if it's a party and you produced

17  it and it's clearly your document, then let's not fuss around with objections about that."

18  Dkt. No. 397 at 61:14-19.  There is no question that DTX792 was produced by D-Link

19  Systems.

20     D-Link Systems received four written opinions prepared by Mr. Yoches in

21  connection with Fujitsu's patent.  Mr. Yoches' opinions are sequentially listed as trial

22  exhibits DTX789-DTX792.  During discovery, these four opinions were produced in a

23  single volume on the same day.  In fact, during discovery, D-Link Systems' lawyer, Mr.

24  Palmatier, notified Fujitsu's counsel, Mr. Irwin, in person, of D-Link Systems' reliance on

25  these opinions provided a paper copies of them, and offered Fujitsu an opportnity to

26  question D-Link Systems' witness, Mr. Wang, on the issue reliance.  On the same day, the

27  four opinions also were produced in electronic format.

28

1        In particular, Mr. Yoches' third opinion memo includes and refers 16 attachments in

2    the main body of the opinion memo.  The attachments were provided as separate .pdf files

3    to D-Link Systems from Mr. Yoches' office.  In compliance with the agreed discovery orders

4    in this case, D-Link Systems produced them in their native format as received and kept by

5    D-Link Systems.

6        Now, Fujitsu speculates these separate files might not have been truly attachments

7    to Mr. Yoches' third opinion memo.  Fujitsu certainly could have questioned Mr. Wang

8    about this at his deposition, but chose not to.  Fujitsu's speculation is not a basis to exclude

9    DTX792, one of four Opinions of Counsel relied upon by D-Link Systems.  At most, Fujitsu's

10    objection goes to weight, not admissibility.

11        Further, it would be highly prejudicial to preclude D-Link Systems from introducing

12    Mr. Yoches' opinions in their entirety, while allowing Fujitsu to attack sufficiency of Mr.

13    Yoches' analysis.

14        Moreover, Fujitsu appears to be distorting the Court's MIL rulings to impair a

15    Defendant from presenting its non-willfulness defense.  Fujitsu argues DTX792 contains

16    materials subject to the Court's MIL rulings.  However, Mr. Yoches' opinions inevitably

17    include his review of file history and citations of prior art references.  The Court's MIL

18    ruling explicitly permits opinion counsels' reviews of file history or prior arts to be

19    introduced during trial.  In fact, D-Link Systems is not seeking to introduce Mr. Yoches'

20    opinion exhibits as separate exhibits, but simply as Mr. Yoches' third opinion as one

21    exhibit.  Therefore, D-Link Systems is not attempting to violate the Court's MIL ruling.  D-

22    Link Systems' exhibit DTX792 is consistent with the Court's MIL ruling and should be

23    permitted.

24

25

26

27

28

1    ***DTX526, DTX592, DTX630 & DTX715: Prior Art References cited in at least one***

2    ***of Mr. Yoches' Four Opinions.***

3          DTX526, DTX592, DTX630 and DTX715 are exhibits that have been stipulated by

4    Fujitsu to as for admissibility for non-willfulness.  As reproduced below, Table 4 of Docket

5    No. 423 identified these document in connection with D-Link.

<div style="border:1px solid">

Case5:10-cv-03972-LHK   Document423   Filed11/25/12   Page11 of 15

**Table 4**

**Defendants' Exhibits Admitted Into Evidence As To Willfulness Or Inducement
(Limiting Instruction Required)**

| Defendants' Exhibits | |
|---|---|
| DTX32 | (Belkin only; admit claim chart but not letter) |
| DTX184 | (Netgear only) |
| DTX187 | (Netgear only ) |
| DTX189 | (Netgear only) |
| DTX526 | (Netgear and D-Link only) |
| DTX560 | (Belkin only) |
| DTX592 | (Netgear and D-Link only) |
| DTX630 | (Netgear and D-Link only) |
| DTX715 | (Netgear and D-Link only) |

</div>

16         These exhibits were stipulated to be admissible for non-willfulness with limited

17   instructions but no other restrictions.  However, Fujitsu now attempts to revert back from

18   its prior stipulation by arguing lack of foundation.  As Fujitsu's attorney acknowledged

19   during the meet-and-confer process, these references are cited by Mr. Yoches' second and

20   third opinions that were relied upon by D-Link Systems.  There is foundation for these

21   exhibits and should be admitted.

22

23   Dated: December 3, 2012                    Respectfully submitted,

24

25                                              ___/s/ Duncan Palmatier_____

26                                              Duncan Palmatier (SBN 116692)
                                                Email: dpalm@dpalmlaw.com

27                                              S. J. Christine Yang (SBN 102048)
                                                Email: cyang@sjclawpc.com

28                                              Victoria Hao (Admitted Pro Hac Vice)
                                                Email: vhao@sjclawpc.com

1

LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suites 101 and 102
Fountain Valley, CA 92708
Telephone:    (714) 641–4022
Facsimile:     (714) 641–2082
Attorneys for Defendant D-LINK SYSTEMS, INC.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28