1  John P. Bovich (SBN: 150688)
   Email: jbovich@reedsmith.com
2  William R. Overend (SBN: 180209)
   Email: woverend@reedsmith.com
3  Seth B. Herring (SBN: 253907)
   Email: sherring@reedsmith.com
4  REED SMITH LLP
   101 Second Street, Suite 1800
5  San Francisco, CA 94105-3659
   Telephone: (415) 543–8700
6  Facsimile:  (415) 391–8269

7  Attorneys for Defendant
   NETGEAR, INC.
8
   David Enzminger (SBN: 137065)
9  Email: denzminger@winston.com
   WINSTON & STRAWN LLP
10 333 S. Grand Avenue
   Los Angeles, CA 90071–1543
11 Telephone: (213) 615–1700
   Facsimile:  (213) 615–1750
12
   Attorneys for Defendants
13
   BELKIN INTERNATIONAL INC. AND
14 BELKIN, INC.

15 [COUNSEL FOR FUJITSU AND OTHER
   DEFENDANTS LISTED ON SIGNATURE
16 PAGE]

17

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20                    SAN JOSE DIVISION

21 FUJITSU LIMITED,                    | Case No. 10-cv-03972-LHK
22         Plaintiff,                   | **CERTIFICATION OF COUNSEL**
23    vs.                               | Honorable Lucy H. Koh
24 BELKIN INTERNATIONAL, INC., BELKIN,
   INC., D-LINK CORPORATION, D-LINK
25 SYSTEMS, INC., NETGEAR, INC., ZYXEL
   COMMUNICATIONS CORPORATION, and
26 ZYXEL COMMUNICATIONS, INC.,

27         Defendants.

28

Case No. 3:10-CV-03972-LHK                              US_ACTIVE-111278291.1-JBOVICH
                    Certification of Counsel

*REED SMITH LLP — A limited liability partnership formed in the State of Delaware*

1  Pursuant to the Court's Order (11/30/12 Amended TR 598:15-18) lead counsel for each party
2  hereby certifies that they have met and conferred regarding objections to the testimony scheduled for
3  Tuesday, December 4, 2012.

5  December 2, 2012

By: *(signature)*
John P. Bovich (CA Bar No. 150688)
E-mail: jbovich@reedsmith.com
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendant NETGEAR, INC.

By: *(signature)*
David Enzminger (SBN: 137065)
Email: denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone:(213) 615–1700
Facsimile:(213) 615–1750

Attorneys for Defendants
BELKIN INTERNATIONAL INC. AND
BELKIN, INC.

*(signature)*

Duncan Palmatier (SBN 116692)
Email: dpalm@dpalmlaw.com
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suites 101 and 102
Fountain Valley, CA 92708
Telephone: (714) 641–4022
Facsimile: (714) 641–2082
Attorneys for Defendants D-LINK
CORPORATION, and D-LINK SYSTEMS,
INC.

//
//
//

Case No. 3:10-CV-03972-LHK
Certification of Counsel

US_ACTIVE-111278291.1-JBOVICH

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

By /s/ R. Fram
Robert D. Fram (rfram@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:   (415) 591-6000
Facsimile:   (415) 591-6091
Attorneys for Plaintiff and Counterclaim Defendant FUJITSU LIMITED