David Enzminger (SBN: 137065)
   Email: denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone: (213) 615–1700
Facsimile: (213) 615–1750

Jeffrey J. Phillips (*Pro Hac Vice*)
   Email: jphillips@winston.com
Joshua Wyde (*Pro Hac Vice*)
   Email: jwyde@winston.com
Michael J. Forbes (*Pro Hac Vice*)
   Email: mforbes@winston.com
WINSTON & STRAWN LLP
1111 Louisiana St. 25th Floor
Houston, TX  77002–5242
Telephone: (713) 651–2600
Facsimile: (713) 651–2700

Attorneys for Defendants
BELKIN INTERNATIONAL INC. AND BELKIN, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>             Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>             Defendants,<br><br>AND RELATED COUNTERCLAIMS. | Case No. 10–cv–03972–LHK (PSG)<br><br>**BELKIN INTERNATIONAL, INC. AND BELKIN, INC.'S OBJECTIONS AND RESPONSES TO FUJITSU LIMITED'S SECOND SET OF REQUESTS FOR ADMISSION (NOS. 31-54)** |

WS01348792

5:10-cv-03972-LHK
EXHIBIT
PTX321

Pursuant to Fed. R. Civ. P. 26(e)(1), Belkin International, Inc. and Belkin, Inc. (collectively "Belkin"), by and through their undersigned attorneys, serve these first amended answers and objections to Fujitsu Limited's ("Fujitsu's") Second Set of Requests for Admission ("RFAs") to Defendants Belkin International, Inc. and Belkin, Inc. (Nos. 31–54).  Each of Belkin's responses to Fujitsu's First Interrogatories is based on information and documents presently available to Belkin after reasonable inquiry.  Belkin reserves the right to amend or supplement these responses in the event further information and documents are discovered or produced by Fujitsu.  In addition, Belkin's responses are given without prejudice to its rights to introduce at trial evidence of any subsequently discovered or unintentionally omitted facts or documents.  Belkin's responses are made for the purpose of this pending action only.

## GENERAL OBJECTIONS AND STATEMENTS APPLICABLE TO ALL REQUESTS FOR ADMISSIONS

1.  Belkin objects to all requests containing the phrase "within the meaning of claims" as incorporating multiple and varied claims which themselves may be dependent upon other claims, etc.  By using this device, there is ambiguity about the scope of the request rendering it vague, ambiguous, overly broad, and unduly burdensome.

2.  Belkin objects to requests that are properly within the scope of expert testimony, as an improper attempt to shorten the Court ordered deadlines for expert disclosure.

3.  Belkin objects to the topics based upon a review of various Fujitsu materials, including but not limited to its pre-suit correspondence, its Original and Supplemental Disclosure of Asserted Claims and Infringement Contentions, and the various reexaminations of the Patent-in-Suit because Fujitsu is attempting to apply different "meanings" to the claims of the Patent-in-Suit in this case, depending upon whether Fujitsu is alleging infringement or responding to Belkin's invalidity challenges.  For example, in the various re-examinations regarding the Patent-in-Suit, and during the *Markman* proceedings in this case, Fujitsu appears to have taken positions on certain claim terms (including but not limited to "card" and "data transfer circuit") which are inconsistent with the position Fujitsu takes in this litigation regarding infringement.

Should Fujitsu attempt to take inconsistent positions regarding the meaning and scope of the patent, then these responses are not binding and Belkin reserves the right to modify, supplement or change them.

4. Belkin objects to these Requests for Admission as calling for expert opinions and as premature under the Court's schedule for expert discovery. Belkin's investigation and analysis is ongoing. Belkin reserves the right to revise its validity contentions and to serve an expert report addressing the invalidity of the '769 patent containing opinions different from the contentions set forth below, including in light of (a) Belkin's ongoing investigation and analysis; (b) fact discovery; (c) Fujitsu's positions on infringement, claim construction, and validity; and (d) Fujtisu's expert reports, depositions, and expert discovery.

