1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

11

12

| | |
|---|---|
| FUJITSU LIMITED, | Case No. 5:10–cv–03972–LHK (PSG) |
| Plaintiff, | **EXHIBIT 1 TO JOINT CASE PRETRIAL STATEMENT: STATEMENT OF UNDISPUTED FACTS** |
| v. | |
| BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC., | Judge:          Honorable Lucy H. Koh<br><br>Trial Date:    November 26, 2012<br>Courtroom:   8, 4th Floor<br>Time:           9:00 am |
| Defendants | |
| AND RELATED COUNTERCLAIMS. | Demand for Jury Trial |

13
14
15
16
17
18
19
20
21
22
23
24
25
26

**JOINT EXHIBIT 1**

27
28

## **UNDISPUTED FACTS:**

**FUF001.**   Fujitsu is a corporation organized and existing under the laws of Japan and conducting business from 1-1 Kamikodanaka 4-chome, Nakahara-ku, Kawasaki-shi, Kanagawa-ken, 211-8588 Japan.

**FUF002.**   Belkin International, Inc. and Belkin, Inc. are corporations organized and existing under the laws of the State of Delaware, with a principal place of business located at 12045 E. Waterfront Drive, Playa Vista, California 90094.

**FUF003.**   D-Link Corporation is a Taiwanese corporation, with its principal place of business located at No. 289, Sinhu 3rd Rd., Neihu District, Taipei City 114, Taiwan.

**FUF004.**   D-Link Systems, Inc. is organized under the laws of the State of California, with its principal place of business located at 17595 Mt. Herrmann Street, Fountain Valley, California 92708.

**FUF005.**   D-Link Systems, Inc. is a subsidiary of D-Link Corporation.

**FUF006.**   NETGEAR, Inc. is a Delaware corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 350 E. Plumeria Drive, San Jose, California 95134.

**FUF007.**   Fujitsu owns all rights, title, and interest in U.S. Reissue Patent No. 36,769.

**FUF008.**   On October 18, 1994, U.S. Patent No. 5,357,091 ("the '091 Patent") was issued by the United States Patent and Trademark Office.

**FUF009.**   On July 11, 2000, the '769 Patent was issued as a reissue of the '091 Patent.

**FUF010.**   The '769 Patent claims priority to a foreign application filed on April 30, 1991 in Japan.

**FUF011.**   Application 07/875,800, which issued as the '091 patent, was filed in the U.S. on April 30, 1992.

**FUF012.**   D-Link Systems sold and/or was offering for sale some accused products in the United States at least as of 2000.

**FUF013.**  D-Link Corporation sold to D-Link Systems some accused products for re-sale in the United States at least as of 2000.

**FUF014.**  NETGEAR sold and was offering for sale some accused products in the United States at least as of 2001.

**FUF015.**  Belkin sold and/or was offering for sale some accused products in the United States at least as of 2001.

**FUF016.**  NETGEAR became aware of the '769 patent on or about March 19, 2002.

**FUF017.**  Belkin wasbecame aware of the '769 patent on or about November 7, 2003.

**FUF018.**  D-Link Corp. became aware of the '769 patent on or about November 7, 2003.

**FUF019.**  D-Link Systems became aware of the '769 patent sometime before September 2004.

**FUF020.**  The following product sold by Belkin directly infringes claims 2, 4 and 41 of the '769 patent and satisfies the card-related elements of claims 20, 47 and 48: F5D7010 Product.

**FUF021.**  The following products sold by Belkin directly infringe claim 41 of the '769 patent and satisfy the card-related elements of claims 47 and 48:  F5D8010 Product and F5D6020 Product.

**FUF022.**  The following products sold by Belkin meet the "external device" element of claims 20, 47 and 48 of the '769 patent: F5D7230 Router, F5D8230 Router, F5D6130 Router and F5D8236 Router.

**FUF023.**  The use of the Belkin F5D7010 Product, the F5D8010 Product, or the F5D6020 Product with any of the accused external devices qualifies as an act of direct infringement by the user of claims 47 and 48 of the '769 patent, although Fujitsu must still prove the other elements of inducement by Belkin.

**FUF024.**  The use of the Belkin F5D7010 Product with any of the accused external devices and a computer devices qualifies as an act of direct infringement by the user of claim 20 of the '769 patent, although Fujitsu must still prove the other elements of inducement by Belkin.

1    **FUF025.**    The following network kit sold by Belkin directly infringes claims 47 and 48 of the

2                     '769 patent: F5D9013 Kit.

