# UNITED STATES DISTRICT COURT
## Judge Lucy H. Koh, Presiding
Courtroom 8, 4th Floor

## Civil Minute Order

Court Proceedings: Jury Trial Day Four, Monday, December 3, 2012
Case Number: 10-CV-03972 LHK

Time in Court: 6hr41min

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge

---

**TITLE:**

| FUJITSU LTD. | V. | BELKIN INTERNATIONAL, INC., et al, |
|---|---|---|
| PLAINTIFF(S) | | DEFENDANT(S) |

Attorneys present:
Robert Fram, Gary Rubman,
Philip Irwin, Jason Fowler,
Brianne Bharkhda

Attorneys present:
D. Enzminger, J. Wyde, D Bloch,
   M. Forbes for Belkin
J. Bovich, S. Herring, S. Baker,
   W. Overend for Netgear
D. Palmatier, V. Hao, S. Yang,
   M. Hopkins for D-Link

---

**PROCEEDINGS:   JURY TRIAL-DAY TWO**

| | |
|---|---|
| 8:58 a.m. | Counsel and the Court present, hearing held outside presence of the jury. |
| 9:00 a.m. | Jury now present, the matter continues with further playing of excerpts from video depositions.  Portions of depositions of Chang Chiayu and Robert Lin are read into the record.  Video excerpts from the depositions of Peter Newton, Gordon Mattingly, Alexander Mack, and Mei Chou are played. |
| 9:52 a.m | Witness Paul Meyer is sworn and testifies. |
| 10:32 a.m. | Jury is admonished and excused for the morning recess. The Court and counsel discuss matters. |
| 10:35 a.m. | Morning recess is taken. |
| 10:51 a.m. | All parties present examination of Witness Meyer continues. |
| 11:59 a.m. | The jury is admonished and excused for the noon recess.  Brief discussion held. |
| 12:05 p.m. | The noon recess. |

Page Two

| | |
|---|---|
| 1:03 p.m. | All parties present, examination of Witness Meyer resumes. |
| 2:24 p.m. | The witness is excused. |
| 2:29 p.m. | Plaintiff rests.  The afternoon recess is taken. |
| 2:45 p.m. | All parties present, Defendants' case begins.  Witness Richard T. Mihran is sworn and testifies. |
| 3:42 p.m. | Another short recess is taken. |
| 3:48 p.m. | All parties present, examination of Witess Mihran resumes. |
| 4:30 p.m. | The jury is admonished and excused for the day.  The Court and counsel discuss matters. |
| 4:37 p.m. | Court is adjourned until Tuesday, December 4, 2012 at 9:00 a.m. |

The following exhibits are received into Evidence:
PTX 26, 27, 32, 46, 64, 67, 70, 71,105, 115, 117, 118, 120, 123, 137a, 208, 256, 257, 273, 274, 321 (redacted); 124, 126, 133, 134, 148, 150, 152, 153, 159, 181-204, 217, 237-245, 301a, 302a, 303a, 304, 305.

DTX 148, 402, 506, 868 (previously for identification only, now admitted), 832, 833; 176, 324, 381, 410, 506, 525.

Joint Exhibits 2, 4 and 5, previously marked for identification, are admitted.

The following exhibits are marked for identification only:
PTX 306-320.