IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>        Plaintiff,<br><br>    v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING FUJITSU LIMITED'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE TO STATUS REPORT RE: EFFORTS TO NARROW THE CASE** |

1  This matter is currently before the Court on Plaintiff Fujitsu Limited's Administrative
2  Motion for Leave to File a Reply to Defendants' Response to Fujitsu's Status Report Re: Efforts
3  to Narrow the Case.  Having considered the Administrative Motion and supporting papers,
4  and for good cause shown,
5  IT IS HEREBY ORDERED THAT Fujitsu Limited's Administrative Motion for Leave to
6  File a Reply to Defendants' Response to Fujitsu's Status Report Re: Efforts to Narrow the Case
7  is GRANTED.
8  **IT IS SO ORDERED.**

10  DATED:  December 4, 2012

By: *Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

1

[PROPOSED] ORDER GRANTING FUJITSU'S ADMINISTRATIVE MOTION          CASE NO. 10-CV-03972-LHK (PSG)