1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| FUJITSU LIMITED, | Case No. 10-cv-03972-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING FUJITSU LIMITED'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE TO STATUS REPORT RE: EFFORTS TO NARROW THE CASE** |
| v. | |
| BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

1  This matter is currently before the Court on Plaintiff Fujitsu Limited's Administrative
2  Motion for Leave to File a Reply to Defendants' Response to Fujitsu's Status Report Re: Efforts
3  to Narrow the Case. Having considered the Administrative Motion and supporting papers,
4  and for good cause shown,
5  IT IS HEREBY ORDERED THAT Fujitsu Limited's Administrative Motion for Leave to
6  File a Reply to Defendants' Response to Fujitsu's Status Report Re: Efforts to Narrow the Case
7  is GRANTED.
8  **IT IS SO ORDERED.**

10  DATED: December 4, 2012

By: *Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

---

1

[PROPOSED] ORDER GRANTING FUJITSU'S ADMINISTRATIVE MOTION        CASE NO. 10-CV-03972-LHK (PSG)