John P. Bovich (SBN: 150688)
Email: jbovich@reedsmith.com
William R. Overend (SBN: 180209)
Email: woverend@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543–8700
Facsimile: (415) 391–8269
Attorneys for Defendant
NETGEAR, INC.

David Enzminger (SBN: 137065)
Email: denzminger@winston.com
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone: (213) 615–1700
Facsimile: (213) 615–1750

Attorneys for Defendants
Belkin International Inc. and Belkin, Inc.

[COUNSEL FOR PLAINTIFF FUJITSU AND OTHER DEFENDANTS LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>          Plaintiff,<br><br>   vs.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 10-cv-03972-LHK<br><br>**REVISED STIPULATION AND [PROPOSED] ORDER REGARDING SALES OF DEFENDANTS' ACCUSED PRODUCTS**<br><br>The Honorable Lucy H. Koh |

Pursuant to Northern District of California Civil Local Rules 7-1 and 7-12, Plaintiff Fujitsu Limited ("Fujitsu") and Defendants Belkin International, Inc., Belkin, Inc., D-Link Systems, Inc., and NETGEAR, Inc., (collectively, "Defendants") hereby submit the following Revised Stipulation and Proposed Order regarding the yearly net revenues for the card interface devices, kits and external devices of each Defendant that are at issue in the upcoming trial. Fujitsu and D-Link Corporation have not reached agreement regarding yearly net revenues for the card interface devices and kits sold by D-Link Corporation. This stipulation does not constitute an admission on the part of Defendants that all of the listed external device revenues should be included in the royalty base. [Doc. # 369.]

The parties have met and conferred, and have agreed that Exhibit 1 accurately reflects the yearly net revenues of each Belkin accused card interface device, kits and external devices at issue in the upcoming trial, Exhibit 2 accurately reflects the yearly net revenues of each D-Link Systems accused card interface device, kit and external device at issue in the upcoming trial sold by D-Link Systems and Exhibit 3 accurately reflects the yearly net revenues of each NETGEAR accused card interface device, kit and external device at issue in the upcoming trial.

THEREFORE, IT IS HEREBY STIPULATED, AGREED AND REQUESTED that the Court enter an Order providing that Exhibits 1, 2 and 3 attached hereto shall be deemed for purposes of the upcoming trial to accurately reflect the yearly net revenues of each of Defendants' accused card interface devices, kits and external devices at issue in that trial.

Date: November 16, 2012

REED SMITH LLP
BY: /s/ William R. Overend [1]
John P. Bovich (CA Bar No. 150688)
E-mail: jbovich@reedsmith.com
William R. Overend (CA Bar No. 180209)
E-mail: woverend@reedsmith.com
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –

| | |
|---|---|
| | Telephone:  (415) 543-8700 |
| | Facsimile:  (415) 391-8269 |
| | |
| | Attorneys for Defendant NETGEAR, INC. |
| Date:  November 16, 2012 | |
| | By: /s/ Victoria Der Lung Hao |
| | |
| | Duncan Palmatier (CA Bar No. 116692) |
| | E-mail:  dpalm@dpalmlaw.com |
| | S.J. Christine Yang (CA Bar No. 102048) |
| | E-mail:  cyang@sjclawpc.com |
| | Victoria Der-Lung Hao (Pro Hac Vice) |
| | E-mail:  vhao@sjclawpc.com |
| | The Law Office of S.J. Christine Yang |
| | 17220 Newhope Street, Suites 101 & 102 |
| | Fountain Valley, CA 92708 |
| | Telephone:      (714) 641-4022 |
| | Facsimile:      (714) 641-2082 |
| | Attorneys For Defendant  D-LINK SYSTEMS, INC.. |
| Date:  November 16, 2012 | Winston & Strawn LLP |
| | By: /s/ David Enzminger |
| | |
| | David Enzminger (CA Bar No. 137065) |
| | E-mail:  denzminger@winston.com |
| | Winston & Strawn LLP |
| | 333 S. Grand Avenue |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 615-1780 |
| | Facsimile: (213) 615-1750 |
| | Attorneys for Defendants BELKIN INTERNATIONAL INC. AND BELKIN, INC. |
| Dated:  November 16, 2012 | Covington & Burling LLP |
| | By: /s/ GaryM. Rubman |
| | |
| | Robert D. Fram  (CA Bar No. 126750) |
| | E-mail:  rfram@cov.com |
| | Thomas E. Garten (CA Bar No. 247122) |
| | E-mail:  tgarten@cov.com |
| | Covington & Burling LLP |
| | One Front Street |
| | San Francisco, CA 94111-5356 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REVISED STIPULATION AND [PROPOSED] ORDER REGARDING SALES OF
DEFENDANTS' ACCUSED PRODUCTS

CASE NO. 10-CV-03972-LHK (PSG)

US_ACTIVE-107878921.1

– 3 –

|  |  |
|---|---|
| Telephone: | 415.591.6000 |
| Facsimile: | 415.591.6091 |

Philip A. Irwin (pirwin@cov.com)
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:    212.841.1000
Facsimile:    212.841.1010

Gary M. Rubman (grubman@cov.com)
R. Jason Fowler (jfowler@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:    202.662.6000
Facsimile:    202.662.6291

Attorneys for Plaintiff and Counterclaim Defendant FUJITSU LIMITED

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE:  December 4   , 2012         By: _____*Lucy H. Koh*_____
                                        The Honorable Lucy H. Koh
                                        United States District Court Judge