UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; NETGEAR, INC.; ZYXEL COMMUNICATIONS CORPORATION; and ZYXEL COMMUNICATIONS, INC.,<br><br>　　　　Defendants. | Case No.: 10-CV-03972-LHK<br><br>ORDER RE: FINAL JURY INSTRUCTIONS AND VERDICT FORM |

The parties' joint proposed and disputed final jury instructions and final verdict forms, to be filed on December 6, 2012, shall include the original signatures of lead counsel from each of the parties, following an in-person meet and confer of lead counsel from each of the parties regarding these documents.

**IT IS SO ORDERED.**

Dated: December 4, 2012

_____
LUCY H. KOH
United States District Judge