| | |
|---|---|
| David Enzminger (SBN: 137065)<br>Email: denzminger@winston.com<br>David S. Bloch (SBN: 184530)<br>Email: dbloch@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071–1543<br>Telephone: (213) 615–1700<br>Facsimile: (213) 615–1750<br><br>Attorneys for Defendants<br>BELKIN INTERNATIONAL INC.<br>AND BELKIN, INC. | Duncan Palmatier (SBN 116692)<br>Email: dpalm@dpalmlaw.com<br>S. J. Christine Yang (SBN 102048)<br>Email: cyang@sjclawpc.com<br>Victoria Hao (Admitted Pro Hac Vice)<br>Email: vhao@sjclawpc.com<br>LAW OFFICES OF S.J. CHRISTINE YANG<br>17220 Newhope Street, Suites 101 and 102<br>Fountain Valley, CA 92708<br>Telephone: (714) 641–4022<br>Facsimile: (714) 641–2082<br><br>Attorneys for Defendants D-LINK<br>SYSTEMS, INC. and D-LINK CORP. |

John P. Bovich (SBN: 150688)
Email: jbovich@reedsmith.com
William R. Overend (SBN: 180209)
Email: woverend@reedsmith.com
Seth B. Herring (SBN: 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543–8700
Facsimile: (415) 391–8269

Attorneys for Defendant
NETGEAR, INC.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br>           Plaintiff,<br>     v.<br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br>           Defendant.<br>AND RELATED COUNTERCLAIMS | Case No. 10–cv–03972–LHK (PSG)<br><br>**JOINT SUBMISSION REGARDING WITNESSES FOR DECEMBER 7, 2012** |

After a meet-and-confer among lead counsel for each party, the parties make this joint submission regarding the upcoming witnesses.

Defendants have identified the following witnesses who they believe will testify on Friday, December 7, 2012:

1. O'Hare (completion of video)
2. Kurland (fact witness)
3. Kelley (fact witness)
4. Yoches (fact witness)
5. Wang (fact witness)
6. Lin (fact witness testifying in Mandarin)
7. Chao (fact witness)
8. Busse (fact witness)

Defendants identified a large number of potential exhibits associated with these 8 witnesses, and also identified for December 7 the following three additional witnesses (with exhibits) who were designated to follow the 8 identified above:

9. Brody (expert witness)
10. Mangum (expert witness)
11. Leonard (expert witness)

The parties believe the examinations and cross-examinations of the first 8 of these witnesses will likely take the full day. In the interests of not burdening the Court or the jury with a large number of witnesses and exhibits, the parties jointly request that Friday's examinations end after the 8th witness (Busse). In the event that Mr. Busse's direct and cross examinations are completed prior to 4:30 pm, the parties respectfully request that the jury be allowed to leave early and that neither side be penalized for any remaining time. Defendants expect to rest on Monday.

Respectfully submitted,

| | |
|---|---|
| 1 | /s/     David S. Bloch[1] |
| 2 | David Enzminger (SBN: 137065) |
|   | Email:  denzminger@winston.com |
| 3 | WINSTON & STRAWN LLP |
|   | 333 S. Grand Avenue |
| 4 | Los Angeles, CA 90071–1543 |
|   | Telephone:    (213) 615–1700 |
| 5 | Facsimile:     (213) 615–1750 |

David S. Bloch (SBN: 184530)
Email: dbloch@winston.com
WINSTON & STRAWN LLP
101 California St.
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Joshua Wyde (*Pro Hac Vice*)
Email: jwyde@winston.com
Michael J. Forbes (*Pro Hac Vice*)
Email:  mforbes@winston.com
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX  77002
Telephone:    (713) 651–2600
Facsimile:     (713) 651–2700
Attorneys for Defendants
BELKIN INTERNATIONAL INC. AND BELKIN, INC.

/s/     John P. Bovich
John P. Bovich (SBN 150688)
Email: jbovich@reedsmith.com
William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
Seth B. Herring (SBN 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105–3659
Telephone:    (415) 543–8700
Facsimile:     (415) 391–8269
Attorneys for Defendant NETGEAR, INC.

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

|   |   |
|---|---|
| 1 | /s/     Duncan Palmatier |
| 2 | Duncan Palmatier (SBN 116692)<br>Email: dpalm@dpalmlaw.com |
| 3 | S. J. Christine Yang (SBN 102048)<br>Email: cyang@sjclawpc.com |
| 4 | Victoria Hao (Admitted Pro Hac Vice)<br>Email: vhao@sjclawpc.com |
| 5 | LAW OFFICES OF S.J. CHRISTINE YANG |
| 6 | 17220 Newhope Street, Suites 101 and 102<br>Fountain Valley, CA 92708 |
| 7 | Telephone:    (714) 641–4022<br>Facsimile:     (714) 641–2082 |
| 8 | Attorneys for Defendants D-LINK SYSTEMS, INC.<br>and D-LINK COMMUNICATIONS, INC. |
| 9 |  |
| 10 | COVINGTON & BURLING LLP |
| 11 | By: __/s/_____ |
| 12 |  |
| 13 | Robert D. Fram (rfram@cov.com)<br>Thomas E. Garten (tgarten@cov.com) |
| 14 | Jeffrey T. Pearlman (jpearlman@cov.com)<br>COVINGTON & BURLING LLP |
| 15 | One Front Street<br>San Francisco, CA 94111-5356 |
| 16 | Telephone: 415.591.6000<br>Facsimile: 415.591.6091 |
| 17 |  |
| 18 | Philip A. Irwin (pirwin@cov.com)<br>COVINGTON & BURLING LLP |
| 19 | The New York Times Building<br>620 Eighth Avenue |
| 20 | New York, NY 10018-1405<br>Telephone:    212.841.1000<br>Facsimile:     212.841.1010 |
| 21 |  |
| 22 | Gary M. Rubman (grubman@cov.com)<br>R. Jason Fowler (jfowler@cov.com) |
| 23 | William E. Zapf (wzapf@cov.com)<br>Brianne Bharkhda (bbharkhda@cov.com) |
| 24 | COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW |
| 25 | Washington, DC 20004-2401<br>Telephone:    202.662.6000 |
| 26 | Facsimile:     202.662.6291<br>Attorneys for Plaintiff<br>FUJITSU LIMITED |
| 27 |  |
| 28 |  |