**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; NETGEAR, INC.; ZYXEL COMMUNICATIONS CORPORATION; and ZYXEL COMMUNICATIONS, INC.,<br><br>　　　　　　　Defendants. | Case No.: 10-CV-03972-LHK<br><br>ORDER RE WITNESSES FOR DECEMBER 7, 2012 |

Pursuant to the Joint Submission Regarding Witnesses for December 7, 2012, filed by Plaintiff Fujitsu Limited and Defendants Belkin International, Inc., D-Link Corporation, D-Link Systems, Inc., and Netgear, Inc., the examinations and cross-examinations scheduled for Friday, December 7, 2012, will conclude after Defendants' eighth witness, Brian Busse. ECF No. 485. Should Mr. Busse's direct and cross examinations be completed prior to 4:30 pm, the jury will be allowed to leave early. Neither side will be penalized for any remaining time.

**IT IS SO ORDERED.**

Dated: December 5, 2012

　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge