John P. Bovich (SBN: 150688)
Email: jbovich@reedsmith.com
William R. Overend (SBN: 180209)
Email: woverend@reedsmith.com
Seth B. Herring (SBN: 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543–8700
Facsimile: (415) 391–8269

Attorneys for Defendant
NETGEAR, INC.

David Enzminger (SBN: 137065)
Email: denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendants

BELKIN INTERNATIONAL INC. AND BELKIN, INC.

[COUNSEL FOR FUJITSU AND OTHER DEFENDANTS LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>Defendants. | Case No. 10-cv-03972-LHK<br><br>**CERTIFICATION OF COUNSEL**<br><br>Honorable Lucy H. Koh |

1  Pursuant to the Court's Order (11/30/12 Amended TR 598:15-18) lead counsel for each party
2  hereby certifies that they have met and conferred regarding objections to the testimony scheduled for
3  Friday, December 7, 2012.

5  December 5, 2012

By: _____
John P. Bovich (CA Bar No. 150688)
E-mail: jbovich@reedsmith.com
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendant NETGEAR, INC.

By: _____
David Enzminger (SBN: 137065)
Email: denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone:(213) 615–1700
Facsimile:(213) 615–1750

Attorneys for Defendants
BELKIN INTERNATIONAL INC. AND
BELKIN, INC.

_____
Duncan Palmatier (SBN 116692)
Email: dpalm@dpalmlaw.com
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suites 101 and 102
Fountain Valley, CA 92708
Telephone: (714) 641–4022
Facsimile: (714) 641–2082
Attorneys for Defendants D-LINK
CORPORATION, and D-LINK SYSTEMS,
INC.

//
//
//

Case No. 3:10-CV-03972-LHK

Certification of Counsel

| | |
|---|---|
| 1 | |
| 2 | By _____[signature]_____<br>Robert D. Fram (rfram@cov.com)<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA 94111-5356<br>Telephone:   (415) 591-6000<br>Facsimile:    (415) 591-6091<br>Attorneys for Plaintiff and Counterclaim<br>Defendant FUJITSU LIMITED |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 3:10-CV-03972-LHK

Certification of Counsel