Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
Jeffrey T. Pearlman (jpearlman@cov.com) (CA Bar No. 254759)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:   415.591.6000
Facsimile:   415.591.6091

Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:   212.841.1000
Facsimile:   212.841.1010

Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
William E. Zapf (wzapf@cov.com) (admitted *pro hac vice*)
Brianne Bharkhda (bbharkhda@cov.com) (admitted *pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:   202.662.6000
Facsimile:   202.662.6291

Attorneys for Plaintiff Fujitsu Limited

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>          Plaintiff,<br><br>     v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>          Defendants. | Case No. 10-cv-03972-LHK (PSG)<br><br>**NOTICE REGARDING TIME ALLOCATIONS FOR DEPOSITION DESIGNATIONS USED IN COURT**<br><br>**Judge: Hon. Lucy H. Koh** |
| AND RELATED COUNTERCLAIMS | |

To assist the Court in determining the allocations of trial time used by both sides, Fujitsu respectfully submits the following chart showing the amount of time for each deposition designation used during Fujitsu's case-in-chief that should be allocated to Defendants to account for Defendants' counter-designations:

| Witness | Total Time for All Designations | Time for Defendants' Counter-Designations |
|---|---|---|
| Busse | 6:19 | 0:00 |
| Chang | read in court | 0:00 |
| Chen | 11:05 | 0:40 |
| Chou | 2:15 | 2:02 |
| Flower | 2:15 | 0:00 |
| Henry | 25:20 | 4:02 |
| Kelley | 8:56 | 2:56 |
| Lam | 3:58 | 0:10 |
| Mack | 8:09 | 0:21 |
| Mattingly | 0:59 | 0:00 |
| Newton | 7:26 | 0:58 |
| R. Lin | read in court | 0:00 |
| S. Lin | 28:54 | 10:48 |
| Wang | 53:26 | 0:00 |
| **Total** | | **21:57** |

As indicated in the chart, Defendants' counter-designations accounted for slightly under 22 minutes of time.  Fujitsu has not attributed to Defendants any of the time for counter-designations that the Court previously concluded should count against Fujitsu's allotted time.

Fujitsu provided the above chart to Defendants' counsel yesterday and asked for Defendants to identify any disagreements.  Defendants' counsel did not respond to Fujitsu's email from yesterday or to a follow-up email sent earlier today.

NOTICE REGARDING TIME ALLOCATIONS FOR
DEPOSITION DESIGNATIONS USED IN COURT

CASE NO. 10-CV-03972-LHK (PSG)

1

2

Respectfully submitted,

3

4
DATE:  December 6, 2012                    COVINGTON & BURLING LLP

5

By: /s/ Robert D. Fram
6

Robert D. Fram (rfram@cov.com)
7
Thomas E. Garten (tgarten@cov.com)
COVINGTON & BURLING LLP
8
One Front Street
San Francisco, CA 94111-5356
9
Telephone:    415.591.6000
Facsimile:    415.591.6091
10

Philip A. Irwin (pirwin@cov.com)
11
COVINGTON & BURLING LLP
The New York Times Building
12
620 Eighth Avenue
New York, NY 10018-1405
13
Telephone:   212.841.1000
Facsimile:    212.841.1010
14

Gary M. Rubman (grubman@cov.com)
15
R. Jason Fowler (jfowler@cov.com)
William E. Zapf (wzapf@cov.com)
16
Brianne Bharkhda (bbharkhda@cov.com)
COVINGTON & BURLING LLP
17
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
18
Telephone:    202.662.6000
Facsimile:    202.662.6291
19

Attorneys for Plaintiff
20
FUJITSU LIMITED

21

22

23

24

25

26

27

28

NOTICE REGARDING TIME ALLOCATIONS FOR                    CASE NO. 10-CV-03972-LHK (PSG)
DEPOSITION DESIGNATIONS USED IN COURT