

DTX0869