

**DTX0870**