

DTX0871