Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
Jeffrey T. Pearlman (jpearlman@cov.com) (CA Bar No. 254759)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:    415.591.6000
Facsimile:    415.591.6091

Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:    212.841.1000
Facsimile:    212.841.1010

Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
William E. Zapf (wzapf@cov.com) (admitted *pro hac vice*)
Brianne Bharkhda (bbharkhda@cov.com) (admitted *pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:    202.662.6000
Facsimile:    202.662.6291

Attorneys for Plaintiff Fujitsu Limited

[COUNSEL FOR DEFENDANTS LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>              Plaintiff,<br><br>       v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>              Defendants. | Case No. 10-cv-03972-LHK (PSG)<br><br>**LIST OF EXHIBITS ADMITTED INTO EVIDENCE AT TRIAL AND MARKED FOR IDENTIFICATION AS OF DECEMBER 4, 2012**<br><br>**Judge: Hon. Lucy H. Koh** |
| AND RELATED COUNTERCLAIMS | |

From November 26 through December 4, 2012, the following exhibits were admitted into evidence, subject to the following limiting instructions, and the following exhibits were marked for identification:

### *Plaintiff's Exhibits*

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| PTX 2 | '769 Patent with Reexamination Certificates | 11/27/12 | Ozawa direct | None |
| PTX 3 | Belkin F5D7010 Card User Manual | 11/30/12 | Williams direct | None |
| PTX 4 | Belkin F5D7010 Card Packaging Design | 11/30/12 | Williams direct | None |
| PTX 5 | Belkin F5D7010 Card Packaging Design | 11/30/12 | Williams direct | None |
| PTX 7 | Belkin F5D7010 Card Product Specification | 11/30/12 | Williams direct | None |
| PTX 8 | Belkin F5D7010 Card Physical Sample and Product Packaging | 11/30/12 | Williams direct | None |
| PTX 9 | Belkin F5D8010 Card User Manual | 11/30/12 | Williams direct | None |
| PTX 10 | Belkin Wireless Pre-N Networking Brochure | 11/30/12 | Williams direct | None |
| PTX 11 | Belkin F5D8010 Card Product Review | 11/30/12 | Williams direct | None |
| PTX 12 | Belkin F5D8010 Card Physical Sample and Product Packaging | 11/30/12 | Williams direct | None |
| PTX 13 | Belkin F5D6020 / F5D6000 User Manual | 11/30/12 | Williams direct | None |
| PTX 14 | Belkin F5D6020 Card Packaging Design | 11/30/12 | Williams direct | None |
| PTX 15 | Belkin F5D6020 Card Datasheet | 11/30/12 | Williams direct | None |
| PTX 16 | Belkin F5D6020 Card Physical Sample and Product Packaging | 11/30/12 | Williams direct | None |
| PTX 17 | Belkin F5D7230 Router User | 11/30/12 | Williams | None |

1

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| | Manual | | direct | |
| PTX 18 | Belkin F5D7230 Website Page | 11/30/12 | Williams direct | None |
| PTX 19 | Belkin F5D7230 Router Physical Sample and Product Packaging | 11/30/12 | Williams direct | None |
| PTX 20 | Belkin F5D8230 Router User Manual | 11/30/12 | Williams direct | None |
| PTX 22 | Belkin F5D6130 Router User Manual | 11/30/12 | Williams direct | None |
| PTX 23 | Belkin F5D8236 Router User Manual | 11/30/12 | Williams direct | None |
| PTX 24 | Belkin F5D8236 Website Page | 11/30/12 | Williams direct | None |
| PTX 26 | 2/25/09 email from L. Kurland to C. Flower | 12/3/12 | Flower Deposition | None |
| PTX 27 | 2/25/09 emails between L. Kurland and C. Flower | 12/3/12 | Flower Deposition | None |
| PTX 28 | D-Link DWL-G630 Card User Manual | 11/30/12 | Williams direct | None |
| PTX 29 | D-Link DWL-G630 Card Installation Guide | 11/30/12 | Williams direct | None |
| PTX 30 | D-Link DWL-G630 Card Datasheet | 11/30/12 | Williams direct | None |
| PTX 31 | D-Link DWL-G630 Card Testing | 11/30/12 | Williams direct | None |
| PTX 32 | D-Link DWL-G630 Card Product Announcement | 12/3/12 | R. Lin Deposition | None |
| PTX 33 | D-Link DWL-G630 Card Physical Sample and Product Packaging | 11/30/12 | Williams direct | None |
| PTX 34 | D-Link DWL-650+ Card User Manual | 11/30/12 | Williams direct | None |
| PTX 35 | D-Link DWL-650+ Card Installation Guide | 11/30/12 | Williams direct | None |
| PTX 37 | D-Link DWL-650+ Card Datasheet | 11/30/12 | Williams | None |

