| | |
|---|---|
| David Enzminger (SBN: 137065)<br>Email: denzminger@winston.com<br>David S. Bloch (SBN: 184530)<br>Email: dbloch@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071–1543<br>Telephone:    (213) 615–1700<br>Facsimile:     (213) 615–1750<br><br>Attorneys for Defendants<br>BELKIN INTERNATIONAL INC. and<br>BELKIN, INC. | Duncan Palmatier (SBN 116692)<br>Email: dpalm@dpalmlaw.com<br>S. J. Christine Yang (SBN 102048)<br>Email: cyang@sjclawpc.com<br>Victoria Hao (Admitted Pro Hac Vice)<br>Email: vhao@sjclawpc.com<br>LAW OFFICES OF S.J. CHRISTINE YANG<br>17220 Newhope Street, Suites 101 and 102<br>Fountain Valley, CA 92708<br>Telephone: (714) 641–4022<br>Facsimile:  (714) 641–2082<br><br>Attorneys for Defendants D-LINK<br>SYSTEMS, INC. and D-LINK CORP. |

John P. Bovich (SBN: 150688)
Email: jbovich@reedsmith.com
William R. Overend (SBN: 180209)
Email: woverend@reedsmith.com
Seth B. Herring (SBN: 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:     (415) 543–8700
Facsimile:      (415) 391–8269

Attorneys for Defendant
NETGEAR, INC.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>           Plaintiff,<br><br>     v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>           Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10–cv–03972–LHK (PSG)<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION RE: FUJITSU'S PROPOSED ALLOCATION OF VIDEO TIME [Dkt. No. 492]**<br><br>**Trial Date:**    November 26, 2012<br>**Time:**           9:00 a.m.<br>**Location:**      Courtroom 4, 5th Floor<br><br>Hon. Lucy H. Koh |

1  Defendants have now had a chance to review the calculations set forth in Fujitsu's
2  Notice Regarding Time Allocations for Deposition Designations Used in Court (Dkt. No.
3  492) and agree with the calculations.  Thus, the Court should reallocate 21:57 of time in
4  connection with counter-designations of video deposition excerpts shown in Fujitsu's case
5  in chief.

Respectfully submitted,

*/s/      David S. Bloch*[1]
David Enzminger (SBN:  137065)
Email:  denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone:    (213) 615–1700
Facsimile:      (213) 615–1750

David S. Bloch (SBN: 184530)
Email: dbloch@winston.com
WINSTON & STRAWN LLP
101 California St.
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Joshua Wyde (*Pro Hac Vice*)
Email: jwyde@winston.com
Michael J. Forbes (*Pro Hac Vice*)
Email:  mforbes@winston.com
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX  77002
Telephone:    (713) 651–2600
Facsimile:      (713) 651–2700
Attorneys for Defendants
BELKIN INTERNATIONAL INC. and
BELKIN, INC.

*/s/      John P. Bovich*
John P. Bovich (SBN 150688)
Email: jbovich@reedsmith.com

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
Seth B. Herring (SBN 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105–3659
Telephone:    (415) 543–8700
Facsimile:      (415) 391–8269
Attorneys for Defendant NETGEAR, INC.

*/s/      Duncan Palmatier*

Duncan Palmatier (SBN 116692)
Email: dpalm@dpalmlaw.com
S. J. Christine Yang (SBN 102048)
Email: cyang@sjclawpc.com
Victoria Hao (Admitted Pro Hac Vice)
Email: vhao@sjclawpc.com
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suites 101 and 102
Fountain Valley, CA 92708
Telephone:    (714) 641–4022
Facsimile:      (714) 641–2082
Attorneys for Defendants D-LINK SYSTEMS, INC.
and D-LINK COMMUNICATIONS, INC.