1  David Enzminger (SBN: 137065)
   Email: denzminger@winston.com
2  David S. Bloch (SBN: 184530)
   Email: dbloch@winston.com
3  WINSTON & STRAWN LLP
   333 S. Grand Avenue
4  Los Angeles, CA 90071–1543
   Telephone:   (213) 615–1700
5  Facsimile:   (213) 615–1750

6  Attorneys for Defendants
   BELKIN INTERNATIONAL INC.
7  and BELKIN, INC.

   Duncan Palmatier (SBN 116692)
   Email: dpalm@dpalmlaw.com
   S. J. Christine Yang (SBN 102048)
   Email: cyang@sjclawpc.com
   Victoria Hao (Admitted Pro Hac Vice)
   Email: vhao@sjclawpc.com
   LAW OFFICES OF S.J. CHRISTINE YANG
   17220 Newhope Street, Suites 101 and 102
   Fountain Valley, CA 92708
   Telephone: (714) 641–4022
   Facsimile:  (714) 641–2082

8  Attorneys for Defendants D-LINK
   SYSTEMS, INC. and D-LINK CORP.

10 John P. Bovich (SBN: 150688)
   Email: jbovich@reedsmith.com
11 William R. Overend (SBN: 180209)
   Email: woverend@reedsmith.com
12 Seth B. Herring (SBN: 253907)
   Email: sherring@reedsmith.com
13 REED SMITH LLP
   101 Second Street, Suite 1800
14 San Francisco, CA  94105-3659
   Telephone:   (415) 543–8700
15 Facsimile:   (415) 391–8269

16 Attorneys for Defendant
   NETGEAR, INC.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10–cv–03972–LHK (PSG)<br><br>**WITNESS LIST FOR DECEMBER 10, 2012**<br><br>**Trial Date:**　November 26, 2012<br>**Time:**　　　9:00 a.m.<br>**Location:**　Courtroom 4, 5th Floor<br><br>Hon. Lucy H. Koh |

1     Notice is hereby given that Defendants intend to call the following witnesses in
2 their case in chief on December 10, 2012, in this order:
3         Robert Lin (cross only)
4         Bernard Chao (opinion counsel)
5         Charles Olson (NETGEAR)
6         Brian Busse (NETGEAR)
7         Russell Mangum (damages expert)
8         Greg Leonard (damages expert)

Respectfully submitted,

/s/    David S. Bloch[1]
David Enzminger (SBN: 137065)
Email: denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071–1543
Telephone:   (213) 615–1700
Facsimile:    (213) 615–1750

David S. Bloch (SBN: 184530)
Email: dbloch@winston.com
WINSTON & STRAWN LLP
101 California St.
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Joshua Wyde (*Pro Hac Vice*)
Email: jwyde@winston.com
Michael J. Forbes (*Pro Hac Vice*)
Email: mforbes@winston.com
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX  77002
Telephone:   (713) 651–2600
Facsimile:    (713) 651–2700

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

| | |
|---|---|
| 1 | Attorneys for Defendants |
| 2 | BELKIN INTERNATIONAL INC. AND BELKIN, INC. |

*/s/      John P. Bovich*

John P. Bovich (SBN 150688)
Email: jbovich@reedsmith.com
William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
Seth B. Herring (SBN 253907)
Email: sherring@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105–3659
Telephone:    (415) 543–8700
Facsimile:     (415) 391–8269
Attorneys for Defendant NETGEAR, INC.

*/s/      Duncan Palmatier*

Duncan Palmatier (SBN 116692)
Email: dpalm@dpalmlaw.com
S. J. Christine Yang (SBN 102048)
Email: cyang@sjclawpc.com
Victoria Hao (Admitted Pro Hac Vice)
Email: vhao@sjclawpc.com
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suites 101 and 102
Fountain Valley, CA 92708
Telephone:    (714) 641–4022
Facsimile:     (714) 641–2082
Attorneys for Defendants D-LINK SYSTEMS, INC. and D-LINK CORPORATION