UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; NETGEAR, INC.; ZYXEL COMMUNICATIONS CORPORATION; and ZYXEL COMMUNICATIONS, INC.,<br><br>　　　　Defendants. | Case No.: 10-CV-03972-LHK<br><br>ORDER DENYING D-LINK CORPORATION'S AND D-LINK SYSTEMS, INC.'S FED. R. CIV. P. 50(a) MOTION FOR JUDGMENT AS A MATTER OF LAW RE: ALTER EGO LIABILITY AND PATENT EXHAUSTION |

Pursuant to Rule 50(a) of the Federal Rules of Civil Procedure, the Court finds that there is a legally sufficient evidentiary basis for a reasonable jury to find Defendant D-Link Corporation liable for infringement and damages. Accordingly, the Motion for Judgment as a Matter of Law Regarding Alter Ego Liability and Patent Exhaustion, filed by Defendants D-Link Corporation and D-Link Systems, is DENIED.

**IT IS SO ORDERED.**

Dated: December 11, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge