UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; NETGEAR, INC.; ZYXEL COMMUNICATIONS CORPORATION; and ZYXEL COMMUNICATIONS, INC.,<br><br>Defendants. | Case No.: 10-CV-03972-LHK<br><br>ORDER VACATING HEARING ON MOTIONS FOR JUDGMENT AS A MATTER OF LAW |

Pursuant to Civil Local Rule 7-1(b), the Court finds the parties' Motions for Judgment as a Matter of Law appropriate for determination without oral argument. Accordingly, the hearing scheduled for December 12, 2012, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: December 12, 2012

_____
LUCY H. KOH
United States District Judge