UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BELKIN INTERNATIONAL, INC.; BELKIN, ) <br> INC.; D-LINK CORPORATION; D-LINK ) <br> SYSTEMS, INC.; NETGEAR, INC.; ZYXEL ) <br> COMMUNICATIONS CORPORATION; and ) <br> ZYXEL COMMUNICATIONS, INC., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 10-CV-03972-LHK <br><br> ORDER GRANTING IN PART AND DENYING IN PART FUJITSU'S FED. R. CIV. P. 50(a) MOTION FOR JUDGMENT AS A MATTER OF LAW |

Pursuant to Rule 50(a) of the Federal Rules of Civil Procedure, the Court finds that a reasonable jury would not have a legally sufficient evidentiary basis to find the asserted claims of the '769 patent to be invalid as anticipated by ESI-2041A ShareSpool, HP82950A Modem, PCMCIA 1.0, May, Inoue, or Arai. However, the Court finds that there is a legally sufficient evidentiary basis for a reasonable jury to find the asserted claims of the '769 patent to be invalid due to obviousness based on these prior art references or combinations. Accordingly, the Court GRANTS in part and DENIES in part Fujitsu's Motion for Judgment as a Matter of Law.

**IT IS SO ORDERED.**

Dated: December 12, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge