UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>  Plaintiff,<br><br>  v.<br><br>BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; NETGEAR, INC.; ZYXEL COMMUNICATIONS CORPORATION; and ZYXEL COMMUNICATIONS, INC.,<br><br>  Defendants. | Case No.: 10-CV-03972-LHK<br><br>ORDER DENYING DEFENDANTS' FED. R. CIV. P. 50(a) MOTION FOR JUDGMENT AS A MATTER OF LAW RE: INVALIDITY |

Pursuant to Rule 50(a) of the Federal Rules of Civil Procedure, the Court finds that there is a legally sufficient evidentiary basis for a reasonable jury to find claims 2, 4, 20, 41, 47, and 48 to be valid, even in view of DTX0595 ("Mizutani"), and claims 41, 47, and 48 to be valid, even in view of DTX0055 ("ARLAN"). Accordingly, Defendants' Motion for Judgment as a Matter of Law is DENIED.

**IT IS SO ORDERED.**

Dated: December 12, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No: 10-CV-03972-LHK
ORDER DENYING DEFENDANTS' FED. R. CIV. P. 50(a) MOTION FOR JUDGMENT AS A MATTER OF LAW RE: INVALIDITY