UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>  Plaintiff,<br><br> v.<br><br>BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; and NETGEAR, INC.,<br><br>  Defendants. | Case No.: 10-CV-03972-LHK<br><br>ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION |

On December 9, 2012, Defendants filed a Motion for Reconsideration of the Court's Order Regarding Fujitsu's Objections to Demonstratives, or in the Alternative for Leave to Amend Expert Opinions. *See* ECF No. 510. For the reasons stated on the record on December 10, 2012, the Court DENIED Defendants' Motion for Reconsideration.

Dated: December 13, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge