UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FUJITSU LIMITED, | ) | Case No.: 10-CV-03972-LHK |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER RE: MISSING EXHIBITS IN SUPPORT OF DEFENDANTS |
| BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; and NETGEAR, INC., | ) ) ) ) | D-LINK SYSTEMS AND D-LINK CORPORATION'S OBJECTIONS |
| Defendants. | ) ) ) ) | |

On December 13, 2012, Defendants D-Link Systems and D-Link Corporation filed Objections to Fujitsu's Demonstrative Slides for Its Closing Argument. *See* ECF No. 555. However, Defendants failed to provide any exhibits in support of these objections. The Court cannot rule on Defendants' objections without these exhibits. Accordingly, unless Defendants file exhibits supporting these objections by 3:30 pm, Defendants' objections will be OVERRULED.

**IT IS SO ORDERED.**

Dated: December 13, 2012

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

United States District Court
For the Northern District of California