United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FUJITSU LIMITED,

Plaintiff,

v.

BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; NETGEAR, INC.; ZYXEL COMMUNICATIONS CORPORATION; and ZYXEL COMMUNICATIONS, INC.,

Defendants.

Case No.: 10-CV-03972-LHK

ORDER RE: OBJECTIONS TO PARTIES' CLOSING SLIDES

After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence ("FRE") 403, the Court rules on the parties' objections as follows:

**A. Fujitsu's Objections to Defendants' Closing Slides**

| **SLIDES** | **Court's Ruling on Objections** |
|---|---|
| Slides 2 and 3 in D-Link Corp.'s substitute deck | Sustained. |
| Slide 5 in Deck 3 | Overruled. |
| Slides 14 and 15 in Deck B | Overruled. |
| Slides 28, 31, and 32 in Deck 2 | Overruled. |
| Slides 44 and 46 in Deck 2 | Sustained. |
| Slide 45 in Deck 2 | Overruled. |

**B. Defendants' Objections to Fujitsu's Closing Slides**

| SLIDES | Court's Ruling on Objections |
|---|---|
| Slides 3 and 5 | Overruled. |
| Slides 66, 68, 71–76 | Overruled. |
| Slides 84–87, 89 | Overruled. |
| Slides 98, 119, 126 | Overruled. |
| Slides 127 and 128 | Sustained. |
| Slides 129, 130, 131, 133, 144, 147, and 149 | Overruled. |
| Slides 168, 169, 170, and 171 | Overruled. |
| Slides 174, 175, 176, 179, and 180 | Overruled. |
| Slide 182 | Sustained. |
| Slide 183 | Overruled. |

**IT IS SO ORDERED.**

Dated: December 13, 2012

Lucy H. Koh
LUCY H. KOH
United States District Judge