UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED, | Case No.: 10-CV-03972-LHK |
| Plaintiff, | |
| v. | ORDER REQUESTING REVISED FINAL EXHIBIT LISTS |
| BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; and NETGEAR, INC., | |
| Defendants. | |

On December 12, 2012, the parties filed a Corrected Final List of Exhibits Admitted Into Evidence at Trial and Marked for Identification. *See* ECF No. 544. The Court raises the following issues with the parties' Corrected Final Exhibit List:

(1) The Court admitted exhibits into evidence through live witnesses and not through deposition videos. The parties represented that they did not intend to move the deposition exhibits into evidence. Thus, rather than identifying exhibits as being admitted through deposition videos, the Court recommends that the parties identify these exhibits by the live witnesses during whose testimony the Court admitted the exhibits into evidence. For example, PTX 26 and PTX 27 were admitted through the live testimony of Mr. Kurland on 12/7/12 and not during the Flower deposition of 12/3/12.

(2) The Court's exhibit list shows that PTX74 was admitted through the testimony of Dr. Williams on 11/30/12, but it is not on the parties' Corrected Final Exhibit List.

1

Case No.: 10-CV-03972-LHK
ORDER REQUESTING REVISED FINAL EXHIBIT LISTS

(3) The Court's exhibit list has no record of DTX 282. The Court's exhibit list shows that PTX 282F was admitted on 12/4/12 during the testimony of Dr. Mihran.

(4) Please confirm that DTX874 is a corrected version of DTX 783, which was filed as ECF No. 518-1.

(5) The Court's exhibit list identifies two other exhibits that were identified, but were not admitted into evidence. DTX 792 is Mr. Yoches' 1/14/11 opinion with exhibits that was identified by both Mr. Yoches and Mr. Wang on 12/7/12. Exhibit 1A was the '769 patent without exhibits identified by Mr. Chao on 12/10/11.

(6) Please file a revised exhibit list by 8:30 p.m. today. This complete list is for the record in this case.

(7) Also by 8:30 p.m. today, please file a revised exhibit list, but do not include the exhibits that were identified, but not admitted into evidence. The jurors do not need a list of exhibits that were not admitted into evidence. The Court will give this version to the jury for their deliberations.

**IT IS SO ORDERED.**

Dated: December 13, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge