UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED, | Case No.: 10-CV-03972-LHK |
| Plaintiff, | |
| v. | ORDER REQUIRING FURTHER REVISED FINAL EXHIBIT LISTS |
| BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; and NETGEAR, INC., | |
| Defendants. | |

The Court raises the following issues with the parties' Revised Final Exhibit List:

(1) The Court admitted exhibits into evidence through live witnesses and not through deposition videos. The parties represented that they did not intend to move the deposition exhibits into evidence. Thus, rather than identifying exhibits as being admitted through deposition videos, the Court recommends that the parties identify these exhibits by the live witnesses during whose testimony the Court admitted the exhibits into evidence. **The parties must make this change with regard to the following exhibits: PTX 32, 67, 70, 71, 105, 115, 117, 118, 120, 123, 137a, 208, 256, 257, 273, and 274; and DTX 148, 402, and 506.**

(2) Please file two Amended Exhibit Lists by 8 a.m., Friday, December 14, 2012. One for the case record should include identified exhibits that were not admitted into evidence. The other for the jury should not include identified exhibits that were not admitted into evidence.

**IT IS SO ORDERED.**

Dated: December 13, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge