IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUJITSU LIMITED, | No. 10-CV-03972-LHK |
| Plaintiff, | **ORDER** |
| v. | |
| BELKIN INTERNATIONAL, INC., et al, | |
| Defendant. | |

IT IS HEREBY ORDERED that lunch shall be provided for the jurors in the above entitled matter at the expense of the United States District Court through Le Boulanger for the members of the jury during deliberations effective December 17, 2012 until such time as a verdict is rendered.

**IT IS SO ORDERED.**

Dated: 12/14/12

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE