UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BELKIN INTERNATIONAL, INC.; BELKIN, ) <br> INC.; D-LINK CORPORATION; D-LINK ) <br> SYSTEMS, INC.; and NETGEAR, INC., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No.: 10-CV-03972-LHK <br><br> ORDER RE: STIPULATION OF DISMISSAL |

The parties in this action agreed previously to file their stipulation of dismissal without prejudice and with a tolling agreement, *see* ECF No. 436, by December 6, 2012. The parties have not done so thus far. Accordingly, the parties shall file this stipulation by December 17, 2012, at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: December 14, 2012

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-03972-LHK
ORDER RE: STIPULATION OF DISMISSAL