UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Fujitsu Limited v. Belkin International Inc., Belkin, Inc., D-Link Corporation,
D-Link Systems, Inc., and Netgear, Inc.
10-CV-03972-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 01

The Jury has the following question:

WE THE JURY NEED MORE TIME TO DELIBERATE. WE REQUEST
TO RETURN MONDAY AT 0900 HOURS AND STAY, IF NEEDED, UNTIL
1630 HOURS.

Date: 12/14/12

Time: 1635

_Britt Stru_ FOREMAN

Signature of Juror

Response from the Court:

That's fine.

Date: 12/14/12

Time: 4:45 PM

Lucy H. Koh

Lucy H. Koh
United States District Judge