UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Fujitsu Limited v. Belkin International Inc., Belkin, Inc., D-Link Corporation,
D-Link Systems, Inc., and Netgear, Inc.
10-CV-03972-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 02

The Jury has the following question:
MAY WE THE JURY PLEASE HAVE A PACK OF POST-IT NOTES FOR ORGANIZATION OF MATERIALS?

Date: 12/17/12
Time: 1006

Signature of Juror

Response from the Court:
We are providing large, medium and small post-its, three sets of each size. Please let us know if you need more.

Date: 12/17/12
Time: 10:09 AM

Lucy H. Koh
United States District Judge