UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Fujitsu Limited v. Belkin International Inc., Belkin, Inc., D-Link Corporation,
D-Link Systems, Inc., and Netgear, Inc.
10-CV-03972-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 03

The Jury has the following question:
WE THE JURY HAVE REACHED A DECISION. WE CAN RENDER OUR DECISION AFTER LUNCH OR WE CAN DO IT RIGHT NOW.

Date: 12/17/12
Time: 1136

Signature of Juror

Response from the Court:

Date:
Time:

Lucy H. Koh
United States District Judge