Filed

DEC 17 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>        Plaintiff,<br><br>    v.<br><br>BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; and NETGEAR, INC.,<br><br>        Defendants. | Case No.: 10-CV-03972-LHK |

**VERDICT FORM**

Dated: December 13, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No: 10-CV-03972-LHK
VERDICT FORM

1

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

Throughout this form, "Fujitsu" refers to Plaintiff Fujitsu Limited; "Belkin" refers to Defendants Belkin International, Inc. and Belkin, Inc.; "D-Link Corporation" refers to Defendant D-Link Corporation; "D-Link Systems" refers to Defendant D-Link Systems, Inc.; and "NETGEAR" refers to Defendant NETGEAR, Inc.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

## FUJITSU'S INDUCED INFRINGEMENT CLAIMS AGAINST BELKIN, D-LINK SYSTEMS, D-LINK CORP., AND NETGEAR

(These questions should be answered regardless of your findings with respect to the validity or invalidity of the claims of the patent.)

1a. For each product below, has Fujitsu proven by a preponderance of the evidence that Belkin induced infringement of the claims below?

Please answer in each box with a "Y" for "yes" (for Fujitsu), or with an "N" for "no" (for Belkin).

| Product | Claim 20 | Claim 47 | Claim 48 |
|---|---|---|---|
| Belkin F5D7230 Router | N | N | N |
| Belkin F5D8230 Router | N | N | N |
| Belkin F5D6130 Router | N | N | N |
| Belkin F5D8236 Router | N | N | N |

1b. For each product below, has Fujitsu proven by a preponderance of the evidence that D-Link Systems induced infringement of the claims below?

Please answer in each box with a "Y" for "yes" (for Fujitsu), or with an "N" for "no" (for D-Link Systems).

| Product | Claim 20 | Claim 47 | Claim 48 |
|---|---|---|---|
| D-Link DI-524 Router | N | N | N |
| D-Link DWL-900AP+ Access Point | N | N | N |
| D-Link DWL-1000AP Access Point | N | N | N |
| D-Link DWL-2100AP Access Point | N | N | N |

Case No: 10-CV-03972-LHK
VERDICT FORM

2

1c. For each product below, has Fujitsu proven by a preponderance of the evidence that D-Link Corporation induced infringement of the claims below?

Please answer in each box with a "Y" for "yes" (for Fujitsu), or with an "N" for "no" (for D-Link Corporation).

| Products | Claim 20 | Claim 47 | Claim 48 |
|---|---|---|---|
| D-Link DI-524 Router | N | N | N |
| D-Link DWL-900AP+ Access Point | N | N | N |
| D-Link DWL-1000AP Access Point | N | N | N |
| D-Link DWL-2100AP Access Point | N | N | N |

1d. For each product below, has Fujitsu proven by a preponderance of the evidence that NETGEAR induced infringement of the claims below?

Please answer in each box with a "Y" for "yes" (for Fujitsu), or with an "N" for "no" (for NETGEAR).

| Products | Claim 20 | Claim 47 | Claim 48 |
|---|---|---|---|
| NETGEAR WGR614 Router | N | N | N |
| NETGEAR WAB102 Access Point | N | N | N |
| NETGEAR ME102 Access Point | N | N | N |
| NETGEAR WNR834B Router | N | N | N |

Case No: 10-CV-03972-LHK
VERDICT FORM

## DEFENDANTS' INVALIDITY DEFENSES

(These questions should be answered regardless of your findings with respect to inducement.)

### ANTICIPATION

2a. For each claim below, have Defendants proven by clear and convincing evidence that the claim is anticipated by a single prior art reference?

| Claim | For Fujitsu | For Defendants |
|---|---|---|
| Claim 2 | No _____ | Yes ✓ |
| Claim 4 | No _____ | Yes ✓ |
| Claim 20 | No _____ | Yes ✓ |
| Claim 41 | No _____ | Yes ✓ |
| Claim 47 | No _____ | Yes ✓ |
| Claim 48 | No _____ | Yes ✓ |

### OBVIOUSNESS

2b. For each claim below, have Defendants proven by clear and convincing evidence that the claim would have been obvious to a person of ordinary skill in the art as of April 30, 1991?

| Claim | For Fujitsu | For Defendants |
|---|---|---|
| Claim 2 | No _____ | Yes ✓ |
| Claim 4 | No _____ | Yes ✓ |
| Claim 20 | No _____ | Yes ✓ |
| Claim 41 | No _____ | Yes ✓ |
| Claim 47 | No _____ | Yes ✓ |
| Claim 48 | No _____ | Yes ✓ |

## DAMAGES TO FUJITSU (IF APPLICABLE)

3. What is the total dollar amount that Fujitsu is entitled to receive from Belkin for its infringement of the asserted claims of the patent?

$ __0.00_____.

