# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; NETGEAR, INC.; ZYXEL COMMUNICATIONS CORPORATION; AND ZYXEL COMMUNICATIONS, INC.,<br><br>    Defendants. | Case No. 10–cv–03972–LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT D-LINK CORP.'S REQUEST FOR SUBSTITUTION OF ECF461, (EXH. 4 to 12/2/2012 HAO DECLARATION; DKT # 461)**<br><br>Hon. Lucy H. Koh |

Having considered Defendant D-Link Corp.'s Unopposed Request for Substitution of ECF461, (EXH. 4 to 12/2/2012 Hao Declaration; Dkt. #461), the Court finds that good cause exists for an order granting Defendant D-Link Corp.'s Request for Substitution of ECF461, (EXH. 4 to 12/2/2012 Hao Declaration; Dkt. #461).

**IT IS SO ORDERED.**

DATE: December 18, 2012

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

Case No. 10-cv-03972-LHK
[PROPOSED] ORDER GRANTING DEFENDANT D-LINK CORP.'S REQUEST FOR SUBTITUTION OF ECF 461, (EXH. 4 to 12/2/2012 HAO DECLARATION; DKT #461)

1