COVINGTON & BURLING LLP
Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
Jeffrey T. Pearlman (jpearlman@cov.com) (CA Bar No. 254759)
One Front Street
San Francisco, CA 94111-5356
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091

COVINGTON & BURLING LLP
Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:    (212) 841-1000
Facsimile:    (212) 841-1010

COVINGTON & BURLING LLP
Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
William E. Zapf (wzapf@cov.com) (admitted *pro hac vice*)
Brianne Bharkhda (bbharkhda@cov.com) (admitted *pro hac vice*)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:    (202) 662-6000
Facsimile:    (202) 662-6291

Attorneys for Plaintiff Fujitsu Limited

[COUNSEL FOR DEFENDANTS LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE FOR POST-VERDICT PROCEEDINGS**<br><br>Trial:　　　　November 26, 2012<br>Time:　　　　9:00 a.m.<br>Location:　　Courtroom 8, 4th Floor<br>Before:　　　The Honorable Lucy H. Koh |

Pursuant to the Court's Pretrial Conference Order (Dkt. No. 365), Plaintiff Fujitsu Limited ("Fujitsu") and Defendants Belkin International, Inc., Belkin, Inc., D-Link Corporation, D-Link Systems, Inc., and NETGEAR, Inc. ("Defendants") have conferred regarding a schedule for post-verdict proceedings.

IT IS HEREBY STIPULATED, by and between Fujitsu and Defendants, that the schedule for post-verdict proceedings shall be as follows:

| Event | Deadline |
| --- | --- |
| Last day to file and serve motions under Fed. R. Civ. P. 50(b) and 59, and Defendants' opening briefs on intervening rights and laches | January 31, 2013 |
| Last day to file and serve opposition briefs | February 22, 2013 |
| Last day to file and serve reply briefs | March 7, 2013 |
| Hearing | April 4, 2013 |

Because Rules 50(b) and 59(b) of the Federal Rules of Civil Procedure require any motions to be filed no later than 28 days after entry of judgment, Fujitsu and Defendants request that judgment not be entered any earlier than January 15, 2013.

Respectfully submitted,

DATE:  December 13, 2012         COVINGTON & BURLING LLP

By: /s/ Robert D. Fram[1]

Robert D. Fram (rfram@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:    (415) 591-6000
Facsimile:     (415) 591-6091

Attorneys for Plaintiff and Counterclaim
Defendant FUJITSU LIMITED

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

STIPULATION & [PROPOSED] ORDER RE: SCHEDULE FOR
POST-VERDICT PROCEEDINGS, No. 10-cv-03972-LHK (PSG)     1

1  DATE:  December 13, 2012        LAW OFFICE OF S.J. CHRISTINE YANG
2
3                                  By: /s/  Duncan Palmatier
4                                  Duncan Palmatier (CA Bar No. 116692)
                                   E-mail:  dpalm@dpalmlaw.com
5                                  S.J. Christine Yang (CA Bar No. 102048)
                                   E-mail:  cyang@sjclawpc.com
6                                  Victoria Der-Lung Hao (admitted *pro hac vice*)
                                   E-mail:  vhao@sjclawpc.com
7                                  The Law Office of S.J. Christine Yang
                                   17220 Newhope Street, Suites 101 & 102
8                                  Fountain Valley, California  92708
                                   Telephone:     (714) 641-4022
9                                  Facsimile:     (714) 641-2082
10                                 Attorneys for Defendants D-LINK CORPORATION
                                   and D-LINK SYSTEMS, INC.
11
12 DATE:  December 13, 2012        WINSTON & STRAWN LLP
13                                 By: /s/  David Enzminger
14                                 David Enzminger (CA Bar No. 137065)
                                   E-mail:  denzminger@winston.com
15                                 WINSTON & STRAWN LLP
                                   333 S. Grand Avenue
16                                 Los Angeles, CA  90071
                                   Telephone:  (213) 615-1780
17                                 Facsimile:  (213) 615-1750
18                                 Attorneys for Defendants BELKIN
                                   INTERNATIONAL INC. and BELKIN, INC.
19
20 DATE:  December 13, 2012        REED SMITH LLP
21                                 By: /s/  William Overend
22                                 William R. Overend (CA Bar No. 180209)
                                   E-mail:  woverend@reedsmith.com
23                                 John P. Bovich (CA Bar No. 150688)
                                   E-mail:  jbovich@reedsmith.com
24                                 REED SMITH LLP
                                   101 Second Street, Suite 1800
25                                 San Francisco, CA  94105-3659
                                   Telephone:  (415) 543-8700
26                                 Facsimile:  (415) 391-8269
27                                 Attorneys for Defendant NETGEAR, INC.
28

STIPULATION & [PROPOSED] ORDER RE: SCHEDULE FOR         2
POST-VERDICT PROCEEDINGS, No. 10-cv-03972-LHK (PSG)

1
2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3
4  DATE:  December 19 , 2012                    By:  *Lucy H. Koh*
5                                                    The Honorable Lucy H. Koh
                                                     United States District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28