COVINGTON & BURLING LLP
Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
One Front Street
San Francisco, CA 94111-5356
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091

COVINGTON & BURLING LLP
Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:    (212) 841-1000
Facsimile:    (212) 841-1010

COVINGTON & BURLING LLP
Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:    (202) 662-6000
Facsimile:    (202) 662-6291

Attorneys for Plaintiff Fujitsu Limited

[COUNSEL FOR DEFENDANTS LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FUJITSU LIMITED,<br><br>          Plaintiff,<br><br>     v.<br><br>BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC.,<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-cv-03972-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR POST-VERDICT PROCEEDINGS** |

1   Pursuant to Rule 6-2 and 7-12 of the Local Rules of Practice in Civil Proceedings
2   before the United States District Court for the Northern District of California, Plaintiff
3   Fujitsu Limited and Defendants Belkin International, Inc., Belkin, Inc., D-Link Corporation,
4   D-Link Systems, Inc., and NETGEAR, Inc., through their respective counsel of record, wish
5   to advise the Court that the parties are negotiating a potential settlement, and accordingly
6   respectfully request and stipulate to an additional three-week extension of the current
7   case post-verdict briefing schedule to allow the parties to finalize terms and prepare the
8   necessary settlement papers.

9   More specifically, with the Court's permission, the parties HEREBY STIPULATE that
10  the current schedule set forth in the December 19, 2012, Stipulated Order [Dkt. 594] be
11  modified as follows:

| Event | Current Deadline | Proposed Extension |
|---|---|---|
| Last day to file and serve motions under Fed. R. Civ. P. 50(b) and 59, and Defendants' opening briefs on intervening rights and laches | January 31, 2013 | None |
| Last day for Fujitsu to file and serve objections to Defendants' bills of costs | February 12, 2013 | March 5, 2013 |
| Last day to file and serve opposition briefs | February 22, 2013 | March 15, 2013 |
| Last day to file and serve reply briefs | March 7, 2013 | March 28, 2013 |
| Hearing | April 4, 2013 | ~~April 25, 2013~~ May 16, 2013 |

22  The requested modification in the current post-verdict case schedule will not affect
23  any other trial deadlines, as the verdict has already been entered and the case has been
24  marked closed.

STIPULATION & [~~PROPOSED~~] ORDER RE:        1
SCHEDULE FOR POST-VERDICT PROCEEDINGS
Case No. 10-cv-03972-LHK (PSG)

Respectfully submitted,

DATE: February 6, 2013                COVINGTON & BURLING LLP

By: /s/ Robert D. Fram[1]

Robert D. Fram (rfram@cov.com)
Thomas E. Garten (tgarten@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:   (415) 591-6000
Facsimile:    (415) 591-6091

Attorneys for Plaintiff FUJITSU LIMITED

DATE: February 6, 2013                LAW OFFICE OF S.J. CHRISTINE YANG

By: /s/ Duncan Palmatier

Duncan Palmatier (CA Bar No. 116692)
E-mail: dpalm@dpalmlaw.com
S.J. Christine Yang (CA Bar No. 102048)
E-mail: cyang@sjclawpc.com
Victoria Der-Lung Hao (admitted *pro hac vice*)
E-mail: vhao@sjclawpc.com
The Law Office of S.J. Christine Yang
17220 Newhope Street, Suites 101 & 102
Fountain Valley, California 92708
Telephone:   (714) 641-4022
Facsimile:    (714) 641-2082

Attorneys for Defendants D-LINK CORPORATION and D-LINK SYSTEMS, INC.

---

[1] In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

STIPULATION & [~~PROPOSED~~] ORDER RE:            2
SCHEDULE FOR POST-VERDICT PROCEEDINGS
Case No. 10-cv-03972-LHK (PSG)

| | | |
|---|---|---|
| 1 | | |
| 2 | DATE: February 6, 2013 | WINSTON & STRAWN LLP |
| 3 | | By: /s/ David Enzminger |
| 4-7 | | David Enzminger (CA Bar No. 137065)<br>E-mail: denzminger@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 615-1780<br>Facsimile: (213) 615-1750 |
| 8-9 | | Attorneys for Defendants BELKIN INTERNATIONAL INC. and BELKIN, INC. |
| 10 | DATE: February 6, 2013 | REED SMITH LLP |
| 11 | | By: /s/ John P. Bovich |
| 12-16 | | John P. Bovich (CA Bar No. 150688)<br>E-mail: jbovich@reedsmith.com<br>William R. Overend (CA Bar No. 180209)<br>E-mail: woverend@reedsmith.com<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br>Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269 |
| 17 | | Attorneys for Defendant NETGEAR, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: February 7, 2013          By: *Lucy H. Koh*

                                The Honorable Lucy H. Koh
                                United States District Court Judge