1  COVINGTON & BURLING LLP
   Robert D. Fram (rfram@cov.com) (CA Bar No. 126750)
2  Thomas E. Garten (tgarten@cov.com) (CA Bar No. 247122)
   One Front Street
3  San Francisco, CA 94111-5356
   Telephone:   (415) 591-6000
4  Facsimile:   (415) 591-6091

5  COVINGTON & BURLING LLP
   Philip A. Irwin (pirwin@cov.com) (admitted *pro hac vice*)
6  The New York Times Building
   620 Eighth Avenue
7  New York, NY 10018-1405
   Telephone:   (212) 841-1000
8  Facsimile:   (212) 841-1010

   COVINGTON & BURLING LLP
9  Gary M. Rubman (grubman@cov.com) (admitted *pro hac vice*)
   R. Jason Fowler (jfowler@cov.com) (admitted *pro hac vice*)
10 1201 Pennsylvania Avenue, NW
   Washington, DC 20004-2401
11 Telephone:   (202) 662-6000
   Facsimile:   (202) 662-6291
12
   Attorneys for Plaintiff Fujitsu Limited
13

14 [COUNSEL FOR DEFENDANTS LISTED ON SIGNATURE PAGES]

15
               **UNITED STATES DISTRICT COURT**
16           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                       **SAN JOSE DIVISION**
17

18 | FUJITSU LIMITED, | Case No. 10-cv-03972-LHK (PSG) |
   |---|---|
   | Plaintiff, | |
19 | v. | **JOINT STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR POST-VERDICT PROCEEDINGS** |
20 | BELKIN INTERNATIONAL, INC., BELKIN, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., NETGEAR, INC., ZYXEL COMMUNICATIONS CORPORATION, and ZYXEL COMMUNICATIONS, INC., | |
   | Defendant. | |
   | AND RELATED COUNTERCLAIMS | |

1   Pursuant to Rule 6-2 and 7-12 of the Local Rules of Practice in Civil Proceedings
2   before the United States District Court for the Northern District of California, Plaintiff
3   Fujitsu Limited and Defendants Belkin International, Inc., Belkin, Inc., D-Link Corporation,
4   D-Link Systems, Inc., and NETGEAR, Inc., through their respective counsel of record, wish
5   to advise the Court that the parties are still negotiating a potential settlement, which they
6   believe they are close to concluding, and accordingly respectfully request and stipulate to an
7   additional one-week extension of the current case post-verdict briefing schedule to allow
8   the parties to finalize terms and prepare the necessary settlement papers.
9   More specifically, with the Court's permission, the parties HEREBY STIPULATE that
10  the current schedule set forth in the February 7, 2013, Stipulated Order [Dkt. 619] be modified
11  as follows:

| Event | Current Deadline | Proposed Extension |
|---|---|---|
| Last day to file and serve motions under Fed. R. Civ. P. 50(b) and 59, and Defendants' opening briefs on intervening rights and laches | January 31, 2013 | None |
| Last day for Fujitsu to file and serve objections to Defendants' bills of costs | March 5, 2013 | March 12, 2013 |
| Last day to file and serve opposition briefs | March 15, 2013 | March 22, 2013 |
| Last day to file and serve reply briefs | March 28, 2013 | April 4, 2013 |
| Hearing | May 16, 2013 | None |

The requested modification in the current post-verdict case schedule will not affect any other trial deadlines, as the verdict has already been entered and the case has been marked closed.

STIPULATION & [PROPOSED] ORDER RE:   1
SCHEDULE FOR POST-VERDICT PROCEEDINGS
Case No. 10-cv-03972-LHK (PSG)

                                        Respectfully submitted,

DATE:  March 1, 2013                COVINGTON & BURLING LLP

                                        By:  */s/  Robert D. Fram*[1]

                                        Robert D. Fram (rfram@cov.com)
                                        Thomas E. Garten (tgarten@cov.com)
                                        COVINGTON & BURLING LLP
                                        One Front Street
                                        San Francisco, CA 94111-5356
                                        Telephone:     (415) 591-6000
                                        Facsimile:      (415) 591-6091

                                        Attorneys for Plaintiff FUJITSU LIMITED

DATE:  March 1, 2013                LAW OFFICE OF S.J. CHRISTINE YANG

                                        By: */s/  Duncan Palmatier*

                                        Duncan Palmatier (CA Bar No. 116692)
                                        E-mail:  dpalm@dpalmlaw.com
                                        S.J. Christine Yang (CA Bar No. 102048)
                                        E-mail:  cyang@sjclawpc.com
                                        Victoria Der-Lung Hao (admitted *pro hac vice*)
                                        E-mail:  vhao@sjclawpc.com
                                        The Law Office of S.J. Christine Yang
                                        17220 Newhope Street, Suites 101 & 102
                                        Fountain Valley, California  92708
                                        Telephone:     (714) 641-4022
                                        Facsimile:       (714) 641-2082

                                        Attorneys for Defendants D-LINK CORPORATION and D-LINK SYSTEMS, INC.

---

[1]  In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATE: March 1, 2013 | WINSTON & STRAWN LLP |
| 3 | | By: /s/ David Enzminger |
| 4 | | David Enzminger (CA Bar No. 137065) |
| 5 | | E-mail: denzminger@winston.com<br>WINSTON & STRAWN LLP |
| 6 | | 333 S. Grand Avenue<br>Los Angeles, CA 90071 |
| 7 | | Telephone: (213) 615-1780<br>Facsimile: (213) 615-1750 |
| 8 | | Attorneys for Defendants BELKIN INTERNATIONAL INC. and BELKIN, INC. |
| 10 | DATE: March 1, 2013 | REED SMITH LLP |
| 11 | | By: /s/ John P. Bovich |
| 12 | | John P. Bovich (CA Bar No. 150688) |
| 13 | | E-mail: jbovich@reedsmith.com<br>William R. Overend (CA Bar No. 180209) |
| 14 | | E-mail: woverend@reedsmith.com<br>REED SMITH LLP |
| 15 | | 101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659 |
| 16 | | Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269 |
| 17 | | Attorneys for Defendant NETGEAR, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: March 5, 2013          By: /s/ Lucy H. Koh
                                  The Honorable Lucy H. Koh
                                  United States District Court Judge