UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUJITSU LIMITED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; AND NETGEAR, INC.;<br><br>　　　　　Defendants. | Case No.: 10-CV-03972-LHK<br><br>ORDER SUGGESTING STIPULATION OF DISMISSAL |

On March 12, 2013, the Court received notice that the parties entered into a Settlement Agreement and Release of Claims. *See* ECF Nos. 622, 623, 624, and 625. Accordingly, by April 1, 2013, the parties shall file a joint stipulation to dismiss this action with prejudice, or a joint statement explaining why the parties are unable to do so.

**IT IS SO ORDERED.**

Dated: March 13, 2013

　　　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 10-CV-03972-LHK
ORDER SUGGESTING STIPULATION OF DISMISSAL