**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FUJITSU LIMITED, | ) | Case No.: 10-CV-03972-LHK |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER SUGGESTING STIPULATION OF DISMISSAL |
| BELKIN INTERNATIONAL, INC.; BELKIN, INC.; D-LINK CORPORATION; D-LINK SYSTEMS, INC.; AND NETGEAR, INC.; | ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

On March 12, 2013, the Court received notice that the parties entered into a Settlement Agreement and Release of Claims. *See* ECF Nos. 622, 623, 624, and 625. Accordingly, by April 1, 2013, the parties shall file a joint stipulation to dismiss this action with prejudice, or a joint statement explaining why the parties are unable to do so.

**IT IS SO ORDERED.**

Dated: March 13, 2013

_____
LUCY H. KOH
United States District Judge