5. Belkin objects to Fujitsu's definitions of Belkin products to the extent that they imply that the references corresponding to these definitions possess certain features or characteristics relevant to the asserted claims (e.g., a F5D7132 is not an Access Point, etc.). For purposes of these Requests for Admission, Belkin will apply Fujitsu's definitions for these terms. In doing so, Belkin does not admit that any of the references possess the features or characteristics set forth in the definition.

6. Belkin objects to these Requests for Admission as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence to the extent that Defendants seek Belkin's contentions on infringement issues beyond what Fujitsu disclosed in its infringement contentions pursuant to the Local Patent Rules. Belkin further objects to any "Definition" provided by Plaintiff that includes a reference that was not included by Plaintiff.

7. Belkin objects to these Requests for Admission to the extent they refer to non-existing products. Belkin has stipulated that certain groups of products are equivalent for certain purposes, see February 2, 2012 Order Granting Joint Stipulation re Representative Products;

however, this stipulation does not encompass non-existent products that are not listed in the representative groups.

Subject to and without waiving these objections, Belkin responds as follows:

## RESPONSES TO FUJITSU'S FIRST SET OF REQUESTS FOR ADMISSIONS TO BELKIN

WS01348792 -3-

BELKIN INTERNATIONAL, INC. AND BELKIN, INC.'S
OBJECTIONS AND RESPONSES TO FUJITSU LIMITED'S
FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-30)

Case No. 10–cv–03972–LHK (PSG)

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

| | | |
|---|---|---|
| Request 40: | | Admit that at least one Person has used in the United States a Belkin Accused Router with an Accused Card Interface Device. |
| Response 40: | | Belkin admits that the F5D7011 has been used with the F5D7231-4, the F5D8010 has been used with the F5D8230-4, and the F5D8230-4 Router has been used with the F5D8010 Adapter. Besides the forgoing, the information Belkin knows or can readily obtain is insufficient to enable Belkin to admit or deny |

WS01348792 -73-

BELKIN INTERNATIONAL, INC. AND BELKIN, INC.'S  Case No. 10–cv–03972–LHK (PSG)
OBJECTIONS AND RESPONSES TO FUJITSU LIMITED'S
FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-30)

Date   :   April 9, 2012

/s/     David Enzminger
David Enzminger (SBN:  137065)
  Email:  denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone:  (213) 615–1700
Facsimile:   (213) 615–1750

Jeffrey J. Phillips (*Pro Hac Vice*)
  Email:  jphillips@winston.com
Joshua Wyde (*Pro Hac Vice*)
  Email: jwyde@winston.com
Michael J. Forbes (*Pro Hac Vice*)
  Email:  mforbes@winston.com
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX  77002
Telephone:  (713) 651–2600
Facsimile:   (713) 651–2700

Attorneys for Defendants
BELKIN INTERNATIONAL INC. AND
BELKIN, INC.

WS01348792                                          -97-

BELKIN INTERNATIONAL, INC. AND BELKIN, INC.'S                      Case No. 10–cv–03972–LHK (PSG)
OBJECTIONS AND RESPONSES TO FUJITSU LIMITED'S
FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-30)

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543

**CERTIFICATE OF SERVICE**

I hereby certify that on this ninth day of April, 2012, BELKIN INTERNATIONAL, INC. AND BELKIN, INC.'S OBJECTIONS AND RESPONSES TO FUJITSU LIMITED'S SECOND SET OF REQUESTS FOR ADMISSION (NOS. 31-54) was served upon:

<u>COUNSEL FOR FUJITSU LIMITED</u>
Robert D. Fram (rfram@cov.com)
Thomas E. Garten (tgarten@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356

Philip A. Irwin (pirwin@cov.com)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

Gary M. Rubman (grubman@cov.com)
R. Jason Fowler (jfowler@cov.com)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

(VIA ELECTRONIC MAIL)

　　　　　　　　　　　　　　　　　　　　*/s/     Joshua Wyde*
　　　　　　　　　　　　　　　　　　　　　　　Joshua Wyde