3    **FUF026.**    The following product sold by NETGEAR directly infringes claims 2, 4 and 41 of

4                     the '769 patent and satisfies the card-related elements of claims 20, 47 and 48:

5                     WG511 Product.

6    **FUF027.**    The following products sold by NETGEAR directly infringe claim 41 of the '769

7                     patent and satisfy the card-related elements of claims 47 and 48:  WAB501

8                     Product and MA401 Product.

9    **FUF028.**    The following products sold by NETGEAR meet the "external device" element of

10                    claims 20, 47 and 48 of the '769 patent: WGR614 Router, WAB102 Access Point,

11                    ME102 Access Point and WNR834B Router.

12   **FUF029.**    The use of the NETGEAR WG511 Product, the WAB501 Product, or the MA401

13                    Product with any of the accused external devices qualifies as an act of direct

14                    infringement by the user of claims 47 and 48 of the '769 patent, although Fujitsu

15                    must still prove the other elements of inducement by NETGEAR.

16   **FUF030.**    The use of the NETGEAR WG511 Product with any of the accused external devices

17                    and a computer qualifies as an act of direct infringement by the user of claim 20 of

18                    the '769 patent, although Fujitsu must still prove the other elements of

19                    inducement by NETGEAR.

20   **FUF031.**    The following network kit sold by NETGEAR directly infringes claims 47 and 48 of

21                    the '769 patent: WGB511 Kit.

22   **FUF032.**    The following product sold by D-Link directly infringes claims 2, 4 and 41 of the

23                    '769 patent and satisfies the card-related elements of claims 20, 47 and 48: DWL-

24                    G630 Product.

25   **FUF033.**    The following products sold by D-Link directly infringe claim 41 of the '769 patent

26                    and satisfy the card-related elements of claims 47 and 48:  DWL-650+ Product and

27                    DWL-650 Product.

28

**FUF034.** The following products sold by D-Link meet the "external device" element of claims 20, 47 and 48 of the '769 patent: DI-524 Router, DWL-900AP+ Access Point, DWL-1000AP Access Point and DWL-2100AP Access Point.

**FUF035.** The use of the D-Link Systems' DWL-G630 Product, the DWL-650+ Product, or the DWL-650 Product with any of the accused external devices qualifies as an act of direct infringement by the user of claims 47 and 48 of the '769 patent, although Fujitsu must still prove the other elements of inducement by D-Link Systems.

**FUF036.** The use of the D-Link Systems' DWL-G630 Product with any of the accused external devices and a computer qualifies as an act of direct infringement by the user of claim 20 of the '769 patent, although Fujitsu must still prove the other elements of inducement by D-link Systems.

**FUF037.** The use in the United States of D-Link Corporation's DWL-G630 Product, the DWL-650+ Product, or the DWL-650 Product with any of the accused external devices qualifies as an act of direct infringement by the user of claims 47 and 48 of the '769 patent, although Fujitsu must still prove the other elements of inducement by D-Link Corporation.

**FUF038.** The use in the United States of D-Link Corporation's DWL-G630 Product with any of the accused external devices and a computer qualifies as an act of direct infringement by the user of claim 20 of the '769 patent, although Fujitsu must still prove the other elements of inducement by D-Link Corporation.

**FUF039.** The following network kit sold by D-Link directly infringes claims 47 and 48 of the '769 patent: DWL-923 Kit.

**FUF040.** For all of the Belkin accused products, at least some of each have been sold in the United States by Belkin.

**FUF041.** For all of the NETGEAR accused products, at least some of each have been sold in the United States by NETGEAR.

**FUF042.** For all of the D-Link Systems accused products, at least some of each have been sold in the United States by D-Link Systems.

**FUF043.** For all of the D-Link Corporation accused products, at least some of each have been sold to D-Link Systems in the United States.

**UF001.** Fujitsu's U.S. patent application No. 07/875,800 resulted in a patent issued on October 18, 1994, U.S. Patent No. 5,357,091 ("the '091 Patent").

**UF002.** On October 18, 1996, Fujitsu filed a reissue application.

**UF005.** On July 11, 2000, the patent was reissued as U.S. Reissue Patent No. 36,769 ("the '769 patent" or "the patent in suit").

**UF006.** The '769 Patent has an effective priority date of April 30, 1991.

**UF007.** The '769 Patent expired on April 30, 2012.

**UF008.** The '769 Patent is assigned to Fujitsu Limited.

**UF009.** In this trial Fujitsu asserts claims 2, 4, 20, 41, 47 and 48 of the '769 Patent against each Defendant.

**UF021.** On May 18, 2005, Fujitsu filed a request for *ex parte* reexamination of the '769 patent which the PTO granted on August 1, 2005.