2

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| | | | direct | |
| PTX 38 | D-Link DWL-650+ Card Packaging Design | 11/30/12 | Williams direct | None |
| PTX 40 | D-Link DWL-650 Card User Manual | 11/30/12 | Williams direct | None |
| PTX 41 | D-Link DWL-650 Card Product Specification | 11/30/12 | Williams direct | None |
| PTX 42 | D-Link DWL-650 Card Physical Sample and Product Packaging | 11/30/12 | Williams direct | None |
| PTX 43 | D-Link DI-524 Router User Manual | 11/30/12 | Williams direct | None |
| PTX 44 | D-Link DI-524 Router Installation Guide | 11/30/12 | Williams direct | None |
| PTX 45 | D-Link DI-524 Router Datasheet | 11/30/12 | Williams direct | None |
| PTX 46 | D-Link DI-524 Router Test Report | 12/3/12 | Wang Deposition | None |
| PTX 49 | D-Link DWL-900AP+ Access Point User Manual | 11/30/12 | Williams direct | None |
| PTX 50 | D-Link DWL-900AP+ Access Point Installation Guide | 11/30/12 | Williams direct | None |
| PTX 51 | D-Link DWL-900AP+ Access Point Datasheet | 11/30/12 | Williams direct | None |
| PTX 52 | D-Link DWL-900AP+ Access Point Datasheet | 11/30/12 | Williams direct | None |
| PTX 53 | D-Link DWL-900AP+ Access Point Packaging Design | 11/30/12 | Williams direct | None |
| PTX 55 | D-Link DWL-1000AP Access Point Installation Guide | 11/30/12 | Williams direct | None |
| PTX 56 | D-Link DWL-1000AP Access Point Packaging Design | 11/30/12 | Williams direct | None |
| PTX 58 | D-Link DWL1000AP Access Point Product Specification | 11/30/12 | Williams direct | None |

3

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| PTX 59 | D-Link DWL-2100AP Access Point User Manual | 11/30/12 | Williams direct | None |
| PTX 60 | D-Link DWL-2100AP Access Point User Manual | 11/30/12 | Williams direct | None |
| PTX 61 | D-Link DWL-2100AP Access Point Installation Guide | 11/30/12 | Williams direct | None |
| PTX 63 | D-Link DWL-2100AP Access Point Test Report | 11/30/12 | Williams direct | None |
| PTX 64 | D-Link Holiday Advertisement for DWL-923 Kit | 12/3/12 | Wang Deposition | None |
| PTX 65 | D-Link Del Lago Case Study | 11/30/12 | Williams direct | None |
| PTX 66 | D-Link Consumer Product Guide | 11/30/12 | Williams direct | None |
| PTX 67 | D-Link Delivers 802.11b Wireless Networking Press Release | 12/3/12 | Wang Deposition | None |
| PTX 70 | D-Link DWL-G650 Card Manual | 12/3/12 | R. Lin Deposition | None |
| PTX 71 | Email from R. Lin to John Lee attaching marketing presentation | 12/3/12 | R. Lin Deposition | None |
| PTX 72 | D-Link AirPlus Wireless Network | 11/30/12 | Williams direct | None |
| PTX 75 | NETGEAR WG511 Card Installation Manual | 11/30/12 | Williams direct | None |
| PTX 76 | NETGEAR WG511 Card Datasheet | 11/30/12 | Williams direct | None |
| PTX 77 | NETGEAR WG511 Card Packaging Design | 11/30/12 | Williams direct | None |
| PTX 79 | NETGEAR WG511 Card Testing | 11/30/12 | Williams direct | None |
| PTX 80 | NETGEAR WG511 Card Physical Sample and Product Packaging | 11/30/12 | Williams direct | None |
| PTX 81 | NETGEAR WAB501 Card User Manual | 11/30/12 | Williams direct | None |