3a. For the total dollar amount in your answer to Question 3, please provide the breakdown for direct infringement by product below.

| Product | Royalty Rate | Damages Amount |
|---|---|---|
| Belkin F5D7010 Card | 0 | 0 |
| Belkin F5D8010 Card | 0 | 0 |
| Belkin F5D6020 Card | 0 | 0 |
| Belkin F5D9013 Kit | 0 | 0 |

3b. For the total dollar amount in your answer to Question 3, please provide the breakdown for induced infringement by product below.

| Product | Royalty Rate | Damages Amount |
|---|---|---|
| Belkin F5D7230 Router | 0 | 0 |
| Belkin F5D8230 Router | 0 | 0 |
| Belkin F5D6130 Router | 0 | 0 |
| Belkin F5D8236 Router | 0 | 0 |

Case No: 10-CV-03972-LHK
VERDICT FORM

5

4. What is the total dollar amount that Fujitsu is entitled to receive from D-Link Systems for its infringement of the asserted claims of the patent?

$ 0.00

4a. For the total dollar amount in your answer to Question 4, please provide the breakdown for direct infringement by product below.

| Product | Royalty Rate | Damages Amount |
|---|---|---|
| D-Link DWL-G630 Card | 0 | 0 |
| D-Link DWL-650+ Card | 0 | 0 |
| D-Link DWL-650 Card | 0 | 0 |
| D-Link DWL-923 Kit | 0 | 0 |

4b. For the total dollar amount in your answer to Question 4, please provide the breakdown for induced infringement by product below.

| Product | Royalty Rate | Damages Amount |
|---|---|---|
| D-Link DI-524 Router | 0 | 0 |
| D-Link DWL-900AP+ Access Point | 0 | 0 |
| D-Link DWL-1000AP Access Point | 0 | 0 |
| D-Link DWL-2100AP Access Point | 0 | 0 |

Case No: 10-CV-03972-LHK
VERDICT FORM

6

5.  What is the total dollar amount that Fujitsu is entitled to receive from D-Link Corporation for its infringement of the asserted claims of the patent?

$ 0.00                              .

5a. For the total dollar amount in your answer to Question 5, please provide the breakdown for direct infringement by product below.

| Product | Royalty Rate | Damages Amount |
|---|---|---|
| D-Link DWL-G630 Card | 0 | 0 |
| D-Link DWL-650+ Card | 0 | 0 |
| D-Link DWL-650 Card | 0 | 0 |
| D-Link DWL-923 Kit | 0 | 0 |

5b. For the total dollar amount in your answer to Question 5, please provide the breakdown for induced infringement by product below.

| Product | Royalty Rate | Damages Amount |
|---|---|---|
| D-Link DI-524 Router | 0 | 0 |
| D-Link DWL-900AP+ Access Point | 0 | 0 |
| D-Link DWL-1000AP Access Point | 0 | 0 |
| D-Link DWL-2100AP Access Point | 0 | 0 |

Case No: 10-CV-03972-LHK
VERDICT FORM

7

6. What is the total dollar amount that Fujitsu is entitled to receive from NETGEAR for its infringement of the asserted claims of the patent?

$ 0.00 .

6a. For the total dollar amount in your answer to Question 6, please provide the breakdown for direct infringement by product below.

| Product | Royalty Rate | Damages Amount |
|---|---|---|
| NETGEAR WG511 Card | 0 | 0 |
| NETGEAR WAB501 Card | 0 | 0 |
| NETGEAR MA401 Card | 0 | 0 |
| NETGEAR WGB511 Kit | 0 | 0 |

6b. For the total dollar amount in your answer to Question 6, please provide the breakdown for induced infringement by product below.

| Product | Royalty Rate | Damages Amount |
|---|---|---|
| NETGEAR WGR614 Router | 0 | 0 |
| NETGEAR WAB102 Access Point | 0 | 0 |
| NETGEAR ME102 Access Point | 0 | 0 |
| NETGEAR WNR834B Router | 0 | 0 |

Case No: 10-CV-03972-LHK
VERDICT FORM

## FUJITSU'S WILLFUL INFRINGEMENT CLAIMS
## AGAINST BELKIN, D-LINK SYSTEMS, D-LINK CORPORATION, AND NETGEAR

(This question should be answered if you find any of the claims of the patent to be valid.)

7. Has Fujitsu proven by clear and convincing evidence that Belkin's infringement of the patent was willful?

    Yes _____ (for Fujitsu)     No __✓__ (for Belkin)

8. Has Fujitsu proven by clear and convincing evidence that D-Link Systems's infringement of the patent was willful?

    Yes _____ (for Fujitsu)     No __✓__ (for D-Link Systems)

9. Has Fujitsu proven by clear and convincing evidence that D-Link Corporation's infringement of the patent was willful?

    Yes _____ (for Fujitsu)     No __✓__ (for D-Link Corporation)

10. Has Fujitsu proven by clear and convincing evidence that NETGEAR's infringement of the patent was willful?

    Yes _____ (for Fujitsu)     No __✓__ (for NETGEAR)

---

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the verdict form in the spaces below and notify the Bailiff that you have reached a verdict. The Jury Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

---

DATED: DECEMBER 17, 2012        By: *Brett Stunts*
                                    Jury Foreperson

Case No: 10-CV-03972-LHK
VERDICT FORM

9