**UF024.** On June 28, 2006, Belkin filed a request for *ex parte* reexamination of the '769 patent which the PTO granted on August 31, 2006.

**UF025.** In its request, Belkin represented to the PTO that there were substantial new questions of patentability regarding the '769 patent.

**UF027.** The reexaminations filed May 18, 2005 and June 28, 2006 were merged into a single reexamination proceeding.

**UF030.** On March 3, 2011, Belkin filed a second request for *ex parte* reexamination of the '769 patent, which the PTO granted on May 25, 2011.

**UF031.** In its second request, Belkin represented to the PTO that there were substantial new questions of patentability regarding the '769 patent.

**UF034.** In this trial, Fujitsu accuses the following Belkin products:

- F5D7010 Card (all asserted claims)

- F5D8010 Card (all asserted claims except 2, 4, 20)

- F5D6020 Card (all asserted claims except 2, 4, 20)

- F5D7230 Router (claims 20, 47, 48)

- F5D8230 Router (claims 20, 47, 48)

- F5D6130 Router (claims 20, 47, 48)

- F5D8236 Router (claims 20, 47, 48)

- F5D9013 Kit (claims 47, 48)

**UF035.**   In this trial, Fujitsu accuses the following products of Defendant D-Link Corporation:

- DWL-G630 Card (all asserted claims)

- DWL-650+ Card (all asserted claims except 2, 4, 20)

- DWL-650 Card (all asserted claims except 2, 4, 20)

- DI-524 Router (claims 20, 47, 48)

- DWL-900AP+ Access Point (claims 20, 47, 48)

- DWL-1000AP Access Point (claims 20, 47, 48)

- DWL-2100AP Access Point (claims 20, 47, 48)

- DWL-923 Kit (claims 47, 48)

**UF036.**   In this trial, Fujitsu accuses the following products of Defendant D-Link Systems, Inc.:

- DWL-G630 Card (all asserted claims)

- DWL-650+ Card (all asserted claims except 2, 4, 20)

- DWL-650 Card (all asserted claims except 2, 4, 20)

- DI-524 Router (claims 20, 47, 48)

- DWL-900AP+ Access Point (claims 20, 47, 48)

- DWL-1000AP Access Point (claims 20, 47, 48)

- DWL-2100AP Access Point (claims 20, 47, 48)

- DWL-923 Kit (claims 47, 48)

**UF037.**   In this trial, Fujitsu accuses the following NETGEAR products:

- WG511 Card (all asserted claims)

6

- WAB501 Card (all asserted claims except 2, 4, 20)

- MA401 Card (all asserted claims except 2, 4, 20)

- WGR614 Router (claims 20, 47, 48)

- WAB102 Access Point (claims 20, 47, 48)

- ME102 Access Point (claims 20, 47, 48)

- WNR834B Router (claims 20, 47, 48)

- WGB511 Kit (claims 47, 48)

**UF042.**  Japanese Patent No. 64–8492 (Application Number 62–162277) to Junzo Murakami of Toshiba (Japanese Version at FUJ0000054–FUJ0000060 and JIC 0002506–JIC 0002512 and English Translation at FUJ0000061–FUJ0000081 and JIC 0002513–JIC 0002533) ("Murakami") is prior art to the '769 Patent.

**UF043.**  Murakami discloses a card with a first data interface unit, provided on one end of the card, for coupling to an electronic device.

**UF044.**  Murakami discloses a second data interface unit, provided on an opposing end of the card from the first data interface for coupling to an external device.

**UF045.**  Murakami discloses a card with a first data interface unit, provided on one end of the card, for coupling to an electronic device and a second data interface unit, provided on an opposing end of the card for coupling to an external device.

**UF046.**  Murakami discloses a data connector on a card for transferring input information to an electronic device and output information from an electronic device.

**UF047.**  Murakami discloses a card with a connector for electrically connecting a card to an electronic device.

**UF048.**  Murakami discloses a card to be inserted into a slot provided in an electronic device.

**UF049.**  Murakami discloses a card with a wireless data receiver for receiving input information from an external device via a wireless communication channel.

**UF050.**  Murakami discloses a card with a wireless data receiver that receives the input information from an external device via a radio communication channel.

**UF051.**  Murakami discloses a data connector incorporated with a card.

**UF052.**  Murakami discloses a wireless data receiver incorporated with a card.

**UF055.**   Japanese Patent Publication 1986–51937 (Application Number 1985–51934) to Iwao Mizutani (Japanese Version at JIC 0002473-JIC 0002481 JP212140 and English Version at JIC 0002482-JIC 0002505) ("Mizutani") is prior art to the '769 Patent.