4

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| PTX 82 | NETGEAR WAB501 Card Datasheet | 11/30/12 | Williams direct | None |
| PTX 84 | NETGEAR WAB501 Card Packaging Design | 11/30/12 | Williams direct | None |
| PTX 86 | NETGEAR MA401 Card Reference Guide | 11/30/12 | Williams direct | None |
| PTX 87 | NETGEAR MA401 Card User Guide | 11/30/12 | Williams direct | None |
| PTX 88 | NETGEAR MA401 Card Packaging Design | 11/30/12 | Williams direct | None |
| PTX 90 | NETGEAR WGR614 Wireless Router Setup Manual | 11/30/12 | Williams direct | None |
| PTX 91 | NETGEAR WGR614 Router Datasheet | 11/30/12 | Williams direct | None |
| PTX 92 | NETGEAR WGR614 Router Packaging Design | 11/30/12 | Williams direct | None |
| PTX 94 | NETGEAR WAB102 Access Point User Manual | 11/30/12 | Williams direct | None |
| PTX 95 | NETGEAR WAB102 Access Point Datasheet | 11/30/12 | Williams direct | None |
| PTX 96 | NETGEAR WAB102 Access Point Packaging Design | 11/30/12 | Williams direct | None |
| PTX 98 | NETGEAR ME102 Access Point Installation Guide | 11/30/12 | Williams direct | None |
| PTX 99 | NETGEAR ME102 Access Point Packaging Design | 11/30/12 | Williams direct | None |
| PTX 100 | NETGEAR ME102 Access Point Physical Sample and Product Packaging | 11/30/12 | Williams direct | None |
| PTX 101 | NETGEAR WNR834B Router User Manual | 11/30/12 | Williams direct | None |
| PTX 102 | NETGEAR WNR834B Router Datasheet | 11/30/12 | Williams direct | None |
| PTX 103 | NETGEAR WGB511 Kit Datasheet | 11/30/12 | Williams direct | None |

5

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| PTX 104 | NETGEAR Wireless FAQ | 11/30/12 | Williams direct | None |
| PTX 105 | NETGEAR PCM P4 Development & Launch Evaluation | 12/3/12 | Henry Deposition | None |
| PTX 109 | Tim Williams Curriculum Vitae | 11/30/12 | Williams direct | None |
| PTX 110 | U.S. Patent 6,218,930 (Network-1) | 11/30/12 | Williams direct | None |
| PTX 115 | 1/20/07 email from M. Chen of Belkin regarding "N1 v.4 Cost Down MRD" (attachments) | 12/3/12 | M. Chen Deposition | None |
| PTX 117 | 10/24/02 email from M. Chen of Belkin regarding LAN business plans (attachments) | 12/3/12 | Mr. Chen Deposition | None |
| PTX 118 | 10/13/02 email from M. Chen of Belkin regarding "VDC Report - The US Market for Network Accessories" (attachments) | 12/3/12 | M. Chen Deposition | None |
| PTX 120 | Settlement, Release, And Patent License Agreement between Belkin and CSIRO, dated April 24, 2009 | 12/3/12 | A. Mack Deposition | None |
| PTX 123 | Email regarding "D-Link wireless strategy" | 12/3/12 | C. Chang Deposition | None |
| PTX 124 | D-Link presentation "AirPlus Wireless Network" | 12/3/12 | Meyer direct | None |
| PTX 126 | 9/20/02 email from R. Lin to J. Lee regarding "Help for some marketing material" (attachments) | 12/3/12 | Meyer direct | None |
| PTX 129 | Settlement Agreement between D-Link and Network-1 Security Solutions | 11/30/12 | Williams direct | None |
| PTX 133 | D-Link 2001 Annual Report | 12/3/12 | Meyer direct | None |