**UF056.**   Mizutani discloses a device with a first data interface unit, provided on one end of the device, for coupling to an external device.

**UF057.**   Mizutani discloses a second data interface unit, provided on an opposing end of the device from the first data interface unit, for coupling to an external device.

**UF058.**   Mizutani discloses a device with a first data interface unit, provided on one end of the device, for coupling to an electronic device, and a second data interface unit, provided on an opposing end of the device, for coupling to an external device.

**UF059.**   Mizutani discloses a data connector on a device for transferring input information to an electronic device and output information from an electronic device.

**UF060.**   Mizutani discloses a device with a connector for electrically connecting a device to an electronic device.

**UF061.**   Mizutani discloses a device with a wireless data receiver for receiving input information from an external device via a wireless communication channel.

**UF062.**   Mizutani discloses a data transfer circuit within the meaning of the asserted claims.

**UF063.**   Mizutani discloses a device with a wireless data receiver that receives the input information from an external device via a radio communication channel.

**UF064.**   Mizutani discloses a device with a wireless data transmitter for transmitting output information to an external device.

**UF065.**   Mizutani discloses a device with a wireless data transmitter for transmitting output information to an external device and for receiving input information from an external device via a wireless communication channel.

**UF067.**   Mizutani discloses a data transfer circuit for transferring input information to a data connector in response to receiving input information from a wireless data transmitter/receiver, and for transferring output information to a wireless data transmitter/receiver, in response to receiving output information by a data connector.

**UF068.**   Mizutani discloses a device with a wireless data transmitter that transmits output information to an external device via a radio communication channel.

**UF069.**   Mizutani discloses a device with a wireless data receiver that receives the input information from an external device via a radio communication channel.

**UF070.**   Mizutani discloses a device with a wireless data transmitter/receiver that transmits output information to an external device and receives the input information from an external device via a radio communication channel.

**UF071.**   Mizutani discloses an antenna coupled a wireless data transmitter/receiver.

**UF072.**   Mizutani discloses a data connector incorporated with a device.

**UF074.**   Mizutani discloses a wireless data receiver incorporated with a device.

**UF075.**   Mizutani discloses a wireless data transmitter/receiver incorporated with a device.

**UF076.**   Mizutani discloses an external device providing a peripheral function for an electronic device.

**UF081.**   "Arlan 400 Wireless Local Area Network, System Description" (1988) (FUJ0002827–28) ("Arlan Brochure"), lists a publication date of 1988, on its face and is prior art to the '769 Patent.

**UF083.**   Frank J. Derfler, Jr. "The Next Wave: LANs Without Wire," PC Magazine, p. 9 (May 29, 1990) (FUJ0004606 *et seq.*) ("Arlan-Derfler"), lists a publication date of May 29, 1990, on its face and is prior art to the '769 Patent.

**UF086.**   Zenko, Wence "Breakthrough in Radio Technology Offers New Application Options," Vehicle Navigation and Information Systems Conference 1989, Conference Record pp. 384–388 (1989) (JIC 004366 *et seq.*) ("Arlan-Zenko"), lists a publication date of 1989 on its face and is prior art to the '769 Patent.

**UF087a.**   ARLAN 450 discloses a data connector on a device for transferring input information to an electronic device and output information from an electronic device.

**UF087b.**   Arlan-Brochure discloses a data connector on a device for transferring input information to an electronic device and output information from an electronic device.

**UF087d.**   Arlan-Derfler discloses a data connector on a device for transferring input information to an electronic device and output information from an electronic device.

**UF087g.**   Arlan-Zenko discloses a data connector on a device for transferring input information to an electronic device and output information from an electronic device.

**UF088a.**   ARLAN 450 discloses a device with a connector for electrically connecting a device to an electronic device.

**UF088b.**   Arlan-Brochure discloses a device with a connector for electrically connecting a device to an electronic device.

**UF088d.**    Arlan-Derfler discloses a device with a connector for electrically connecting a device to an electronic device.

**UF088g.**    Arlan-Zenko discloses a device with a connector for electrically connecting a device to an electronic device.

**UF089a.**    ARLAN 450 discloses a device with a wireless data receiver for receiving input information from an external device via a wireless communication channel.

**UF089b.**    Arlan-Brochure discloses a device with a wireless data receiver for receiving input information from an external device via a wireless communication channel.

**UF089d.**    Arlan-Derfler discloses a device with a wireless data receiver for receiving input information from an external device via a wireless communication channel.