LIST OF EXHIBITS ADMITTED INTO EVIDENCE AT TRIAL                    CASE NO. 10-CV-03972-LHK (PSG)
AS OF DECEMBER 4, 2012

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|-------------|-------------|---------------|---------|---------------------|
| PTX 134 | D-Link 2002 Annual Report | 12/3/12 | Meyer direct | None |
| PTX 136 | NETGEAR Wireless Access Point & PC Card Product Requirements Document | 11/30/12 | Williams direct | None |
| PTX 137a | NETGEAR Presentation titled "Product Council Meeting, Phase 1 Review, WAB102 Access Point and WAB501 PC Card | 12/3/12 | Henry Deposition | None |
| PTX 143 | Settlement Agreement between NETGEAR and Network-1 Security Solutions | 11/30/12 | Williams direct | None |
| PTX 148 | "3Com readies new wireless technology," CNET News, May 6, 1999 | 12/3/12 | Meyer direct | None |
| PTX 150 | "Cahners In-Stat Research Highlights: Wireless LANs Set to Take Off" (Mar. 1, 2000) | 12/3/12 | Meyer direct | None |
| PTX 152 | In-Stat MDR, "Wi-Fi Inside: The Embedded Wi-Fi Paradigm," August 2004 | 12/3/12 | Meyer direct | None |
| PTX 153 | "The IT Supply Chain: Fourth Quarter Demand Survey," Raymond James Equity Research, December 7, 2001 | 12/3/12 | Meyer direct | None |
| PTX 159 | "The Wi-Fi Boom; Out and About, and Online," The New York Times, dated December 12, 2002 | 12/3/12 | Meyer direct | None |
| PTX 181 | Summary Belkin Marketing Requirement Documents Accused Products | 12/3/12 | Meyer direct | None |
| PTX 182 | Belkin Marketing Requirement Document -- Email dated 6/29/2007 | 12/3/12 | Meyer direct | None |

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| PTX 183 | Belkin Marketing Requirement Document-- Attachment to email dated 6/29/2007 | 12/3/12 | Meyer direct | None |
| PTX 184 | Belkin Marketing Requirement Document -- Email dated 8/10/2006 | 12/3/12 | Meyer direct | None |
| PTX 185 | Belkin Marketing Requirement Document -- Attachment to email dated 8/10/2006 | 12/3/12 | Meyer direct | None |
| PTX 186 | Belkin Marketing Requirement Document -- Attachment to email dated 8/10/2006 | 12/3/12 | Meyer direct | None |
| PTX 187 | Belkin Marketing Requirement Document -- Email chain dated 10/31/2006 | 12/3/12 | Meyer direct | None |
| PTX 188 | Belkin Marketing Requirement Document -- Attachment to email dated 10/31/2006 | 12/3/12 | Meyer direct | None |
| PTX 189 | Belkin Marketing Requirement Document -- Attachment to email dated 10/31/2006 | 12/3/12 | Meyer direct | None |
| PTX 190 | Belkin Marketing Requirement Document -- Attachment to email dated 10/31/2006 | 12/3/12 | Meyer direct | None |
| PTX 191 | Belkin Marketing Requirement Document -- Email chain dated 3/29/2007 | 12/3/12 | Meyer direct | None |
| PTX 192 | Belkin Marketing Requirement Document -- Attachment to email dated 3/29/2007 | 12/3/12 | Meyer direct | None |
| PTX 193 | Belkin Marketing Requirement Document -- Attachment to email dated 3/29/2007 | 12/3/12 | Meyer direct | None |
| PTX 194 | Belkin Marketing Requirement Document -- Email chain dated 3/26/2007 regarding a F5D8011 card and a F5D8231-4 router | 12/3/12 | Meyer direct | None |