**UF089g.**    Arlan-Zenko discloses a device with a wireless data receiver for receiving input information from an external device via a wireless communication channel.

**UF090a.**    ARLAN 450 discloses a data transfer circuit within the meaning of the asserted claims.

**UF090b.**    Arlan-Brochure inherently discloses a data transfer circuit within the meaning of the asserted claims.

**UF090d.**    Arlan-Derfler inherently discloses a data transfer circuit within the meaning of the asserted claims.

**UF090g.**    Arlan-Zenko inherently discloses a data transfer circuit within the meaning of the asserted claims.

**UF091a.**    ARLAN 450 discloses a device with a wireless data receiver that receives the input information from an external device via a radio communication channel.

**UF091b.**    Arlan-Brochure discloses a device with a wireless data receiver that receives the input information from an external device via a radio communication channel.

**UF091d.**    Arlan-Derfler discloses a device with a wireless data receiver that receives the input information from an external device via a radio communication channel.

**UF091g.**    Arlan-Zenko discloses a device with a wireless data receiver that receives the input information from an external device via a radio communication channel.

**UF092a.**    ARLAN 450 discloses a device with a wireless data transmitter for transmitting output information to an external device.

**UF092b.**    Arlan-Brochure discloses a device with a wireless data transmitter for transmitting output information to an external device.

**UF092d.**   Arlan-Derfler discloses a device with a wireless data transmitter for transmitting output information to an external device.

**UF092g.**   Arlan-Zenko discloses a device with a wireless data transmitter for transmitting output information to an external device.

**UF093a.**   ARLAN 450 discloses a device with a wireless data transmitter for transmitting output information to an external device and for receiving input information from an external device via a wireless communication channel.

**UF093b.**   Arlan-Brochure discloses a device with a wireless data transmitter for transmitting output information to an external device and for receiving input information from an external device via a wireless communication channel.

**UF093d.**   Arlan-Derfler discloses a device with a wireless data transmitter for transmitting output information to an external device and for receiving input information from an external device via a wireless communication channel.

**UF095g.**   Arlan-Zenko disclose a data transfer circuit for transferring input information to a data connector in response to receiving input information from a wireless data transmitter/receiver, and for transferring output information to a wireless data transmitter/receiver, in response to receiving output information by a data connector.

**UF096a.**   ARLAN 450 discloses a device with a wireless data transmitter that transmits output information to an external device via a radio communication channel.

**UF096b.**   Arlan-Brochure discloses a device with a wireless data transmitter that transmits output information to an external device via a radio communication channel.

**UF096d.**   Arlan-Derfler discloses a device with a wireless data transmitter that transmits output information to an external device via a radio communication channel.

**UF096g.**   Arlan-Zenko discloses a device with a wireless data transmitter that transmits output information to an external device via a radio communication channel.

**UF097a.**   ARLAN 450 discloses a device with a wireless data receiver that receives the input information from an external device via a radio communication channel.

**UF097b.**   Arlan-Brochure discloses a device with a wireless data receiver that receives the input information from an external device via a radio communication channel.

**UF097d.**   Arlan-Derfler discloses a device with a wireless data receiver that receives the input information from an external device via a radio communication channel.

**UF097g.**   Arlan-Zenko discloses a device with a wireless data receiver that receives the input information from an external device via a radio communication channel.

| | |
|---|---|
| **UF098a.** | ARLAN 450 discloses a device with a wireless data transmitter/receiver that transmits output information to an external device and receives the input information from an external device via a radio communication channel. |
| **UF098b.** | Arlan-Brochure discloses a device with a wireless data transmitter/receiver that transmits output information to an external device and receives the input information from an external device via a radio communication channel. |
| **UF098d.** | Arlan-Derfler discloses a device with a wireless data transmitter/receiver that transmits output information to an external device and receives the input information from an external device via a radio communication channel. |
| **UF098g.** | Arlan-Zenko discloses a device with a wireless data transmitter/receiver that transmits output information to an external device and receives the input information from an external device via a radio communication channel. |
| **UF099a.** | ARLAN 450 discloses an antenna coupled to a wireless data transmitter/receiver. |
| **UF099b.** | Arlan-Brochure discloses an antenna coupled to a wireless data transmitter/receiver. |
| **UF099d.** | Arlan-Derfler discloses an antenna coupled to a wireless data transmitter/receiver. |
| **UF099g.** | Arlan-Zenko discloses an antenna coupled to a wireless data transmitter/receiver. |
| **UF100a.** | ARLAN 450 discloses a data connector incorporated with a device. |
| **UF100b.** | Arlan-Brochure discloses a data connector incorporated with a device. |
| **UF100d.** | Arlan-Derfler discloses a data connector incorporated with a device. |
| **UF100g.** | Arlan-Zenko discloses a data connector incorporated with a device. |
| **UF102a.** | ARLAN 450 discloses a wireless data receiver incorporated with a device. |
| **UF102b.** | Arlan-Brochure discloses a wireless data receiver incorporated with a device. |
| **UF102d.** | Arlan-Derfler discloses a wireless data receiver incorporated with a device. |
| **UF102g.** | Arlan-Zenko discloses a wireless data receiver incorporated with a device. |
| **UF103a.** | ARLAN 450 discloses a wireless data transmitter/receiver incorporated with a device. |
| **UF103b.** | Arlan-Brochure discloses a wireless data transmitter/receiver incorporated with a device. |