8

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| PTX 195 | Belkin Marketing Requirement Document -- Attachment to email dated 3/26/2007 regarding a F5D8011 card | 12/3/12 | Meyer direct | None |
| PTX 196 | Belkin Marketing Requirement Document -- Attachment to email dated 3/26/2007 regarding a F5D8231-4 router | 12/3/12 | Meyer direct | None |
| PTX 197 | Belkin Marketing Requirement Document -- Email chain dated 4/2/2007 regarding a wireless device, a F5D7230-4 router, and a F5D7231-4 router | 12/3/12 | Meyer direct | None |
| PTX 198 | Belkin Marketing Requirement Document -- Attachment to email dated 4/2/2007 regarding a F5D7231-4 router | 12/3/12 | Meyer direct | None |
| PTX 199 | Belkin Marketing Requirement Document -- Attachment to email dated 4/2/2007 | 12/3/12 | Meyer direct | None |
| PTX 200 | Belkin Marketing Requirement Document -- Attachment to email dated 4/2/2007 | 12/3/12 | Meyer direct | None |
| PTX 201 | Belkin Marketing Requirement Document -- Attachment to email dated 4/2/2007 | 12/3/12 | Meyer direct | None |
| PTX 202 | Belkin Marketing Requirement Document -- Attachment to email dated 4/2/2007 regarding a F5D7230-4 router | 12/3/12 | Meyer direct | None |
| PTX 203 | Belkin Marketing Requirement Document -- email chain and attachment dated 5/3/2007 | 12/3/12 | Meyer direct | None |
| PTX 204 | Belkin Marketing Requirement Document -- email and attachment dated 5/30/2007 | 12/3/12 | Meyer direct | None |
| PTX 208 | D-Link Systems, Inc. Financial Statements (2006 and 2007) | 12/3/12 | M. Chou Deposition | None |
| PTX 217 | Summary, Wired and Wireless Router ASP 2001 - 2006 | 12/3/12 | Meyer direct | None |

LIST OF EXHIBITS ADMITTED INTO EVIDENCE AT TRIAL
AS OF DECEMBER 4, 2012

CASE NO. 10-CV-03972-LHK (PSG)

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| PTX 237 | In-Stat MDR, 4Q 2003 WLAN Market Analysis, March 2004 | 12/3/12 | Meyer direct | None |
| PTX 238 | In-Stat MDR, 3Q05 WLAN Market Share Report, Dated 16 November 2005 | 12/3/12 | Meyer direct | None |
| PTX 239 | In-Stat, 3Q06 WLAN Market Share Report, December 2006 | 12/3/12 | Meyer direct | None |
| PTX 240 | In-Stat, 3Q07 WLAN Market Share Report, December 2007 | 12/3/12 | Meyer direct | None |
| PTX 241 | In-Stat, 3Q04 WLAN Market Share Report, November 2004 | 12/3/12 | Meyer direct | None |
| PTX 242 | In-Stat, 3Q08 WLAN Market Share Report, December 2008 | 12/3/12 | Meyer direct | None |
| PTX 243 | Evolving IP Marketplace - Comments Of Gregory K. Leonard, Ph.D. to the FTC | 12/3/12 | Meyer direct | None |
| PTX 244 | D-Link/Network 1 Royalty Report (Feb. 2011) | 12/3/12 | Meyer direct | None |
| PTX 245 | D-Link/Network 1 Royalty Report (Aug. 2008) | 12/3/12 | Meyer direct | None |
| PTX 256 | D-Link Presentation "Home Gateway Product Sales Guide," Dec. 2000 | 12/3/12 | Wang Deposition | None |
| PTX 257 | In-Stat, 2Q 2004 WLAN Market Share Report, August 2004 | 12/3/12 | Wang Deposition | None |
| PTX 273 | 8/30/04 opinion letter from R. Yoches regarding the validity of the Ozawa patent | 12/3/12 | C. Chang Deposition | None |
| PTX 274 | 5/24/11 opinion letter from R. Yoches regarding indirect infringement | 12/3/12 | C. Chang Deposition | None |
| PTX 280 | U.S. Patent No. 5,357,091 | 11/27/12 | Fuji direct | None |
| PTX 282f | Excerpt from the Certified Reissue File History for the Ozawa patent | 12/4/12 | Mihran direct | None |
| PTX 283a | Fujitsu's Reexamination Request | 11/27/12 | Fuji direct | None |