**UF103d.**     Arlan-Derfler discloses a wireless data transmitter/receiver incorporated with a device.

**UF103g.**     Arlan-Zenko discloses a wireless data transmitter/receiver incorporated with a device.

**UF104a.**     ARLAN 450 discloses an external device providing a peripheral function for an electronic device.

**UF104b.**     Arlan-Brochure discloses an external device providing a peripheral function for an electronic device.

**UF104d.**     Arlan-Derfler discloses an external device providing a peripheral function for an electronic device.

**UF104g.**     Arlan-Zenko discloses an external device providing a peripheral function for an electronic device.

**UF105.**      Japanese Utility Model Publication Number JP2–8251 to inventors Junji Inoue and Yasushi Kuroiwa (Japanese Version at JIC 0001654– JIC 0001661 and English Translation at JIC 0001662– JIC 0001666) ("Inoue") is prior art to the '769 Patent.

**UF106.**      Inoue discloses a device with a first data interface unit, provided on one end of the device, for coupling to an electronic device.

**UF107.**      Inoue discloses a second data interface unit, provided on an opposing end of the device from the first data interface unit, for coupling to an external device.

**UF108.**      Inoue discloses a device with a first data interface unit, provided on one end of the device, for coupling to an electronic device, and a second data interface unit, provided on an opposing end of the device, for coupling to an external device.

**UF109.**      Inoue discloses a data connector on a device for transferring input information to an electronic device and output information from an electronic device.

**UF110.**      Inoue discloses a device with a connector for electrically connecting a device to an electronic device.

**UF111.**      Inoue discloses a device with a wireless data receiver for receiving input information from an external device via a wireless communication channel.

**UF112.**      Inoue discloses a data transfer circuit within the meaning of the asserted claims.

**UF113.**      Inoue discloses a device with a wireless data receiver that receives the input information from an external device via a radio communication channel.

**UF114.**      Inoue discloses a device with a wireless data transmitter for transmitting output information to an external device.

**UF115.**     Inoue discloses a device with a wireless data transmitter for transmitting output information to an external device and for receiving input information from an external device via a wireless communication channel.

**UF116.**     Inoue discloses a data transfer circuit for transferring input information to a data connector in response to receiving input information from a wireless data transmitter/receiver, and for transferring output information to a wireless data transmitter/receiver, in response to receiving output information by a data connector.

**UF117.**     Inoue discloses a device with a wireless data transmitter that transmits output information to an external device via a radio communication channel.

**UF118.**     Inoue discloses a device with a wireless data receiver that receives the input information from an external device via a radio communication channel.

**UF119.**     Inoue discloses a device with a wireless data transmitter/receiver that transmits output information to an external device and receives the input information from an external device via a radio communication channel.

**UF120.**     Inoue discloses an antenna coupled a wireless data transmitter/receiver.

**UF121.**     Inoue discloses a data connector incorporated with a device.

**UF122.**     Inoue discloses a wireless data receiver incorporated with a device.

**UF123.**     Inoue discloses a wireless data transmitter/receiver incorporated with a device.

**UF124.**     Inoue discloses an external device providing a peripheral function for an electronic device.

**UF125.**     U.S. Patent No. 5,043,721 to May titled Paging Accessory for Portable Information/Computing Devices (filed Dec. 18, 1989) (issued Aug. 27, 1991) (JIC 0002846 to JIC 0002853) is prior art to the '769 Patent.

**UF126.**     May discloses a device with a first data interface unit, provided on one end of the device, for coupling to an electronic device.

**UF127.**     May discloses a wireless radio receiver, provided on an opposing end of the device from the first data interface unit, for receiving data from an external device.

**UF128.**     May discloses a device with a first data interface unit, provided on one end of the device, for coupling to an electronic device, and a wireless radio receiver, provided on an opposing end of the device, for receiving data from an external device.