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| PTX 283p | PTO Office Action from Consolidated Reexamination File History | 11/27/12 | Fuji cross | None |
| PTX 283q | Fujitsu's Response to PTO Office Action from the Consolidated Reexamination File History | 11/27/12 | Fuji cross | None |
| PTX 284a | Belkin's 2006 Reexamination Request | 11/27/12 | Fuji direct | None |
| PTX 285b | Belkin's 2011 Reexamination Request | 11/27/12 | Fuji direct | None |
| PTX 285c | Information Disclosure Statement from the File of Belkin's 2011 Reexamination Request | 11/27/12 | Fuji direct | None |
| PTX 293 | D-Link DWL-G630 Card User Manual | 11/30/12 | Williams direct | None |
| PTX 295 | D-Link DI-524 Router User Manual | 11/30/12 | Williams direct | None |
| PTX 301a | Belkin:  Summary of Royalty Damages by Product (September 2004 - March 2012) | 12/3/12 | Meyer direct | None |
| PTX 302a | D-Link:  Summary of Royalty Damages by Product (September 2004 - April 2012) | 12/3/12 | Meyer direct | None |
| PTX 303a | NETGEAR:  Summary of Royalty Damages by Product (September 2004 - Q2 2012) | 12/3/12 | Meyer direct | None |
| PTX 304 | Wi-Fi Adapter Unit Sales (2002 - 2008) and Defendant Network Interface Card Market Share | 12/3/12 | Meyer direct | None |
| PTX 305 | Summary of Belkin, D-Link and NETGEAR Royalties for the selected products | 12/3/12 | Meyer direct | None |
| PTX 321 | Belkin's Response to Fujitsu's Request for Admission No. 40 | 12/3/12 | Williams direct | None |

11

***Defendants' Exhibits***

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| DTX 1 | U.S. Patent No. RE 36, 769 and Certificate of Correction | 12/4/12 | Mihran direct | None |
| DTX 32a | Bryan Cave claim charts re invalidity of '769 patent | 12/4/12 | Flower direct | Willfulness & Inducement |
| DTX 44 | Belkin/Bryan Cave emails re ARLAN | 12/4/12 | Flower direct | Willfulness & Inducement |
| DTX 49 | ARLAN Wireless Local Area Network System Description | 12/4/12 | Mihran direct | None |
| DTX 55 | ARLAN 450 Card | 12/4/12 | Mihran direct | None |
| DTX 59[1] | Derfler, Frank J., Jr., "The Next Wave: LANs Without Wire," PC Magazine, | 12/4/12 | Mihran direct | None |
| DTX 115 | Fujitsu PCI Gigabit Ethernet 4.1 Update2/5.0 for Oracle Solaris | 12/4/12 | Mihran direct | None |
| DTX 148 | Settlement and License Agreement between Linex Technologies and D-Link | 12/3/12 | Wang deposition | None |
| DTX 176 | Patent Assignment and License Agreement between Wi-LAN and Fujitsu | 12/3/12 | Meyer cross | None |
| DTX 188 | Zenko, Wallace, "Breakthrough in Radio Technology Offers New Application Options," Vehicle Navigation and Information Systems Conference, Conference Record pp. 384-388 | 12/4/12 | Mihran direct | None |
| DTX 202 | ESI-2041A ShareSpool | 12/4/12 | Mihran direct | None |
| DTX 207 | Hewlett-Packard LaserJet Series II Printer | 12/4/12 | Mihran direct | None |

---

[1]   Identified on the cover page of the 12/4/12 transcript as DTX 159, but described in the text as the Derfler reference (see p. 997:2, 1021:22).