**UF129.**     May discloses a data connector on a device for transferring input information to an electronic device and output information from an electronic device.

**UF130.**   May discloses a device with a connector for electrically connecting the device to an electronic device.

**UF131.**   May discloses a device with a wireless data receiver for receiving input information from an external device via a wireless communication channel.

**UF133.**   May discloses a device with a wireless data receiver that receives the input information from an external device via a radio communication channel.

**UF134.**   May discloses a data connector incorporated with a device.

**UF135.**   May discloses a wireless data receiver incorporated with a device.

**UF136.**   May discloses an external device providing a peripheral function for an electronic device.

**UF141.**   The HP 82950A Modem Owner's Manual Series 80 from Hewlett Packard Printed in U.S.A. (January 1982) (JIC 004306-JIC 004365) ("HP82950A Owner's Manual") is prior art to the '769 Patent.

**UF145a.**   HP82950A discloses a device with a first data interface unit, provided on one end of the device, for coupling to an electronic device.

**UF145b.**   HP82950A Owner's Manual discloses a device with a first data interface unit, provided on one end of the device, for coupling to an electronic device.

**UF146a.**   HP82950A discloses a second data interface unit, provided on an opposing end of the device from the first data interface unit, for coupling to an external device.

**UF146b.**   HP82950A Owner's Manual discloses a second data interface unit, provided on an opposing end of the device from the first data interface unit, for coupling to an external device.

**UF147a.**   HP82950A discloses a device with a first data interface unit, provided on one end of the device, for coupling to an electronic device, and a second data interface unit, provided on an opposing end of the device, for coupling to an external device.

**UF147b.**   HP82950A Owner's Manual discloses a device with a first data interface unit, provided on one end of the device, for coupling to an electronic device, and a second data interface unit, provided on an opposing end of the device, for coupling to an external device.

**UF148a.**   HP82950A discloses a data connector on a device for transferring input information to an electronic device and output information from an electronic device.

**UF148b.**   HP82950A Owner's Manual discloses a data connector on a device for transferring input information to an electronic device and output information from an electronic device.

15

**UF149a.**   HP82950A discloses a device with a connector for electrically connecting a device to an electronic device.

**UF149b.**   HP82950A Owner's Manual discloses a device with a connector for electrically connecting a device to an electronic device.

**UF150a.**   HP82950A discloses a device with a data interface unit for coupling the device to an external device to transfer output information to the external device and input information from the external device.

**UF150b.**   HP82950A Owner's Manual discloses a device with a data interface unit for coupling the device to an external device to transfer output information to the external device and input information from the external device.

**UF151a.**   HP82950A discloses a data connector incorporated with a device.

**UF151b.**   HP82950A Owner's Manual discloses a data connector incorporated with a device.

**UF152a.**   HP82950A discloses a data transfer circuit within the meaning of the asserted claims.

**UF152b.**   HP82950A Owner's Manual discloses a data transfer circuit within the meaning of the asserted claims.

**UF153a.**   HP82950A discloses an external device providing a peripheral function for an electronic device.

**UF153b.**   HP82950A Owner's Manual discloses an external device providing a peripheral function for an electronic device.

**UF155.**   VIC20; The Friendly Computer from Commodore Business Machines, Inc. (1982) (JIC 0003769– JIC 0003791) ("VIC20"), is prior art to the '769 Patent.

**UF156b.**   VIC20 discloses a device with a first data interface unit, provided on one end of the device, for coupling to an electronic device.

**UF157b.**   VIC20 discloses a second data interface unit, provided on an opposing end of the device from the first data interface unit, for coupling to an external device.

**UF159b.**   VIC20 discloses a data connector on a device for transferring input information to an electronic device and output information from an electronic device.

**UF161b.**   VIC20 discloses a data interface unit for coupling the device to an external device to transfer output information to the external device and input information from the external device.

**UF162b.**   VIC20 discloses a data connector incorporated with a device.

**UF163b.**   VIC20 discloses a data transfer circuit within the meaning of asserted claims.

**UF164b.**   VIC20 discloses an external device providing a peripheral function for an electronic device.

**UF177.**   The ESI-2041A ShareSpool discloses a device with a first data interface unit, provided on one end of the device, for coupling to an electronic device.

**UF181.**   The ESI-2041A ShareSpool discloses a second data interface unit, provided on an opposing end of the device from the first data interface unit, for coupling to an external device.

**UF185.**   The ESI-2041A ShareSpool discloses a device with a first data interface unit, provided on one end of the device, for coupling to an electronic device, and a second data interface unit, provided on an opposing end of the device, for coupling to an external device.