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| DTX 210 | PC Card Standard 2.0 | 12/4/12 | Mihran direct | State of the Art |
| DTX 215 | Arai – Toshiba Technology Reports, Communication Unit Using Connector and Slot for IC Card | 12/4/12 | Mihran direct | None |
| DTX 217 | The Pocket Ethernet Adapter (advertisement), InfoWorld | 12/4/12 | Mihran direct | None |
| DTX 282 | Japanese Unexamined Published Patent Application No. 64(1989)-8492 (Murakami) | 12/3/12 | Mihran direct | None |
| DTX 324 | GPC & D-Link Patent License Agreement | 12/3/12 | Meyer cross | None |
| DTX 381 | CSIRO & D-Link Settlement and Patent License Agreement | 12/3/12 | Meyer cross | None |
| DTX 402 | 1/14/11 opinion letter from R. Yoches to Yang re validity of '769 patent | 12/3/12 | Chang deposition | None |
| DTX 410 | Settlement, Release and Patent License Agreement between CSIRO and NETGEAR | 12/3/12 | Meyer cross | None |
| DTX 434 | Letter from Baker Botts LLP to AirLink regarding the '769 patent | 11/30/2012 | Fuji cross | None |
| DTX 435 | Letter from Baker Botts LLP to Buffalo, Inc. regarding the '769 patent | 11/30/12 | Fuji cross | None |
| DTX 436 | Letter from Fujitsu to ePureData, Inc. regarding the '769 patent | 11/30/12 | Fuji cross | None |
| DTX 437 | Letter from Fujitsu to GigaFast USA regarding the '769 patent | 11/30/12 | Fuji cross | None |
| DTX 438 | Letter from Baker Botts LLP to SOHOware, Inc. regarding the '769 patent | 11/30/12 | Fuji cross | None |
| DTX 463 | Bryan Cave Presentation to Belkin on Ozawa '769 Patent | 12/4/12 | Flower direct | Willfulness & Inducement |

13

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| DTX 506 | Patent License Agreement between Acticon, General Patent Corporation and D-Link | 12/3/12 | Wang deposition | None |
| DTX 525 | License and Release Agreement between CSIRO and Fujitsu | 12/3/12 | Meyer cross | None |
| DTX 559 | U.S. Patent No. 5,043,721 (May) | 12/4/12 | Mihran direct | None |
| DTX 575 | Ozawa Invention Documents (in Japanese) | 11/27/12 | Ozawa cross | None |
| DTX 575b | Ozawa Invention Disclosure (in Japanese) | 11/27/12 | Ozawa direct | None |
| DTX 575c | Fujitsu Patent Evaluation Form (in Japanese) | 11/27/12 | Ozawa direct | None |
| DTX 580 | Declaration of Joint Inventors | 11/27/12 | Ozawa direct | None |
| DTX 595 | Japanese Patent Application No. S61-212140 (Mizutani) | 12/4/12 | Mihran direct | None |
| DTX 597 | Japanese Unexamined Published Patent Application No. 64(1989)-8492 (Murakami) | 12/4/12 | Mihran direct | None |
| DTX 599 | HP 82950A Modem | 12/4/12 | Mihran direct | None |
| DTX 600 | Series 80 HP Computer | 12/4/12 | Mihran direct | None |
| DTX 710 | HP 82950A Modem Owner's Manual Series 80 | 12/4/12 | Mihran direct | None |
| DTX 729[2] | Japanese Utility Model Application Publication No. H2-8251 ("Inoue") | 12/4/12 | Mihran direct | None |
| DTX 732 | Sony MSX Technical Data Book | 12/4/12 | Mihran cross | None |
| DTX 787 | Ozawa Invention Documents (in English) | 11/27/12 | Ozawa cross | None |

---

[2]   Identified on the cover page of the 12/3/12 transcript as DTX 727, but referred to in the text as DTX 729 (see p. 823:2-3).