**UF193.**   The ESI-2041A ShareSpool discloses a device with a connector for electrically connecting a device to an electronic device.

**UF197.**   The ESI-2041A ShareSpool discloses a device with a data interface unit for coupling the device to an external device to transfer output information to the external device and input information from the external device.

**UF201.**   The ESI-2041A ShareSpool discloses a data connector incorporated with a device.

**UF205.**   The ESI-2041A ShareSpool discloses a data transfer circuit within the meaning of the asserted claims.

**UF209.**   PCMCIA PC Card Standard Release 1.0 (November 1990) (FUJ0001365 *et seq.*) lists a publication date of November 1990 on its face and is prior art to the '769 Patent.

**UF213.**   The PCMCIA PC Card Standard Release 1.0 discloses a card with a first data interface unit, provided on one end of the card, for coupling to an electronic device.

**UF214.**   The PCMCIA PC Card Standard Release 1.0 discloses a data connector on a card for transferring input information to an electronic device and output information from an electronic device.

**UF215.**   The PCMCIA PC Card Standard Release 1.0 discloses a card with a connector for electrically connecting a card to an electronic device.

**UF216.**   The PCMCIA PC Card Standard Release 1.0 discloses a card to be inserted into a slot provided in an electronic device.

**UF217.**   The PCMCIA PC Card Standard Release 1.0 discloses a data connector incorporated with a card.

**UF228.**   Arai lists a publication date of February 1, 1991 on its face and is prior art to the '769 Patent.

**UF230.**   Arai Discloses a card with a first data interface unit, provided on one end of the card, for coupling to an electronic device.

**UF231.**   Arai Discloses a data connector on a card for transferring input information to an electronic device and output information from an electronic device.

**UF232.**   Arai Discloses a card with a connector for electrically connecting a card to an electronic device.

**UF233.**   Arai Discloses a card to be inserted into a slot provided in an electronic device.

**UF234.**   Arai Discloses a data connector incorporated with a card.

**UF235.**   Arai discloses an external device providing a peripheral function for an electronic device.

**UF236.**   International Patent Publication No. WO 90/13871 to Ades, published on November 15, 1990 is prior art to the '769 Patent.

**UF237.**   Ades discloses a device with a first data interface unit, provided on one end of the device, for coupling to an electronic device.

**UF239.**   Ades discloses a second data interface unit, provided on an opposing end of the device from the first data interface unit, for coupling to an external device.

**UF240.**   Ades discloses a device with a first data interface unit, provided on one end of the device, for coupling to an electronic device, and a second data interface unit, provided on an opposing end of the device, for coupling to an external device.

**UF241.**   Ades discloses a data connector on a device for transferring input information to an electronic device and output information from an electronic device.

**UF242.**   Ades discloses a device with a connector for electrically connecting a device to an electronic device.

**UF243.**   Ades discloses a device with a wireless data receiver for receiving input information from an external device via a wireless communication channel.

**UF244.**   Ades discloses a data transfer circuit within the meaning of the asserted claims.

**UF245.**   Ades discloses a device with a wireless data receiver that receives the input information from an external device via a radio communication channel.

**UF246.**   Ades discloses a device with a wireless data transmitter for transmitting output information to an external device.

**UF247.**   Ades discloses a device with a wireless data transmitter for transmitting output information to an external device and for receiving input information from an external device via a wireless communication channel.

**UF248.**   Ades discloses a data transfer circuit for transferring input information to a data connector in response to receiving input information from a wireless data transmitter/receiver, and for transferring output information to a wireless data transmitter/receiver, in response to receiving output information by a data connector.

**UF249.**   Ades discloses a device with a wireless data transmitter that transmits output information to an external device via a radio communication channel.

**UF250.**   Ades discloses a device with a wireless data receiver that receives the input information from an external device via a radio communication channel.

**UF251.**   Ades discloses a device with a wireless data transmitter/receiver that transmits output information to an external device and receives the input information from an external device via a radio communication channel.

**UF252.**   Ades Discloses an antenna coupled a wireless data transmitter/receiver.

**UF253.**   Ades discloses a data connector incorporated with a device.

**UF254.**   Ades discloses a wireless data receiver incorporated with a device.

**UF255.**   Ades discloses a wireless data transmitter/receiver incorporated with a device.

**UF256.**   Ades discloses an external device providing a peripheral function for an electronic device.

**UF269.**   Fujitsu filed suit against NETGEAR, D-Link Corporation, D-Link Systems, and Belkin on September 3, 2010.