14

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| DTX 787b | Ozawa Invention Disclosure (in English) | 11/27/12 | Ozawa direct | None |
| DTX 787c | Fujitsu Patent Evaluation Form (in Japanese) | 11/27/12 | Fuji direct | None |
| DTX 818 | PC Card Standard Release 1.0 | 11/27/12 | Fuji cross | None |
| DTX 832 | D-Link Sales Data | 12/3/12 | Meyer direct | None |
| DTX 833 | D-Link Sales Data | 12/3/12 | Meyer direct | None |
| DTX 868 | Fujitsu Response to Belkin Interrogatory No. 10 | 12/3/12 | Fuji cross | None |

### *Joint Exhibits*

| Exhibit No. | Description | Date Admitted | Witness | Limiting Instruction |
|---|---|---|---|---|
| JTX 1 | Joint Statement of Undisputed Facts | 11/27/12 | | None |
| JTX 2 | Stipulation Regarding Notice Letters | 12/3/12 | | None |
| JTX 3 | Stipulation Regarding Sales of Accused Products | 11/27/12 | | None |
| JTX 4 | Stipulation Regarding Belkin Entities | 12/3/12 | | None |
| JTX 5 | Stipulation that DTX 580 is not in '769 patent file history | 12/3/12 | | None |

### *Exhibits Submitted for Identification (not to be provided to the jury)*

| Exhibit No. | Description | Date used |
|---|---|---|
| PTX 306 | Chart correlating deposition exhibits with trial exhibits | 12/3/12 |
| PTX 307 | Busse transcript | 11/30/12 |
| PTX 308 | Lam transcript | 11/30/12 |
| PTX 309 | Henry transcript | 11/30/12 |

15

| Exhibit No. | Description | Date used |
|---|---|---|
| PTX 310 | Chen transcript | 11/30/12 |
| PTX 311 | Flower transcript | 11/30/12 |
| PTX 312 | S. Lin transcript | 11/30/12 |
| PTX 313 | Kelley transcript | 11/30/12 |
| PTX 314 | Wang transcript | 11/30/12 |
| PTX 315 | Chang transcript | 12/3/12 |
| PTX 316 | R. Lin transcript | 12/3/12 |
| PTX 317 | Newton transcript | 12/3/12 |
| PTX 318 | Mattingly transcript | 12/3/12 |
| PTX 319 | Mark transcript | 12/3/12 |
| PTX 320 | Chou transcript | 12/3/12 |
| DTX 869 | Claims 2 and 4 | 12/4/12 |
| DTX 870 | Claim 20 | 12/4/12 |
| DTX 871 | Claims 41, 47, and 48 | 12/4/12 |

Respectfully submitted,

DATE:  December 6, 2012          COVINGTON & BURLING LLP

By:  _/s/  Robert D. Fram_[3]_____

Robert D. Fram (rfram@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091

Attorneys for Plaintiff and Counterclaim
Defendant FUJITSU LIMITED

---

[3]   In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

DATE:  December 6, 2012

LAW OFFICE OF S.J. CHRISTINE YANG

By: /s/ Duncan Palmatier

Duncan Palmatier (CA Bar No. 116692)
E-mail:  dpalm@dpalmlaw.com
S.J. Christine Yang (CA Bar No. 102048)
E-mail:  cyang@sjclawpc.com
Victoria Der-Lung Hao (admitted *pro hac vice*)
E-mail:  vhao@sjclawpc.com
The Law Office of S.J. Christine Yang
17220 Newhope Street, Suites 101 & 102
Fountain Valley, CA  92708
Telephone:     (714) 641-4022
Facsimile:     (714) 641-2082

Attorneys for Defendants D-LINK CORPORATION
and D-LINK SYSTEMS, INC.

DATE:  December 6, 2012

WINSTON & STRAWN LLP

By: /s/ David Bloch

David Enzminger (CA Bar No. 137065)
E-mail:  denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA  90071
Telephone:  (213) 615-1780
Facsimile:  (213) 615-1750

David S. Bloch (CA Bar No. 184530)
E-mail:  dbloch@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400

Attorneys for Defendants BELKIN
INTERNATIONAL INC. and BELKIN, INC.

DATE:  December 6, 2012

REED SMITH LLP

By: /s/  John Bovich

William R. Overend (CA Bar No. 180209)
E-mail:  woverend@reedsmith.com
John P. Bovich (CA Bar No. 150688)
E-mail:  jbovich@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

Attorneys for Defendant NETGEAR, INC.

LIST OF EXHIBITS ADMITTED INTO EVIDENCE AT TRIAL                    CASE NO. 10-CV-03972-LHK (PSG)
AS OF DECEMBER 4, 2012